# Exhibit B

# (Part 2 of 26)

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, August 18, 2020 at 9:35 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** OT Solutions Invoice 0057

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 +  $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## OT Solutions Invoice 0057

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/18/2020 9:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0057.docx;

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 + $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Re: Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:36 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Sorry it's **$5550**

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, August 31, 2020 at 1:35 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Invoice payment to OT Solutions

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



**Outlook**

## Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:35 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0058.docx;

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Invoice payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:41 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0001_Web.pdf;

Hi Mr. Tony,

Please transfer **$4425** to WEB SOLUTIONS for "Web Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Amazon | $ 1,200.00 |
| HR | $ 225.00 |
| Email | $ 250.00 |
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Dhwanit (severence) | $ 650.00 |
| Sood | $ 600.00 |
| | $ 4,425.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Payment to OT Solution for Invoice 0059

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0059.docx;

Hi Mr. Tony,

Please transfer $6559 to OT Solutions for "Web Design and Development".
See the attached invoice

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Payment to Web Solutions Invoice 0002_Web

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (57 KB)
Invoice 0002_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web Solutions for "Web Development".
See the attached invoice.

Break down for total (Internal use)

| | |
|---|---|
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Shiva | $ 700.00 |
| Sparsh | $ 700.00 |
| HR | $ 225.00 |
| Developer | $ 1,325.00 |
| Email | $ 375.00 |
| Amazon | $ 1,200.00 |
| Accounts | $ 925.00 |
| Naveen | $ 650.00 |
| Husain | $ 1,250.00 |
| Office expense | $ 1,250.00 |
| Pick and drop | $ 884.00 |
| old due | $ 530.00 |
| Bonus Amazona&HR | $ 145.00 |
| Buffer for Conversion | $ 900.00 |
| | |
| | |
| | $ 12,559.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/25/2020 3:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (57 KB)

Invoice 0003_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web solutions for "Web Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/7/2020 2:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (54 KB)

Invoice 0060.pdf;

Mr. Tony,

Please transfer $**3000** to OT Solutions for "Web Designing". Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Re: India Office Overhead

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 10/10/2020 9:31 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

📎 1 attachment (9 KB)

OT Solutions Exp.xlsx;

Please see attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Saturday, October 10, 2020 at 6:12 AM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** India Office Overhead

Hi Husain,

Good morning.  Can you send us an excel document with all of the India monthly office expense.  This is employee salary + rent + transportation + misc.

Thanks,
Sath


--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com







## 10/14/2020 transfers

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Team,

For internal use:

2nd Advance for new office  - $2850
Salaries   -   $6000
Construction  - $2150

I will send the proper break down with our last payment of the month every month.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## NDA and Non-Compete documents

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:33 PM

**To** Audrey Sivasothy <audrey@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Ms. Audrey,

Can you please send me these documents I need to mirror those documents according to Indian law and use.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0005_Web.pdf;

Hi Mr. Tony,

Please transfer $3500 to Web Solutions. Attached is the invoice for details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (128 KB)

Invoice INV0002.pdf;

Mr. Tony,

Please transfer $7500 to Websoft technologies. Attached is the invoice for details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/20/2020 1:34 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0006_Web.pdf;

Hi Mr. Tony,

Please transfer $10,000 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Payment to Websoft

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/21/2020 10:30 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (150 KB)

Invoice INV0003.pdf;

Hi Mr. Tony,

Please transfer $10,500 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/26/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (41 KB)

Invoice 0061.docx;

Mr. Tony,

Please transfer $8515 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## OT Solutions payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/5/2020 11:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (59 KB)

Invoice 0062.pdf;

Mr. Tony,

Please transfer **$8525** to OT Solutions.
See the attached Invoice

All,
Please see the below running overhead breakdown for internal use only:

| | | | |
|---|---|---|---|
| Divya Jyoti | Sales | 1750.00 | |
| Pratyush | Sales | 1750.00 | |
| Sparsh garg | Sales | 1400.00 | |
| Shivankit sood | Purchase | 1400.00 | |
| Khushali | HR | 650.00 | |
| Ashish Singh | Email | 750.00 | |
| Ali | Web Developer | 2650.00 | |
| Ankit | Amazon | 2400.00 | |
| Sumit | Accounts | 1850.00 | |
| Naveen | Marketing | 1200.00 | |
| Husain | | 3000.00 | |
| Kavaljeet singh | Sales | 1500.00 | |
| Dhananjay | Sales | 2012.00 | "+ Prorated Oct" |
| Akshay | Sales | 1873.00 | "+ Prorated Oct" |
| Pandey Ji | Legal | 500.00 | |
| Diwali Expenses | ₹ 7000 x 16 | 1600.00 | |
| Diwali Bonus | Managers only | 450.00 | |
| Office Expenses | | 2700.00 | |
| New Office rent | December | 2850.00 | |
| Pick & Drop | | 2450.00 | |
| October short | | 500.00 | |
| HOTEL Expenses | | 200.00 | |
| Other Expenses | Misc | 450.00 | |
| | | | |
| | | $ 35,885.00 | |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200

Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Web Solutions Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/16/2020 9:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0007_Web.pdf;

Hi Mr. Tony,

Please transfer **$14,800** to Web Solutions.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice payment - Websoft Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/25/2020 8:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (173 KB)

Invoice INV0004.pdf;

Mr. Tony,

Please transfer $13,880 to Websoft Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Invoice #0063

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/7/2020 1:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0063.pdf;

Mr. Tony,

Please transfer $12,825 to OT Solutions. Invoice is attached for the details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Web Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 12/11/2020 10:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0008_Web.pdf;

Mr. Tony,

Please transfer $14800 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Websoft Technologies Invoice 0005

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 12/21/2020 9:10 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (210 KB)
Invoice INV0005.pdf;

Mr. Tony,

Please transfer **$14,020** to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





**Internal Dec**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 12/29/2020 11:39 AM

**To** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>

| Name | Department | Amount | Total | Note |
|---|---|---|---|---|
| Divya Jyoti | Sales | $ 1,750.00 | 1750.00 | |
| Pratyush | Sales | $ 1,750.00 | 1750.00 | |
| Sparsh garg | Sales | $ 1,400.00 | 1400.00 | |
| Shivankit sood | Purchase | $ 1,400.00 | 1400.00 | |
| Khushali | HR | $ 650.00 | 650.00 | |
| Ashish Singh | Email | $ 750.00 | 750.00 | |
| Ali | Web Developer | $ 2,650.00 | 2650.00 | |
| Ankit | Amazon | $ 2,400.00 | 2400.00 | |
| Sumit | Accounts | $ 1,850.00 | 1850.00 | |
| Naveen | Marketing | $ 1,200.00 | 1200.00 | |
| Husain | OT | $ 3,000.00 | 3000.00 | |
| Kavaljeet singh | Sales | $ 1,500.00 | 1500.00 | |
| Office Expenses | | | 3750.00 | |
| New Office Rent | | | 2850.00 | January |
| Pick & Drop | | | 2950.00 | |
| Other Expenses | | | 150.00 | |
| Dhananjay | Sales | $ 1,450.00 | 1450.00 | |
| Akshay | Sales | $ 1,350.00 | 1350.00 | |
| Suprith Devadiga | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Ankit Rathore | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Nishant Dholakia | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Pranab ananda Khillar | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Vishwas Solanki | Sales | $ 1,350.00 | 1980.00 | 14 days Nov |
| Siddham singh Thakur | Sales | 850 | 315.00 | Terminated |
| Rudra pratap singh | Sales | 850 | 1307.00 | 14 days Nov |
| Ujjawal Singh | Sales | 850 | 1307.00 | 14 days Nov |
| Roshan Ahmad | Sales | 850 | 1307.00 | 14 days Nov |
| security | | 150 | 150.00 | |
| Hiring agency one time commission | | 170 x 3 | 510.00 | |
| Credit from last month | | | -150.00 | |
| | | | | |

| | | | 47406.00 | |
|---|---|---|---|---|

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solution payment Invoice 0064

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 12/29/2020 11:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (160 KB)

Invoice 0064.pdf;

Mr. Tony,

Please transfer $5761 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice 0009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/6/2021 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (101 KB)

Invoice 0009_Web.pdf;

Mr. Tony,

Please transfer $13,850 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Invoice #0065

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 1/13/2021 10:43 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (221 KB)
Invoice 0065.pdf;

Mr. Tony,

Please transfer $15,300 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Invoice 0006 Websoft Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/20/2021 12:26 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (232 KB)

Invoice INV0006.pdf;

Mr. Tony,

Please transfer $12,500 to websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





**Payments**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Thu 1/28/2021 11:21 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com> |

|        | $47,440.00 |
|--------|-----------|
| 6-Jan  | $13,850 |
| 13-Jan | $15,300 |
| 20-Jan | $12,500 |
| 28-Jan | $5,790 |

Regards

Abdul tayyeb Datarwala

4660 Sweetwater Boulevard, Suite 200

Sugar Land, TX  77479

281-377-4540

Email | adatarwala@vyrian.com



 Outlook

## OTSolutions Invoice 0066

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 1/28/2021 11:15 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (280 KB)
Invoice 0066.pdf;

Mr. Tony,

Please transfer $**5790** to OT Solutions.
Invoice is attached

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: OTSolutions Invoice 0066

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/28/2021 11:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (314 KB)

Invoice 0066.pdf;

Sorry, please see attached updated

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, January 28, 2021 at 11:21 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala
<hdatar@otsolutionsllp.com>
**Subject:** Re: OTSolutions Invoice 0066

Abdul,

Why is invoice dated Jan 29 ?

Thanks,



Tony Sivasothy, CPA
CFO
Vyrian Inc
4660 Sweetwater Blvd; Suite 200
Sugar Land
TX 77479-3167

Office: 281 404 3420
Office Direct : 281 404 3434