# Exhibit B
# (Part 3 of 26)



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, January 28, 2021 at 11:15 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** OTSolutions Invoice 0066

Mr. Tony,

Please transfer $**5790** to OT Solutions.
Invoice is attached

Regards

Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice 0010

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 2/8/2021 8:40 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (135 KB)
Invoice 0010_Web.pdf;

Mr. Tony,

Please transfer $16,350.00 to Web Solutions.


Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft Technologies Invoice 0007

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/18/2021 1:07 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (255 KB)

Invoice INV0007.pdf;

Hi Mr. Tony,

Please transfer $16,800 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## OT Solutions Payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/25/2021 9:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (375 KB)

Invoice 0067.pdf;

Mr. Tony,

Please transfer $15,270.00 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Websoft Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/3/2021 10:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (278 KB)

Invoice INV0008.pdf;

Mr. Tony,

Please transfer $19,925 to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## Web Solutions Invoive

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 3/9/2021 1:46 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (174 KB)

Invoice 0011_Web.pdf;

Mr. Tony,

Please transfer $19,875 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com





## OT solutions - Invoice 0068

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/22/2021 9:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (440 KB)

Invoice 0068.pdf;

Mr. Tony,

Please transfer $20,625 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice 0012

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/5/2021 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (214 KB)

Invoice 0012_Web.pdf;

Mr. Tony,

Please transfer $21,025 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web solutions Invoice 0013

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/19/2021 12:31 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (296 KB)

Invoice 0013_Web.pdf;

Hi Mr. Tony,

Please transfer $9,139 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



## Websoft Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/12/2021 2:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (301 KB)

Invoice INV0009.pdf;

Mr. Tony,

Please remit $16,200 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Tech Pvt Ltd - Invoice 01

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 4/27/2021 9:08 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (58 KB)
Invoice 01.pdf;

Mr. Tony,

Please transfer $20,865 to OT Solutions Tech.

Please note company name has changed so does the bank info. Please use the new info provided in the invoice.

Company name is **OT Solutions Tech Pvt Ltd.**

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Tech Pvt - Invoice 002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 5/5/2021 10:42 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (126 KB)
Invoice 02.pdf;

Mr. Tony,

Please transfer $22,350 to OT Solutions Tech.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Websoft technologies Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 5/11/2021 10:45 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (327 KB)
Invoice INV0010.pdf;

Mr. Tony,

Please transfer $18,518 to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Web Solutions Invoice 0014

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/18/2021 12:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

1 attachment (330 KB)

Invoice 0014_Web.pdf;

Mr. Tony,

Please transfer $19,345.to Web solutions.

Please note this amount is $475 lesser than what is mentioned in the excel. It's because Anmol is no longer with us and we only paid half month salary.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Web Solutions Invoice 0015

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 5/25/2021 10:01 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (364 KB)
Invoice 0015_Web.pdf;

Mr. Tony,

Pleaser transfer $5456 to Web Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





**Re: Fund Req 5/31/2021**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 6/1/2021 9:50 AM

**To** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Hi Mr. Tony,

No need for any further discussion on this with Sumit. We spoke to him and explained everything.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 9:38 AM
**To:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Re: Fund Req 5/31/2021

All,

Shall talk to Sumit how this error occurred and let you know.
Went through the requests made by Caleb on May 11 and note that Sumit was not copied on Caleb request for $10,107.18.

Sumit need to be copied on all Fund Request and all Fund transfers as he has mentioned in his mail below.

Note : any entries missed would be detected at the time of the bank reconciliation.


Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 9:20 AM
**To:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Fwd: Fund Req 5/31/2021

HI Tony no need to waste further time. Abdul and Husain are going to talk to him.


Begin forwarded message:

> **From:** Tony Siva <tsiva@vyrian.com>
> **Date:** June 1, 2021 at 9:17:47 AM CDT
> **To:** Sumit Motwani <smotwani@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
> **Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
> **Subject: Re: Fund Req 5/31/2021**
>
>
> Sumit,
>
> Ref your mail below:
> Additional request by Caleb was included in my email below. Marked in red.
> How did you miss it ?.
>
>
> When you booked the total remittances was the request for $10,107.18 not booked to a PO ?.
> Or is this an open item in your daily summary.
>
> Below is a Copy of email sent on May 12 and was copied to you.
>
>
> To: Caleb/Peter,
>
> Attached wire confirmation for $86,167.00.
> This includes fees $684.00
>
> Below are details of remittances made for above request:
>
> **Funding Request May 10**
>
> | | |
> |---|---|
> | Funds Requested on May 10 | $ 265,375.97 |
> | Additional Funds Requested on May 11 | $   10,107.18 |
> | Total Request | **$ 275,483.15** |
> | Less: Remitted | |
> | Remitted on May 10 | $  (98,000.00) |
> | Remitted on May 11 | $  (92,000.00) |

| Balance Remitted on May 12 | $ | 85,483.15 |
|---|---|---|

Let us discuss this. Shall call you little later today.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063


Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Sumit Motwani <smotwani@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 6:22 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** RE: Fund Req 5/31/2021

Morning Sath,

This issue came because this was never mentioned in fund request form provided by Caleb.

Example – Total payment on 18th and 20th May to HK was $ 247,618.08, where as fund request was for $222,741, difference was on account of separate email of Caleb to Tony to include amount for PO 60536
And 60498 which was included with fund request.

Can we ask HK to include amount in fund request for a bill or get separately paid if it is not in fund request. Our fund request and payment file will go hand in hand without discrepancies and I would not miss any bill payment.

Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com



   

   

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** 01 June 2021 11:25
**To:** Sumit Motwani <smotwani@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** FW: Fund Req 5/31/2021

Hi Sumit,
Please review this. How did you miss booking this $10k entry? If Caleb didn't have record we would have been vulnerable and overpaid to supplier.

--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



**From:** Caleb Robeson <crobeson@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 12:43 AM
**To:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hey Sath,

No problem the advanced was received with the 5/10 fund req.

Please see Tony email attached, and below of weekly bank account report.

| 5 | 5/12 | 41901 | 59901 | PAID | XIA YOU | | | 65772.00 | 369013.84 | DEPOSIT | |
|---|------|-------|-------|------|---------|--|--|----------|-----------|---------|--|

Regards,
Caleb Robeson
3931 Ann Arbor Drive
Houston, TX 77063
Direct | Direct | (281) 371-6819 x 1038
Email | crobeson@vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 1:36 PM
**To:** Caleb Robeson <crobeson@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hi Caleb,

There is an item in RED highlight that you mention a 30% advance was made.  I don't see that advance in Viking/QB.  Can you review and let me know when you made that 30% advance.

Thanks,
Sath

--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 12:14 AM
**To:** Caleb Robeson <crobeson@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hi Tony, Caleb, Sumit,
Please see the attachment. This is a large amount we are wiring so I split into 3 draws. Please do Draw_1 tomorrow. Do the next draws as HLW confirms the funds are received. Tony, please remember fee of 3% negotiated.

Hi Sumit,
Each draw I've allocated appropriate Bills/PO for you to close in QB. Please close them with each draw so my inventory analysis tab isn't overvalued.

Call me if anyone has questions.

Thanks,
Sath

--

Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Caleb Robeson <crobeson@vyrian.com>
**Date:** Sunday, May 30, 2021 at 10:23 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Fund Req 5/31/2021

Hey Team,

Please see attached and below – no float this time.

| Amount Requested | 558K |
|---|---|
| Amount Approved | $ 411,520.71 |

Regards,
Caleb Robeson
3931 Ann Arbor Drive
Houston, TX 77063
Direct | Direct | (281) 371-6819 x 1038
Email | crobeson@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Leave request

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/3/2021 10:55 AM

**To** Sumit Motwani <smotwani@vyrian.com>; Tony Siva <tsiva@vyrian.com>

No problem.
Take care

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sumit Motwani <smotwani@vyrian.com>
**Date:** Thursday, June 3, 2021 at 10:06 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** Leave request

Hi Abdul,

I am not feeling well and want a leave for 4th and 5th June. Request you to consider.

Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 6/7/2021 10:26 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (171 KB)
INV0001.pdf;

Mr. Tony,

Please remit $20,200 to SM Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Tech - Invoice 03

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/14/2021 8:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (113 KB)

Invoice 03.pdf;

Hi Mr. Tony,

Please transfer $24,670 to OT Solutions Tech.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Webcross Systems tech - Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/21/2021 10:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (52 KB)

Webcross Invoice- WC011.pdf;