Exhibit B

(Part 4 of 26)

Hi Mr. Tony,

Please transfer $17780 to Webcross Systems tech.
See the attached invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Re: Progress/expansion Plan - Team India

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 12:19 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

But we have everything available in Viking

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:17 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Can Husain add the top 5 orders weekly on this. WO#, Sale/Cost/Profit/Supplier/Customer – Notes.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:11 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540

Email | [adatarwala@vyrian.com](mailto:adatarwala@vyrian.com)



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | [adatarwala@vyrian.com](mailto:adatarwala@vyrian.com)



  



## OT Solutions Pvt Ltd - Invoice 04

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 8:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

1 attachment (178 KB)

Invoice 04.pdf;

Hi Mr. Tony,

Please transfer $20,587 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: Progress/expansion Plan - Team India

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 12:11 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (199 KB)

India team_WW26.pdf;

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com











**Re: AR**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/30/2021 2:18 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Husain <hdatar@otsolutionsllp.com>; Tony Siva <tsiva@vyrian.com>

Will do!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, June 30, 2021 at 2:07 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain <hdatar@otsolutionsllp.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** AR

Hi Abdul,
Can you include Husain in the AR@vyrian.com email.  Thanks,


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



    

  

 Outlook

---

**India team_WW27**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 3:37 PM

**To** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

1 attachment (977 KB)

India team_WW27.pdf;

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## SM Technologies - Invoice 0002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (196 KB)

INV0002.pdf;

Mr. Tony,

Please transfer $22,480 to SM Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## SM Technologies - Invoice 0002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (196 KB)

INV0002.pdf;

Mr. Tony,

Please transfer $22,480 to SM Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





**Re: India team_WW27**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/8/2021 2:49 PM

**To** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thank you!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Tuesday, July 6, 2021 at 10:15 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy
<sath@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Husain D
<hdatar@otsolutionstech.com>
**Subject:** Re: India team_WW27

Functional analysis of employees very well done.
Good job, Abdul.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, July 6, 2021 at 3:37 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Husain D <hdatar@otsolutionstech.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** India team_WW27

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



  



## India team_WW28

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/8/2021 2:53 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (933 KB)

India team_WW28.pdf;

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





**Webcross technologies - Invoice - 012**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/12/2021 8:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (82 KB)

Webcross Invoice- WC012.pdf;

Mr. Tony,

Please transfer $23,680 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## India Operations WW29

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/19/2021 8:53 PM

**To** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (211 KB)

India team_WW29.pdf;

Team,

See attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions tech Pvt - Invoice 05

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/19/2021 10:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (282 KB)

Invoice 05.pdf;

Hello Mr. Tony,

Please transfer $26,140 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: OT Overhead July 2021

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:11 AM

**To** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (13 KB)

July 2021 Overhead (2)[92].xlsx;

Adding @Sath Sivasothy

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, July 6, 2021 at 10:09 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Overhead July 2021

Hello Tony,

Find the attached.


**Regards,**


**Husain Datarwala**

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com



**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## OT Solutions Pvt Ltd - Invoice 06

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 7/28/2021 12:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (342 KB)

Invoice 06.pdf;

Mr. Tony,

Please remit $14,578 to OT Solutions today.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Webcross invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/3/2021 9:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (139 KB)

Webcross Invoice- WC013.pdf;

Mr. Tony,

Please transfer $24,086 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## S M Technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/9/2021 9:27 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (220 KB)

INV0003.pdf;

Hi Mr. Tony,

Please transfer $28,230 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





**Re: Sumit**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/12/2021 2:12 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain <hdatar@otsolutionsllp.com>

Ok

Sent from my iPhone

On Aug 12, 2021, at 11:15 AM, Tony Siva <tsiva@vyrian.com> wrote:

NOTE:

We have an Outside Audit  by the bank in the first week of September and Sumit will be dealing direst with them.

The other big audit is in December and Sumit will be dealing with the auditors.

These audits are critical for the company .

It will take at least six months for anyone to understand our complex accounting.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is

strictly prohibited.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Thursday, August 12, 2021 at 9:42 AM
**To:** Husain <hdatar@otsolutionsllp.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Sumit

Hi Husain, Abdul,

Sumit is doing a good job co-ordinating and making sure we are getting accurate financials.  Tony and I discussed today and we need to keep him on staff if at all possible.  If you remove him it will set us back.

Thanks,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

## OT Solutions Pvt Ltd - Invoice 07

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 8/15/2021 9:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (487 KB)

Invoice 07.pdf;

Hi Mr. Tony,

Please transfer $32,840 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Webcross Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/23/2021 9:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (166 KB)

Webcross Invoice- WC014.pdf;

Hi Mr. Tony,

Please transfer **$12,682** to Webcross

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## India Operations - Month end report - Aug 21

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/31/2021 2:32 PM

**To** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hi Team,

Please see below overall summary of India operations.

<u>Staff Summary</u>

- Sales staff – 19 Sales and 1 Trainer
- Purchasing staff – 2 purchaser and 2 hybrid
- Finance staff – 3
- Data management staff – 6
- Dev and marketing staff – 3
- OT Staff – 5
- CAE - 2

<u>Here are the numbers</u>

GP Invoiced – **$ 757,156.07**
GP booking – **$ 515,119**
Avg leads per person – 9 ~ 11
Hubs added: **OP - 2      DP - 0      OM – 0**
Total active Hubs to date: : **OP - 22      DP - 9      OM – 0**

<u>Notes and Observations</u>

- 5 new Sales engineers will be starting September 6, 2021.
- Monitoring sales performance very closely to get the number of orders up.
- Need to keep marketing leads steady since it directly affects the performance of sales staff.
- Expecting International staff to start from October, we are trying to set up leadership and other management in place.
- Starting September 2021, new sales staff will only get trained on sales (Customer facing interactions) NOT trading. Sourcing will be managed by Sourcing department exclusively.
- We will have some existing staff transferred to sourcing department.

Please let me know if you have any questions.

GO Vyrian !!!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



   

 



**Re: India Operations - Month end report - Aug 21**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/31/2021 4:02 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes, those are August numbers

Sent from my iPhone

> On Aug 31, 2021, at 3:25 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Thanks. Are the invoice and booking for August 1-31?

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, August 31, 2021 at 2:32 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** India Operations - Month end report - Aug 21

Hi Team,

Please see below overall summary of India operations.

Staff Summary

- Sales staff – 19 Sales and 1 Trainer
- Purchasing staff –  2 purchaser and  2 hybrid
- Finance staff –  3
- Data management staff – 6
- Dev and marketing staff – 3
- OT Staff – 5
- CAE - 2

Here are the numbers

GP Invoiced – **$ 757,156.07**
GP booking – **$ 515,119**
Avg leads per person – 9 ~ 11
Hubs added: **OP -  2        DP - 0        OM – 0**
Total active Hubs to date**: : OP -  22     DP - 9        OM – 0**

Notes and Observations

- 5 new Sales engineers will be starting September 6, 2021.
- Monitoring sales performance very closely to get the number of orders up.
- Need to keep marketing leads steady since it directly affects the performance of sales staff.
- Expecting International staff to start from October, we are trying to set up leadership and other management in place.
- Starting September 2021, new sales staff will only get trained on sales (Customer facing interactions) NOT trading. Sourcing will be managed by Sourcing department exclusively.
- We will have some existing staff transferred to sourcing department.

Please let me know if you have any questions.

GO Vyrian !!!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

 Outlook

## Webcross invoice 0015

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/6/2021 11:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (194 KB)
Webcross Invoice- WC015.pdf;

Hi Mr. Tony,

Please transfer $23,170 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Fwd: AP clearing entry

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/10/2021 1:42 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Sumit Motwani <smotwani@vyrian.com>
> **Date:** September 10, 2021 at 10:33:25 AM CDT
> **Subject: AP clearing entry**