# Exhibit B

# (Part 5 of 26)

Hi Abdul,

As per current accounting procedure at every month end we put a adjusting (notional entry) and create inventory account.

This account is not real account, it is just adjustment entry account for the difference between profits of Vikings and Quickbooks.

As discussed with Mr. Tony this morning, he wants us to adjust this notional account with actual bills outstanding of Dragon 4ic. I tried explaining Mr. Tony about the concern but there was disconnect between our understanding.

According to me we can not adjust any actual bill with non-real entries.


Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies - Invoice 0004

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/13/2021 8:42 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (252 KB)

INV0004.pdf;

Hi Mr. Tony,

Please transfer $30,065 to SM technologies.
Invoice attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: Receiving Bank has not paid recipient neither funds returned to us.

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/15/2021 12:53 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Yes

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:53 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** FW: Receiving Bank has not paid recipient neither funds returned to us.

Abdul, Hussain should pay in the future to avoid this I think.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:06 PM
**To:** "Retiwalla, Danish" <danish.retiwalla@chase.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Receiving Bank has not paid recipient neither funds returned to us.

Danish,

Attached is a wire confirmation of $1,100.00 sent to Fatema.

The recipient has not received this fund to date.
Understand that the bank in Indore called the recipient and interrogated  and did not pay.


Please request wire department to recall the funds.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.



**Re: Receiving Bank has not paid recipient neither funds returned to us.**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/15/2021 12:10 PM

**To** Tony Siva <tsiva@vyrian.com>; Retiwalla, Danish <danish.retiwalla@chase.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Correction the bank in Bhopal

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:06 PM
**To:** Retiwalla, Danish <danish.retiwalla@chase.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Receiving Bank has not paid recipient neither funds returned to us.

Danish,

Attached is a wire confirmation of $1,100.00 sent to Fatema.

The recipient has not received this fund to date.
Understand that the bank in Indore called the recipient and interrogated and did not pay.


Please request wire department to recall the funds.



Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc

3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

 Outlook

## OT Solutions Tech Pvt - Invoice 08

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/20/2021 6:42 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (557 KB)

Invoice 08.pdf;

Hello Mr. Tony,

Please transfer $31,730 to OT Solutions Tech

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice 09

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 9/23/2021 11:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

🔗 1 attachment (617 KB)

Invoice 09.pdf;

Mr. Tony,

Please transfer $15,377 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Webcross invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/4/2021 9:06 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (250 KB)

Webcross Invoice- WC016.pdf;

Hello Mr. Tony,

Please remit $31,297 to Webcross.

Husain,

I have also added Yusuf's pay to this invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com





## Re: SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/11/2021 8:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, October 11, 2021 at 8:41 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: SM technologies Invoice

Bank Holiday today

Sent from my iPhone


On Oct 11, 2021, at 8:39 AM, Abdul tayyeb Datarwala
<adatarwala@vyrian.com> wrote:

Hello Mr. Tony,

Please transfer $32,040 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

 Outlook

## SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/11/2021 8:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (289 KB)

INV0005.pdf;

Hello Mr. Tony,

Please transfer $32,040 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



## OT Solutions invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/18/2021 9:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (765 KB)

Invoice 10.pdf;

Hi Mr. Tony,

Please remit $34,672 to OT Solutions tech pvt.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Webcross invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/25/2021 1:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (277 KB)

Webcross Invoice- WC017.pdf;

Hi Mr. Tony,

Please transfer $18,867 to Webcross.
Invoice is attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/1/2021 9:31 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (318 KB)

INV0006.pdf;

Hello Mr. Tony,

Please remit $29,017 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webcross Invoice 018

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 11/8/2021 7:33 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (307 KB)
Webcross Invoice- WC018.pdf;

Good morning Mr. Tony,

Please transfer $22,123 to Webcross Systems.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**OT Solutions Invoice 11**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/15/2021 8:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (827 KB)

Invoice 11.pdf;

Hi Mr. Tony,

Please transfer $37,857 to OT Solutions tech.

Bhai,

I have added $1100 for Yusuf in this invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webcross Invoice 19

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/18/2021 10:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (336 KB)

Webcross Invoice- WC019.pdf;

Hi Mr. Tony,

Please transfer $26,852 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## OT Solutions Tech Pvt - Invoice 12

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 11/29/2021 12:44 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Hi Mr. Tony,

Please transfer $15,515 to OT Solutions

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: OT Solutions Tech Pvt - Invoice 12**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/29/2021 1:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (898 KB)

Invoice 12.pdf;

Please see attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 29, 2021 at 12:44 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** OT Solutions Tech Pvt - Invoice 12

Hi Mr. Tony,

Please transfer $15,515 to OT Solutions

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice 0007 - SM Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/1/2021 8:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

1 attachment (347 KB)

INV0007.pdf;

Mr. Tony,

Please transfer $32,568 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice 020 - Webcross technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/6/2021 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (364 KB)

Webcross Invoice- WC020.pdf;

Hi Mr. Tony,

Please remit $30,117 to Webcross technologies.

Hi Husain,

I have also added Yusuf's

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions - Invoice 13

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/13/2021 8:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (977 KB)

Invoice 13.pdf;

Hi Mr. Tony,

Please transfer $23,885 to OT Solutions.

Thanks,
Abdul

 Outlook

## OT Solutions Pvt Ltd - Invoice 14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/16/2021 10:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (1 MB)

Invoice 14.pdf;

Hi Mr. Tony,

Please transfer $12,210 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Pvt Ltd - Invoice 14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 12/16/2021 10:46 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

1 attachment (1 MB)
Invoice 14.pdf;

Hi Mr. Tony,

Please transfer $12,210 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM Technologies Invoice 0008

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/20/2021 8:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (370 KB)
INV0008.pdf;

Hi Mr. Tony,

Please transfer $27,663 to SM Technologies.

Regards,
Abdul

 Outlook

## SM Technologies Invoice 0008

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 12/20/2021 8:20 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (370 KB)
INV0008.pdf;

Hi Mr. Tony,

Please transfer $27,663 to SM Technologies.

Regards,
Abdul

 Outlook

## SM technologies Invoice 0009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/3/2022 10:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (393 KB)

INV0009.pdf;

Hi Mr. Tony,

Please transfer $35,475 to SM Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Webcross Invoice - 021

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 1/10/2022 8:00 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (392 KB)
Webcross Invoice- WC021.pdf;

Hello Mr. Tony,

Please transfer $33,376 to Webcross systems.

Regards,
Abdul



## Re: OT Solutions Pvt ltd - Invoice OTS15

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/17/2022 10:48 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Thank you!

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, January 17, 2022 10:44 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Abdul,
Tony will also send the ACH difference for your salary.  I discussed with him

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, January 17, 2022 at 10:27 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Thanks for the update

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

