# Exhibit B

# (Part 9 of 26)

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, July 11, 2022 at 2:38 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys Invoice 2022-05

Mr. Tony,

Please transfer $35,544 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Websys Invoice 2022-05

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/11/2022 2:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (174 KB)

Websys 2022-05.pdf;

Mr. Tony,

Please transfer $35,544 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Wintech Solutions Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/14/2022 9:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (330 KB)

22-03 Wintech Invoice.pdf;

Hi Mr. Tony,

Please transfer $47,690 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## OT Solutions Tech - Invoice OTS-22-04

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/18/2022 7:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-04.pdf;

Good Morning Mr. Tony,

Please transfer $80,689 to OT Solutions Tech Pt Ltd.

Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Wintech Solutions - Invoice 22-04**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 7/19/2022 11:36 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes, Quarterly commissions

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, July 19, 2022 11:35 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Wintech Solutions - Invoice 22-04

Abdul,

Is this for something special .

Not in the schedule  for July below

| | OFFICE | | | |
|---|---|---|---|---|
| | **SERVICES FOR JULY 2022** | | | |

**Reconciliations**

| Date | OT Solutions Tech Pvt Ltd | Webwork solutions | Webmatic Solutions | Websys technologiies | |
|---|---|---|---|---|---|
| 4-Jul | | 57,680.00 | | | |
| 7-Jul | | | 68,920.00 | | |
| 18-Jul | | | | 35,544.00 | |
| 14-Jul | | | | | |
| 11-Jul | 80,689.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Total | | 80689 | 57680 | 68920 | 35544 | |

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, July 19, 2022 at 11:19 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Wintech Solutions - Invoice 22-04

Mr. Tony,

Please transfer $62,660 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*



## Outlook

---

**Wintech Solutions - Invoice 22-04**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/19/2022 11:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (369 KB)

22-04 Wintech Invoice.pdf;

Mr. Tony,

Please transfer $62,660 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Websys technologies - Invoice - Websys 2022-06

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 7/25/2022 8:59 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (181 KB)
Websys 2022-06.pdf;

Hi Mr. Tony,

Please pay the attached invoice to Websys technologies **$29,367**.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Web Works Solutions - Invoice 022-006**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/1/2022 2:47 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Okay thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, August 1, 2022 2:42 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions - Invoice 022-006

Abdul,

We have exceeded the limit for the day.

Please see message from bank. Shall send tomorrow morning.

We can't schedule this wire because the amount exceeds your company's total daily wire limit.

Please tell your system administrator you weren't able to schedule this wire. (Error code: 50103)

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact*
*compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, August 1, 2022 at 2:32 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions - Invoice 022-006

Mr. Tony,

Please transfer $51,558 to Web Works Solutions.

Regards,
Abdul



**Web Works Solutions - Invoice 022-006**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/1/2022 2:32 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (303 KB)
Invoice 022-006.pdf;

Mr. Tony,

Please transfer $51,558 to Web Works Solutions.

Regards,
Abdul

 Outlook

---

## Modern Invoice - M-014

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/4/2022 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (542 KB)

Modern Invoice - M-014.pdf;

Mr. Tony,

Please transfer $42,838 to Modeern Technology.
Invoice is attached.

Regards,



---

## Webmatic Invoice 22-005

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/8/2022 9:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (265 KB)

Webmatic Invoice 22-005.pdf;

Mr. Tony,

Please transfer $56,221 to Webmatic Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## OT Solutions Tech Pvt Ltd - OTS-22-05

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 8/17/2022 8:09 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-05.pdf;

Hi Mr. Tony,

Please transfer $95,806 to OT Solution Tech from One theory Biosciences.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

### Re: 22-05 Wintech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/18/2022 9:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

As per call

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, August 18, 2022 9:18 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 22-05 Wintech Invoice

Thanks Abdul.

It is on the Excel Table.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, August 18, 2022 at 9:13 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 22-05 Wintech Invoice

Abdul,

Is this commission ?

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr

Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, August 18, 2022 at 8:56 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** 22-05 Wintech Invoice

Mr. Tony,

Please transfer $ 47,985 to Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


 Outlook

**22-05 Wintech Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 8/18/2022 8:56 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (410 KB)
22-05 Wintech Invoice.pdf;

Mr. Tony,

Please transfer $ 47,985 to Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Web Works Solutions

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/22/2022 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (326 KB)
Invoice 022-007.pdf;

Mr. Tony,

Please pay the attached invoice from Vyrian.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**WEBMATIC SOLUTIONS**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/22/2022 9:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (298 KB)

Webmatic Invoice 22-006.pdf;

Hi Mr. Tony,

Please pay the attached invoice from VCM.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Web Work Solutions Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 9/1/2022 8:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (350 KB)
Invoice 022-008.pdf;

Mr. Tony,

Please pay $50,614 to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Webmatic Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/6/2022 7:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (490 KB)

Webmatic Invoice 22-007.pdf;

Mr. Tony,

Please transfer $ 53,316 to Webmatic.

Husian, Yusuf's added.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*