# Exhibit B

# (Part 10 of 26)



## Websys technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/6/2022 8:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (192 KB)

Websys 2022-07.pdf;

Mr. Tony,

Please transfer $52,660 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**22-06 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/12/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (460 KB)
22-06 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Wintech Solutions ($ 46,224).

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Invoice OTS-22-06**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/14/2022 8:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-06.pdf;

Hi Mr. Tony,

Please transfer **$85,960** to OT Solutions Tech Pvt Ltd.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Modern Technology**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/16/2022 6:17 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

---

📎 1 attachment (641 KB)

Modern Invoice - M-017.pdf;

Hi Mr. Tony,

Please see attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, September 16, 2022 3:33 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Technology

Abdul,

Attached wire confirmation

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

---

**22-07 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/19/2022 10:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (500 KB)

22-07 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Websys technologies Invoice pending

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 9/19/2022 8:53 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (201 KB)
Websys 2022-08.pdf;

Hi Mr. Tony,

Please transfer $62,660 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Re: AR-Collections follow-up emails

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/20/2022 10:20 AM

**To** Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Tony Siva <tsiva@vyrian.com>

---

Got it

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, September 20, 2022 10:14 AM
**To:** Mohit Garg <mohit@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: AR-Collections follow-up emails

Hi Abdul, Husain,

We are starting to see many customer get late with payments due to the economic downturn.  Mohit is going to accelerate collections.
Can you emphasize to sales team to CC AR@Vyrian.com whenever they reach out.

--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | <u>sath@vyrian.com</u>



**From:** Mohit Garg <mohit@vyrian.com>
**Date:** Tuesday, September 20, 2022 at 10:00 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** AR-Collections follow-up emails

Hi Abdul,

As discussed with Sath this morning on AR Collections.

Could you please inform Sales team to keep <u>ar@vyrain.com</u> in CC for all collections related emails to customers.

Also we have come up with an schedule for collections follow up, please refer below

| Due Days | Template Name | Responsible Parties |
|---|---|---|
| 2 | reminder | **Sales** |
| 5 | critical_reminder | **Sales** |
| 10 | reminder2 | **Sales** |
| 15 | critical_reminder | **Rohan** |
| 20 | reminder4 | **Rohan** |
| 25 | reminder5 | **Rohan** |
| 30 | reminder6 | **Rohan** |
| 35 | reminder7 | **Rohan** |
| 40 | reminder7 | **Mohit** |
| 50 | reminder7 | **Mohit** |
| 60 | reminder7 | **Mohit** |

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: AR-Collections follow-up emails

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 9/20/2022 10:19 AM
**To** Mohit Garg <mohit@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Will do!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Tuesday, September 20, 2022 10:00 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** AR-Collections follow-up emails

Hi Abdul,

As discussed with Sath this morning on AR Collections.

Could you please inform Sales team to keep ar@vyrain.com in CC for all collections related emails to customers.

Also we have come up with an schedule for collections follow up, please refer below

| Due Days | Template Name | Responsible Parties |
|----------|---------------|---------------------|

| 2 | reminder | Sales |
|---|---|---|
| 5 | critical_reminder | Sales |
| 10 | reminder2 | Sales |
| 15 | critical_reminder | Rohan |
| 20 | reminder4 | Rohan |
| 25 | reminder5 | Rohan |
| 30 | reminder6 | Rohan |
| 35 | reminder7 | Rohan |
| 40 | reminder7 | Mohit |
| 50 | reminder7 | Mohit |
| 60 | reminder7 | Mohit |

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice OTS-22-07

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/3/2022 10:00 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
OTS-22-07.pdf;

Hello Mr. Tony,

Please remit **$98,960** to OT Solutions.
Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Re: Financial reports for Vyrian, Inc

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/4/2022 6:45 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 2 attachments (26 KB)

Sath_Profit_and_Loss.pdf; report.html;

On Oct 4, 2022, at 5:46 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Abdul, Husain,
I will send this to you guys daily. Please see attached. Top line is revenue and its this month compared to last month.

Begin forwarded message:

> **From:** "Vyrian, Inc." <quickbooks@notification.intuit.com>
> **Date:** October 4, 2022 at 3:07:28 AM CDT
> **To:** Sath Sivasothy <sath@vyrian.com>
> **Subject: Financial reports for Vyrian, Inc**
> **Reply-To:** sath@vyrianinc.com
>
> Hello,
>
> Attached is the set of financial reports for Vyrian, Inc.
>
> Regards,
> sath@vyrianinc.com



## OTS Tech - Invoice OTS-22-08

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/5/2022 7:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-08.pdf;

Hi Mr. Tony,

Please remit $65,210 to OT Solutions Tech. Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Web Work Solutions - Invoice 022-009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/10/2022 10:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Stay warm and take care

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 10:16 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Pretty cold.


Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:14 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning, Sir

Hope you are doing well over there!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Re: Web Work Solutions - Invoice 022-009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/10/2022 10:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Good Morning, Sir

Hope you are doing well over there!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*