Exhibit B

(Part 11 of 26)



---

## Web Work Solutions - Invoice 022-009

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/10/2022 8:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (390 KB)

Invoice 022-009.pdf;

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Web Work Solutions - Invoice 022-009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/11/2022 6:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks for the note

> On Oct 11, 2022, at 6:09 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Wire processed yesterday was not transmitted by bank yesterday.

Will go through today.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby

notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:16 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Pretty cold.


Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:14 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning, Sir

Hope you are doing well over there!


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Webmatic Invoice 22-008

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 10/13/2022 7:40 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (529 KB)
Webmatic Invoice 22-008.pdf;

Hi Mr. Tony,

Please remit the payment for the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## 22-09 Wintech Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/14/2022 9:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (582 KB)

22-09 Wintech Invoice.pdf;

Mr. Tony,

Please pay the attached invoice from Wintech.

Regards

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice 2022-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/17/2022 8:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (208 KB)
Websys 2022-09.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Websys.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**22-08 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/19/2022 8:22 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (541 KB)

22-08 Wintech Invoice.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Web Works - Invoice 022-010

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 10/25/2022 7:35 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (429 KB)
Invoice 022-010.pdf;

Hi Mr. Tony,

Please remit $27,289 to Web Works Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Webmatic Invoice 22-009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/25/2022 7:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (563 KB)
Webmatic Invoice 22-009.pdf;

Hi Mr. Tony,

Please remit $25,000 to Webmatic.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Vyrian Compensation Update (VBP Program Invitation)

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/26/2022 9:02 AM

**To** Audrey Sivasothy <audrey@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (1 MB)
ADatarwala_10-2022VBP.pdf;

Hi,

Please see attached.

Thank you

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Wednesday, October 26, 2022 8:16 AM
**To:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Vyrian Compensation Update (VBP Program Invitation)

Hi Abdul,

I am writing to follow up.
Just a reminder, I haven't heard back from you about whether or not you'd like to participate in the VBP this year.

Please let me know your decision about your 2022 VBP enrollment no later than this Friday.

Thank you!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081
3931 Ann Arbor Dr.
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

> On Oct 12, 2022, at 1:55 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:
>
> Hi Abdul,
>
> As outlined below, you recently received a salary adjustment with an offer to join Vyrian's Vesting Bonus Plan (VBP) Program.
> Please see the details for the Vesting Bonus Plan attached. If you agree to the terms, please sign the offer letter and return the attached documents.
>
> If you have any questions, please let me know.
> Thank you, and congratulations!
>
> Audrey Sivasothy
> Business Compliance
>
> VYRIAN INC.
> AS9120/AS6081

3931 Ann Arbor Dr.
Houston, TX 77063


Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 14, 2022 at 1:26 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Vyrian Compensation Update

Hi Abdul,

Per our meeting, your total compensation will be updated to reflect a total award of **$340,000USD**. Please see below for details:

1. Annual compensation salary updated to **$240,000USD/year**
2. Based on outstanding performance, Vyrian will also award you a **$100,000 bonus** as part of Vyrian's Vesting Bonus Plan (VBP).

You will receive an updated docu-sign reflecting your updated compensation and VBP plan. Thank you for your hard work and we look forward to you continuing to be a critical contributor to the Vyrian team.

Best Regards,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 **Outlook**

---

**OT Soliutions Tech - OTS-22-09 Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 11/1/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-09.pdf;

Hi Mr. Tony,

Please transfer $73,895 to OT Solutions Tech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

## Webwork Invoice 022-011

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/3/2022 11:44 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (453 KB)

Invoice 022-011.pdf;

Hi Mr. Tony,

Please transfer $49,263 to Webwork

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: Webmatic Invoice 22-010**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 11/7/2022 8:58 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

No problem thanks for letting me know

On Nov 7, 2022, at 8:57 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul ,

Both Websys and Webmatic are from VCM.

Shall send Webmatic first and once the bank completes the transmission , shall send the Websys.
Websys may be late in the morning today.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webmatic Invoice 22-010

Abdul,

As per Nov Schedule the above is $28,902.
What is the difference (30,002-28902) $1,100.

Is this for Fatima ?
Pl confirm.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:33 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webmatic Invoice 22-010

Mr. Tony,

Please pay the attached invoice.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*