# Exhibit B
# (Part 12 of 26)


**Re: Websys 2022-10**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 11:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, November 7, 2022 11:04 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Websys 2022-10

Abdul,

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:36 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2022-10

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Re: Webmatic Invoice 22-010

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 8:50 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

Yes that is correct.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, November 7, 2022 8:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webmatic Invoice 22-010

Abdul,

As per Nov Schedule the above is $28,902.
What is the difference (30,002-28902) $1,100.

Is this for Fatima ?
PI confirm.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:33 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webmatic Invoice 22-010

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston

TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


# Outlook

---

## Webmatic Invoice 22-010

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 8:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (596 KB)

Webmatic Invoice 22-010.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


**Websys 2022-10**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 11/7/2022 8:36 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (221 KB)
Websys 2022-10.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: Websys 2022-11**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/16/2022 12:12 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hi Mr. Tony,

Per our call

On Nov 16, 2022, at 11:59 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Are these two relating to commissions ?.

If yes please state month.

Information required to allocate costs.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, November 16, 2022 at 11:48 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2022-11

Mr. Tony,

Please pay the attached invoice to Websys.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*



## 22-10 Wintech Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/16/2022 11:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (623 KB)

22-10 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Websys 2022-11

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/16/2022 11:48 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (230 KB)
Websys 2022-11.pdf;

Mr. Tony,

Please pay the attached invoice to Websys.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice 0007 - SM Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/1/2021 8:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (347 KB)

INV0007.pdf;

Mr. Tony,

Please transfer $32,568 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Web Work Solutions (Invoice 022-012)**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/1/2022 10:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (478 KB)

Invoice 022-012.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**OT Solutions Tech Pvt Ltd - Invoice OTS-22-10**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/5/2022 6:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-10.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice (OT Solutions Tech).

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Webmatic Invoice 22-011

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/7/2022 11:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

---

📎 1 attachment (630 KB)

Webmatic Invoice 22-011.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice: Websys 2022-12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/12/2022 7:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (238 KB)

Websys 2022-12.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## 22-11 Wintech Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/14/2022 10:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (663 KB)

22-11 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Web Works Solutions -Invoice 022-013

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 12/16/2022 10:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (501 KB)

Invoice 022-013.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Webmatic Invoice 22-012

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 12/16/2022 10:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (662 KB)

Webmatic Invoice 22-012.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Re: Commissions 2022**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/29/2022 12:48 PM

**To** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (9 KB)

Y2022.xlsx;

Hi Mr. Tony,

Please see attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Monday, December 19, 2022 2:21 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Commissions 2022

Noted

**Regards,**

**Husain Datarwala**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, December 19, 2022 9:27 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Commissions 2022

Husain,

For purposes of preparing the 2022 Financials , please send me an excel schedule that shows the monthly commissions for year 2022.

This request is NOT URGENT.
You can send it before the end of this year.

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



---

**Invoice OTS-23-1**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 1/3/2023 8:16 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
OTS-23-1.pdf;

Good Morning,

Please process payment for the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Invoice OTS-23-1

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/3/2023 8:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (2 MB)

OTS-23-1.pdf;

Good Morning,

Please process payment for the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Web Works Solutions Invoice 023-01

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/5/2023 7:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (526 KB)

Invoice 023-01.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Webmatic Invoice 23-01**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/9/2023 11:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (718 KB)

Webmatic Invoice 23-01.pdf;

Hello,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


Outlook

---

**Websys 2023-01**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 1/12/2023 10:40 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (246 KB)
Websys 2023-01.pdf;

Hello,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

### 23-01 Wintech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/16/2023 7:15 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (704 KB)

23-01 Wintech Invoice.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*