# Exhibit B

# (Part 13 of 26)



## Re: 23-01 Wintech Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/17/2023 8:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (704 KB)

23-01 Wintech Invoice.pdf;

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, January 16, 2023 7:30 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 23-01 Wintech Invoice

Bank Holiday today.

Sent from my iPhone

On Jan 16, 2023, at 7:15 AM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

<Outlook-221pphxw.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<23-01 Wintech Invoice.pdf>



---

**Websys 2023-02**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/17/2023 8:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (255 KB)

Websys 2023-02.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



   

   

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: Websys 2023-02**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Tue 1/17/2023 9:22 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

Yes

> On Jan 17, 2023, at 9:11 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Is this commission?

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from

disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, January 17, 2023 at 8:51 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2023-02

Hello Mr. Tony,

Please pay the attached invoice.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## OTS-23-2 INVOICE

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/1/2023 9:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-2.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: New account - Web Works Solutions**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/6/2023 8:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

As per our call sir

On Feb 6, 2023, at 8:34 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

If the beneficiary remains the same, the account number can only be changed to the new one.

Therefore presume you meant a CHANGE not an ADD

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, February 6, 2023 at 7:34 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** New account - Web Works Solutions

Hi Mr. Tony.

Please add this account

Account number: 10123188068
Address: 180 Sector-D Hasanji Nagar, Indore, M.P, INDIA
Phone number: +91-9039799948
IFSC: IDFB0041264
Swift: IDFBINBBMUM
Branch: Commerce House Racecourse Road

Please pay the attached invoice to the new bank account.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com


<Outlook-qgtj0kxw.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Webmatic Invoice 23-02

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 2/13/2023 10:44 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (777 KB)
Webmatic Invoice 23-02.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Websys 2023-03

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/15/2023 10:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (265 KB)

Websys 2023-03.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**23-03 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 2/21/2023 7:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (785 KB)

23-03 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Webmatic Invoice 23-03

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 2/21/2023 11:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (810 KB)

Webmatic Invoice 23-03.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice 023-04 - Web Work Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/1/2023 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (600 KB)

Invoice 023-04.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


**23-04 Wintech Invoice / New Bank account details**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/6/2023 8:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (828 KB)

23-04 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice. Also, please note the new bank account info for Wintech below and in the attachment.

**Company Name : Wintech Solutions**
**Account : 52208195714**
**IFSC : IDFB0041264**
**SWIFT : IDFBINBBMUM**
**Bank Branch Address :  Commerce house, Racecourse road, 11 Banglow colony, New palasia, Indore, 452001**

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice – OTS-23-3

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 3/9/2023 8:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
OTS-23-3.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: Websys 2023-04**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/13/2023 10:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, March 13, 2023 10:02 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Websys 2023-04

Abdul,

Is this commission ?.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, March 13, 2023 at 7:47 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2023-04

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact <u>compliance@vyrian.com</u> for a copy of our AS6081 supplier release form, if applicable.*


## Websys 2023-04

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/13/2023 7:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (272 KB)

Websys 2023-04.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Re: AP MIS report as on 03/15/2023**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/15/2023 11:47 AM

**To** Heena Rani <heena@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Accounts Payable <ap@vyrian.com>

---

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Heena Rani <heena@vyrian.com>
**Sent:** Wednesday, March 15, 2023 11:28 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Cc:** Accounts Payable <ap@vyrian.com>
**Subject:** AP MIS report as on 03/15/2023

Hi Hussain,

Please find attached AP MIS report as of 03/15/2023.

Warm Regards,

**Heena Bansal**
Finance Manager
Vyrian, Inc.

3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 476-2012
Email: heena@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## OT Solutions Tech - Invoice OTS-23-4

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 4/3/2023 10:25 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
OTS-23-4.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Also, please note the changes/new bank info:

OFFICE ADDRESS: 180, Slice 4, Scheme 97, Vip Paraspar Nagar, Indore, Madhya Pradesh, 452012, India

BANK DETAILS:
IDFC First Bank
Account Name: {OT Solutions Tech Pvt Ltd}
Account No: {10114497237}
Swift Code: {IDFBINBBMUM}
IFSC Code: {IDFB0041264}
Address: {Upper ground floor, Commerce house 7, Racecourse road, INDORE}

Contact Number: +91-91743-77777

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



**Re: OT Services April**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/3/2023 9:43 AM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (48 KB)

Vyrian Services 2023.xlsx;

Hi Team,

Please see attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 3, 2023 9:32 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Services April

Thanks Husain.

Reviewed.

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 3, 2023 at 6:36 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services April

Hello Tony,

Find the attached

**Regards,**

# Husain Datarwala

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/10/2023 10:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (868 KB)

23-05 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

## Web Wise Technology Invoice 001-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/17/2023 9:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (157 KB)

Webwise_invoice#001-23.pdf;

Hello Mr. Tony,

This is the New company.

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*