# Exhibit B

# (Part 15 of 26)


---

**Nextech_Inovice23-07**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/11/2023 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (540 KB)

Nextech_Inoivce23-07.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Payment Codes**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>

Hi Mr. Tony,

Please keep P1008 for now

On Sep 13, 2023, at 10:41 AM, Tony Siva <tsiva@vyrian.com> wrote:

Till August I was using P1014.

Now I use P1008

We do not have 0802.

Let me know ASAP

- P1002 Trade related services commission on exports / imports
- P1003 Operational leasing services (other than financial leasing) without operating crew, including charter hire Airlines companies
- P1004 Legal services
- P1005 Accounting, auditing, book keeping services
- P1006 Business and management consultancy and public relations services
- P1007 Advertising, trade fair service
- P1008 Research & Development services
- P1009 Architectural services
- P1010 Agricultural services like protection against insects & disease, increasing of harvest yields, forestry services
- P1011 Inward remittance for maintenance of offices in India
- P1013 Environmental Services
- P1014 Engineering Services
- P1015 Tax consulting services
- P1016 Market research and public opinion polling service
- P1017 Publishing and printing services
- P1018 Mining services like onsite processing services analysis of ores etc.
- P1019 Other services not included elsewhere
- P1020 Wholesale and retailing trade services

- P1021 Operational leasing services (other than financial leasing) without operating crew, including charter hire Shipping companies
- P1022 Other Technical Services including scientific/space services

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image004.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 13, 2023 at 10:27 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** FW: Payment Codes

Abdul,

Please see below the "Payment Purpose". There are no codes for "Purpose"

Have been using use "Other Business Services".

Let me know what you want me to use .

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image002.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081*
*orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release*
*form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Friday, August 18, 2023 at 5:13 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Subject:** Payment Codes

Husain,

Chase bank does not have Digital Codes.

Below are the payment codes and I use

OTHER BUSINESS SERVICES


<image001.png>


<image003.png>


Hope this answers your question

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.



**Re: Payment Codes**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Wed 9/13/2023 10:44 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Husain D <hdatar@otsolutionstech.com> |

Thank you Mr. Tony,

Can we use P1019 Other services not included elsewhere

And mention "Software development and consulting" ?

> On Sep 13, 2023, at 10:41 AM, Tony Siva <tsiva@vyrian.com> wrote:
>
> P1019 Other services not included elsewhere


---

**Infotech-II-09-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (701 KB)

Infotech-II-09-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



 

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Invoice 023-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (742 KB)

Invoice 023-09.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Re: Modern Invoice - M-024**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/25/2023 9:01 AM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>

Yup this is what it invoice is

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, September 25, 2023 8:56 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Modern Invoice - M-024

Hi Abdul,
Did you speak to Husain about amortizing out the Diwali bonus.


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com



---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, September 25, 2023 at 8:37 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Modern Invoice - M-024

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

## Modern Invoice - M-024

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/25/2023 8:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (845 KB)

Modern Invoice - M-024.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Invoice-OTS-23-13**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/2/2023 10:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-13.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Infotech-II-10-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/4/2023 12:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (729 KB)

Infotech-II-10-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Webwise_invoice#008-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 10/4/2023 1:11 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (427 KB)
Webwise_invoice#008-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Please note the new bank information provided in the invoice.**

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



   

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Re: AR Report – 10/06/23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 10/9/2023 7:38 AM
**To** Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Rohan Goyal <rgoyal@vyrian.com>

Hi,

Yes I will get with sales on this.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Sunday, October 8, 2023 9:19 AM
**To:** Mohit Garg <mohit@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Rohan Goyal <rgoyal@vyrian.com>
**Subject:** Re: AR Report – 10/06/23

Hi Mohit,

1. Pls give breakdown of the Advances total $168k
2. Pls give breakdown of the Credit Memos
3. What is payment? $25,659?

Hi Abdul,

1. Please note that Nvent inv 39336 is now overdue.  Can we be sure for sales to collect this payment for $631,800 that came due recently on 10/4/2023.

Thanks,

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77077
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com




---

**Nextech_Inovice23-08**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 10/9/2023 3:51 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (564 KB)
Nextech_Inovice23-08.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Re: October Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 10/15/2023 10:22 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 1 attachment (233 KB)

Screenshot 2023-10-15 at 10.18.38 AM.png;

29310 - 16810(webswise payment listed in sheet schedule) + 12500(Husain's bonus 2nd installment)
25272 - 13308(Infotech payment listed in the sheet schedule) + 11964(Diwali installment)

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Sunday, October 15, 2023 9:06 AM
**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: October Services

Hi Husain,
Same thing here. Please advise.



--
Sath Sivasothy

3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, October 2, 2023 at 8:04 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

[Image removed by sender. Logo, company name Description automatically generated]

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

[Image removed by sender. linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Re: September Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 10/15/2023 10:26 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 1 attachment (911 KB)

image001 (2).png;

14402 - Commision payment

7201 - Commision payment

44148 - 31648 (Nextech solutions payment listed in the sheet schedule) + 12500(Husain' bonus 1st installment.

25553 - Diwali Bonus installment

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>

**Sent:** Sunday, October 15, 2023 8:59 AM

**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Subject:** Re: September Services

Hi Husain,

For September original invoices to payment we have an offset. Please review these and get back to me. The items in green highlight (on the right) match your expense table.

Can you let us know about the other payments ($25,553, $14,402, $7201, $44,148).

