# Exhibit B
# (Part 16 of 26)

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, August 31, 2023 at 3:27 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** September Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Re: Modern Invoice - M-025**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 10/16/2023 10:20 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

Yes commission

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 16, 2023 10:08 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Modern Invoice - M-025

Abdul,

Please confirm if this is for commission.

Information requested to update the October Services Schedule.

Thasnks,

Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 16, 2023 at 9:41 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Modern Invoice - M-025

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Modern Invoice - M-025

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 10/16/2023 9:41 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (885 KB)
Modern Invoice - M-025.pdf;

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## OTS-23-14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/1/2023 8:27 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-14.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Webwise_invoice#009-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 11/6/2023 11:30 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (456 KB)
Webwise_invoice#009-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Re: Nextech_Inovice23-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/8/2023 11:52 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Diwali B last installment.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, November 8, 2023 11:42 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Nextech_Inovice23-09

Abdul,

Per copy of November Services, Nextech shows $22,313.00

Above invoice is for $34,277.

What is the difference of $11,964 for ?

Please let me know.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, November 8, 2023 at 10:14 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Nextech_Inovice23-09

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.

3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: OTM Outstanding Bills

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/8/2023 9:53 AM
**To** Mohit Garg <mohit@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>

Most of are still due but can you please add Vyrian Work Oeder number to the list

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:50 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** Re: OTM Outstanding Bills

I mean OTM to the Supplier.

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr

Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:18 PM
**To:** Mohit Garg <mohit@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** Re: OTM Outstanding Bills

Hi Mohit,

How do you mean by bills are due ? Bills due from Vyrian to OTM or OTM to the supplier ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** OTM Outstanding Bills

Hi Abdul,

Could you please advise if below Bills are still due.

| Date | Type | No. | Payee | Category | Due date | Balance | Total | Remarks |
|------|------|-----|-------|----------|----------|---------|-------|---------|
| 10/18/2023 | Bill | 108068 | OTM | Cost of Goods Sold | 10/18/2023 | 42,565.54 | 42,565.54 | |
| 09/03/2023 | Bill | 106235 | OTM | Cost of Goods Sold | 09/03/2023 | 46,295.51 | 46,295.51 | |
| 08/27/2023 | Bill | 106298 | OTM | Cost of Goods Sold | 08/27/2023 | 3,150.00 | 3,150.00 | |
| 08/14/2023 | Bill | 106658 | OTM | Cost of Goods Sold | 08/14/2023 | 735.00 | 735.00 | |
| 08/06/2023 | Bill | 106329 | OTM | Cost of Goods Sold | 08/06/2023 | 14,224.00 | 14,224.00 | |
| 04/10/2023 | Bill | 100036 | OTM | Cost of Goods Sold | 04/10/2023 | 207,468.72 | 405,000.00 | |

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: OTM Outstanding Bills

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/8/2023 9:48 AM
**To** Mohit Garg <mohit@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>

Hi Mohit,

How do you mean by bills are due ? Bills due from Vyrian to OTM or OTM to the supplier ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** OTM Outstanding Bills

Hi Abdul,

Could you please advise if below Bills are still due.

| Date | Type | No. | Payee | Category | Due date | Balance | Total | Remarks |
|------|------|-----|-------|----------|----------|---------|-------|---------|
| 10/18/2023 | Bill | 108068 | OTM | Cost of Goods Sold | 10/18/2023 | 42,565.54 | 42,565.54 | |

| 09/03/2023 | Bill | 106235 | OTM | Cost of Goods Sold | 09/03/2023 | 46,295.51 | 46,295.51 | |
| 08/27/2023 | Bill | 106298 | OTM | Cost of Goods Sold | 08/27/2023 | 3,150.00 | 3,150.00 | |
| 08/14/2023 | Bill | 106658 | OTM | Cost of Goods Sold | 08/14/2023 | 735.00 | 735.00 | |
| 08/06/2023 | Bill | 106329 | OTM | Cost of Goods Sold | 08/06/2023 | 14,224.00 | 14,224.00 | |
| 04/10/2023 | Bill | 100036 | OTM | Cost of Goods Sold | 04/10/2023 | 207,468.72 | 405,000.00 | |

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Nextech_Inovice23-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/8/2023 10:13 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (589 KB)
Nextech_Inovice23-09.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Infotech-II-11-23**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/9/2023 10:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (756 KB)
Infotech-II-11-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Invoice 023-11

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 11/14/2023 7:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (885 KB)

Invoice 023-11.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

## OTS-23-15

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Fri 12/1/2023 9:51 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-23-15.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



   

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Webwise_invoice#010-23

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/4/2023 11:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes sir per our call

> On Dec 4, 2023, at 10:40 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Presume going forward there will be two bank accounts for the same beneficiary ?.

If yes, I need to process the new account differently.

Let me know ASAP

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

Good Morning Mr. Tony,

Please pay the attached invoice.

Please be advised that the bank information provided in the
document is different. Please include this bank's details for
Webwise, as we will be remitting payments to both banks
periodically.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com


<Outlook-4j3ztinu.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081
orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier
release form, if applicable.*


---

**Webwise_invoice#010-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/4/2023 10:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (491 KB)
Webwise_invoice#010-23.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

Please be advised that the bank information provided in the document is different. Please include this bank's details for Webwise, as we will be remitting payments to both banks periodically.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Nextech_Inovice23-10**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/6/2023 9:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (613 KB)

Nextech_Inovice23-10.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Re: Infotech-II-11-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/11/2023 2:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Adding Husain

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala
**Sent:** Monday, December 11, 2023 12:29 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Infotech-II-11-24

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*