# Exhibit B

# (Part 17 of 26)



## Infotech-II-11-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/11/2023 12:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (783 KB)

Infotech-II-11-24.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: Invoice 023-12**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/13/2023 10:47 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Overview sir

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Wednesday, December 13, 2023 9:46 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Invoice 023-12

Abdul is this part of Husain's overview ?  Or it's separate commissions.

> On Dec 13, 2023, at 9:40 AM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>
> Hi Mr. Tony,
>
> Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

<Outlook-oxrjkcn1.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<Invoice 023-12.pdf>



---

**Invoice 023-12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/13/2023 9:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (908 KB)
Invoice 023-12.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact
compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Re: January 2024 Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 1/1/2024 6:49 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

5 new sales and 2 Digital Marketing candidates

On Jan 1, 2024, at 6:41 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Excluding Diwali, Tax and Commission, January 2024 shows an increase of $9840n ( $131,182 less $121,182) or 8.1%.

Is there any additional costs for January ?

| | | |
|---|---|---|
| Oct-23 | | 121,539.00 |
| Nov-23 | | 116,742.00 |
| Dec-23 | | 121,342.00 |
| Jan-24 | 131,182.00 | Increase of $9,840 |
| Diwali,Tax,Com | 14,941.00 | 146,123.00 |

Please advise.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, January 1, 2024 at 1:43 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** January Services

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web :** **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

Image removed by sender. Logo, company name Description automatically generated

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

## OTS-24-16

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/2/2024 9:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-24-16.pdf;

Good Morning,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


**Re: Important Business Banking Alert**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/3/2024 8:46 AM

**To** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Okay thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, January 3, 2024 8:27 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** FW: Important Business Banking Alert

Abdul,

Pl see Chase confirmation below.

Looks like everything went through at our end.

Shall speak to Chase and let you know.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com <mailto:compliance@vyrian.com> for a copy of our AS6081 supplier release form, if applicable.

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On 1/2/24, 1:11 PM, "Chase" <no-reply@alertsp.chase.com <mailto:no-reply@alertsp.chase.com>> wrote:



Dear Customer,


At Chase, we're committed to providing the tools you need to help you monitor your account(s). Below is a list of the latest transactions for the accounts in your profile:


*We've started to process a wire transfer of (USD) 60,300.00 from account ending in 2800 to OT Solutions Tech Pvt Ltd for a deliver by date of 01/02/2024.


If you have questions about the transaction(s) or this alert, please call 1-877-CHASEPC (1-877-242-7372). Our customer service representatives are available from 6 AM to midnight Eastern time, seven days a

week.

Please do not reply to this automatic alert. Instead, you can sign in to www.Chase.com/businessbanking to send us a secure message.

We appreciate your business.

Sincerely,

Online Business Banking Team



## Webwise_invoice#011-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/4/2024 10:17 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (521 KB)
Webwise_invoice#011-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Software Development Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 1/6/2024 3:08 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Faisal Feroz <faisalferoz@gmail.com>

📎 1 attachment (19 KB)
invoice_#INV-20240106-83.pdf;

Hi Mr. Tony,

Please pay the attached invoice to Faisal Feroz.

Regards
Abdul



---

**Nextech_Inovice24-11**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 1/8/2024 10:31 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (651 KB)
Nextech_Inovice24-11.pdf;


Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Infotech-II-13-24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/11/2024 12:33 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (810 KB)
Infotech-II-13-24.pdf;

Hello Mr. Tony,

Please submit payment for attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Re: AR Report - 01/31/24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 1/31/2024 12:00 PM
**To** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc** Tony Siva <tsiva@vyrian.com>

Yes sir, we are trying hard to get the numbers on tack.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Wednesday, January 31, 2024 10:50 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** FW: AR Report - 01/31/24

Abdul,

The net amount of money we are waiting to receive, our Net AR, is currently $230,620. Before, during our best times, it was up to $8,000,000. We want to get it back up to around $1 million to hit our break-even point (BEP).

Receivables, which is the money we are owed, and this month's invoices are connected. If our running AR is below $1 million, and we maintain a 35% gross profit, it means we're just about breaking even (ALL Operations and Octopart controlled to $25k-$30k).

| | | | | | |
|---|---|---|---|---|---|
| ⊞ **Microsoft** | IT | 4,199 | 4,076 | 2,199 | 10,474 |
| ⊞ **Mint Mobile** | IT | 131 | 146 | | 277 |
| ⊞ **Mongodb cloud** | IT | 610 | 586 | 593 | 1,789 |
| ⊞ **My Receptionist** | Digital Marketing | 1,471 | 1,434 | | 2,905 |
| ⊞ **MYFAX Service** | IT | 12 | 12 | | 24 |
| ⊞ **Octopart** | Digital Marketing | 82,331 | 82,070 | 82,332 | 246,734 |
| ⊞ **PayPal** | Fees | 30 | 30 | 30 | 90 |
| ⊞ **Quickbooks** | Administration | 501 | 565 | | 1,066 |

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



--

**From:** Mohit Garg <mohit@vyrian.com>
**Date:** Wednesday, January 31, 2024 at 10:25 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain D <hdatar@otsolutionstech.com>, Rohan Goyal <rgoyal@vyrian.com>
**Subject:** AR Report - 01/31/24

Hi Sath,

Please find the AR Report as of today.

| Particulars | Amount | | Particulars | Amount |
|---|---|---|---|---|
| Net AR as of Today | $ 230,620.45 | | 60+ Days past due | $ 11,760.00 |
| Add: Advances | $ 103,818.76 | | 31 - 60 days past due | $ 20,569.62 |
| Add: Credit Memos | $ 6,776.00 | | 1 - 30 days past due | $ 109,769.59 |
| Add: Expense | $ (205.21) | | $5000+ Overdue | $ 84,339.78 |
| Add: Payment | $ - | | Filed with Insurance | $ - |
| Less: Journal Entries | $ - | | | |
| **Gross AR as of Today** | **$ 341,010.00** | | | |

### 1. 60+ Days Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remark |
|---|---|---|---|---|---|---|---|---|
| 91 or more days past due | 09/04/2023 | Invoice | 39337 | Ace Thermal Systems(ENVIRO) | 10/04/2023 | 4,200.00 | 4,200.00 | Filed With Insurance |
| 91 or more days past due | 09/14/2023 | Invoice | 39410 | NATIONAL OILWELL VARCO, L.P. | 10/14/2023 | 910.00 | 910.00 | Filed With Insurance |
| 91 or more days past due | 09/29/2023 | Invoice | 39497 | NATIONAL OILWELL VARCO, L.P. | 10/29/2023 | 980.00 | 980.00 | Filed With Insurance |
| 61 - 90 days past due | 10/06/2023 | Invoice | 39531 | NATIONAL OILWELL VARCO, L.P. | 11/05/2023 | 520.00 | 520.00 | Filed With Insurance |
| 61 - 90 days past due | 10/27/2023 | Invoice | 39675 | NATIONAL OILWELL VARCO, L.P. | 11/26/2023 | 650.00 | 650.00 | Filed With Insurance |
| 61 - 90 days past due | 11/01/2023 | Invoice | 39693 | VIA ENGINEERING SERVICES | 12/01/2023 | 24,600.00 | 4,500.00 | Payment Received |

### 2. 5000+ Overdue Invoice

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 - 30 days past due | 12/19/2023 | Invoice | 39930 | Xitron LLC | 01/18/2024 | 32,100.12 | 32,100.12 | Payment Received |
| 1 - 30 days past due | 12/05/2023 | Invoice | 39862 | Jabil Hungary LP LLC / Jabil Circuit Ukraine LLC | 01/04/2024 | 13,890.00 | 13,890.00 | Customer processed Invoice |
| 1 - 30 days past due | 12/04/2023 | Invoice | 39855 | Photo Fabricators Inc | 01/03/2024 | 13,673.04 | 13,673.04 | Waiting to receive check |
| 31 - 60 days past due | 11/06/2023 | Invoice | 39722 | Gener8 LLC | 12/06/2023 | 7,404.62 | 7,404.62 | Customer processed Invoice |
| 1 - 30 days past due | 12/27/2023 | Invoice | 39965 | Advanced Measurement & Analysis Group | 01/11/2024 | 6,080.00 | 6,080.00 | Waiting to receive check |
| 1 - 30 days past due | 12/21/2023 | Invoice | 39944 | Miltope Corporation | 01/20/2024 | 5,645.00 | 5,645.00 | Customer processed Invoice |
| 1 - 30 days past due | 12/21/2023 | Invoice | 39941 | ULTRASPAN | 01/20/2024 | 5,547.00 | 5,547.00 | Customer processed Invoice |

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com





## Re: OTS-24-17

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/1/2024 12:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Which one can we use then ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact*
*compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, February 1, 2024 11:44 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OTS-24-17

Abdul,

Please note Code PO802 is not listed on Chase profile for wires.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, February 1, 2024 at 11:28 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OTS-24-17

Abdul,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, February 1, 2024 at 11:02 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** OTS-24-17

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## OTS-24-17

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 2/1/2024 11:01 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-24-17.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Webwise_invoice#012-24

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 2/5/2024 12:01 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (551 KB)
Webwise_invoice#012-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Nextech_Inovice24-12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/7/2024 11:31 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (683 KB)

Nextech_Inovice24-12.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Infotech-II-14-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 2/12/2024 7:34 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-14-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/12/2024 7:34 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (837 KB)
Infotech-II-14-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*