# Exhibit B

# (Part 18 of 26)



## OTS-24-18

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/4/2024 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-24-18.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



## Infotech-II-15-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 3/5/2024 7:00 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (865 KB)

Infotech-II-15-24.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Nextech_Inovice24-13**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/11/2024 8:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (707 KB)
Nextech_Inovice24-13.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Re: Weekly Snapshot India

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 3/31/2024 12:05 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

Yes, it's getting really bad. Let's see how April turns out.


On Mar 31, 2024, at 8:08 AM, Sath Sivasothy <sath@vyrian.com> wrote:


Hi Abdul, Husain,

This is extremely low output for an entire week with 24 sales people and all of the staff we have. Not good.


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com


---

**From:** Viking Administrator <viking_administrator@vyrian.com>
**Sent:** Friday, March 29, 2024 7:25 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Weekly Snapshot India

Total Orders: 30                                              <r
Total Bookings: $60,644.57                                    e
Total Gross Margin: $18,814.09                                p
Largest Order: Ujjawal Singh, Off Line srl, $, $, Fairstock HK    or
t.csv>



## OTS-24-19

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 3/31/2024 9:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-24-19.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Re: OTS-24-19**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/1/2024 2:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Mr. Tony,

Please pay this invoice from **Vyrian** NOT from One theory.


> On Mar 31, 2024, at 9:10 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>
> Hello Mr. Tony,
>
> Please pay the attached invoice.
>
> **Abdul Datarwala**
> Vyrian, Inc.
> 3931 Ann Arbor Dr
> Houston
> TX 77063
> Office | (281) 377-4540
> Email: adatarwala@vyrian.com
> Web | www.vyrian.com
>
> <Outlook-zu00tyrb.png>
>
> *Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*
>
> <OTS-24-19.pdf>



---

## Webwise_invoice#014-24

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/3/2024 11:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (610 KB)

Webwise_invoice#014-24.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-16-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 4/4/2024 11:11 AM
**To** Sath Sivasothy <sath@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (892 KB)
Infotech-II-16-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webpro_Invoice 024-01

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/8/2024 12:41 PM

 Outlook

## Nextech_Inovice24-14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 4/9/2024 1:45 PM



## OTS-24-20

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/1/2024 8:33 AM



Infotech-II-17-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 5/2/2024 9:12 AM



## Webwise_invoice#015-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 5/6/2024 11:33 AM



## Fw: Swift code and account Details For Inward remittance

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/7/2024 8:23 AM

**To** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (25 KB)
image210854.png;

Hello Mr. Tony,

Please see the email below form the bank.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Infotech Innovations <infotechinnovationsind@gmail.com>
**Sent:** Tuesday, May 7, 2024 6:24 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Fwd: Swift code and account Details For Inward remittance

You don't often get email from infotechinnovationsind@gmail.com. Learn why this is important

Hello,

Check the below mentioned bank detail.

---------- Forwarded message ---------
From: **Vikas Barod** <vikas.barod@aubank.in>
Date: Tue, 7 May, 2024, 2:19 pm
Subject: Swift code and account Details For Inward remittance
To: infotechinnovationsind@gmail.com <infotechinnovationsind@gmail.com>
Cc: Siddharth Jain <siddharth.jain2@aubank.in>, Pawan Joshi <pawan.joshi2@aubank.in>, Ankit Rajesh. Bhavsar <ankit.bhavsar@aubank.in>, Anshul Jain <anshul.jain3@aubank.in>

Dear Sir
Please find Below mention details and process the same.

**USD Inward Remittance**

| | |
|---|---|
| Bank Name | CITI BANK N.A. |
| Swift Code | CITIUS33XXX |
| Account Number | 36469564 |
| AU SMALL FINANCE LIMITED SWIFT CODE | AUBLINBBXXX |
| ABA FED Number | 021000089 |
| Beneficiary Bank | AU SMALL FINANCE LIMITED, Mumbai (India) |
| AU BANK ACCOUNT NO. | 2402231357936572 |
| ACCOUNT NAME | Infotech Innovations |
| AU BANK IFS  CODE | AUBL0002313 |
| Bank Branch Address - | A.B. Road branch Indore |

Thanks & Regards,

**Vikas Barod**
Relationship Manager RTFx
**AU Small Finance Bank Limited**
(A Scheduled Commercial Bank)
Mobile : +91-6262049523 | Website : www.aubank.in

 Outlook

## Nextech_Inovice24-15

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/8/2024 10:34 AM



## Webpro_Invoice 024-02

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/13/2024 10:15 AM

 Outlook

## OTS-24-21

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/3/2024 8:57 AM



**Webpro_Invoice 024-03**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/3/2024 9:00 AM



**Infotech-II-18-24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/5/2024 10:56 AM

 Outlook

## Webwise_invoice#016-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/10/2024 8:07 AM

 Outlook

## Nextech_Inovice24-16

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/12/2024 10:29 AM


## OTS-24-22 - Payee - Vyrian Inc

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/1/2024 11:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (5 MB)

OTS-24-22.pdf;

Hi Mr. Tony,

Please pay the attached invoice via Vyrian Inc.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Nextech_Inovice24-17

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/2/2024 9:54 AM



**Infotech-II-19-24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 7/6/2024 2:29 PM

 Outlook

## Webwise_invoice#017-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 7/6/2024 2:23 PM


Outlook

---

## Invoice 024-16

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/9/2024 11:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1,019 KB)
Invoice 024-16.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice24-18**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/1/2024 12:56 PM



## OTS-24-23

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/1/2024 12:55 PM



## Modern Invoice - M-032

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/5/2024 6:14 AM

 Outlook

## Webwise_invoice#018-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/5/2024 6:12 AM



**Infotech-II-20-24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 8/6/2024 9:10 AM

 Outlook

---

## OTS-25-01

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 1/2/2025 11:52 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (424 KB)
OTS-25-01.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Thanks
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact*
*compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Re: AR Report - 01/03/25**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 1/3/2025 2:33 PM

**To** Rohan Goyal <rgoyal@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Rohan,

What actions should we take on invoices that are 30+ days past due? While I can see the numbers, it would be helpful to have a clear and structured way to communicate these overdue invoices. Can we also establish clear guidelines for determining when action is necessary and what those actions should be? Let me know what are you thinking ?

Thanks
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Rohan Goyal <rgoyal@vyrian.com>
**Sent:** Friday, January 3, 2025 10:29 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** AR Report - 01/03/25

Hi Sath,

Please find the AR Report as of today.

| Particulars | Amount |
|---|---|
| Net AR as of Today | $ 875,842.49 |
| Add: Advances | $ 133,493.00 |
| Add: Credit Memos | $ 39,098.72 |
| Add: Expense | $ (4,619.00) |
| Add: Payment | $ - |
| Less: Journal Entries | $ - |
| **Gross AR as of Today** | **$ 1,043,815.21** |

| Particulars | Amount |
|---|---|
| 60+ Days past due | $ 189,889.20 |
| 31 - 60 days past due | $ 86,156.01 |
| 1 - 30 days past due | $ 179,451.30 |
| $5000+ Overdue | $ 367,116.92 |
| Filed with Insurance | $ - |

1. 60+ Days Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remark |
|---|---|---|---|---|---|---|---|---|
| 91 or more days past due | 07/16/2024 | Invoice | 40975 | Virmousil Maroc S.A.R.L | 08/15/2024 | 4,680.00 | 4,680.00 | Sales Rep is following u |
| 61 - 90 days past due | 09/09/2024 | Invoice | 41276 | PROCALY SAS | 10/09/2024 | 360.00 | 360.00 | Customer processed Inv |
| 61 - 90 days past due | 09/25/2024 | Invoice | 41355 | DLA LAND AND MARITIME | 10/10/2024 | 400.00 | 400.00 | Customer processed Inv |
| 61 - 90 days past due | 09/26/2024 | Invoice | 41360 | KAYNES TECHNOLOGY | 10/26/2024 | 1,280.00 | 1,280.00 | Customer processed Inv |
| 61 - 90 days past due | 09/30/2024 | Invoice | 41370 | KAYNES TECHNOLOGY | 10/30/2024 | 1,408.00 | 1,408.00 | Customer processed Inv |
| 61 - 90 days past due | 10/01/2024 | Invoice | 41384 | Signature Aviation | 10/31/2024 | 176,000.00 | 176,000.00 | Waiting for Customer R |
| 61 - 90 days past due | 10/02/2024 | Invoice | 41387 | RS Semiconductors Pvt Ltd | 11/01/2024 | 5,468.00 | 5,468.00 | Customer processed Inv |
| 61 - 90 days past due | 10/03/2024 | Invoice | 41392 | Cokeva, Inc. | 11/02/2024 | 293.20 | 293.20 | Customer processed Inv |

2. $5000+ Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remarks |
|---|---|---|---|---|---|---|---|---|
| 61 - 90 days past due | 10/01/2024 | Invoice | 41384 | Signature Aviation | 10/31/2024 | 176,000.00 | 176,000.00 | Waiting for Customer Respon |
| 31 - 60 days past due | 10/18/2024 | Invoice | 41466 | Ego products | 11/17/2024 | 41,466.90 | 41,466.90 | Customer processed Invoice |
| 1 - 30 days past due | 11/05/2024 | Invoice | 41571 | DLA LAND AND MARITIME | 12/05/2024 | 34,617.45 | 34,617.45 | Customer processed Invoice |
| 1 - 30 days past due | 12/06/2024 | Invoice | 41727 | DAESAN?CMC?CO,?LTD | 12/21/2024 | 34,000.00 | 34,000.00 | Email Sent to Customer |
| 31 - 60 days past due | 10/31/2024 | Invoice | 41544 | KAYNES TECHNOLOGY | 11/30/2024 | 11,744.00 | 11,744.00 | Customer processed Invoice |
| 31 - 60 days past due | 10/22/2024 | Invoice | 41485 | Aversan Electronics Manufacturing Inc | 11/21/2024 | 43,208.15 | 9,511.57 | Email Sent to Customer |
| 1 - 30 days past due | 11/14/2024 | Invoice | 41619 | TMSS US LLC. | 12/29/2024 | 8,390.00 | 8,390.00 | Yet to Follow Up |
| 31 - 60 days past due | 10/31/2024 | Invoice | 41545 | Creation Tech (Canada) | 11/30/2024 | 8,000.00 | 8,000.00 | Customer processed Invoice |
| 1 - 30 days past due | 11/19/2024 | Invoice | 41632 | IVP Inc | 12/19/2024 | 7,825.00 | 7,825.00 | Email Sent to Customer |
| 1 - 30 days past due | 12/02/2024 | Invoice | 41691 | Ampex Corporation | 01/01/2025 | 7,296.00 | 7,296.00 | Yet to Follow Up |
| 1 - 30 days past due | 12/02/2024 | Invoice | 41689 | Haptech, Inc | 01/01/2025 | 6,750.00 | 6,750.00 | Yet to Follow Up |
| 1 - 30 days past due | 11/27/2024 | Invoice | 41681 | Auburn Filtersense | 12/27/2024 | 5,808.00 | 5,808.00 | Yet to Follow Up |
| 61 - 90 days past due | 10/02/2024 | Invoice | 41387 | RS Semiconductors Pvt Ltd | 11/01/2024 | 5,468.00 | 5,468.00 | Customer processed Invoice |
| 31 - 60 days past due | 11/01/2024 | Invoice | 41550 | Bruker Nano, Inc, | 12/01/2024 | 5,200.00 | 5,200.00 | Customer processed Invoice |
| 1 - 30 days past due | 11/13/2024 | Invoice | 41615 | Quality Systems Integrated Corporation | 12/13/2024 | 5,040.00 | 5,040.00 | Email Sent to Customer |

Warm Regards,

**Rohan Goyal**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 460-2309
Email: rgoyal@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



---

**Webwise_invoice#023-25**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/6/2025 8:49 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (260 KB)

Webwise_invoice#023-25.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


## Modern Invoice - M-037

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/6/2025 8:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)

Modern Invoice - M-037.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


**Infotech-II-24-25**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 1/8/2025 10:02 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)
Infotech-II-24-25.pdf;

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*


---

**Nextech_Inovice25-22**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/8/2025 10:02 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
Nextech_Invoice25-22.pdf;

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact*
*compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*



**Overhead OT**

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Wed 4/21/2021 2:17 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

1 attachment (11 KB)

April 21 expenses list .xlsx;

Hello Sir,

Please find the attachment of overhead expenses excel sheet.

**Regards,**

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.


## Re: Overhead OT

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Thu 4/22/2021 6:22 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted Sir,


**Regards,**

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web :** www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Thursday, April 22, 2021 at 8:07 AM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Overhead OT

Thanks !


On Apr 21, 2021, at 2:17 PM, Husain Datarwala <hdatar@otsolutionsllp.com> wrote:

Hello Sir,

Please find the attachment of overhead expenses excel sheet.



**Regards,**

**Husain Datarwala**

---

<image001.png>

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

<u>image002.png</u>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

<April 21 expenses list .xlsx>



## India Overhead May 21

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Wed 5/5/2021 10:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

1 attachment (13 KB)

May 21 Overhead.xlsx;

Hello Tony,

Find the attached.
We will email you the invoice whenever the amount needs to remitted.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



## Re: India Overhead May 21

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Thu 5/6/2021 12:08 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

Thank you sir,

**Regards,**

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, May 6, 2021 at 10:04 PM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: India Overhead May 21

Thanks, Husain.

Reviewed .

Good job.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Date:** Wednesday, May 5, 2021 at 10:18 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** India Overhead May 21

Hello Tony,

Find the attached.
We will email you the invoice whenever the amount needs to remitted.

**Regards,**