# Exhibit B

# (Part 19 of 26)

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## June 21 Overhead expenses

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 6/7/2021 9:34 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (13 KB)
June 2021 Overhead.xlsx;

Hello Tony,

Find the attached.

Please find below new bank details for future bank wire.

Account Name - SM TECHNOLOGIES
ACCOUNT No. : – 50200058442944
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
Branch – Race course road


Account Name : WEBCROSS systems tech
Account No: 50200058573101
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
BRANCH - Race course road

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

🔗 linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this

 Outlook

---

## June 21 Overhead expenses

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/7/2021 9:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** adatarwala@vyrian <adatarwala@vyrian>

📎 1 attachment (13 KB)

June 2021 Overhead.xlsx;

Hello Tony,

Find the attached.

Please find below new bank details for future bank wire.

Account Name - SM TECHNOLOGIES
ACCOUNT No. : - 50200058442944
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
Branch – Race course road

Account Name : WEBCROSS systems tech
Account No: 50200058573101
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
BRANCH - Race course road

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



## Re: Progress/expansion Plan - Team India

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/28/2021 12:40 PM

**To** Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Sure,

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Monday, June 28, 2021 11:00 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

It would be helpful for me and Tony.
Helps to see a snapshot.

—
Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081 Certified Distributor
*An Inc. 5000 Company*
3931 Ann Arbor Drive
Houston, TX 77063

Office **|** 866-874-0598 ext**.** 1012
Direct **|** 281-404-3428
Mobile **|** 832-528-9838
Fax **|** 281-783-4250

Connect with me on 

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:19 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

But we have everything available in Viking

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone **|** 281-377-4540
Email **|** adatarwala@vyrian.com

signature_1729245833

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:17 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Can Husain add the top 5 orders weekly on this.  WO#, Sale/Cost/Profit/Supplier/Customer – Notes.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:11 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

signature_1729245833

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

signature_1729245833

## OT Overhead July 2021

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/6/2021 10:09 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (13 KB)

July 2021 Overhead (2).xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

🔗 linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Re: An Appreciation of your performance**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 7/16/2021 12:34 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

Thank you very much sir, I will provide you a bank detail by monday.

**Regards,**

**Husain Datarwala**

---

[Logo, company name Description automatically generated]

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

[linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, July 16, 2021 6:50 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>
**Subject:** An Appreciation of your performance

Hi !  Husain,

Based on recent performance for India growth we are awarding you a 500,000 INR performance bonus.

Please provide banking details to transfer you funds.

Keep up the great work.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



## Overhead August 2021

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 8/2/2021 1:37 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (14 KB)
OT August 2021 Overhead .xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## OT Overhead Sep 2021

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/2/2021 8:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

Sep 2021 Overhead.xlsx;

Hello Tony,

Find the attached,

**Regards,**

**Husain Datarwala**

......................................................................................................................................

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.


**Re: OT Overhead Sep 2021**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/2/2021 9:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Yes that is for new building construction and we are trying to move in october.

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, September 2, 2021 7:32 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Overhead Sep 2021

Thanks Husain.

Construction cost $2,400.00

Is this towards the new building ?

If yes when is the move to the new office building.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 2, 2021 at 8:41 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Overhead Sep 2021

Hello Tony,

Find the attached,

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Payment Transfer Modern Technologies

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/14/2021 1:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (140 KB)

Modern Invoice - M-002.pdf;

Hello Mr. Tony,

Find the attached.

Husain - 6250

Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

[linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## October month overhead

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/4/2021 8:50 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

Oct 2021 Overhead .xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

🔗 linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



## Re: Transfer Modern technologies

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 10/14/2021 12:08 PM
**To** Tony Siva <tsiva@vyrian.com>

Noted

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, October 14, 2021 8:08 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Transfer Modern technologies

Husain,

Attached Wire Confirmation .
Wire amount increased by $6 as Sept Invoice M-002 had the identical amount as the Oct Invoice M-003.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, October 14, 2021 at 8:40 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Transfer Modern technologies

Hello Mr. Tony,

Find the attached.

Husain - 6250
Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Transfer Modern technologies

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 10/14/2021 8:40 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (154 KB)
Modern Invoice - M-003.pdf;

Hello Mr. Tony,

Find the attached.

Husain - 6250
Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

Logo, company name Description automatically generated

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



**Re: New India Office**

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Tue 10/19/2021 4:01 PM
**To** Audrey Sivasothy <audrey@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Thanks mam.

Husain Datar

On 19-Oct-2021, at 10:20 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:

So awesome, Husain!

So proud of you guys! It looks great!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081 Certified Distributor
*An Inc. 5000 Company*
3931 Ann Arbor Drive
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

<u><image001.png></u>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact <u>compliance@vyrian.com</u> for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, October 19, 2021 at 11:34 AM
**To:** Audrey Sivasothy <audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain <hdatar@otsolutionsllp.com>
**Subject:** New India Office

Husain
Office looks great.

<image002.jpg>

<image003.jpg>

<image004.jpg>