# Exhibit B

# (Part 20 of 26)



---

**Re: New India Office**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 10/20/2021 1:58 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Thank you very much sir for your best wishes.

**Regards,**

**Husain Datarwala**

---

 **Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, October 20, 2021 2:51 AM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: New India Office

Husain,

Appreciate your hard work and achievement.

Wishing you new heights of success .

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

V Y R I A N
Your World, Integrated

ISO 9001 2015    ITAR    CIDEP
nqa  nqa  AS9120  AS9081
ANAB  ANSI/ESD S20.20
AEROSPACE & DEFENSE  COUNTERFEIT PARTS PROGRAM

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is

 Outlook

---

**India office closed on Diwali occasion.**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Sat 10/23/2021 8:49 AM
**To** Tony Siva <tsiva@vyrian.com>

Hello Sir,

Please note, OT solutions will be closed on Nov 5, 6 and 7 due to Diwali festival.

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[Logo, company name Description automatically generated]

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

[linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**India office closed on Diwali occassion.**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Sat 10/23/2021 4:02 PM
**To** Sath Sivasothy <sath@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Hello Sir,

Sorry, there was a typo, Office will be closed on Nov 4, 5 and 6.

**Regards,**

**Husain Datarwala**

........................................................................................................................

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Transfer invoice Modern technology

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 10/28/2021 9:17 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (227 KB)
Modern Invoice - M-004-1.pdf;

Hello Tony,

Find the attached

Please remit in modern technology.

Diwali 3rd installment - 19184
OT Bonus   - 6250
Yusuf Salary & Bonus - 2200

**Regards,**

**Husain Datarwala**

........................................................................................................

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Overhead. November 2021**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/1/2021 6:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (16 KB)

November 2021 Overhead.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern Tech Transfer Invoice

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Tue 11/16/2021 5:43 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (267 KB)
Modern Invoice - M-005.pdf;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



## December overhead 2021

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 12/1/2021 6:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

December 2021 Overhead.xlsx;

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Logo, company
name Description
automatically
generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

## Re: Modern Invoice

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 9:09 AM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, December 14, 2021 8:28 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Modern Invoice

Hi Husain,
Please update your invoice and send to Tony.  Include $5000 for Christmas Bonus.

Thanks,
Sath

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, December 14, 2021 at 8:23 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Invoice

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

---

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

## Outlook

---

**Updated modern invoice.**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 9:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (346 KB)
Modern Invoice - M-006 (1).pdf;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

# Outlook

---

## Modern Invoice

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (283 KB)

Modern Invoice - M-006.pdf;

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services Jan 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/3/2022 12:14 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

---

📎 1 attachment (16 KB)

January exp - 1.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

................................................................................................................

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

## Services Jan 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/3/2022 12:14 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

January exp - 1.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Modern technology invoice**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 1/13/2022 7:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (385 KB)

Modern Invoice - M-007.pdf;

Husain Datar



---

## Services Feb 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/31/2022 2:00 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

Feb 2022.xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web :** www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 2/14/2022 8:48 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

1 attachment (400 KB)
Modern Invoice - M-008.pdf;

Hello Mr.Tony,

Find the attached

Husain Datar

 Outlook

---

## Services March 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 3/1/2022 4:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

---

📎 1 attachment (16 KB)

March 2022.xlsx;

Hello Mr. Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

....................................................................................................................

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Logo, company name Description automatically generated

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Modern transfer**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 3/16/2022 5:23 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (414 KB)

Modern Invoice - M-009.pdf;

Hello Mr. Tony,

Find the attached

Regards
Husain Datar

## Re: Modern transfer

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 3/17/2022 6:33 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 2 attachments (229 KB)

March 17 Modern Technology Invoice M009 Wire Confirmation.pdf; image001.png;

Thanks

Husain Datar

On 17-Mar-2022, at 4:06 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, March 16, 2022 at 5:23 PM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern transfer
Hello Mr. Tony,

Find the attached

Regards
Husain Datar

 **Outlook**

---

### Re: OT Solutions wire

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 11:17 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 4, 2022 8:06 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Solutions wire

Husain,

Funds remitted through VCM Group account ending 9293.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


**Re: Services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 6:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted sir,

**Regards,**

**Husain Datarwala**

| | |
|---|---|
|  Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 4, 2022 3:25 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Services

Husain,

Reviewed.

One suggestion.

Column "M" shows the reconciliation.
Cell "M20" reconciled with Cell " N148". Very well done.

Going forward, please mention in Cell "M8" the word "Reconciliation"

Thanks


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 4, 2022 at 4:01 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 4:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

---

📎 1 attachment (19 KB)

April 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**Modern services**

---

| **From** | Husain Datar <hdatar@otsolutionstech.com> |
|---|---|
| **Date** | Wed 4/13/2022 8:17 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

📎 1 attachment (455 KB)
Modern Invoice - M-010.pdf;

Hello Tony,

Find the attached

Husain Datar


 Outlook

---

**Re: Web Works Solutions Invoice**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 4/25/2022 3:38 PM
**To** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**

............................................................................

Logo, company
name Description
automatically
generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, April 26, 2022 2:06 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

This payment had a security block and I just cleared it with Chase 30 mins ago.


On Apr 25, 2022, at 2:20 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:


Please send the confirmation once done


On Apr 25, 2022, at 1:37 PM, Abdul tayyeb Datarwala
<adatarwala@vyrian.com> wrote:

Please see attached

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 25, 2022 12:51 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

Abdul,

Invoice has our old address.

Please amend and send it back

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE: