# Exhibit B

# (Part 21 of 26)

The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 25, 2022 at 12:40 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions Invoice

Mr. Tony,

Please transfer $9950 to Web Works Solutions from Vyrian.
Bank details in the invoice,

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<Outlook-nsdkvuzu.png>
<image001.png>
<Outlook-pr05mb3u.png>
<Invoice 022-001.pdf>

 Outlook

---

## May 2022 Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/2/2022 4:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (19 KB)

May 2022.xlsx;

Hello Mr. Tony,

Find the attached

**Regards,**

**Husain Datarwala**

..................................................................................................................................................

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

## Modern Services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 5/12/2022 8:12 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (470 KB)
Modern Invoice - M-011.pdf;

Hello Mr.Tony,

Please transfer

Regards,
Husain Datar



---

**Re: Modern Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 5/12/2022 1:03 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 2 attachments (229 KB)
May 12 Modern Technology Invoice M011 Wire Confirmation.pdf; image001.png;

Thank you

Husain Datar

On 12-May-2022, at 8:22 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached wire confirmation

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, May 12, 2022 at 8:12 AM
**To:** Tony Siva <tsiva@vyrian.com>

**Subject:** Modern Services
Hello Mr.Tony,

Please transfer


Regards,
Husain Datar

 Outlook

---

**June services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 6/1/2022 10:44 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (19 KB)

June 2022.xlsx;

Hello Mr.Tony,

Find the attached

If you have any question please feel free to contact me.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 6/15/2022 12:53 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (484 KB)

Modern Invoice - M-012.pdf;

Hello Mr.Tony,

Find the attached
Please transfer

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



## Re: Modern Services

| | |
|---|---|
| **From** | Husain Datar <hdatar@otsolutionstech.com> |
| **Date** | Wed 6/15/2022 2:37 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

📎 2 attachments (229 KB)
June 15 Modern Tecnology Invoice M-012 Wire confirmation.pdf; image001.png;

Thank you 😊

Husain Datar

On 16-Jun-2022, at 12:12 AM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, June 15, 2022 at 12:53 PM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Services
Hello Mr.Tony,

Find the attached
Please transfer


**Regards,**


**Husain Datarwala**

---------------------------------------------------------------------------------------------------------------------------------


**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

 **Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India


![linkedin icon]


The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

## Services July

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 7/3/2022 1:20 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (20 KB)

July 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web :** www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

## Services July

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 7/3/2022 1:20 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (20 KB)

July 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Re: Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/12/2022 2:45 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thank you.

**Regards,**

**Husain Datarwala**

---

<table>
<tr>
<td>Logo, company name Description automatically generated</td>
<td><strong>Telephone:</strong> +91-91743-77777<br><strong>Email:</strong> hdatar@otsolutionstech.com<br><strong>Web</strong> : <strong>www.otsolutionstech.com</strong><br><strong>Address:</strong> 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon</td>
</tr>
</table>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>

**Sent:** Wednesday, July 13, 2022 1:07 AM

**To:** Husain Datar <hdatar@otsolutionstech.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>

**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, July 12, 2022 at 1:45 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hey Tony,
 Find the attached

Regards,

Husain Datar

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/12/2022 1:45 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (498 KB)

Modern Invoice - M-013.pdf;

Hey Tony,
 Find the attached

Regards,

Husain Datar

 Outlook

## Re: Sales Commission

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/19/2022 1:54 PM

**To** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Yes sir i have a proper sheet.

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, July 20, 2022 12:13 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Sales Commission

Abdul,

At year end , for corporate tax purposes,  we are required to provide supporting documentation of commissions paid.

We are classifying commissions as selling expenses and items under selling expenses require following disclosure :

1. A brief paragraph of the commission structure.
2. A schedule of total monthly sales and the total commission paid.

Please discuss with Husain and provide a brief write up for item (1) and  for item (2) a  breakdown for $62,660 wired today.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


## Re: August Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/1/2022 1:59 PM

**To** Tony Siva <tsiva@vyrian.com>

128515

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, August 1, 2022 11:46 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: August Services

Reviewed. Thanks Husain.

What is the full estimated amount for  Diwali Bonus.?

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, August 1, 2022 at 11:08 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** August Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon



---

## August Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/1/2022 11:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (21 KB)

August 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web :** www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



---

**Re: Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 8/17/2022 2:16 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

---

Thanks Tony,

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, August 17, 2022 10:41 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, August 17, 2022 at 9:17 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached

Regards,
Husain Datar

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 8/17/2022 9:17 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (583 KB)
Modern Invoice - M-015.pdf;

Hello Tony,

Find the attached

Regards,
Husain Datar

## Re: 9am Zoom Meeting

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 8/23/2022 8:09 AM

**To** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Yes sir i already have.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

![linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, August 23, 2022 5:46 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** 9am Zoom Meeting

Hi Husain,
Today can you have available fixed overhead expenses for all India. We need to know average fixed cost per month + commission average monthly expense.

Also need you to run me through Diwali bonuses and commissions.

Talk to you during our meeting today.

Thanks,
Sath