# Exhibit B

# (Part 22 of 26)

## Re: September 2022 Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 9:55 AM

**To** Tony Siva <tsiva@vyrian.com>

Yes sir may be same amount remit before 10th of oct, Thanks

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, September 1, 2022 7:59 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: September 2022 Services

Husain,

Thanks, Reviewed.

Diwali Bonus second instalment of $42,838 shown under MORDERN TECHNOLOGIES scheduled for remittance on Sept 17.

Diwali is on Oct 24th.

What is the balance still due for Diwali bonus ? Presume the third instalment is scheduled for early October.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 1, 2022 at 7:17 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** September 2022 Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

 linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



**Re: September 2022 Services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 8:09 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

No sir

Husain Datar

On 01-Sep-2022, at 6:15 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Husain is the commission expense on here?

On Sep 1, 2022, at 7:17 AM, Husain Datar <hdatar@otsolutionstech.com> wrote:

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

----------------------------------------------------------------

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

<September 2022.xlsx>

 Outlook

---

## September 2022 Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 7:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (24 KB)

September 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/13/2022 3:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

1 attachment (597 KB)

Modern Invoice - M-016.pdf;

Hello Mr. Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

**Re: Modern services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 9/14/2022 10:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

---

Thanks

**Regards,**

**Husain Datarwala**

---

Logo, company
name Description
automatically
generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, September 14, 2022 8:45 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, September 13, 2022 at 3:06 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Mr. Tony,

Find the attached

Regards

Husain Datar

# Outlook

---

## OT Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/29/2022 7:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

October 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



**Re: OT Services**

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Fri 9/30/2022 2:44 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Hello Tony,

This one is last installment, And its already included in total.

Husain Datar

> On 30-Sep-2022, at 7:00 AM, Tony Siva <tsiva@vyrian.com> wrote:

Thanks, Husain.

Reviewed.

If $40,000  for Diwali Bonus included in the total of $339,965 is the Third
Instalment, please advise if this is the last instalment OR is there still a  balance
still remaining  ?

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081
orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release
form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended
solely for the addressee(s)
and may contain confidential and/or privileged information and may be
legally protected from
disclosure. If you are not the intended recipient of this message or their
agent, or if this message
has been addressed to you in error, please immediately alert the sender
by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 29, 2022 at 7:30 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com



**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India



---

**Re: Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 10/12/2022 10:36 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

Thanks,
Husain

**Regards,**

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, October 12, 2022 9:05 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr

Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, October 12, 2022 at 4:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached.

Please transfer

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India


linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 10/12/2022 10:24 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** sath@vyrian.com <sath@vyrian.com>

📎 1 attachment (681 KB)
Modern Invoice - M-018.pdf;

Hello Tony,

Find the attached.

Please transfer

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 **Outlook**

---

### Re: Vyrian Compensation Update (VBP Program Invitation)

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/27/2022 3:46 PM

**To** Audrey Sivasothy <audrey@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

---

📎 1 attachment (1 MB)
2022-10-28_021404.pdf;

---

Hello,

Please find the attached.

**Regards,**

**Husain Datarwala**

......................................................................................................................



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

[linkedin icon]

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Wednesday, October 26, 2022 6:45 PM
**To:** Sath Sivasothy <sath@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Vyrian Compensation Update (VBP Program Invitation)

Hello Husain,

I am writing to follow up.
Just a reminder, I haven't heard back from you about whether or not you'd like to participate in the VBP this year.

Please let me know your decision about your 2022 VBP enrollment no later than this Friday.

Thank you!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081
3931 Ann Arbor Dr.
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*

> On Oct 12, 2022, at 1:56 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:
>
> Hi Husain,
>
> As outlined below, you recently received a salary adjustment with an offer to join Vyrian's Vesting Bonus Plan (VBP) Program.
> Please see the details for the Vesting Bonus Plan attached. If you agree to the terms, please sign the offer letter and return the attached documents.
>
> If you have any questions, please let me know.
> Thank you, and congratulations!
>
>
> Audrey Sivasothy
> Business Compliance
>
> VYRIAN INC.
> AS9120/AS6081
> 3931 Ann Arbor Dr.
> Houston, TX 77063
>
>
> Office | 866-874-0598 ext. 1012
> Direct | 281-404-3428

Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders.
Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if
applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 14, 2022 at 11:22 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Cc:** Audrey Sivasothy <audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** Vyrian Compensation Update

Hi Husain,

Thanks for the call today. Your total compensation will be updated to reflect a total award
of **$260,000USD**. Please see below for details:

1. Annual compensation salary updated to **$160,000USD/year**
2. Based on outstanding performance, Vyrian will also award you a **$100,000 bonus** as part of
   Vyrian's Vesting Bonus Plan (VBP).

You will receive an updated docu-sign reflecting your updated compensation and VBP plan.
Thank you for your hard work and we look forward to you continuing to be a critical contributor to
the Vyrian team.

Best Regards,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 VYRIAN

3301 Ann Arbor Dr. Houston, TX 77063
| www.vyrian.com | Local 281-404-9428

September 30, 2022

Dear Mr. Datarwa...

Congratulations!

~ased on your sustained performance and continued dedication to Vyrian. we are pleased to increase your annual compensation. Effective September 1, 2022 your compensation shall be revised as follows:

1. Annual base salary increase to **$160,000.00.**
2. Additional compensation privileges as may be given from time to time.

You will see this new salary rate reflected in your **September 30, 2022** payroll.

**Additionally, you are eligible to receive:**
A one-time bonus of $100,000.00 paid over 4 years in accordance with the terms and conditions of Vyrian's Vesting Bonus Plan. To enroll in the Vesting Bonus Plan, you will need to complete an enrollment agreement.

Again, we would like to thank you for your dedication to the company. We are confident that you will continue in your role with the greatest success.

*Audrey Sivasothy*

Audrey Sivasothy
HR/ Compliance
Vyrian Inc.

I understand that this agreement concerning my compensation and benefits does not modify the at-will employment relationship between myself and Vyrian Inc.; does not constitute a commitment by Vyrian to employ me for any particular length of time; does not commit me to remain with Vyrian for any particular length of time; and does not restrict either Vyrian or myself from ending the employment relationship at any time for any reason, with or without notice.

Employee Signature



IN **WITNESS WHEREOF**, Vyrian Incorporated has caused this Agreement to be executed by its duly authorized officer, and the Employee has executed this Agreement, in each case on the date first above written.

**VYRIAN INCORPORATED**

_____

By: Sathyan Sivasothy
Title: President and Chief Executive Officer

Date: _____

**EMPLOYEE**

HUSAIN DATARNALA

_____
By: NAME

Date: _____

 Outlook

---

## OT Services November

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 11/1/2022 6:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

November 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

......................................................................................................................................................

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web :** www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/14/2022 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (721 KB)

Modern Invoice - M-019.pdf;

Hello Mr. Tony,

Find the attached

Regards,

Husain Datar



## Re: Schedule Next Week

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 11/18/2022 4:36 PM

**To** Sath Sivasothy <sath@vyrian.com>; Mustafa Bahrani <mbahrani@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Andy Campos <acampos@vyrian.com>; Giang Pham <gpham@vyrian.com>; Kylan Trinh <ktrinh@vyrian.com>; Caleb Robeson <crobeson@vyrian.com>; Mohit Garg <mohit@vyrian.com>; Janessa Templeton <janessa@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Have a safe trip.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Friday, November 18, 2022 10:05 PM
**To:** Sath Sivasothy <sath@vyrian.com>; Mustafa Bahrani <mbahrani@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Andy Campos <acampos@vyrian.com>; Giang Pham <gpham@vyrian.com>; Kylan Trinh <ktrinh@vyrian.com>; Caleb Robeson <crobeson@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>; Mohit Garg <mohit@vyrian.com>; Janessa Templeton <janessa@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Schedule Next Week

All,

I will be out of office/country next week along with Audrey and Tony.  Our internet/phone might not be that good.  I might still have some connection but we won't know until next week.
For any urgent matters or escalations that are related to Me, Audrey or Tony - please contact **Abdul** directly.

*Payments next week might be slow and possibly not happen until Tony returns.  He will still try to connect and send if possible.*

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



## OT Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 12/1/2022 7:23 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (21 KB)

December 2022 -.xlsx;

Hello Mr. Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web :** www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.