# Exhibit B

# (Part 1 of 4)

 Outlook

## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 8/12/2020 3:13 PM

**To** Tony Sivasothy <tony@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (41 KB)

Invoice 0056.docx;

Mr. Tony,

Please transfer $8900 to OT Solutions.
See attached Invoice for your reference

For Internal use:

| | |
|---|---|
| Ankit | $1200 |
| Ali | $1325 |
| Husian | $1250 |
| Divya | $750 |
| Prat | $750 |
| Dhwanit | $650 |
| Ashish | $250 |
| Shivankit | $600 |
| HR | $225 |
| Office rent | $1900 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: OT Solutions Invoice 0057

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 8/18/2020 10:18 AM
**To** Tony Siva <tsiva@vyrian.com>

Hi Mr. Tony,

Are you sending $500 separate ?

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, August 18, 2020 10:17 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Re: OT Solutions Invoice 0057

Attached Wire Confirmation

Thanks,


Tony Sivasothy, CPA
CFO
Vyrian Inc
4660 Sweetwater Blvd; Suite 200
Sugar Land
TX 77479-3167

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, August 18, 2020 at 9:35 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** OT Solutions Invoice 0057

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 +  $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Invoice 0057

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/18/2020 9:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0057.docx;

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 +  $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:36 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Sorry it's **$5550**

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, August 31, 2020 at 1:35 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Invoice payment to OT Solutions

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached invoice.

*For Internal use only:

| | |
|---|---:|
| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:35 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0058.docx;

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached invoice.

*For Internal use only:

| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:41 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0001_Web.pdf;

Hi Mr. Tony,

Please transfer **$4425** to WEB SOLUTIONS for "Web Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Amazon | $ 1,200.00 |
| HR | $ 225.00 |
| Email | $ 250.00 |
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Dhwanit (severence) | $ 650.00 |
| Sood | $ 600.00 |
| | $ 4,425.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to OT Solution for Invoice 0059

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

〔 1 attachment (41 KB)

Invoice 0059.docx;

Hi Mr. Tony,

Please transfer $6559 to OT Solutions for "Web Design and Development".
See the attached invoice

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Web Solutions Invoice 0002_Web

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:51 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0002_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web Solutions for "Web Development".
See the attached invoice.

Break down for total (Internal use)

| | |
|---|---|
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Shiva | $ 700.00 |
| Sparsh | $ 700.00 |
| HR | $ 225.00 |
| Developer | $ 1,325.00 |
| Email | $ 375.00 |
| Amazon | $ 1,200.00 |
| Accounts | $ 925.00 |
| Naveen | $ 650.00 |
| Husain | $ 1,250.00 |
| Office expense | $ 1,250.00 |
| Pick and drop | $ 884.00 |
| old due | $ 530.00 |
| Bonus Amazona&HR | $ 145.00 |
| Buffer for Conversion | $ 900.00 |
| | |
| | |
| | $ 12,559.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Payment to Web Solutions**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/25/2020 3:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0003_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web solutions for "Web Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Payment to OT Solutions**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/7/2020 2:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (54 KB)

Invoice 0060.pdf;

Mr. Tony,

Please transfer $**3000** to OT Solutions for "Web Designing". Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



| | |
|---|---|
| 2nd floor offices + expenses +food | $ 2,800.00 |
| Ground floor office rent | $ 2,850.00 |
| Pick & Drop service | $ 2,679.00 |
| Husain | $ 3,000.00 |
| Ali | $ 2,650.00 |
| Amazon | $ 2,400.00 |
| HR | $ 450.00 |
| Email guy | $ 750.00 |
| Sumit | $ 1,850.00 |
| Shivankit | $ 1,400.00 |
| Prat | $ 1,500.00 |
| Divya | $ 1,500.00 |
| Sparsh | $ 1,400.00 |
| Deepasha | $ 1,350.00 |
| Kawaljeet | $ 1,500.00 |
| | |
| | $ 28,079.00 |

 Outlook

---

**Re: India Office Overhead**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 10/10/2020 9:31 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

📎 1 attachment (9 KB)

OT Solutions Exp.xlsx;

Please see attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Saturday, October 10, 2020 at 6:12 AM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** India Office Overhead

Hi Husain,

Good morning.  Can you send us an excel document with all of the India monthly office expense.  This is employee salary + rent + transportation + misc.

Thanks,
Sath


--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



 Outlook

## 10/14/2020 transfers

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Team,

For internal use:

2nd Advance for new office  - $2850
Salaries   -  $6000
Construction  - $2150

I will send the proper break down with our last payment of the month every month.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## NDA and Non-Compete documents

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:33 PM

**To**    Audrey Sivasothy <audrey@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Ms. Audrey,

Can you please send me these documents I need to mirror those documents according to Indian law and use.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0005_Web.pdf;

Hi Mr. Tony,

Please transfer $3500 to Web Solutions. Attached is the invoice for details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (128 KB)

Invoice INV0002.pdf;

Mr. Tony,

Please transfer $7500 to Websoft technologies. Attached is the invoice for details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/20/2020 1:34 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0006_Web.pdf;

Hi Mr. Tony,

Please transfer $10,000 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Websoft

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/21/2020 10:30 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (150 KB)

Invoice INV0003.pdf;

Hi Mr. Tony,

Please transfer $10,500 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/26/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0061.docx;

Mr. Tony,

Please transfer $8515 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/5/2020 11:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (59 KB)

Invoice 0062.pdf;

Mr. Tony,

Please transfer **$8525** to OT Solutions.
See the attached Invoice

All,
Please see the below running overhead breakdown for internal use only:

| | | | |
|---|---|---|---|
| Divya Jyoti | Sales | 1750.00 | |
| Pratyush | Sales | 1750.00 | |
| Sparsh garg | Sales | 1400.00 | |
| Shivankit sood | Purchase | 1400.00 | |
| Khushali | HR | 650.00 | |
| Ashish Singh | Email | 750.00 | |
| Ali | Web Developer | 2650.00 | |
| Ankit | Amazon | 2400.00 | |
| Sumit | Accounts | 1850.00 | |
| Naveen | Marketing | 1200.00 | |
| Husain | | 3000.00 | |
| Kavaljeet singh | Sales | 1500.00 | |
| Dhananjay | Sales | 2012.00 | "+ Prorated Oct" |
| Akshay | Sales | 1873.00 | "+ Prorated Oct" |
| Pandey Ji | Legal | 500.00 | |
| Diwali Expenses | ₹ 7000 x 16 | 1600.00 | |
| Diwali Bonus | Managers only | 450.00 | |
| Office Expenses | | 2700.00 | |
| New Office rent | December | 2850.00 | |
| Pick & Drop | | 2450.00 | |
| October short | | 500.00 | |
| HOTEL Expenses | | 200.00 | |
| Other Expenses | Misc | 450.00 | |
| | | | |
| | | $ 35,885.00 | |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200

Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/16/2020 9:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0007_Web.pdf;

Hi Mr. Tony,

Please transfer **$14,800** to Web Solutions.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice payment - Websoft Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/25/2020 8:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (173 KB)

Invoice INV0004.pdf;

Mr. Tony,

Please transfer $13,880 to Websoft Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Invoice #0063

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/7/2020 1:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0063.pdf;

Mr. Tony,

Please transfer $12,825 to OT Solutions. Invoice is attached for the details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 12/11/2020 10:07 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0008_Web.pdf;

Mr. Tony,

Please transfer $14800 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft Technologies Invoice 0005

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/21/2020 9:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (210 KB)

Invoice INV0005.pdf;

Mr. Tony,

Please transfer **$14,020** to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Internal Dec**

From Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Date Tue 12/29/2020 11:39 AM

To    Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

Cc    Husain Datarwala <hdatar@otsolutionsllp.com>

| | | | | |
|---|---|---|---|---|
| Divya Jyoti | Sales | $ 1,750.00 | 1750.00 | |
| Pratyush | Sales | $ 1,750.00 | 1750.00 | |
| Sparsh garg | Sales | $ 1,400.00 | 1400.00 | |
| Shivankit sood | Purchase | $ 1,400.00 | 1400.00 | |
| Khushali | HR | $ 650.00 | 650.00 | |
| Ashish Singh | Email | $ 750.00 | 750.00 | |
| Ali | Web Developer | $ 2,650.00 | 2650.00 | |
| Ankit | Amazon | $ 2,400.00 | 2400.00 | |
| Sumit | Accounts | $ 1,850.00 | 1850.00 | |
| Naveen | Marketing | $ 1,200.00 | 1200.00 | |
| Husain | OT | $ 3,000.00 | 3000.00 | |
| Kavaljeet singh | Sales | $ 1,500.00 | 1500.00 | |
| Office Expenses | | | 3750.00 | |
| New Office Rent | | | 2850.00 | January |
| Pick & Drop | | | 2950.00 | |
| Other Expenses | | | 150.00 | |
| Dhananjay | Sales | $ 1,450.00 | 1450.00 | |
| Akshay | Sales | $ 1,350.00 | 1350.00 | |
| Suprith Devadiga | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Ankit Rathore | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Nishant Dholakia | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Pranab ananda Khillar | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Vishwas Solanki | Sales | $ 1,350.00 | 1980.00 | 14 days Nov |
| Siddham singh Thakur | Sales | 850 | 315.00 | Terminated |
| Rudra pratap singh | Sales | 850 | 1307.00 | 14 days Nov |
| Ujjawal Singh | Sales | 850 | 1307.00 | 14 days Nov |
| Roshan Ahmad | Sales | 850 | 1307.00 | 14 days Nov |
| security | | 150 | 150.00 | |
| Hiring agency one time commission | | 170 x 3 | 510.00 | |
| Credit from last month | | | -150.00 | |
| | | | | |

| | | | 47406.00 | |
|---|---|---|---|---|

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solution payment Invoice 0064

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 12/29/2020 11:40 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (160 KB)

Invoice 0064.pdf;

Mr. Tony,

Please transfer $5761 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 8/12/2020 3:13 PM

**To**      Tony Sivasothy <tony@vyrian.com>

**Cc**      Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (41 KB)

Invoice 0056.docx;

Mr. Tony,

Please transfer $8900 to OT Solutions.
See attached Invoice for your reference

For Internal use:

| | |
|---|---|
| Ankit | $1200 |
| Ali | $1325 |
| Husian | $1250 |
| Divya | $750 |
| Prat | $750 |
| Dhwanit | $650 |
| Ashish | $250 |
| Shivankit | $600 |
| HR | $225 |
| Office rent | $1900 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Re: OT Solutions Invoice 0057

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/18/2020 10:18 AM

**To** Tony Siva <tsiva@vyrian.com>

Hi Mr. Tony,

Are you sending $500 separate ?

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, August 18, 2020 10:17 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Re: OT Solutions Invoice 0057

Attached Wire Confirmation

Thanks,


Tony Sivasothy, CPA
CFO
Vyrian Inc
4660 Sweetwater Blvd; Suite 200
Sugar Land
TX 77479-3167

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, August 18, 2020 at 9:35 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** OT Solutions Invoice 0057

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 +  $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Invoice 0057

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/18/2020 9:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0057.docx;

Hi Mr. Tony,

Please transfer **$7,712** to OT Solutions. Attached invoice is $7,212 + $500 Husain Bonus.

Please note "Web Design and Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:36 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Sorry it's **$5550**

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, August 31, 2020 at 1:35 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala
<hdatar@otsolutionsllp.com>
**Subject:** Invoice payment to OT Solutions

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached
invoice.

*For Internal use only:

| | |
|---|---|
| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

8/12/25, 6:51 PM
Case 4:25-cv-03886     Document 14-2     Filed 10/01/25 in TXSD     Page 67 of 358
Re: Invoice payment to Vyrian Solutions - Connie Bozeman - Outlook

Regards

Abdul tayyeb Datarwala

4660 Sweetwater Boulevard, Suite 200

Sugar Land, TX  77479

281-377-4540

Email | adatarwala@vyrian.com



 Outlook

## Invoice payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/31/2020 1:35 PM

**To**     Tony Siva <tsiva@vyrian.com>

**Cc**     Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0058.docx;

8/12/25, 6:32 PM
Case 4:25-cv-03886    Document 14-2    Filed 10/01/25 in TXSD    Page 69 of 358
Invoice payment to OT Solutions - Connie Bozeman - Outlook

Hi Mr. Tony,

Please transfer $5500 to OT Solutions for "Web design and Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Furniture | 274.00 |
| Office expenses | 2,400.00 |
| New office | 301.00 |
| Husain | 1,250.00 |
| Developer | 1,325.00 |
| | 5,550.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice payment to Web Solutions

From  Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Date  Mon 8/31/2020 1:41 PM

To    Tony Siva <tsiva@vyrian.com>

Cc    Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0001_Web.pdf;

Hi Mr. Tony,

Please transfer **$4425** to WEB SOLUTIONS for "Web Development". See attached invoice.

*For Internal use only:

| | |
|---|---|
| Amazon | $ 1,200.00 |
| HR | $ 225.00 |
| Email | $ 250.00 |
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Dhwanit (severence) | $ 650.00 |
| Sood | $ 600.00 |
| | $ 4,425.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to OT Solution for Invoice 0059

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0059.docx;

8/12/25, 6:56 PM
Case 4:25-cv-03886    Document 14-3    Filed 10/01/25 in TXSD    Page 73 of 358
Payment to OT Solution for Invoice 0059 - Connie Bozeman - Outlook

Hi Mr. Tony,

Please transfer $6559 to OT Solutions for "Web Design and Development".
See the attached invoice

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Web Solutions Invoice 0002_Web

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/14/2020 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0002_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web Solutions for "Web Development".
See the attached invoice.

Break down for total (Internal use)

| | |
|---|---:|
| Divya | $ 750.00 |
| Prat | $ 750.00 |
| Shiva | $ 700.00 |
| Sparsh | $ 700.00 |
| HR | $ 225.00 |
| Developer | $ 1,325.00 |
| Email | $ 375.00 |
| Amazon | $ 1,200.00 |
| Accounts | $ 925.00 |
| Naveen | $ 650.00 |
| Husain | $ 1,250.00 |
| Office expense | $ 1,250.00 |
| Pick and drop | $ 884.00 |
| old due | $ 530.00 |
| Bonus Amazona&HR | $ 145.00 |
| Buffer for Conversion | $ 900.00 |
| | |
| | |
| | $ 12,559.00 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/25/2020 3:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (57 KB)

Invoice 0003_Web.pdf;

Mr. Tony,

Please transfer $6000 to Web solutions for "Web Development"

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Payment to OT Solutions**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/7/2020 2:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (54 KB)

Invoice 0060.pdf;

Mr. Tony,

Please transfer $**3000** to OT Solutions for "Web Designing". Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Re: India Office Overhead**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 10/10/2020 9:31 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

📎 1 attachment (9 KB)

OT Solutions Exp.xlsx;

Please see attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Saturday, October 10, 2020 at 6:12 AM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** India Office Overhead

Hi Husain,

Good morning.  Can you send us an excel document with all of the India monthly office expense.  This is employee salary + rent + transportation + misc.

Thanks,
Sath


--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



 Outlook

## 10/14/2020 transfers

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Team,

For internal use:

2nd Advance for new office  - $2850
Salaries   -  $6000
Construction  - $2150

I will send the proper break down with our last payment of the month every month.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## NDA and Non-Compete documents

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:33 PM

**To** Audrey Sivasothy <audrey@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Ms. Audrey,

Can you please send me these documents I need to mirror those documents according to Indian law and use.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Web Solutions Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 3:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0005_Web.pdf;

Hi Mr. Tony,

Please transfer $3500 to Web Solutions. Attached is the invoice for details.


Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/14/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (128 KB)

Invoice INV0002.pdf;

Mr. Tony,

Please transfer $7500 to Websoft technologies. Attached is the invoice for details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to Web Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/20/2020 1:34 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (59 KB)

Invoice 0006_Web.pdf;

Hi Mr. Tony,

Please transfer $10,000 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Payment to Websoft**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/21/2020 10:30 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (150 KB)
Invoice INV0003.pdf;

Hi Mr. Tony,

Please transfer $10,500 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payment to OT Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/26/2020 2:59 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (41 KB)

Invoice 0061.docx;

Mr. Tony,

Please transfer $8515 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/5/2020 11:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (59 KB)

Invoice 0062.pdf;

Mr. Tony,

Please transfer **$8525** to OT Solutions.
See the attached Invoice

All,
Please see the below running overhead breakdown for internal use only:

| | | | |
|---|---|---|---|
| Divya Jyoti | Sales | 1750.00 | |
| Pratyush | Sales | 1750.00 | |
| Sparsh garg | Sales | 1400.00 | |
| Shivankit sood | Purchase | 1400.00 | |
| Khushali | HR | 650.00 | |
| Ashish Singh | Email | 750.00 | |
| Ali | Web Developer | 2650.00 | |
| Ankit | Amazon | 2400.00 | |
| Sumit | Accounts | 1850.00 | |
| Naveen | Marketing | 1200.00 | |
| Husain | | 3000.00 | |
| Kavaljeet singh | Sales | 1500.00 | |
| Dhananjay | Sales | 2012.00 | "+ Prorated Oct" |
| Akshay | Sales | 1873.00 | "+ Prorated Oct" |
| Pandey Ji | Legal | 500.00 | |
| Diwali Expenses | ₹ 7000 x 16 | 1600.00 | |
| Diwali Bonus | Managers only | 450.00 | |
| Office Expenses | | 2700.00 | |
| New Office rent | December | 2850.00 | |
| Pick & Drop | | 2450.00 | |
| October short | | 500.00 | |
| HOTEL Expenses | | 200.00 | |
| Other Expenses | Misc | 450.00 | |
| | | | |
| | | $ 35,885.00 | |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200

Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Web Solutions Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/16/2020 9:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0007_Web.pdf;

Hi Mr. Tony,

Please transfer **$14,800** to Web Solutions.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Invoice payment - Websoft Technologies

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/25/2020 8:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (173 KB)

Invoice INV0004.pdf;

Mr. Tony,

Please transfer $13,880 to Websoft Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**OT Solutions Invoice #0063**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/7/2020 1:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (58 KB)

Invoice 0063.pdf;

Mr. Tony,

Please transfer $12,825 to OT Solutions. Invoice is attached for the details.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Web Solutions Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 12/11/2020 10:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (58 KB)

Invoice 0008_Web.pdf;

Mr. Tony,

Please transfer $14800 to Web Solutions. Invoice is attached.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Websoft Technologies Invoice 0005**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/21/2020 9:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (210 KB)

Invoice INV0005.pdf;

Mr. Tony,

Please transfer **$14,020** to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Internal Dec**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 12/29/2020 11:39 AM

**To**　Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc**　Husain Datarwala <hdatar@otsolutionsllp.com>

| Name | Department | Amount | Amount 2 | Note |
|---|---|---|---|---|
| Divya Jyoti | Sales | $ 1,750.00 | 1750.00 | |
| Pratyush | Sales | $ 1,750.00 | 1750.00 | |
| Sparsh garg | Sales | $ 1,400.00 | 1400.00 | |
| Shivankit sood | Purchase | $ 1,400.00 | 1400.00 | |
| Khushali | HR | $ 650.00 | 650.00 | |
| Ashish Singh | Email | $ 750.00 | 750.00 | |
| Ali | Web Developer | $ 2,650.00 | 2650.00 | |
| Ankit | Amazon | $ 2,400.00 | 2400.00 | |
| Sumit | Accounts | $ 1,850.00 | 1850.00 | |
| Naveen | Marketing | $ 1,200.00 | 1200.00 | |
| Husain | OT | $ 3,000.00 | 3000.00 | |
| Kavaljeet singh | Sales | $ 1,500.00 | 1500.00 | |
| Office Expenses | | | 3750.00 | |
| New Office Rent | | | 2850.00 | January |
| Pick & Drop | | | 2950.00 | |
| Other Expenses | | | 150.00 | |
| Dhananjay | Sales | $ 1,450.00 | 1450.00 | |
| Akshay | Sales | $ 1,350.00 | 1350.00 | |
| Suprith Devadiga | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Ankit Rathore | Sales | $ 1,250.00 | 1835.00 | 14 days Nov |
| Nishant Dholakia | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Pranab ananda Khillar | Sales | $ 1,400.00 | 2105.00 | 14 days Nov |
| Vishwas Solanki | Sales | $ 1,350.00 | 1980.00 | 14 days Nov |
| Siddham singh Thakur | Sales | 850 | 315.00 | Terminated |
| Rudra pratap singh | Sales | 850 | 1307.00 | 14 days Nov |
| Ujjawal Singh | Sales | 850 | 1307.00 | 14 days Nov |
| Roshan Ahmad | Sales | 850 | 1307.00 | 14 days Nov |
| security | | 150 | 150.00 | |
| Hiring agency one time commission | | 170 x 3 | 510.00 | |
| Credit from last month | | | -150.00 | |
| | | | | |

|  |  |  | 47406.00 |  |
|---|---|---|---|---|

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## OT Solution payment Invoice 0064

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 12/29/2020 11:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

 

📎 1 attachment (160 KB)

Invoice 0064.pdf;

Mr. Tony,

Please transfer $5761 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Web Solutions Invoice 0009**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/6/2021 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (101 KB)

Invoice 0009_Web.pdf;

Mr. Tony,

Please transfer $13,850 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## OT Solutions Invoice #0065

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/13/2021 10:43 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (221 KB)

Invoice 0065.pdf;

Mr. Tony,

Please transfer $15,300 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Invoice 0006 Websoft Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/20/2021 12:26 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (232 KB)

Invoice INV0006.pdf;

Mr. Tony,

Please transfer $12,500 to websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Payments

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/28/2021 11:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

$47,440.00

| 6-Jan | $13,850 |
| 13-Jan | $15,300 |
| 20-Jan | $12,500 |
| 28-Jan | $5,790 |

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OTSolutions Invoice 0066

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/28/2021 11:15 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (280 KB)

Invoice 0066.pdf;

Mr. Tony,

Please transfer $**5790** to OT Solutions.
Invoice is attached

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX 77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: OTSolutions Invoice 0066

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/28/2021 11:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (314 KB)

Invoice 0066.pdf;

Sorry, please see attached updated

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



  

  

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, January 28, 2021 at 11:21 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala
<hdatar@otsolutionsllp.com>
**Subject:** Re: OTSolutions Invoice 0066

Abdul,

Why is invoice dated Jan 29 ?

Thanks,


Tony Sivasothy, CPA
CFO
Vyrian Inc
4660 Sweetwater Blvd; Suite 200
Sugar Land
TX 77479-3167

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, January 28, 2021 at 11:15 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** OTSolutions Invoice 0066

Mr. Tony,

Please transfer $**5790** to OT Solutions.
Invoice is attached

Regards

Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Web Solutions Invoice 0010**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/8/2021 8:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (135 KB)

Invoice 0010_Web.pdf;

Mr. Tony,

Please transfer $16,350.00 to Web Solutions.


Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Websoft Technologies Invoice 0007**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/18/2021 1:07 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (255 KB)

Invoice INV0007.pdf;

Hi Mr. Tony,

Please transfer $16,800 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/25/2021 9:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (375 KB)

Invoice 0067.pdf;

Mr. Tony,

Please transfer $15,270.00 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/3/2021 10:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (278 KB)

Invoice INV0008.pdf;

Mr. Tony,

Please transfer $19,925 to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Web Solutions Invoive**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 3/9/2021 1:46 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (174 KB)

Invoice 0011_Web.pdf;

Mr. Tony,

Please transfer $19,875 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT solutions - Invoice 0068

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/22/2021 9:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (440 KB)

Invoice 0068.pdf;

Mr. Tony,

Please transfer $20,625 to OT Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Web Solutions Invoice 0012**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/5/2021 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (214 KB)

Invoice 0012_Web.pdf;

Mr. Tony,

Please transfer $21,025 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web solutions Invoice 0013

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/19/2021 12:31 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (296 KB)

Invoice 0013_Web.pdf;

Hi Mr. Tony,

Please transfer $9,139 to Web Solutions.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Websoft Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/12/2021 2:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

🔗 1 attachment (301 KB)

Invoice INV0009.pdf;

Mr. Tony,

Please remit $16,200 to Websoft technologies.

Regards
Abdul tayyeb Datarwala
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Tech Pvt Ltd - Invoice 01

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 4/27/2021 9:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

🖇 1 attachment (58 KB)

Invoice 01.pdf;

Mr. Tony,

Please transfer $20,865 to OT Solutions Tech.

Please note company name has changed so does the bank info. Please use the new info provided in the invoice.

Company name is **OT Solutions Tech Pvt Ltd.**

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**OT Solutions Tech Pvt - Invoice 002**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/5/2021 10:42 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (126 KB)

Invoice 02.pdf;

Mr. Tony,

Please transfer $22,350 to OT Solutions Tech.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Websoft technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/11/2021 10:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain Datarwala <hdatar@otsolutionsllp.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (327 KB)

Invoice INV0010.pdf;

Mr. Tony,

Please transfer $18,518 to Websoft Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Web Solutions Invoice 0014**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/18/2021 12:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (330 KB)

Invoice 0014_Web.pdf;

Mr. Tony,

Please transfer $19,345.to Web solutions.

Please note this amount is $475 lesser than what is mentioned in the excel. It's because Anmol is no longer with us and we only paid half month salary.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Web Solutions Invoice 0015

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/25/2021 10:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

1 attachment (364 KB)

Invoice 0015_Web.pdf;

Mr. Tony,

Pleaser transfer $5456 to Web Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Re: Fund Req 5/31/2021**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 6/1/2021 9:50 AM

**To** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Hi Mr. Tony,

No need for any further discussion on this with Sumit. We spoke to him and explained everything.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 9:38 AM
**To:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Re: Fund Req 5/31/2021

All,

Shall talk to Sumit how this error occurred and let you know.
Went through the requests made by Caleb on May 11 and note that Sumit was not copied on Caleb request for $10,107.18.

Sumit need to be copied on all Fund Request and all Fund transfers as he has mentioned in his mail below.

Note : any entries missed would be detected at the time of the bank reconciliation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 9:20 AM
**To:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** Fwd: Fund Req 5/31/2021

HI Tony no need to waste further time. Abdul and Husain are going to talk to him.

Begin forwarded message:

> **From:** Tony Siva <tsiva@vyrian.com>
> **Date:** June 1, 2021 at 9:17:47 AM CDT
> **To:** Sumit Motwani <smotwani@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
> **Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala <hdatar@otsolutionsllp.com>
> **Subject: Re: Fund Req 5/31/2021**
>
>
> Sumit,
>
> Ref your mail below:
> Additional request by Caleb was included in my email below. Marked in red.
> How did you miss it ?.
>
>
> When you booked the total remittances was the request for $10,107.18 not booked to a PO ?.
> Or is this an open item in your daily summary.
>
> Below is a Copy of email sent  on May 12 and was copied to you.
>
>
> To: Caleb/Peter,
>
> Attached wire confirmation for $86,167.00.
> This includes fees $684.00
>
> Below are details of remittances made for above request:
>
> **Funding Request May 10**
>
> | | |
> |---|---|
> | Funds Requested on May 10 | $ 265,375.97 |
> | Additional Funds Requested on May 11 | $ 10,107.18 |
> | **Total Request** | **$ 275,483.15** |
> | Less: Remitted | |
> | Remitted on May 10 | $ (98,000.00) |
> | Remitted on May 11 | $ (92,000.00) |

Balance Remitted on May 12                    $   85,483.15

Let us discuss this. Shall call you little later today.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063


Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com*
*for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.




---

**From:** Sumit Motwani <smotwani@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 6:22 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain Datarwala
<hdatar@otsolutionsllp.com>
**Subject:** RE: Fund Req 5/31/2021

Morning Sath,

This issue came because this was never mentioned in fund request form provided by Caleb.

Example – Total payment on 18th and 20th May to HK was $ 247,618.08, where as fund request was for $222,741,
difference was on account of separate email of Caleb to Tony to include amount for PO 60536
And 60498 which was included with fund request.

Can we ask HK to include amount in fund request for a bill or get separately paid if it is not in fund request. Our
fund request and payment file will go hand in hand without discrepancies and I would not miss any bill
payment.

Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com





*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** 01 June 2021 11:25
**To:** Sumit Motwani <smotwani@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>
**Subject:** FW: Fund Req 5/31/2021

Hi Sumit,
Please review this.  How did you miss booking this $10k entry?  If Caleb didn't have record we would have been vulnerable and overpaid to supplier.

--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



**From:** Caleb Robeson <crobeson@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 12:43 AM
**To:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hey Sath,

No problem the advanced was received with the 5/10 fund req.

Please see Tony email attached, and below of weekly bank account report.

| 5 | 5/12 | 41901 | 59901 | PAID | XIA YOU | | | 65772.00 | 369013.84 | DEPOSIT | |

Regards,
Caleb Robeson
3931 Ann Arbor Drive
Houston, TX 77063
Direct | Direct | (281) 371-6819 x 1038
Email | crobeson@vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 1:36 PM
**To:** Caleb Robeson <crobeson@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hi Caleb,

There is an item in RED highlight that you mention a 30% advance was made.  I don't see that advance in Viking/QB.  Can you review and let me know when you made that 30% advance.

Thanks,
Sath

--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, June 1, 2021 at 12:14 AM
**To:** Caleb Robeson <crobeson@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Re: Fund Req 5/31/2021

Hi Tony, Caleb, Sumit,
Please see the attachment.  This is a large amount we are wiring so I split into 3 draws.  Please do Draw_1 tomorrow.  Do the next draws as HLW confirms the funds are received.  Tony, please remember fee of 3% negotiated.

Hi Sumit,
Each draw I've allocated appropriate Bills/PO for you to close in QB.  Please close them with each draw so my inventory analysis tab isn't overvalued.

Call me if anyone has questions.

Thanks,
Sath

--
Sath Sivasothy
4660 Sweetwater Boulevard, Suite 200
Sugar Land, TX  77479
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Caleb Robeson <crobeson@vyrian.com>
**Date:** Sunday, May 30, 2021 at 10:23 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Sumit Motwani <smotwani@vyrian.com>, Peter Zhang <peter@dragon4ic.com>
**Subject:** Fund Req 5/31/2021

Hey Team,

Please see attached and below – no float this time.

| Amount Requested | 558K |
|---|---|
| Amount Approved | $ 411,520.71 |

Regards,
Caleb Robeson
3931 Ann Arbor Drive
Houston, TX 77063
Direct | Direct | (281) 371-6819 x 1038
Email | crobeson@vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Re: Leave request**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/3/2021 10:55 AM

**To** Sumit Motwani <smotwani@vyrian.com>; Tony Siva <tsiva@vyrian.com>

No problem.
Take care

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sumit Motwani <smotwani@vyrian.com>
**Date:** Thursday, June 3, 2021 at 10:06 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** Leave request

Hi Abdul,

I am not feeling well and want a leave for 4th and 5th June. Request you to consider.

Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/7/2021 10:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (171 KB)

INV0001.pdf;

Mr. Tony,

Please remit $20,200 to SM Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Tech - Invoice 03

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/14/2021 8:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

1 attachment (113 KB)

Invoice 03.pdf;

Hi Mr. Tony,

Please transfer $24,670 to OT Solutions Tech.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Webcross Systems tech - Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/21/2021 10:18 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

📎 1 attachment (52 KB)

Webcross Invoice- WC011.pdf;

Hi Mr. Tony,

Please transfer $17780 to Webcross Systems tech.
See the attached invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: Progress/expansion Plan - Team India

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 12:19 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

But we have everything available in Viking

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:17 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Can Husain add the top 5 orders weekly on this.  WO#, Sale/Cost/Profit/Supplier/Customer – Notes.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:11 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540

Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions Pvt Ltd - Invoice 04

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 8:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

📎 1 attachment (178 KB)

Invoice 04.pdf;

Hi Mr. Tony,

Please transfer $20,587 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Re: Progress/expansion Plan - Team India

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/28/2021 12:11 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>

---

🔖 1 attachment (199 KB)

India team_WW26.pdf;

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Re: AR**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/30/2021 2:18 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Husain <hdatar@otsolutionsllp.com>; Tony Siva <tsiva@vyrian.com>

Will do!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, June 30, 2021 at 2:07 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain <hdatar@otsolutionsllp.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** AR

Hi Abdul,
Can you include Husain in the AR@vyrian.com email.  Thanks,


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



 Outlook

## India team_WW27

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 3:37 PM

**To** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 1 attachment (977 KB)

India team_WW27.pdf;

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## SM Technologies - Invoice 0002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

1 attachment (196 KB)

INV0002.pdf;

Mr. Tony,

Please transfer $22,480 to SM Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## SM Technologies - Invoice 0002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (196 KB)

INV0002.pdf;

Mr. Tony,

Please transfer $22,480 to SM Technologies.
Invoice is attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: India team_WW27

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/8/2021 2:49 PM

**To** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thank you!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Tuesday, July 6, 2021 at 10:15 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: India team_WW27

Functional analysis of employees very well done.
Good job, Abdul.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, July 6, 2021 at 3:37 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>,
Husain D <hdatar@otsolutionstech.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** India team_WW27

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**India team_WW28**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/8/2021 2:53 PM

**To**   Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (933 KB)

India team_WW28.pdf;

Please see attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**Webcross technologies - Invoice - 012**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/12/2021 8:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (82 KB)

Webcross Invoice- WC012.pdf;

Mr. Tony,

Please transfer $23,680 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

**India Operations WW29**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/19/2021 8:53 PM

**To** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (211 KB)

India team_WW29.pdf;

Team,

See attached.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions tech Pvt - Invoice 05

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/19/2021 10:59 AM

**To**     Tony Siva <tsiva@vyrian.com>

**Cc**     Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (282 KB)

Invoice 05.pdf;

Hello Mr. Tony,

Please transfer $26,140 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

---

## Re: OT Overhead July 2021

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/6/2021 10:11 AM

**To**    Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (13 KB)

July 2021 Overhead (2)[92].xlsx;

Adding @Sath Sivasothy

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, July 6, 2021 at 10:09 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Overhead July 2021

Hello Tony,

Find the attached.


**Regards,**


**Husain Datarwala**

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

Logo, company name Description automatically generated

**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## OT Solutions Pvt Ltd - Invoice 06

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 7/28/2021 12:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (342 KB)

Invoice 06.pdf;

Mr. Tony,

Please remit $14,578 to OT Solutions today.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Webcross invoice

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Tue 8/3/2021 9:03 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (139 KB)

Webcross Invoice- WC013.pdf;

Mr. Tony,

Please transfer $24,086 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## S M Technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/9/2021 9:27 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (220 KB)

INV0003.pdf;

Hi Mr. Tony,

Please transfer $28,230 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Re: Sumit**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/12/2021 2:12 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain <hdatar@otsolutionsllp.com>

Ok

Sent from my iPhone

> On Aug 12, 2021, at 11:15 AM, Tony Siva <tsiva@vyrian.com> wrote:

NOTE:

We have an Outside Audit  by the bank in the first week of September and Sumit will be dealing direst with them.

The other big audit is in December and Sumit will be dealing with the auditors.

These audits are critical for the company .

It will take at least six months for anyone to understand our complex accounting.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is

strictly prohibited.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Thursday, August 12, 2021 at 9:42 AM
**To:** Husain <hdatar@otsolutionsllp.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Sumit

Hi Husain, Abdul,

Sumit is doing a good job co-ordinating and making sure we are getting accurate financials.  Tony and I discussed today and we need to keep him on staff if at all possible.  If you remove him it will set us back.

Thanks,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

---

## OT Solutions Pvt Ltd - Invoice 07

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 8/15/2021 9:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (487 KB)

Invoice 07.pdf;

Hi Mr. Tony,

Please transfer $32,840 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Webcross Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/23/2021 9:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (166 KB)

Webcross Invoice- WC014.pdf;

Hi Mr. Tony,

Please transfer **$12,682** to Webcross

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## India Operations - Month end report - Aug 21

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/31/2021 2:32 PM

**To**    Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hi Team,

Please see below overall summary of India operations.

<u>Staff Summary</u>

- Sales staff – 19 Sales and 1 Trainer
- Purchasing staff – 2 purchaser and 2 hybrid
- Finance staff – 3
- Data management staff – 6
- Dev and marketing staff – 3
- OT Staff – 5
- CAE - 2

<u>Here are the numbers</u>

GP Invoiced – **$ 757,156.07**
GP booking – **$ 515,119**
Avg leads per person – 9 ~ 11
Hubs added: **OP - 2     DP - 0      OM – 0**
Total active Hubs to date: : **OP - 22     DP - 9      OM – 0**

<u>Notes and Observations</u>

- 5 new Sales engineers will be starting September 6, 2021.
- Monitoring sales performance very closely to get the number of orders up.
- Need to keep marketing leads steady since it directly affects the performance of sales staff.
- Expecting International staff to start from October, we are trying to set up leadership and other management in place.
- Starting September 2021, new sales staff will only get trained on sales (Customer facing interactions) NOT trading. Sourcing will be managed by Sourcing department exclusively.
- We will have some existing staff transferred to sourcing department.

Please let me know if you have any questions.

GO Vyrian !!!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | <u>adatarwala@vyrian.com</u>



 Outlook

---

## Re: India Operations - Month end report - Aug 21

---

**From**  Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date**  Tue 8/31/2021 4:02 PM

**To**  Sath Sivasothy <sath@vyrian.com>

**Cc**  Audrey Sivasothy <audrey@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>


Yes, those are August numbers

Sent from my iPhone


On Aug 31, 2021, at 3:25 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Thanks.  Are the invoice and booking for August 1-31?

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, August 31, 2021 at 2:32 PM
**To:** Sath Sivasothy <sath@vyrian.com>, Audrey Sivasothy
<audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>, Husain D
<hdatar@otsolutionstech.com>
**Subject:** India Operations - Month end report - Aug 21

Hi Team,

Please see below overall summary of India operations.

Staff Summary

- Sales staff – 19 Sales and 1 Trainer
- Purchasing staff –  2 purchaser and  2 hybrid
- Finance staff –  3
- Data management staff – 6
- Dev and marketing staff – 3
- OT Staff – 5
- CAE - 2

Here are the numbers

GP Invoiced – **$ 757,156.07**
GP booking – **$ 515,119**
Avg leads per person – 9 ~ 11
Hubs added: **OP -  2      DP - 0        OM – 0**
Total active Hubs to date: : **OP -  22      DP - 9        OM – 0**

Notes and Observations

- 5 new Sales engineers will be starting September 6, 2021.
- Monitoring sales performance very closely to get the number of orders up.
- Need to keep marketing leads steady since it directly affects the performance of sales staff.
- Expecting International staff to start from October, we are trying to set up leadership and other management in place.
- Starting September 2021, new sales staff will only get trained on sales (Customer facing interactions) NOT trading. Sourcing will be managed by Sourcing department exclusively.
- We will have some existing staff transferred to sourcing department.

Please let me know if you have any questions.

GO Vyrian !!!

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

 Outlook

**Webcross invoice 0015**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/6/2021 11:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (194 KB)

Webcross Invoice- WC015.pdf;

Hi Mr. Tony,

Please transfer $23,170 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Fwd: AP clearing entry

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/10/2021 1:42 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Sumit Motwani <smotwani@vyrian.com>
> **Date:** September 10, 2021 at 10:33:25 AM CDT
> **Subject: AP clearing entry**

Hi Abdul,

As per current accounting procedure at every month end we put a adjusting (notional entry) and create inventory account.

This account is not real account, it is just adjustment entry account for the difference between profits of Vikings and Quickbooks.

As discussed with Mr. Tony this morning, he wants us to adjust this notional account with actual bills outstanding of Dragon 4ic. I tried explaining Mr. Tony about the concern but there was disconnect between our understanding.

According to me we can not adjust any actual bill with non-real entries.


Thanks,

**Sumit Motwani**
Accounts
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | 281-783-8042
Email: smotwani@vyrian.com
Web | www.vyrian.com





*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies - Invoice 0004

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/13/2021 8:42 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (252 KB)

INV0004.pdf;

Hi Mr. Tony,

Please transfer $30,065 to SM technologies.
Invoice attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Re: Receiving Bank has not paid recipient neither funds returned to us.**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/15/2021 12:53 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Yes

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:53 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** FW: Receiving Bank has not paid recipient neither funds returned to us.

Abdul, Hussain should pay in the future to avoid this I think.

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:06 PM
**To:** "Retiwalla, Danish" <danish.retiwalla@chase.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Receiving Bank has not paid recipient neither funds returned to us.

Danish,

Attached is a wire confirmation of $1,100.00 sent to Fatema.

The recipient has not received this fund to date.
Understand that the bank in Indore called the recipient and interrogated  and did not pay.


Please request wire department to recall the funds.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

 Outlook

## Re: Receiving Bank has not paid recipient neither funds returned to us.

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/15/2021 12:10 PM

**To** Tony Siva <tsiva@vyrian.com>; Retiwalla, Danish <danish.retiwalla@chase.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Correction the bank in Bhopal

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 15, 2021 at 12:06 PM
**To:** Retiwalla, Danish <danish.retiwalla@chase.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Receiving Bank has not paid recipient neither funds returned to us.

Danish,

Attached is a wire confirmation of $1,100.00 sent to Fatema.

The recipient has not received this fund to date.
Understand that the bank in Indore called the recipient and interrogated  and did not pay.


Please request wire department to recall the funds.


Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc

3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

 Outlook

## OT Solutions Tech Pvt - Invoice 08

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/20/2021 6:42 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (557 KB)

Invoice 08.pdf;

Hello Mr. Tony,

Please transfer $31,730 to OT Solutions Tech

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

**Invoice 09**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 9/23/2021 11:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

1 attachment (617 KB)

Invoice 09.pdf;

Mr. Tony,

Please transfer $15,377 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Webcross invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/4/2021 9:06 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (250 KB)

Webcross Invoice- WC016.pdf;

Hello Mr. Tony,

Please remit $31,297 to Webcross.

Husain,

I have also added Yusuf's pay to this invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## Re: SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/11/2021 8:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, October 11, 2021 at 8:41 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: SM technologies Invoice

Bank Holiday today

Sent from my iPhone

> On Oct 11, 2021, at 8:39 AM, Abdul tayyeb Datarwala
> <adatarwala@vyrian.com> wrote:
>
> Hello Mr. Tony,
>
> Please transfer $32,040 to SM technologies.
>
> Regards
> Abdul tayyeb Datarwala
> 3931 Ann Arbor Drive
> Houston, TX 77063
> Phone | 281-377-4540
> Email | adatarwala@vyrian.com

 Outlook

## SM technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/11/2021 8:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (289 KB)

INV0005.pdf;

Hello Mr. Tony,

Please transfer $32,040 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



 Outlook

## OT Solutions invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/18/2021 9:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (765 KB)

Invoice 10.pdf;

Hi Mr. Tony,

Please remit $34,672 to OT Solutions tech pvt.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webcross invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/25/2021 1:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (277 KB)

Webcross Invoice- WC017.pdf;

Hi Mr. Tony,

Please transfer $18,867 to Webcross.
Invoice is attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/1/2021 9:31 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (318 KB)

INV0006.pdf;

Hello Mr. Tony,

Please remit $29,017 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webcross Invoice 018**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/8/2021 7:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (307 KB)

Webcross Invoice- WC018.pdf;

Good morning Mr. Tony,

Please transfer $22,123 to Webcross Systems.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Invoice 11

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/15/2021 8:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (827 KB)

Invoice 11.pdf;

Hi Mr. Tony,

Please transfer $37,857 to OT Solutions tech.

Bhai,

I have added $1100 for Yusuf in this invoice.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webcross Invoice 19

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/18/2021 10:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

 1 attachment (336 KB)

Webcross Invoice- WC019.pdf;

Hi Mr. Tony,

Please transfer $26,852 to Webcross.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Tech Pvt - Invoice 12

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/29/2021 12:44 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Hi Mr. Tony,

Please transfer $15,515 to OT Solutions

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: OT Solutions Tech Pvt - Invoice 12

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/29/2021 1:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (898 KB)

Invoice 12.pdf;

Please see attached

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 29, 2021 at 12:44 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** OT Solutions Tech Pvt - Invoice 12

Hi Mr. Tony,

Please transfer $15,515 to OT Solutions

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Invoice 0007 - SM Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/1/2021 8:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (347 KB)

INV0007.pdf;

Mr. Tony,

Please transfer $32,568 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Invoice 020 - Webcross technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/6/2021 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (364 KB)

Webcross Invoice- WC020.pdf;

Hi Mr. Tony,

Please remit $30,117 to Webcross technologies.

Hi Husain,

I have also added Yusuf's

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions - Invoice 13

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/13/2021 8:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (977 KB)

Invoice 13.pdf;

Hi Mr. Tony,

Please transfer $23,885 to OT Solutions.

Thanks,
Abdul

 Outlook

## OT Solutions Pvt Ltd - Invoice 14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/16/2021 10:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (1 MB)

Invoice 14.pdf;

Hi Mr. Tony,

Please transfer $12,210 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Pvt Ltd - Invoice 14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/16/2021 10:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (1 MB)

Invoice 14.pdf;

Hi Mr. Tony,

Please transfer $12,210 to OT Solutions.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**SM Technologies Invoice 0008**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/20/2021 8:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (370 KB)

INV0008.pdf;

Hi Mr. Tony,

Please transfer $27,663 to SM Technologies.

Regards,
Abdul

 Outlook

## SM Technologies Invoice 0008

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/20/2021 8:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

🔗 1 attachment (370 KB)

INV0008.pdf;

Hi Mr. Tony,

Please transfer $27,663 to SM Technologies.

Regards,
Abdul

 Outlook

## SM technologies Invoice 0009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/3/2022 10:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

1 attachment (393 KB)

INV0009.pdf;

Hi Mr. Tony,

Please transfer $35,475 to SM Technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Webcross Invoice - 021**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 1/10/2022 8:00 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com> |

📎 1 attachment (392 KB)
Webcross Invoice- WC021.pdf;

Hello Mr. Tony,

Please transfer $33,376 to Webcross systems.

Regards,
Abdul

 Outlook

---

## Re: OT Solutions Pvt ltd - Invoice OTS15

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/17/2022 10:48 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Thank you!

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, January 17, 2022 10:44 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Abdul,
Tony will also send the ACH difference for your salary.  I discussed with him

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, January 17, 2022 at 10:27 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Thanks for the update

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact <u>compliance@vyrian.com</u> for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, January 17, 2022 at 10:15 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Abdul,

Banks are closed today.

Shall wire funds tomorrow.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is

strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, January 17, 2022 at 8:23 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** OT Solutions Pvt ltd - Invoice OTS15

Hi Mr. Tony,

Please transfer $41,158 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: OT Solutions Pvt ltd - Invoice OTS15

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/17/2022 10:27 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks for the update

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, January 17, 2022 at 10:15 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OT Solutions Pvt ltd - Invoice OTS15

Abdul,

Banks are closed today.

Shall wire funds tomorrow.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc

3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, January 17, 2022 at 8:23 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** OT Solutions Pvt ltd - Invoice OTS15

Hi Mr. Tony,

Please transfer $41,158 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Pvt ltd - Invoice OTS15

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/17/2022 8:23 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)

Invoice 15.pdf;

Hi Mr. Tony,

Please transfer $41,158 to OT Solutions Pvt Ltd.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM technologies invoice 0010

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/20/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (415 KB)

INV0010.pdf;

Hi Mr. Tony,

Please transfer $33,480 to SM technologies.

Regards,
Abdul

 Outlook

**Webcross Invoice 22**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Tue 2/1/2022 8:20 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com> |

📎 1 attachment (420 KB)
Webcross Invoice- WC022.pdf;

Hi Mr. Tony,

Please remit $42,310 to Webcross Systems.

Regards,
Abdul

 Outlook

## Sm Technologies - Invoice 0011

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/7/2022 8:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (445 KB)

INV0011.pdf;

Hi Mr. Tony,

Please transfer $41,931 to SM Technologies.

Best,
Abdul

 Outlook

## OT Solutions Tech Pvt Ltd - Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/14/2022 8:28 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)

Invoice 16.pdf;

HI Mr. Tony,

Please transfer $36,729 to OT Solutions tech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: amatullah@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Re: Webcross Invoice 023**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/21/2022 10:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks for the update

> On Feb 21, 2022, at 10:10 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Bank Holiday today .
Shall send tomorrow morning.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby

notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, February 21, 2022 at 9:05 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webcross Invoice 023

Hi Mr. Tony,

Please transfer $42,480 to Webcross.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



 Outlook

---

**Re: Webcross Invoice 023**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/21/2022 10:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks for the update

> On Feb 21, 2022, at 10:10 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Bank Holiday today .
Shall send tomorrow morning.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby

notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, February 21, 2022 at 9:05 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D
<hdatar@otsolutionstech.com>
**Subject:** Webcross Invoice 023

Hi Mr. Tony,

Please transfer $42,480 to Webcross.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



 Outlook

---

**Webcross Invoice 023**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/21/2022 9:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (448 KB)

Webcross Invoice- WC023.pdf;

Hi Mr. Tony,

Please transfer $42,480 to Webcross.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**SM technologies invoice 12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 3/1/2022 8:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (467 KB)
INV0012.pdf;

Hi Mr. Tony,

Please remit $45,786 to SM technologies today.

Husain,

Yusuf's added.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: OT Solutions Tech Pvr Ltd - Invoice 017

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 3/9/2022 11:20 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, March 9, 2022 11:06 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OT Solutions Tech Pvr Ltd - Invoice 017

Abdul,

Attached Wire Confirmation.

Regards,

Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, March 9, 2022 at 8:35 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** OT Solutions Tech Pvr Ltd - Invoice 017

Hi Mr. Tony,

Please transfer $41,124 to OT Solutions Tech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Tech Pvr Ltd - Invoice 017

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/9/2022 8:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)

Invoice 17.pdf;

Hi Mr. Tony,

Please transfer $41,124 to OT Solutions Tech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## SM Technologies - Invoice - 0013

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/14/2022 9:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (490 KB)

INV0013.pdf;

Hi Mr. Tony,

Please transfer $49,730 to SM Technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**OT Solutions Tech - Invoice 18**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/4/2022 7:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (1 MB)

Invoice 18.pdf;

Hello Mr. Tony,

Please transfer $62300 to OT Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: OT Solutions Tech - Invoice 18

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/4/2022 9:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (1 MB)

OTS-22-01.pdf;

Please see the attached updated invoice with new invoice number.

OTS-22-01

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Abdul tayyeb Datarwala
**Sent:** Monday, April 4, 2022 7:48 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** OT Solutions Tech - Invoice 18

Hello Mr. Tony,

Please transfer $62300 to OT Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM Technologies payment

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/6/2022 7:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (517 KB)
INV01-22.pdf;

Hi Mr. Tony,

Please remit $ 48,600 to SM Technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Webcross Systems - WC01-22

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/11/2022 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



   

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 11, 2022 9:33 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Webcross Systems - WC01-22

Abdul,

Attached wire confirmation.
Sent through Vyrian Inc bank account.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 11, 2022 at 6:18 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Webcross Systems - WC01-22

Hi Mr. Tony,

Please transfer $55,300 to Webcross Systems.

Hi Husain,

Yusuf's added.

Regards,
Abdul

 Outlook

---

## Report

---

**From** abdul tayyeb datar <tayyeb.datar@gmail.com>

**Date** Sat 4/16/2022 11:44 AM

**To**   tsiva@vyrian.com <tsiva@vyrian.com>

📎 1 attachment (10 KB)

taxes.xlsx;

Please review the attached report.

 Outlook

---

## Re: SM Technologies Invoice 02-22

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/18/2022 11:25 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Thank you

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 18, 2022 11:14 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: SM Technologies Invoice 02-22

Abdul ,

Attached Wire confirmation.

Paid through VCM Group Bank account

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 18, 2022 at 9:47 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** SM Technologies Invoice 02-22

Hi Mr. Tony,

Please transfer **$48,115** to SM Technologies.

**Abdul Datarwala**

Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## SM Technologies Invoice 02-22

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/18/2022 9:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (539 KB)

INV02-22.pdf;

Hi Mr. Tony,

Please transfer **$48,115** to SM Technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Webmatic Solutions Invoice - 22-001

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/20/2022 9:07 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (76 KB)
Webmatic Invoice 22-001.pdf;

Adding Husain.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala
**Sent:** Wednesday, April 20, 2022 8:30 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Webmatic Solutions Invoice - 22-001

Mr. Tony,

Please remit payment to Webmatic Solutions. Account details in the invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Solutions Invoice - 22-001**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/20/2022 8:30 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (76 KB)

Webmatic Invoice 22-001.pdf;

Mr. Tony,

Please remit payment to Webmatic Solutions. Account details in the invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

Outlook

---

## Re: Web Works Solutions Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/25/2022 2:20 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 4 attachments (462 KB)

Invoice 022-001.pdf; Outlook-nsdkvuzu.png; image001.png; Outlook-pr05mb3u.png;

Please send the confirmation once done

> On Apr 25, 2022, at 1:37 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Please see attached

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 25, 2022 12:51 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

Abdul,

Invoice has our old address.

Please amend and send it back

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 25, 2022 at 12:40 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions Invoice

Mr. Tony,

Please transfer $9950 to Web Works Solutions from Vyrian.
Bank details in the invoice,


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Web Works Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/25/2022 1:37 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (147 KB)

Invoice 022-001.pdf;

Please see attached

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 25, 2022 12:51 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

Abdul,

Invoice has our old address.

Please amend and send it back

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 25, 2022 at 12:40 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions Invoice

Mr. Tony,

Please transfer $9950 to Web Works Solutions from Vyrian.
Bank details in the invoice,

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Web Works Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/25/2022 12:40 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (131 KB)

Invoice 022-001.pdf;

Mr. Tony,

Please transfer $9950 to Web Works Solutions from Vyrian.
Bank details in the invoice,

**Abdul Datarwala**

Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Websys technologies Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/25/2022 12:26 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (131 KB)

Websys 2022-01.pdf;

Mr. Tony,

Please remit $11,467 to Websys from VCM.
Bank details in the invoice.

 Outlook

## Re: May 2022 Services

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/2/2022 6:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

All are technical except Human Resources and Data analysts.

On May 2, 2022, at 5:45 AM, Tony Siva <tsiva@vyrian.com> wrote:

Thanks Husain.

Reviewed . Statement well presented.

Please advise :

1. How many technical employees ?
2. How many non- technical employees?.

Wish to know as a matter of interest.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from

disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, May 2, 2022 at 4:58 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** May 2022 Services

Hello Mr. Tony,

Find the attached

**Regards,**


**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

 **Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India


linkedin icon

 Outlook

---

**Webworks Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/2/2022 9:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (191 KB)

Invoice 022-002.pdf;

Hi Mr. Tony,

Please transfer $ 48,600 to Webworks Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: AP Email Access

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/3/2022 7:35 AM

**To** Mohit Garg <mohit@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

No problem

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Tuesday, May 3, 2022 7:34 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** RE: AP Email Access

Thanks Abdul.

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston

TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Sent:** Tuesday, May 3, 2022 6:00 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>
**Subject:** Re: AP Email Access

Added.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, May 3, 2022 6:04 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>
**Subject:** Re: AP Email Access

Abdul,

Please provide.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Mohit Garg <mohit@vyrian.com>
**Date:** Tuesday, May 3, 2022 at 3:42 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** AP Email Access

Hi Abdul,

Please provide me access to AP Email access so that I can keep track of AP as well.

Hi Sath/Tony,

Akash is on Sick leave today.

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**OTS Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/4/2022 10:47 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-02.pdf;

Hi Mr. Tony,

Please remit $83,400 to OT Solutions Tech from One theory.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webmatic Invoice Invoice 22-002

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/9/2022 8:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (140 KB)
Webmatic Invoice 22-002.pdf;

Hello Mr. Tony,

Please transfer $47,455 to Webmatic.

Hi Husain,

I added 1100 for Yususf's.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Websys technologies Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 5/12/2022 7:50 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (148 KB)

Websys 2022-02.pdf;

Data updated

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala
**Sent:** Thursday, May 12, 2022 7:48 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys technologies Invoice

Hi Mr. Tony,

Please transfer $41320 to Websys technologies.
Invoice attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Websys technologies Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 5/12/2022 7:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (144 KB)
Websys 2022-02.pdf;

Hi Mr. Tony,

Please transfer $41320 to Websys technologies.
Invoice attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Wintech Solutions**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/16/2022 8:38 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (249 KB)

22-01 Wintech Invoice.pdf;

Mr. Tony,

Please transfer $8371 to Wintech Solutions from VCM.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Wintech Solutions

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/17/2022 8:57 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Please pay this invoice today.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com





*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Sent:** Monday, May 16, 2022 9:33 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Wintech Solutions

okay thank you.
Safe travels

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* compliance@vyrian.com *for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, May 16, 2022 9:15 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Wintech Solutions

Abdul,

First time wire to Wintech.
The bank will call me when I send this wire.

I am not in Dallas today and on the way to the Indianapolis airport.
Using Hotspot to send to send this  message.

Shall wire this tomorrow.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, May 16, 2022 at 9:38 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Wintech Solutions

Mr. Tony,

Please transfer $8371 to Wintech Solutions from VCM.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Web Work Solutions Invoice# 022-003**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/17/2022 8:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (214 KB)

Invoice 022-003.pdf;

Mr. Tony,

Please pay the attached invoice for Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Web Works Solutions Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/1/2022 8:57 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (237 KB)

Invoice 022-004.pdf;

Mr. Tony,

Please transfer $51,585 to Web Works Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Accounts People

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 6/3/2022 3:37 PM

**To**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc**    Tony Siva <tsiva@vyrian.com>

Yes will do.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Friday, June 3, 2022 3:31 PM
**To:** Husain D <hdatar@otsolutionstech.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Accounts People

Hi Husain, Abdul,
Please keep this VERY high priority we need 2 people or Mohit isn't going to be able to keep up soon.
I just discussed with Tony about it and we sending you guys note about this importance.

Thanks,

--
Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com



 Outlook

---

## Re: Webmatic Invoice 22-003

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 6/3/2022 9:36 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thank you, I think you forgot $1100

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, June 3, 2022 9:17 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webmatic Invoice 22-003

Abdul,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Friday, June 3, 2022 at 7:46 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webmatic Invoice 22-003

Hi Mr. Tony,

Please transfer **$55,219** to Webmatic.

I have added $1100.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice 2022-03**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/6/2022 9:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (155 KB)

Websys 2022-03.pdf;

Hi Mr. Tony,

Please transfer **$49,355** to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Wintech Solution

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/9/2022 1:09 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (290 KB)

22-02 Wintech Invoice .pdf;

Hi Mr. Tony,

Please transfer $34,285 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**OT Solutions Tech - Invoice OTS-22-03**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/13/2022 9:55 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-03.pdf;

Mr. Tony,

Please transfer $61244 to OT Solutions Tech Pvt ltd.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys 2022-04 Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/16/2022 11:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (162 KB)

Websys 2022-04.pdf;

Hi Mr. Tony,

Please transfer $59,361 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Web Work Solutions Invoice 022-005**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Tue 7/5/2022 8:06 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (280 KB)
Invoice 022-005.pdf;

Mr. Tony,

Please transfer **$58,780** ($57,680 + $1100) to Web Work Solutions.
Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 22-004**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/7/2022 9:57 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (231 KB)
Webmatic Invoice 22-004.pdf;

Mr. Tony,

Please transfer $70,020 to Webmatic.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

   

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

Outlook

## Re: Websys Invoice 2022-05

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/11/2022 3:19 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thank you

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, July 11, 2022 2:49 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Websys Invoice 2022-05

Abdul,

Attached wire confirmation

Regards,


Tony Sivasothy, CPA