# Exhibit B

# (Part 2 of 4)

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, July 11, 2022 at 2:38 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys Invoice 2022-05

Mr. Tony,

Please transfer $35,544 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice 2022-05**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/11/2022 2:38 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (174 KB)

Websys 2022-05.pdf;

Mr. Tony,

Please transfer $35,544 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Wintech Solutions Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/14/2022 9:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (330 KB)

22-03 Wintech Invoice.pdf;

Hi Mr. Tony,

Please transfer $47,690 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Tech - Invoice OTS-22-04

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 7/18/2022 7:26 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)
OTS-22-04.pdf;

Good Morning Mr. Tony,

Please transfer $80,689 to OT Solutions Tech Pt Ltd.

Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

Re: Wintech Solutions - Invoice 22-04

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Tue 7/19/2022 11:36 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes, Quarterly commissions

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, July 19, 2022 11:35 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Wintech Solutions - Invoice 22-04

Abdul,

Is this for something special .

Not in the schedule  for July below

| | OFFICE |
|---|---|
| | **SERVICES FOR JULY 2022** |

Reconciliations

| Date | OT Solutions Tech Pvt Ltd | Webwork solutions | Webmatic Solutions | Websys technologiies | |
|---|---|---|---|---|---|
| 4-Jul | | 57,680.00 | | | |
| 7-Jul | | | 68,920.00 | | |
| 18-Jul | | | | 35,544.00 | |
| 14-Jul | | | | | |
| 11-Jul | 80,689.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Total | 80689 | 57680 | 68920 | 35544 | |

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, July 19, 2022 at 11:19 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Wintech Solutions - Invoice 22-04

Mr. Tony,

Please transfer $62,660 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Wintech Solutions - Invoice 22-04**

---

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Tue 7/19/2022 11:19 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (369 KB)
22-04 Wintech Invoice.pdf;

Mr. Tony,

Please transfer $62,660 to Wintech Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys technologies - Invoice - Websys 2022-06**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/25/2022 8:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (181 KB)

Websys 2022-06.pdf;

Hi Mr. Tony,

Please pay the attached invoice to Websys technologies **$29,367**.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Web Works Solutions - Invoice 022-006

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/1/2022 2:47 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Okay thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, August 1, 2022 2:42 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions - Invoice 022-006

Abdul,

We have exceeded the limit for the day.

Please see message from bank. Shall send tomorrow morning.

We can't schedule this wire because the amount exceeds your company's total daily wire limit.

Please tell your system administrator you weren't able to schedule this wire. (Error code: 50103)

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, August 1, 2022 at 2:32 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions - Invoice 022-006

Mr. Tony,

Please transfer $51,558 to Web Works Solutions.

Regards,
Abdul

 Outlook

**Web Works Solutions - Invoice 022-006**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/1/2022 2:32 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (303 KB)

Invoice 022-006.pdf;

Mr. Tony,

Please transfer $51,558 to Web Works Solutions.

Regards,
Abdul

 Outlook

## Modern Invoice - M-014

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/4/2022 9:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (542 KB)

Modern Invoice - M-014.pdf;

Mr. Tony,

Please transfer $42,838 to Modeern Technology.
Invoice is attached.

Regards,

 Outlook

---

**Webmatic Invoice 22-005**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/8/2022 9:01 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (265 KB)
Webmatic Invoice 22-005.pdf;

Mr. Tony,

Please transfer $56,221 to Webmatic Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## OT Solutions Tech Pvt Ltd - OTS-22-05

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 8/17/2022 8:09 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-05.pdf;

Hi Mr. Tony,

Please transfer $95,806 to OT Solution Tech from One theory Biosciences.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: 22-05 Wintech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/18/2022 9:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

As per call

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com





*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, August 18, 2022 9:18 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 22-05 Wintech Invoice

Thanks Abdul.

It is on the Excel Table.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, August 18, 2022 at 9:13 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 22-05 Wintech Invoice

Abdul,

Is this commission ?

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr

Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, August 18, 2022 at 8:56 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** 22-05 Wintech Invoice

Mr. Tony,

Please transfer $ 47,985 to Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**22-05 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/18/2022 8:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (410 KB)

22-05 Wintech Invoice.pdf;

Mr. Tony,

Please transfer $ 47,985 to Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Web Works Solutions

**From**  Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date**  Mon 8/22/2022 9:59 AM
**To**    Tony Siva <tsiva@vyrian.com>
**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (326 KB)
Invoice 022-007.pdf;

Mr. Tony,

Please pay the attached invoice from Vyrian.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## WEBMATIC SOLUTIONS

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/22/2022 9:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (298 KB)

Webmatic Invoice 22-006.pdf;

Hi Mr. Tony,

Please pay the attached invoice from VCM.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Web Work Solutions Invoice

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 9/1/2022 8:12 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (350 KB)

Invoice 022-008.pdf;

Mr. Tony,

Please pay $50,614 to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webmatic Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/6/2022 7:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (490 KB)

Webmatic Invoice 22-007.pdf;

Mr. Tony,

Please transfer $ 53,316 to Webmatic.

Husian, Yusuf's added.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Websys technologies**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/6/2022 8:03 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (192 KB)

Websys 2022-07.pdf;

Mr. Tony,

Please transfer $52,660 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**22-06 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/12/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (460 KB)

22-06 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Wintech Solutions ($ 46,224).

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Invoice OTS-22-06**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/14/2022 8:36 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-06.pdf;

Hi Mr. Tony,

Please transfer **$85,960** to OT Solutions Tech Pvt Ltd.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Modern Technology

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Fri 9/16/2022 6:17 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (641 KB)
Modern Invoice - M-017.pdf;

Hi Mr. Tony,

Please see attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, September 16, 2022 3:33 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Technology

Abdul,

Attached wire confirmation

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

---

**22-07 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/19/2022 10:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (500 KB)
22-07 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Websys technologies Invoice pending**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/19/2022 8:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (201 KB)
Websys 2022-08.pdf;

Hi Mr. Tony,

Please transfer $62,660 to Websys technologies.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: AR-Collections follow-up emails

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/20/2022 10:20 AM

**To** Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Got it

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, September 20, 2022 10:14 AM
**To:** Mohit Garg <mohit@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: AR-Collections follow-up emails

Hi Abdul, Husain,

We are starting to see many customer get late with payments due to the economic downturn.  Mohit is going to accelerate collections.
Can you emphasize to sales team to CC AR@Vyrian.com whenever they reach out.

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Mohit Garg <mohit@vyrian.com>
**Date:** Tuesday, September 20, 2022 at 10:00 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** AR-Collections follow-up emails

Hi Abdul,

As discussed with Sath this morning on AR Collections.

Could you please inform Sales team to keep ar@vyrain.com in CC for all collections related emails to customers.

Also we have come up with an schedule for collections follow up, please refer below

| Due Days | Template Name | Responsible Parties |
|---|---|---|
| 2 | reminder | **Sales** |
| 5 | critical_reminder | **Sales** |
| 10 | reminder2 | **Sales** |
| 15 | critical_reminder | **Rohan** |
| 20 | reminder4 | **Rohan** |
| 25 | reminder5 | **Rohan** |
| 30 | reminder6 | **Rohan** |
| 35 | reminder7 | **Rohan** |
| 40 | reminder7 | **Mohit** |
| 50 | reminder7 | **Mohit** |
| 60 | reminder7 | **Mohit** |

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: AR-Collections follow-up emails

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/20/2022 10:19 AM

**To** Mohit Garg <mohit@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Will do!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Tuesday, September 20, 2022 10:00 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** AR-Collections follow-up emails

Hi Abdul,

As discussed with Sath this morning on AR Collections.

Could you please inform Sales team to keep ar@vyrain.com in CC for all collections related emails to customers.

Also we have come up with an schedule for collections follow up, please refer below

| Due Days | Template Name | Responsible Parties |
| --- | --- | --- |

| 2 | reminder | Sales |
|---|---|---|
| 5 | critical_reminder | Sales |
| 10 | reminder2 | Sales |
| 15 | critical_reminder | Rohan |
| 20 | reminder4 | Rohan |
| 25 | reminder5 | Rohan |
| 30 | reminder6 | Rohan |
| 35 | reminder7 | Rohan |
| 40 | reminder7 | Mohit |
| 50 | reminder7 | Mohit |
| 60 | reminder7 | Mohit |

Warm Regards,

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Invoice OTS-22-07**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/3/2022 10:00 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-07.pdf;

Hello Mr. Tony,

Please remit **$98,960** to OT Solutions.
Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Financial reports for Vyrian, Inc**

---

From  Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Date  Tue 10/4/2022 6:45 AM

To    Sath Sivasothy <sath@vyrian.com>

Cc    Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 2 attachments (26 KB)
Sath_Profit_and_Loss.pdf; report.html;

On Oct 4, 2022, at 5:46 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Abdul, Husain,
I will send this to you guys daily. Please see attached. Top line is revenue and its this month compared to last month.

Begin forwarded message:

> **From:** "Vyrian, Inc." <quickbooks@notification.intuit.com>
> **Date:** October 4, 2022 at 3:07:28 AM CDT
> **To:** Sath Sivasothy <sath@vyrian.com>
> **Subject: Financial reports for Vyrian, Inc**
> **Reply-To:** sath@vyrianinc.com
>
> Hello,
>
> Attached is the set of financial reports for Vyrian, Inc.
>
> Regards,
> sath@vyrianinc.com

 Outlook

## OTS Tech - Invoice OTS-22-08

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/5/2022 7:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-08.pdf;

Hi Mr. Tony,

Please remit $65,210 to OT Solutions Tech. Invoice is attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Web Work Solutions - Invoice 022-009

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 10/10/2022 10:32 AM
**To**   Tony Siva <tsiva@vyrian.com>
**Cc**   Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Stay warm and take care

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 10:16 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Pretty cold.


Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:14 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning, Sir

Hope you are doing well over there!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Web Work Solutions - Invoice 022-009

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/10/2022 10:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Good Morning, Sir

Hope you are doing well over there!

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**

Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Web Work Solutions - Invoice 022-009

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/10/2022 8:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (390 KB)

Invoice 022-009.pdf;

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Web Work Solutions - Invoice 022-009**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/11/2022 6:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks for the note

> On Oct 11, 2022, at 6:09 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Wire processed yesterday was not transmitted by bank yesterday.

Will go through today.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby

notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:16 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Pretty cold.



Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 4:14 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning, Sir

Hope you are doing well over there!

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* <u>compliance@vyrian.com</u> *for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 10, 2022 9:51 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Work Solutions - Invoice 022-009

Good Morning Abdul from London.

Attached wire confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 10, 2022 at 2:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Work Solutions - Invoice 022-009

Hi Mr. Tony,

Please remit **$46,850** to Web Work Solutions.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 22-008**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 10/13/2022 7:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (529 KB)

Webmatic Invoice 22-008.pdf;

Hi Mr. Tony,

Please remit the payment for the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## 22-09 Wintech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/14/2022 9:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (582 KB)
22-09 Wintech Invoice.pdf;

Mr. Tony,

Please pay the attached invoice from Wintech.

Regards
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice 2022-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/17/2022 8:29 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (208 KB)

Websys 2022-09.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Websys.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**22-08 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/19/2022 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (541 KB)

22-08 Wintech Invoice.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Web Works - Invoice 022-010

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/25/2022 7:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (429 KB)

Invoice 022-010.pdf;

Hi Mr. Tony,

Please remit $27,289 to Web Works Solutions.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 22-009**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 10/25/2022 7:41 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (563 KB)

Webmatic Invoice 22-009.pdf;

Hi Mr. Tony,

Please remit $25,000 to Webmatic.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Vyrian Compensation Update (VBP Program Invitation)

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/26/2022 9:02 AM

**To** Audrey Sivasothy <audrey@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (1 MB)
ADatarwala_10-2022VBP.pdf;

Hi,

Please see attached.

Thank you

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    
  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Wednesday, October 26, 2022 8:16 AM
**To:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Vyrian Compensation Update (VBP Program Invitation)

Hi Abdul,

I am writing to follow up.
Just a reminder, I haven't heard back from you about whether or not you'd like to participate in the VBP this year.

Please let me know your decision about your 2022 VBP enrollment no later than this Friday.

Thank you!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081
3931 Ann Arbor Dr.
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*

> On Oct 12, 2022, at 1:55 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:
>
> Hi Abdul,
>
> As outlined below, you recently received a salary adjustment with an offer to join Vyrian's Vesting Bonus Plan (VBP) Program.
> Please see the details for the Vesting Bonus Plan attached. If you agree to the terms, please sign the offer letter and return the attached documents.
>
> If you have any questions, please let me know.
> Thank you, and congratulations!
>
> Audrey Sivasothy
> Business Compliance
>
> VYRIAN INC.
> AS9120/AS6081

3931 Ann Arbor Dr.
Houston, TX 77063


Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 14, 2022 at 1:26 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Vyrian Compensation Update

Hi Abdul,

Per our meeting, your total compensation will be updated to reflect a total award of **$340,000USD**. Please see below for details:

1. Annual compensation salary updated to **$240,000USD/year**
2. Based on outstanding performance, Vyrian will also award you a **$100,000 bonus** as part of Vyrian's Vesting Bonus Plan (VBP).

You will receive an updated docu-sign reflecting your updated compensation and VBP plan.
Thank you for your hard work and we look forward to you continuing to be a critical contributor to the Vyrian team.

Best Regards,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

---

## OT Soliutions Tech - OTS-22-09 Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 11/1/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-22-09.pdf;

Hi Mr. Tony,

Please transfer $73,895 to OT Solutions Tech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwork Invoice 022-011**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/3/2022 11:44 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (453 KB)

Invoice 022-011.pdf;


Hi Mr. Tony,

Please transfer $49,263 to Webwork

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Webmatic Invoice 22-010

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 8:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

No problem thanks for letting me know

> On Nov 7, 2022, at 8:57 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul ,

Both Websys and Webmatic are from VCM.

Shall send Webmatic first and once the bank completes the transmission , shall send the Websys.
Websys may be late in the morning today.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webmatic Invoice 22-010

Abdul,

As per Nov Schedule the above is $28,902.
What is the difference (30,002-28902) $1,100.

Is this for Fatima ?
Pl confirm.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:33 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webmatic Invoice 22-010

Mr. Tony,

Please pay the attached invoice.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Websys 2022-10

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 11:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, November 7, 2022 11:04 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Websys 2022-10

Abdul,

Attached wire confirmation.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:36 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2022-10

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Webmatic Invoice 22-010

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 8:50 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes that is correct.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, November 7, 2022 8:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webmatic Invoice 22-010

Abdul,

As per Nov Schedule the above is $28,902.
What is the difference (30,002-28902) $1,100.

Is this for Fatima ?
Pl confirm.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, November 7, 2022 at 8:33 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webmatic Invoice 22-010

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston

TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 22-010**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 11/7/2022 8:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (596 KB)

Webmatic Invoice 22-010.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys 2022-10**

---

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 11/7/2022 8:36 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (221 KB)
Websys 2022-10.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Websys 2022-11

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/16/2022 12:12 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hi Mr. Tony,

Per our call

> On Nov 16, 2022, at 11:59 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Are these two relating to commissions ?.

If yes please state month.

Information required to allocate costs.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081
orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release
form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended
solely for the addressee(s)
and may contain confidential and/or privileged information and may be
legally protected from
disclosure. If you are not the intended recipient of this message or their
agent, or if this message
has been addressed to you in error, please immediately alert the sender
by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, November 16, 2022 at 11:48 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2022-11

Mr. Tony,

Please pay the attached invoice to Websys.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**22-10 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/16/2022 11:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (623 KB)

22-10 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice from Wintech.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys 2022-11**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/16/2022 11:48 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (230 KB)

Websys 2022-11.pdf;

Mr. Tony,

Please pay the attached invoice to Websys.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Invoice 0007 - SM Technologies

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/1/2021 8:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (347 KB)

INV0007.pdf;

Mr. Tony,

Please transfer $32,568 to SM technologies.

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Web Work Solutions (Invoice 022-012)**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/1/2022 10:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (478 KB)

Invoice 022-012.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Tech Pvt Ltd - Invoice OTS-22-10

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/5/2022 6:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (2 MB)

OTS-22-10.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice (OT Solutions Tech).

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 22-011**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/7/2022 11:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (630 KB)
Webmatic Invoice 22-011.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys Invoice: Websys 2022-12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/12/2022 7:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (238 KB)

Websys 2022-12.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**22-11 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/14/2022 10:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (663 KB)

22-11 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Web Works Solutions -Invoice 022-013**

---

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Fri 12/16/2022 10:26 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (501 KB)
Invoice 022-013.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



   

   

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webmatic Invoice 22-012

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Fri 12/16/2022 10:46 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (662 KB)
Webmatic Invoice 22-012.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Commissions 2022

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 12/29/2022 12:48 PM

**To**   Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (9 KB)

Y2022.xlsx;

Hi Mr. Tony,

Please see attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Monday, December 19, 2022 2:21 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Commissions 2022

Noted

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, December 19, 2022 9:27 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Commissions 2022

Husain,

For purposes of preparing the 2022 Financials , please send me an excel schedule that shows the monthly commissions for year 2022.

This request is NOT URGENT.
You can send it before the end of this year.

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

---

**Invoice OTS-23-1**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/3/2023 8:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-1.pdf;

Good Morning,

Please process payment for the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Invoice OTS-23-1

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/3/2023 8:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-1.pdf;

Good Morning,

Please process payment for the attached invoice.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Web Works Solutions Invoice 023-01**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/5/2023 7:29 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (526 KB)
Invoice 023-01.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Webmatic Invoice 23-01**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/9/2023 11:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (718 KB)

Webmatic Invoice 23-01.pdf;

Hello,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys 2023-01**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/12/2023 10:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (246 KB)

Websys 2023-01.pdf;

Hello,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**23-01 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/16/2023 7:15 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (704 KB)

23-01 Wintech Invoice.pdf;


Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: 23-01 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/17/2023 8:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (704 KB)

23-01 Wintech Invoice.pdf;

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, January 16, 2023 7:30 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: 23-01 Wintech Invoice

Bank Holiday today.

Sent from my iPhone

On Jan 16, 2023, at 7:15 AM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

<Outlook-221pphxw.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<23-01 Wintech Invoice.pdf>

 Outlook

---

**Websys 2023-02**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/17/2023 8:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (255 KB)

Websys 2023-02.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: Websys 2023-02

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/17/2023 9:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Yes

> On Jan 17, 2023, at 9:11 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Is this commission?

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from

disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Tuesday, January 17, 2023 at 8:51 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2023-02

Hello Mr. Tony,

Please pay the attached invoice.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-23-2 INVOICE

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/1/2023 9:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-2.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: New account - Web Works Solutions

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/6/2023 8:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

As per our call sir

> On Feb 6, 2023, at 8:34 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

If the beneficiary remains the same, the account number can only be changed to the new one.

Therefore presume you meant a CHANGE not an ADD

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, February 6, 2023 at 7:34 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** New account - Web Works Solutions

Hi Mr. Tony.

Please add this account

Account number: 10123188068
Address: 180 Sector-D Hasanji Nagar, Indore, M.P, INDIA
Phone number: +91-9039799948
IFSC: IDFB0041264
Swift: IDFBINBBMUM
Branch: Commerce House Racecourse Road

Please pay the attached invoice to the new bank account.


**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com


<Outlook-qgtj0kxw.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webmatic Invoice 23-02**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/13/2023 10:44 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (777 KB)

Webmatic Invoice 23-02.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Websys 2023-03**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/15/2023 10:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (265 KB)

Websys 2023-03.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**23-03 Wintech Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 2/21/2023 7:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (785 KB)

23-03 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Webmatic Invoice 23-03

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 2/21/2023 11:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (810 KB)

Webmatic Invoice 23-03.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Invoice 023-04 - Web Work Solutions

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/1/2023 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (600 KB)

Invoice 023-04.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 **Outlook**

---

**23-04 Wintech Invoice / New Bank account details**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/6/2023 8:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (828 KB)

23-04 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice. Also, please note the new bank account info for Wintech below and in the attachment.

**Company Name : Wintech Solutions**
**Account : 52208195714**
**IFSC : IDFB0041264**
**SWIFT : IDFBINBBMUM**
**Bank Branch Address :  Commerce house, Racecourse road, 11 Banglow colony, New palasia, Indore, 452001**

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Invoice - OTS-23-3

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 3/9/2023 8:51 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-3.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Websys 2023-04

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 3/13/2023 10:03 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, March 13, 2023 10:02 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Websys 2023-04

Abdul,

Is this commission ?.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, March 13, 2023 at 7:47 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Websys 2023-04

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Websys 2023-04

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/13/2023 7:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (272 KB)

Websys 2023-04.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Re: AP MIS report as on 03/15/2023

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 3/15/2023 11:47 AM

**To** Heena Rani <heena@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Cc** Accounts Payable <ap@vyrian.com>

Thanks

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Heena Rani <heena@vyrian.com>

**Sent:** Wednesday, March 15, 2023 11:28 AM

**To:** Husain D <hdatar@otsolutionstech.com>

**Cc:** Accounts Payable <ap@vyrian.com>

**Subject:** AP MIS report as on 03/15/2023

Hi Hussain,

Please find attached AP MIS report as of 03/15/2023.

Warm Regards,

**Heena Bansal**

Finance Manager

Vyrian, Inc.

3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 476-2012
Email: heena@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions Tech - Invoice OTS-23-4

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/3/2023 10:25 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-4.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Also, please note the changes/new bank info:

OFFICE ADDRESS: 180, Slice 4, Scheme 97, Vip Paraspar Nagar, Indore, Madhya Pradesh, 452012, India

BANK DETAILS:
IDFC First Bank
Account Name: {OT Solutions Tech Pvt Ltd}
Account No: {10114497237}
Swift Code: {IDFBINBBMUM}
IFSC Code: {IDFB0041264}
Address: {Upper ground floor, Commerce house 7, Racecourse road, INDORE}

Contact Number: +91-91743-77777

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

 Outlook

---

## Re: OT Services April

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/3/2023 9:43 AM

**To**     Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc**     Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (48 KB)

Vyrian Services 2023.xlsx;

Hi Team,

Please see attached.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>

**Sent:** Monday, April 3, 2023 9:32 AM

**To:** Husain D <hdatar@otsolutionstech.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Subject:** Re: OT Services April

Thanks Husain.

Reviewed.

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 3, 2023 at 6:36 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services April

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company
name Description
automatically
generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Wintech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/10/2023 10:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (868 KB)

23-05 Wintech Invoice.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Web Wise Technology Invoice 001-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/17/2023 9:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (157 KB)

Webwise_invoice#001-23.pdf;

Hello Mr. Tony,

This is the New company.

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech Innovation - Invoice : Infotech-II-01-23

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/17/2023 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (398 KB)

Infotech-II-01-23.pdf;

Hello Mr. Tony,

This is the new company.

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Webwise Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/19/2023 12:31 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Noted

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, April 19, 2023 11:25 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Webwise Invoice

Abdul,

Attached wire confirmation.

Going forward, please ensure that the following details are on the invoice:

1. Name of Bank in India
2. Name of Beneficiary

Thanks,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, April 19, 2023 at 10:14 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Webwise Invoice

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**

Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

Image removed by sender.

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise Invoice**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/19/2023 10:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (186 KB)

Webwise_invoice#002-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Nextech Solutions Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/24/2023 11:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (398 KB)

Nextech_Inovice23-01.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 **Outlook**

---

## Re: OT Services May

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/1/2023 9:37 AM

**To**     Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

     1. Full and Final means the employees are NO longer with the compnay (Let go).

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, May 1, 2023 9:31 AM
**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Services May

Hi Husain,

    1. What does "full and final" mean?
    2. How many total tax installments do we have?

The Pune office cost is about $25,000/month.  Does it still make sense to have this fixed cost long term?

| PUNE | | | | | | |
|------|--|--|--|--|--|--|
| Misc Exp | | | | | 2840 | |
| Accom | | | | | 2900 | |
| Rent | | | | | 13431 | |
| 2nd office rent | | | | | 4600 | |
| | | | | | | |
| | | | | | | |

--
Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, May 1, 2023 at 7:25 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services May

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

⬚Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

⬚Image removed by sender. linkedin icon

 Outlook

---

## OT Solutions Tech Invoice

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/1/2023 10:43 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

OTS-23-5.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#003-23**

---

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Thu 5/4/2023 10:35 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (241 KB)

Webwise_invoice#003-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-02**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/8/2023 9:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (421 KB)

Nextech_Inovice23-02.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-02-23 (New bank details in the invoice)

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 5/11/2023 11:09 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (447 KB)

Infotech-II-02-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.
Please note: New bank details in the Inovice.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

### Re: Infotech-II-02-23 (New bank details in the invoice)

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Thu 5/11/2023 12:38 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (467 KB)
Infotech-II-02-23.pdf;

Hello Mr. Tony,

Please see the attached updated invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala
**Sent:** Thursday, May 11, 2023 11:09 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Infotech-II-02-23 (New bank details in the invoice)

Hi Mr. Tony,

Please pay the attached invoice.
Please note: New bank details in the Inovice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-23-6

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 5/15/2023 12:01 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (3 MB)
OTS-23-6.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OT Solutions tech - OTS-23-7

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/1/2023 9:14 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-23-7.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-03-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/5/2023 10:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (528 KB)
Infotech-II-03-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#004-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/5/2023 10:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (271 KB)
Webwise_invoice#004-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-03**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 6/8/2023 9:02 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (447 KB)

Nextech_Inovice23-03.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-04-23

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 6/12/2023 12:48 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (555 KB)
Infotech-II-04-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-23-8

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 6/14/2023 11:29 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-23-8.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-05-23

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 7/3/2023 9:47 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (583 KB)
Infotech-II-05-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-23-9

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/3/2023 9:45 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (3 MB)

OTS-23-9.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#005-23**

---

From  Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Date  Wed 7/5/2023 5:24 AM

To  Tony Siva <tsiva@vyrian.com>

Cc  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (302 KB)
Webwise_invoice#005-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-04**

---

**From**  Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date**  Mon 7/10/2023 11:27 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (470 KB)

Nextech_Inovice23-04.pdf;

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-06-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 7/12/2023 1:57 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (610 KB)

Infotech-II-06-23.pdf;

Hi Mr. Tony,
Please pay the attached invoice

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Invoice 023-07

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 7/13/2023 7:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (694 KB)

Invoice 023-07.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**OTS-23-10**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/1/2023 10:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-10.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#006-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/3/2023 11:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (332 KB)

Webwise_invoice#006-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

### Infotech-II-07-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/7/2023 11:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (637 KB)

Infotech-II-07-23.pdf;

Hi Mr. Tony,

Please pay the attached Invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-06**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/14/2023 7:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (517 KB)

Nextech_Inovice23-06.pdf;

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## OTS-23-11

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/14/2023 7:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-11.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## OTS-23-12

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 9/1/2023 8:44 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-23-12.pdf;

Hi Mr. Tony,

Please see the attached

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-08-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/5/2023 8:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (672 KB)

Infotech-II-08-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#007-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 9/5/2023 8:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (362 KB)
Webwise_invoice#007-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-07**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/11/2023 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (540 KB)
Nextech_Inovice23-07.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Payment Codes**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:46 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Husain D <hdatar@otsolutionstech.com>

Hi Mr. Tony,

Please keep P1008 for now

On Sep 13, 2023, at 10:41 AM, Tony Siva <tsiva@vyrian.com> wrote:

Till August I was using P1014.

Now I use P1008

We do not have 0802.

Let me know ASAP

- P1002 Trade related services commission on exports / imports
- P1003 Operational leasing services (other than financial leasing) without operating crew, including charter hire Airlines companies
- P1004 Legal services
- P1005 Accounting, auditing, book keeping services
- P1006 Business and management consultancy and public relations services
- P1007 Advertising, trade fair service
- P1008 Research & Development services
- P1009 Architectural services
- P1010 Agricultural services like protection against insects & disease, increasing of harvest yields, forestry services
- P1011 Inward remittance for maintenance of offices in India
- P1013 Environmental Services
- P1014 Engineering Services
- P1015 Tax consulting services
- P1016 Market research and public opinion polling service
- P1017 Publishing and printing services
- P1018 Mining services like onsite processing services analysis of ores etc.
- P1019 Other services not included elsewhere
- P1020 Wholesale and retailing trade services

- P1021 Operational leasing services (other than financial leasing) without operating crew, including charter hire Shipping companies
- P1022 Other Technical Services including scientific/space services

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image004.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Wednesday, September 13, 2023 at 10:27 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** FW: Payment Codes

Abdul,

Please see below the "Payment Purpose". There are no codes for "Purpose"

Have been using use "Other Business Services".

Let me know what you want me to use .

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image002.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Friday, August 18, 2023 at 5:13 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Subject:** Payment Codes

Husain,

Chase bank does not have Digital Codes.

Below are the payment codes and I use

OTHER BUSINESS SERVICES


<image001.png>


<image003.png>


Hope this answers your question

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

 Outlook

---

**Re: Payment Codes**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:44 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>

Thank you Mr. Tony,

Can we use P1019 Other services not included elsewhere

And mention "Software development and consulting" ?

> On Sep 13, 2023, at 10:41 AM, Tony Siva <tsiva@vyrian.com> wrote:
>
> P1019 Other services not included elsewhere

 Outlook

---

**Infotech-II-09-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (701 KB)

Infotech-II-09-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Invoice 023-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 9/13/2023 10:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (742 KB)

Invoice 023-09.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Modern Invoice - M-024

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/25/2023 9:01 AM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>

Yup this is what it invoice is

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com





*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, September 25, 2023 8:56 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Modern Invoice - M-024

Hi Abdul,
Did you speak to Husain about amortizing out the Diwali bonus.


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com



---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, September 25, 2023 at 8:37 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Modern Invoice - M-024

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Modern Invoice - M-024

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 9/25/2023 8:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (845 KB)

Modern Invoice - M-024.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Invoice-OTS-23-13

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/2/2023 10:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-13.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-10-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/4/2023 12:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (729 KB)

Infotech-II-10-23.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#008-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 10/4/2023 1:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (427 KB)

Webwise_invoice#008-23.pdf;


Mr. Tony,

Please pay the attached invoice.

**Please note the new bank information provided in the invoice.**

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: AR Report - 10/06/23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/9/2023 7:38 AM

**To**   Sath Sivasothy <sath@vyrian.com>; Mohit Garg <mohit@vyrian.com>

**Cc**   Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Rohan Goyal <rgoyal@vyrian.com>

Hi,

Yes I will get with sales on this.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Sunday, October 8, 2023 9:19 AM
**To:** Mohit Garg <mohit@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Rohan Goyal <rgoyal@vyrian.com>
**Subject:** Re: AR Report - 10/06/23

Hi Mohit,

1. Pls give breakdown of the Advances total $168k
2. Pls give breakdown of the Credit Memos
3. What is payment? $25,659?

Hi Abdul,

1. Please note that Nvent inv 39336 is now overdue.  Can we be sure for sales to collect this payment for $631,800 that came due recently on 10/4/2023.

Thanks,

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com




 Outlook

---

**Nextech_Inovice23-08**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/9/2023 3:51 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (564 KB)

Nextech_Inovice23-08.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: October Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 10/15/2023 10:22 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 1 attachment (233 KB)

Screenshot 2023-10-15 at 10.18.38 AM.png;

29310 -    16810(webswise payment listed in sheet schedule) + 12500(Husain's bonus 2nd installment)
25272 - 13308(Infotech payment listed in the sheet schedule) + 11964(Diwali installment)

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Sunday, October 15, 2023 9:06 AM
**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: October Services

Hi Husain,
Same thing here.  Please advise.

| | OFFICE | | | | |
|---|---|---|---|---|---|
| | SERVICES FOR OCTOBER 2023 | | | | |
| OT Solutions Tech Pvt Ltd | Webwise Technology | Nextech Solutions | Infotech Innovations | | |
| 55,600.00 | | | | | |
| | | | 35,821.00 | | |
| | 16,810.00 | | | | |
| | | 13,308.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 55600 | 16810 | 13308 | 35821 | 0 | 0 |

| | Details | Posting Date | Category | Sub-Category | Description |
|---|---|---|---|---|---|
| 14 | DEBIT | 10/10/23 | India | Payroll | ONLINE INTERN |
| 15 | DEBIT | 10/10/23 | India | Payroll | Online Transfer |
| 19 | DEBIT | 10/4/23 | India | Payroll | Online Transfer |
| 22 | DEBIT | 10/2/23 | India | Payroll | Online Transfer |

--
Sath Sivasothy

3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, October 2, 2023 at 8:04 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

| | |
|---|---|
| Image removed by sender. Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : **www.otsolutionstech.com**<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>Image removed by sender. linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: September Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 10/15/2023 10:26 AM

**To** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

📎 1 attachment (911 KB)
image001 (2).png;

14402 - Commision payment

7201 - Commision payment

44148 - 31648 (Nextech solutions payment listed in the sheet schedule) + 12500(Husain' bonus 1st installment.

25553 - Diwali Bonus installment

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Sunday, October 15, 2023 8:59 AM
**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: September Services

Hi Husain,
For September original invoices to payment we have an offset.  Please review these and get back to me.  The items in green highlight (on the right) match your expense table.
Can you let us know about the other payments ($25,553, $14,402, $7201, $44,148).

**OFFICE**
**SERVICES FOR SEPTEMBER 2023**

Reconciliations

| Date | OT Solutions Tech Pvt Ltd | Webwise Technology | Nextech Solutions | Infotech Innovations | |
|---|---|---|---|---|---|
| 1-Sep | 53,412.00 | | | | |
| 4-Sep | | | | 45,086.00 | |
| 6-Sep | | 35,912.00 | | | |
| 11-Sep | | | 31,648.00 | | |
| Total | 53412 | 35912 | 31648 | 45086 | 0 |

| | Details | Posting Date | Category | Sub-Category | Descriptio |
|---|---|---|---|---|---|
| 37 | DEBIT | 9/25/23 | India | ??? | Online Tra |
| 47 | DEBIT | 9/13/23 | India | ??? | ONLINE IN |
| 49 | DEBIT | 9/13/23 | India | ??? | Online Tra |
| 56 | DEBIT | 9/11/23 | India | ??? | ONLINE IN |
| 65 | DEBIT | 9/6/23 | India | Payroll | Online Tra |
| 66 | DEBIT | 9/6/23 | India | Payroll | Online Tra |
| 68 | DEBIT | 9/1/23 | India | Payroll | Online Tra |

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, August 31, 2023 at 3:27 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** September Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Modern Invoice - M-025

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 10/16/2023 10:20 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes commission

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, October 16, 2023 10:08 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Modern Invoice - M-025

Abdul,

Please confirm if this is for commission.

Information requested to update the October Services Schedule.

Thasnks,

Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, October 16, 2023 at 9:41 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Modern Invoice - M-025

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Modern Invoice - M-025

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Mon 10/16/2023 9:41 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (885 KB)
Modern Invoice - M-025.pdf;

HI Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-23-14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/1/2023 8:27 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-23-14.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#009-23**

---

**From**   Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date**   Mon 11/6/2023 11:30 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (456 KB)
Webwise_invoice#009-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* compliance@vyrian.com *for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Nextech_Inovice23-09

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/8/2023 11:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Diwali B last installment.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, November 8, 2023 11:42 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Nextech_Inovice23-09

Abdul,

Per copy of November Services, Nextech shows $22,313.00

Above invoice is for $34,277.

What is the difference of $11,964 for ?

Please let me know.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Wednesday, November 8, 2023 at 10:14 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Nextech_Inovice23-09

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.

3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: OTM Outstanding Bills

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/8/2023 9:53 AM

**To** Mohit Garg <mohit@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>

Most of are still due but can you please add Vyrian Work Oeder number to the list

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:50 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** Re: OTM Outstanding Bills

I mean OTM to the Supplier.

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr

Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:18 PM
**To:** Mohit Garg <mohit@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** Re: OTM Outstanding Bills

Hi Mohit,

How do you mean by bills are due ? Bills due from Vyrian to OTM or OTM to the supplier ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** OTM Outstanding Bills

Hi Abdul,

Could you please advise if below Bills are still due.

| Date | Type | No. | Payee | Category | Due date | Balance | Total | Remarks |
|------|------|-----|-------|----------|----------|---------|-------|---------|
| 10/18/2023 | Bill | 108068 | OTM | Cost of Goods Sold | 10/18/2023 | 42,565.54 | 42,565.54 | |
| 09/03/2023 | Bill | 106235 | OTM | Cost of Goods Sold | 09/03/2023 | 46,295.51 | 46,295.51 | |
| 08/27/2023 | Bill | 106298 | OTM | Cost of Goods Sold | 08/27/2023 | 3,150.00 | 3,150.00 | |
| 08/14/2023 | Bill | 106658 | OTM | Cost of Goods Sold | 08/14/2023 | 735.00 | 735.00 | |
| 08/06/2023 | Bill | 106329 | OTM | Cost of Goods Sold | 08/06/2023 | 14,224.00 | 14,224.00 | |
| 04/10/2023 | Bill | 100036 | OTM | Cost of Goods Sold | 04/10/2023 | 207,468.72 | 405,000.00 | |

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: OTM Outstanding Bills

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 11/8/2023 9:48 AM

**To** Mohit Garg <mohit@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>

Hi Mohit,

How do you mean by bills are due ? Bills due from Vyrian to OTM or OTM to the supplier ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Mohit Garg <mohit@vyrian.com>
**Sent:** Wednesday, November 8, 2023 9:47 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Sath Sivasothy <sath@vyrian.com>; Heena Rani <heena@vyrian.com>
**Subject:** OTM Outstanding Bills

Hi Abdul,

Could you please advise if below Bills are still due.

| Date | Type | No. | Payee | Category | Due date | Balance | Total | Remarks |
|------|------|-----|-------|----------|----------|---------|-------|---------|
| 10/18/2023 | Bill | 108068 | OTM | Cost of Goods Sold | 10/18/2023 | 42,565.54 | 42,565.54 | |

| 09/03/2023 | Bill | 106235 | OTM | Cost of Goods Sold | 09/03/2023 | 46,295.51 | 46,295.51 | |
|---|---|---|---|---|---|---|---|---|
| 08/27/2023 | Bill | 106298 | OTM | Cost of Goods Sold | 08/27/2023 | 3,150.00 | 3,150.00 | |
| 08/14/2023 | Bill | 106658 | OTM | Cost of Goods Sold | 08/14/2023 | 735.00 | 735.00 | |
| 08/06/2023 | Bill | 106329 | OTM | Cost of Goods Sold | 08/06/2023 | 14,224.00 | 14,224.00 | |
| 04/10/2023 | Bill | 100036 | OTM | Cost of Goods Sold | 04/10/2023 | 207,468.72 | 405,000.00 | |

Warm Regards

**Mohit Garg**

Finance Manager

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (346) 226-7302

Email: mohit@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Nextech_Inovice23-09**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 11/8/2023 10:13 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (589 KB)
Nextech_Inovice23-09.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-11-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 11/9/2023 10:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (756 KB)

Infotech-II-11-23.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Invoice 023-11**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 11/14/2023 7:26 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (885 KB)

Invoice 023-11.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* compliance@vyrian.com *for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**OTS-23-15**

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Fri 12/1/2023 9:51 AM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (3 MB)
OTS-23-15.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: Webwise_invoice#010-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/4/2023 11:10 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Yes sir per our call

On Dec 4, 2023, at 10:40 AM, Tony Siva <tsiva@vyrian.com> wrote:

Abdul,

Presume going forward there will be two bank accounts for the same beneficiary ?.

If yes, I need to process the new account differently.

Let me know ASAP

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, December 4, 2023 at 10:05 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D
<hdatar@otsolutionstech.com>
**Subject:** Webwise_invoice#010-23

Good Morning Mr. Tony,

Please pay the attached invoice.

Please be advised that the bank information provided in the
document is different. Please include this bank's details for
Webwise, as we will be remitting payments to both banks
periodically.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com

<Outlook-4j3ztinu.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081
orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier
release form, if applicable.*

 Outlook

---

**Webwise_invoice#010-23**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/4/2023 10:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (491 KB)

Webwise_invoice#010-23.pdf;

Good Morning Mr. Tony,

Please pay the attached invoice.

Please be advised that the bank information provided in the document is different. Please include this bank's details for Webwise, as we will be remitting payments to both banks periodically.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice23-10**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/6/2023 9:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (613 KB)

Nextech_Inovice23-10.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Infotech-II-11-24

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 12/11/2023 2:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Adding Husain

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* compliance@vyrian.com *for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala
**Sent:** Monday, December 11, 2023 12:29 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Infotech-II-11-24

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*