# Exhibit B

# (Part 3 of 4)

 Outlook

## Infotech-II-11-24

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Mon 12/11/2023 12:29 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

📎 1 attachment (783 KB)
Infotech-II-11-24.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Invoice 023-12

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/13/2023 10:47 AM

**To**     Sath Sivasothy <sath@vyrian.com>

**Cc**     Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Overview sir

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Wednesday, December 13, 2023 9:46 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Invoice 023-12

Abdul is this part of Husain's overview ?  Or it's separate commissions.

> On Dec 13, 2023, at 9:40 AM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>
> Hi Mr. Tony,
>
> Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

<Outlook-oxrjkcn1.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<Invoice 023-12.pdf>

 Outlook

---

## Invoice 023-12

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 12/13/2023 9:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (908 KB)
Invoice 023-12.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: January 2024 Services**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/1/2024 6:49 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

5 new sales and 2 Digital Marketing candidates

> On Jan 1, 2024, at 6:41 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Excluding Diwali, Tax and Commission, January 2024 shows an increase of $9840n ( $131,182 less $121,182) or 8.1%.

Is there any additional costs for January ?

|  | | | |
|---|---|---|---|
| Oct-23 | | 121,539.00 | |
| Nov-23 | | 116,742.00 | |
| Dec-23 | | 121,342.00 | |
| Jan-24 | 131,182.00 | | Increase of $9,840 |
| Diwali,Tax,Com | 14,941.00 | 146,123.00 | |

Please advise.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, January 1, 2024 at 1:43 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** January Services

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**OTS-24-16**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 1/2/2024 9:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)
OTS-24-16.pdf;

Good Morning,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Re: Important Business Banking Alert

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 1/3/2024 8:46 AM
**To** Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

Okay thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, January 3, 2024 8:27 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>
**Subject:** FW: Important Business Banking Alert

Abdul,

Pl see Chase confirmation below.

Looks like everything went through at our end.

Shall speak to Chase and let you know.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com <mailto:compliance@vyrian.com> for a copy of our AS6081 supplier release form, if applicable.

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On 1/2/24, 1:11 PM, "Chase" <no-reply@alertsp.chase.com <mailto:no-reply@alertsp.chase.com>> wrote:

Dear Customer,

At Chase, we're committed to providing the tools you need to help you monitor your account(s). Below is a list of the latest transactions for the accounts in your profile:

*We've started to process a wire transfer of (USD) 60,300.00 from account ending in 2800 to OT Solutions Tech Pvt Ltd for a deliver by date of 01/02/2024.

If you have questions about the transaction(s) or this alert, please call 1-877-CHASEPC (1-877-242-7372). Our customer service representatives are available from 6 AM to midnight Eastern time, seven days a

week.

Please do not reply to this automatic alert. Instead, you can sign in to www.Chase.com/businessbanking to send us a secure message.

We appreciate your business.

Sincerely,

Online Business Banking Team

 Outlook

---

**Webwise_invoice#011-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/4/2024 10:17 AM

**To**　Tony Siva <tsiva@vyrian.com>

**Cc**　Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (521 KB)

Webwise_invoice#011-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Software Development Invoice**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 1/6/2024 3:08 PM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Faisal Feroz <faisalferoz@gmail.com>

📎 1 attachment (19 KB)

invoice_#INV-20240106-83.pdf;

Hi Mr. Tony,

Please pay the attached invoice to Faisal Feroz.

Regards
Abdul

 Outlook

---

**Nextech_Inovice24-11**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/8/2024 10:31 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (651 KB)
Nextech_Inovice24-11.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-13-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/11/2024 12:33 PM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (810 KB)

Infotech-II-13-24.pdf;

Hello Mr. Tony,

Please submit payment for attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact
compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: AR Report - 01/31/24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Wed 1/31/2024 12:00 PM
**To**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc**    Tony Siva <tsiva@vyrian.com>

Yes sir, we are trying hard to get the numbers on tack.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Wednesday, January 31, 2024 10:50 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** FW: AR Report - 01/31/24

Abdul,

The net amount of money we are waiting to receive, our Net AR, is currently $230,620. Before, during our best times, it was up to $8,000,000. We want to get it back up to around $1 million to hit our break-even point (BEP).

Receivables, which is the money we are owed, and this month's invoices are connected. If our running AR is below $1 million, and we maintain a 35% gross profit, it means we're just about breaking even (ALL Operations and Octopart controlled to $25k-$30k).

| | | | | | |
|---|---|---|---|---|---|
| Microsoft | IT | 4,199 | 4,076 | 2,199 | 10,474 |
| Mint Mobile | IT | 131 | 146 | | 277 |
| Mongodb cloud | IT | 610 | 586 | 593 | 1,789 |
| My Receptionist | Digital Marketing | 1,471 | 1,434 | | 2,905 |
| MYFAX Service | IT | 12 | 12 | | 24 |
| Octopart | Digital Marketing | 82,331 | 82,070 | 82,332 | 246,734 |
| PayPal | Fees | 30 | 30 | 30 | 90 |
| Quickbooks | Administration | 501 | 565 | | 1,066 |

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



--

**From:** Mohit Garg <mohit@vyrian.com>
**Date:** Wednesday, January 31, 2024 at 10:25 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Husain D <hdatar@otsolutionstech.com>, Rohan Goyal <rgoyal@vyrian.com>
**Subject:** AR Report - 01/31/24

Hi Sath,

Please find the AR Report as of today.

| Particulars | Amount | | Particulars | Amount |
|---|---|---|---|---|
| Net AR as of Today | $ 230,620.45 | | 60+ Days past due | $ 11,760.00 |
| Add: Advances | $ 103,818.76 | | 31 - 60 days past due | $ 20,569.62 |
| Add: Credit Memos | $ 6,776.00 | | 1 - 30 days past due | $ 109,769.59 |
| Add: Expense | $ (205.21) | | $5000+ Overdue | $ 84,339.78 |
| Add: Payment | $ - | | Filed with Insurance | $ - |
| Less: Journal Entries | $ - | | | |
| **Gross AR as of Today** | **$ 341,010.00** | | | |

1. 60+ Days Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remark |
|---|---|---|---|---|---|---|---|---|
| 91 or more days past due | 09/04/2023 | Invoice | 39337 | Ace Thermal Systems(ENVIRO) | 10/04/2023 | 4,200.00 | 4,200.00 | Filed With Insurance |
| 91 or more days past due | 09/14/2023 | Invoice | 39410 | NATIONAL OILWELL VARCO, L.P. | 10/14/2023 | 910.00 | 910.00 | Filed With Insurance |
| 91 or more days past due | 09/29/2023 | Invoice | 39497 | NATIONAL OILWELL VARCO, L.P. | 10/29/2023 | 980.00 | 980.00 | Filed With Insurance |
| 61 - 90 days past due | 10/06/2023 | Invoice | 39531 | NATIONAL OILWELL VARCO, L.P. | 11/05/2023 | 520.00 | 520.00 | Filed With Insurance |
| 61 - 90 days past due | 10/27/2023 | Invoice | 39675 | NATIONAL OILWELL VARCO, L.P. | 11/26/2023 | 650.00 | 650.00 | Filed With Insurance |
| 61 - 90 days past due | 11/01/2023 | Invoice | 39693 | VIA ENGINEERING SERVICES | 12/01/2023 | 24,600.00 | 4,500.00 | Payment Received |

2. 5000+ Overdue Invoice

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 - 30 days past due | 12/19/2023 | Invoice | 39930 | Xitron LLC | 01/18/2024 | 32,100.12 | 32,100.12 | Payment Received |
| 1 - 30 days past due | 12/05/2023 | Invoice | 39862 | Jabil Hungary LP LLC / Jabil Circuit Ukraine LLC | 01/04/2024 | 13,890.00 | 13,890.00 | Customer processed Invoice |
| 1 - 30 days past due | 12/04/2023 | Invoice | 39855 | Photo Fabricators Inc | 01/03/2024 | 13,673.04 | 13,673.04 | Waiting to receive check |
| 31 - 60 days past due | 11/06/2023 | Invoice | 39722 | Gener8 LLC | 12/06/2023 | 7,404.62 | 7,404.62 | Customer processed Invoice |
| 1 - 30 days past due | 12/27/2023 | Invoice | 39965 | Advanced Measurement & Analysis Group | 01/11/2024 | 6,080.00 | 6,080.00 | Waiting to receive check |
| 1 - 30 days past due | 12/21/2023 | Invoice | 39944 | Miltope Corporation | 01/20/2024 | 5,645.00 | 5,645.00 | Customer processed Invoice |
| 1 - 30 days past due | 12/21/2023 | Invoice | 39941 | ULTRASPAN | 01/20/2024 | 5,547.00 | 5,547.00 | Customer processed Invoice |

Warm Regards

**Mohit Garg**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (346) 226-7302
Email: mohit@vyrian.com
Web | www.vyrian.com













 Outlook

---

**Re: OTS-24-17**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/1/2024 12:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Which one can we use then ?

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, February 1, 2024 11:44 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OTS-24-17

Abdul,

Please note Code PO802 is not listed on Chase profile for wires.

Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, February 1, 2024 at 11:28 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: OTS-24-17

Abdul,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Thursday, February 1, 2024 at 11:02 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** OTS-24-17

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* *compliance@vyrian.com* *for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**OTS-24-17**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 2/1/2024 11:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-24-17.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Webwise_invoice#012-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/5/2024 12:01 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (551 KB)

Webwise_invoice#012-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice24-12**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 2/7/2024 11:31 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (683 KB)
Nextech_Inovice24-12.pdf;

Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-14-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/12/2024 7:34 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-14-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 2/12/2024 7:34 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (837 KB)
Infotech-II-14-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## OTS-24-18

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/4/2024 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (3 MB)

OTS-24-18.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com







*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-15-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 3/5/2024 7:00 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (865 KB)

Infotech-II-15-24.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Nextech_Inovice24-13**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 3/11/2024 8:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (707 KB)

Nextech_Inovice24-13.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

Outlook

## Re: Weekly Snapshot India

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 3/31/2024 12:05 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>

Yes, it's getting really bad. Let's see how April turns out.

On Mar 31, 2024, at 8:08 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Abdul, Husain,

This is extremely low output for an entire week with 24 sales people and all of the staff we have. Not good.

--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com

**From:** Viking Administrator <viking_administrator@vyrian.com>

**Sent:** Friday, March 29, 2024 7:25 PM

**To:** Sath Sivasothy <sath@vyrian.com>

**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

**Subject:** Weekly Snapshot India

Total Orders: 30                                                                <r

Total Bookings: $60,644.57                                                      e

Total Gross Margin: $18,814.09                                                  p

Largest Order: Ujjawal Singh, Off Line srl, $, $, Fairstock HK                  or

t.csv>

 Outlook

## OTS-24-19

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sun 3/31/2024 9:10 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

---

📎 1 attachment (3 MB)

OTS-24-19.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact*
*compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: OTS-24-19**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/1/2024 2:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Mr. Tony,

Please pay this invoice from **Vyrian** NOT from One theory.

On Mar 31, 2024, at 9:10 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

<Outlook-zu00tyrb.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<OTS-24-19.pdf>

 Outlook

---

**Webwise_invoice#014-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 4/3/2024 11:03 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (610 KB)

Webwise_invoice#014-24.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Infotech-II-16-24**

---

| | |
|---|---|
| **From** | Abdul tayyeb Datarwala <adatarwala@vyrian.com> |
| **Date** | Thu 4/4/2024 11:11 AM |
| **To** | Sath Sivasothy <sath@vyrian.com> |
| **Cc** | Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com> |

📎 1 attachment (892 KB)
Infotech-II-16-24.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Webpro_Invoice 024-01**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 4/8/2024 12:41 PM

 Outlook

## Nextech_Inovice24-14

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 4/9/2024 1:45 PM

 Outlook

---

OTS-24-20

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/1/2024 8:33 AM

 Outlook

## Infotech-II-17-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 5/2/2024 9:12 AM

 Outlook

---

**Webwise_invoice#015-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/6/2024 11:33 AM

 Outlook

---

## Fw: Swift code and account Details For Inward remittance

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 5/7/2024 8:23 AM

**To** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (25 KB)

image210854.png;

Hello Mr. Tony,

Please see the email below form the bank.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Infotech Innovations <infotechinnovationsind@gmail.com>
**Sent:** Tuesday, May 7, 2024 6:24 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Fwd: Swift code and account Details For Inward remittance

You don't often get email from infotechinnovationsind@gmail.com. Learn why this is important

Hello,

Check the below mentioned bank detail.

---------- Forwarded message ---------
From: **Vikas Barod** <vikas.barod@aubank.in>
Date: Tue, 7 May, 2024, 2:19 pm
Subject: Swift code and account Details For Inward remittance
To: infotechinnovationsind@gmail.com <infotechinnovationsind@gmail.com>
Cc: Siddharth Jain <siddharth.jain2@aubank.in>, Pawan Joshi <pawan.joshi2@aubank.in>, Ankit Rajesh. Bhavsar <ankit.bhavsar@aubank.in>, Anshul Jain <anshul.jain3@aubank.in>

Dear Sir
Please find Below mention details and process the same.

**USD Inward Remittance**

| | |
|---|---|
| Bank Name | CITI BANK N.A. |
| Swift Code | CITIUS33XXX |
| Account Number | 36469564 |
| AU SMALL FINANCE LIMITED SWIFT CODE | AUBLINBBXXX |
| ABA FED Number | 021000089 |
| Beneficiary Bank | AU SMALL FINANCE LIMITED, Mumbai (India) |
| AU BANK ACCOUNT NO. | 2402231357936572 |
| ACCOUNT NAME | Infotech Innovations |
| AU BANK IFS CODE | AUBL0002313 |
| Bank Branch Address - | A.B. Road branch Indore |

Thanks & Regards,

**Vikas Barod**
Relationship Manager RTFx
**AU Small Finance Bank Limited**
(A Scheduled Commercial Bank)
Mobile : +91-6262049523 | Website : www.aubank.in

 Outlook

**Nextech_Inovice24-15**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 5/8/2024 10:34 AM

 Outlook

## Webpro_Invoice 024-02

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 5/13/2024 10:15 AM

 Outlook

---

## OTS-24-21

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/3/2024 8:57 AM

 Outlook

**Webpro_Invoice 024-03**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/3/2024 9:00 AM

 Outlook

---

**Infotech-II-18-24**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/5/2024 10:56 AM

 Outlook

## Webwise_invoice#016-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 6/10/2024 8:07 AM

 Outlook

---

## Nextech_Inovice24-16

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 6/12/2024 10:29 AM

 Outlook

---

## OTS-24-22 - Payee - Vyrian Inc

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 7/1/2024 11:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (5 MB)

OTS-24-22.pdf;

Hi Mr. Tony,

Please pay the attached invoice via Vyrian Inc.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

**Nextech_Inovice24-17**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/2/2024 9:54 AM

 Outlook

## Infotech-II-19-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Sat 7/6/2024 2:29 PM

 Outlook

**Webwise_invoice#017-24**

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date** Sat 7/6/2024 2:23 PM

 Outlook

---

## Invoice 024-16

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 7/9/2024 11:41 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1,019 KB)

Invoice 024-16.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Nextech_Inovice24-18

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/1/2024 12:56 PM

 Outlook

---

## OTS-24-23

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 8/1/2024 12:55 PM

 Outlook

## Modern Invoice - M-032

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/5/2024 6:14 AM

 Outlook

## Webwise_invoice#018-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 8/5/2024 6:12 AM

 Outlook

## Infotech-II-20-24

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Tue 8/6/2024 9:10 AM

 Outlook

## OTS-25-01

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Thu 1/2/2025 11:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Husain D <hdatar@otsolutionstech.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (424 KB)
OTS-25-01.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Thanks
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* *compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Re: AR Report - 01/03/25**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Fri 1/3/2025 2:33 PM

**To**    Rohan Goyal <rgoyal@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc**    Tony Siva <tsiva@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

Rohan,

What actions should we take on invoices that are 30+ days past due? While I can see the numbers, it would be helpful to have a clear and structured way to communicate these overdue invoices. Can we also establish clear guidelines for determining when action is necessary and what those actions should be? Let me know what are you thinking ?

Thanks

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Rohan Goyal <rgoyal@vyrian.com>
**Sent:** Friday, January 3, 2025 10:29 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** AR Report - 01/03/25

Hi Sath,

Please find the AR Report as of today.

| Particulars | Amount |
|---|---|
| Net AR as of Today | $ 875,842.49 |
| Add: Advances | $ 133,493.00 |
| Add: Credit Memos | $ 39,098.72 |
| Add: Expense | $ (4,619.00) |
| Add: Payment | $ - |
| Less: Journal Entries | $ - |
| **Gross AR as of Today** | **$ 1,043,815.21** |

| Particulars | Amount |
|---|---|
| 60+ Days past due | $ 189,889.20 |
| 31 - 60 days past due | $ 86,156.01 |
| 1 - 30 days past due | $ 179,451.30 |
| $5000+ Overdue | $ 367,116.92 |
| Filed with Insurance | $ - |

1. 60+ Days Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remark |
|---|---|---|---|---|---|---|---|---|
| 91 or more days past due | 07/16/2024 | Invoice | 40975 | Virmousil Maroc S.A.R.L | 08/15/2024 | 4,680.00 | 4,680.00 | Sales Rep is following u |
| 61 - 90 days past due | 09/09/2024 | Invoice | 41276 | PROCALY SAS | 10/09/2024 | 360.00 | 360.00 | Customer processed Inv |
| 61 - 90 days past due | 09/25/2024 | Invoice | 41355 | DLA LAND AND MARITIME | 10/10/2024 | 400.00 | 400.00 | Customer processed Inv |
| 61 - 90 days past due | 09/26/2024 | Invoice | 41360 | KAYNES TECHNOLOGY | 10/26/2024 | 1,280.00 | 1,280.00 | Customer processed Inv |
| 61 - 90 days past due | 09/30/2024 | Invoice | 41370 | KAYNES TECHNOLOGY | 10/30/2024 | 1,408.00 | 1,408.00 | Customer processed Inv |
| 61 - 90 days past due | 10/01/2024 | Invoice | 41384 | Signature Aviation | 10/31/2024 | 176,000.00 | 176,000.00 | Waiting for Customer R |
| 61 - 90 days past due | 10/02/2024 | Invoice | 41387 | RS Semiconductors Pvt Ltd | 11/01/2024 | 5,468.00 | 5,468.00 | Customer processed Inv |
| 61 - 90 days past due | 10/03/2024 | Invoice | 41392 | Cokeva, Inc. | 11/02/2024 | 293.20 | 293.20 | Customer processed Inv |

2. $5000+ Overdue Invoices

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance | Remarks |
|---|---|---|---|---|---|---|---|---|
| 61 - 90 days past due | 10/01/2024 | Invoice | 41384 | Signature Aviation | 10/31/2024 | 176,000.00 | 176,000.00 | Waiting for Customer Respon |
| 31 - 60 days past due | 10/18/2024 | Invoice | 41466 | Ego products | 11/17/2024 | 41,466.90 | 41,466.90 | Customer processed Invoice |
| 1 - 30 days past due | 11/05/2024 | Invoice | 41571 | DLA LAND AND MARITIME | 12/05/2024 | 34,617.45 | 34,617.45 | Customer processed Invoice |
| 1 - 30 days past due | 12/06/2024 | Invoice | 41727 | DAESAN?CMC?CO,?LTD | 12/21/2024 | 34,000.00 | 34,000.00 | Email Sent to Customer |
| 31 - 60 days past due | 10/31/2024 | Invoice | 41544 | KAYNES TECHNOLOGY | 11/30/2024 | 11,744.00 | 11,744.00 | Customer processed Invoice |
| 31 - 60 days past due | 10/22/2024 | Invoice | 41485 | Aversan Electronics Manufacturing Inc | 11/21/2024 | 43,208.15 | 9,511.57 | Email Sent to Customer |
| 1 - 30 days past due | 11/14/2024 | Invoice | 41619 | TMSS US LLC. | 12/29/2024 | 8,390.00 | 8,390.00 | Yet to Follow Up |
| 31 - 60 days past due | 10/31/2024 | Invoice | 41545 | Creation Tech (Canada) | 11/30/2024 | 8,000.00 | 8,000.00 | Customer processed Invoice |
| 1 - 30 days past due | 11/19/2024 | Invoice | 41632 | IVP Inc | 12/19/2024 | 7,825.00 | 7,825.00 | Email Sent to Customer |
| 1 - 30 days past due | 12/02/2024 | Invoice | 41691 | Ampex Corporation | 01/01/2025 | 7,296.00 | 7,296.00 | Yet to Follow Up |
| 1 - 30 days past due | 12/02/2024 | Invoice | 41689 | Haptech, Inc | 01/01/2025 | 6,750.00 | 6,750.00 | Yet to Follow Up |
| 1 - 30 days past due | 11/27/2024 | Invoice | 41681 | Auburn Filtersense | 12/27/2024 | 5,808.00 | 5,808.00 | Yet to Follow Up |
| 61 - 90 days past due | 10/02/2024 | Invoice | 41387 | RS Semiconductors Pvt Ltd | 11/01/2024 | 5,468.00 | 5,468.00 | Customer processed Invoice |
| 31 - 60 days past due | 11/01/2024 | Invoice | 41550 | Bruker Nano, Inc. | 12/01/2024 | 5,200.00 | 5,200.00 | Customer processed Invoice |
| 1 - 30 days past due | 11/13/2024 | Invoice | 41615 | Quality Systems Integrated Corporation | 12/13/2024 | 5,040.00 | 5,040.00 | Email Sent to Customer |

Warm Regards,

**Rohan Goyal**
Finance Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 460-2309
Email: rgoyal@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Webwise_invoice#023-25

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/6/2025 8:49 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (260 KB)
Webwise_invoice#023-25.pdf;

Hi Mr. Tony,

Please pay the attached invoice.

Thanks
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

**Modern Invoice - M-037**

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Mon 1/6/2025 8:52 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)
Modern Invoice - M-037.pdf;

Hello Mr. Tony,

Please pay the attached invoice.

Thanks
**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Infotech-II-24-25

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/8/2025 10:02 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (1 MB)
Infotech-II-24-25.pdf;

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

---

## Nextech_Inovice25-22

---

**From** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Date** Wed 1/8/2025 10:02 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>

📎 1 attachment (2 MB)

Nextech_Inovice25-22.pdf;

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact* *compliance@vyrian.com* *for a copy of our AS6081 supplier release form, if applicable.*

 Outlook

## Overhead OT

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Wed 4/21/2021 2:17 PM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (11 KB)

April 21 expenses list .xlsx;

Hello Sir,

Please find the attachment of overhead expenses excel sheet.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: Overhead OT

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Thu 4/22/2021 6:22 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted Sir,


**Regards,**

**Husain Datarwala**

--------------------------------------------------------------------------------



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--------------------------------------------------------------------------------

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Thursday, April 22, 2021 at 8:07 AM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Overhead OT

Thanks !


On Apr 21, 2021, at 2:17 PM, Husain Datarwala <hdatar@otsolutionsllp.com> wrote:

Hello Sir,

Please find the attachment of overhead expenses excel sheet.



**Regards,**

**Husain Datarwala**

--------------------------------------------------------------------------------

<image001.png>

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

<u><image002.png></u>

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

<April 21 expenses list .xlsx>

 Outlook

## India Overhead May 21

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Wed 5/5/2021 10:18 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

1 attachment (13 KB)

May 21 Overhead.xlsx;

Hello Tony,

Find the attached.
We will email you the invoice whenever the amount needs to remitted.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: India Overhead May 21

**From** Husain Datarwala <hdatar@otsolutionsllp.com>

**Date** Thu 5/6/2021 12:08 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

Thank you sir,

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Date:** Thursday, May 6, 2021 at 10:04 PM
**To:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: India Overhead May 21

Thanks, Husain.

Reviewed .

Good job.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datarwala <hdatar@otsolutionsllp.com>
**Date:** Wednesday, May 5, 2021 at 10:18 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** India Overhead May 21

Hello Tony,

Find the attached.
We will email you the invoice whenever the amount needs to remitted.

**Regards,**

**Husain Datarwala**



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionsllp.com
**Web** : www.otsolutionsllp.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## June 21 Overhead expenses

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/7/2021 9:34 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (13 KB)

June 2021 Overhead.xlsx;

Hello Tony,

Find the attached.

Please find below new bank details for future bank wire.

Account Name - SM TECHNOLOGIES
ACCOUNT No. : - 50200058442944
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
Branch – Race course road

Account Name : WEBCROSS systems tech
Account No: 50200058573101
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
BRANCH - Race course road

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this

 Outlook

---

## June 21 Overhead expenses

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/7/2021 9:32 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** adatarwala@vyrian <adatarwala@vyrian>

📎 1 attachment (13 KB)

June 2021 Overhead.xlsx;

Hello Tony,

Find the attached.

Please find below new bank details for future bank wire.

Account Name - SM TECHNOLOGIES
ACCOUNT No. : - 50200058442944
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
Branch - Race course road

Account Name : WEBCROSS systems tech
Account No: 50200058573101
IFSC - HDFC0001240
SWIFT CODE - HDFCINBB
BRANCH - Race course road

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Progress/expansion Plan - Team India

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/28/2021 12:40 PM

**To** Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Sure,

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Monday, June 28, 2021 11:00 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

It would be helpful for me and Tony.
Helps to see a snapshot.

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081 Certified Distributor
*An Inc. 5000 Company*
3931 Ann Arbor Drive
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

Connect with me on Linked in ®

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:19 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

But we have everything available in Viking

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

signature_1729245833

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:17 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, hdatar@otsolutionstech.com <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Can Husain add the top 5 orders weekly on this.  WO#, Sale/Cost/Profit/Supplier/Customer – Notes.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:11 PM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>, "hdatar@otsolutionstech.com" <hdatar@otsolutionstech.com>
**Subject:** Re: Progress/expansion Plan - Team India

Adding Husain

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

signature_1729245833

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, June 28, 2021 at 12:04 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>, Audrey Sivasothy <audrey@vyrian.com>
**Subject:** Re: Progress/expansion Plan - Team India

Yes this is ok.

Tony, Audrey,
FYI.

---

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, June 28, 2021 at 9:52 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Progress/expansion Plan - Team India

Something like this ?

Regards
Abdul tayyeb Datarwala
3931 Ann Arbor Drive
Houston, TX 77063
Phone | 281-377-4540
Email | adatarwala@vyrian.com

signature_1729245833

**Outlook**

## OT Overhead July 2021

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/6/2021 10:09 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (13 KB)

July 2021 Overhead (2).xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: An Appreciation of your performance

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 7/16/2021 12:34 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

Thank you very much sir, I will provide you a bank detail by monday.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, July 16, 2021 6:50 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>
**Subject:** An Appreciation of your performance

Hi !  Husain,

Based on recent performance for India growth we are awarding you a 500,000 INR performance bonus.

Please provide banking details to transfer you funds.

Keep up the great work.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

---

## Overhead August 2021

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/2/2021 1:37 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

 1 attachment (14 KB)

OT August 2021 Overhead .xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## OT Overhead Sep 2021

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/2/2021 8:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

Sep 2021 Overhead.xlsx;

Hello Tony,

Find the attached,

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: OT Overhead Sep 2021

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/2/2021 9:05 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Yes that is for new building construction and we are trying to move in october.

**Regards,**

**Husain Datarwala**

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, September 2, 2021 7:32 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Overhead Sep 2021

Thanks Husain.

Construction cost $2,400.00

Is this towards the new building ?

If yes when is the move to the new office building.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 2, 2021 at 8:41 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Overhead Sep 2021

Hello Tony,

Find the attached,

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Payment Transfer Modern Technologies**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/14/2021 1:11 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (140 KB)

Modern Invoice - M-002.pdf;

Hello Mr. Tony,

Find the attached.

Husain - 6250
Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Outlook**

## October month overhead

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/4/2021 8:50 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

Oct 2021 Overhead .xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

Logo, company name Description automatically generated

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: Transfer Modern technologies**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/14/2021 12:08 PM

**To** Tony Siva <tsiva@vyrian.com>

Noted

**Regards,**

**Husain Datarwala**

....................................................................................................................................

|  | **Telephone:** +91-91743-77777 |
|---|---|
| Logo, company name Description automatically generated | **Email:** hdatar@otsolutionstech.com |
|  | **Web** : www.otsolutionstech.com |
|  | **Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India |
|  | linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, October 14, 2021 8:08 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Transfer Modern technologies

Husain,

Attached Wire Confirmation .
Wire amount increased by $6 as Sept Invoice M-002 had the identical amount as the Oct Invoice M-003.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, October 14, 2021 at 8:40 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Transfer Modern technologies

Hello Mr. Tony,

Find the attached.

Husain - 6250
Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Transfer Modern technologies

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/14/2021 8:40 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (154 KB)

Modern Invoice - M-003.pdf;

Hello Mr. Tony,

Find the attached.

Husain - 6250
Diwali 1st Installment - 19184

Total - 25434

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: New India Office

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/19/2021 4:01 PM

**To**    Audrey Sivasothy <audrey@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain Datarwala <hdatar@otsolutionsllp.com>

Thanks mam.

Husain Datar

On 19-Oct-2021, at 10:20 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:

So awesome, Husain!

So proud of you guys! It looks great!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081 Certified Distributor
*An Inc. 5000 Company*
3931 Ann Arbor Drive
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Tuesday, October 19, 2021 at 11:34 AM
**To:** Audrey Sivasothy <audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Husain <hdatar@otsolutionsllp.com>
**Subject:** New India Office

Husain
Office looks great.

<image002.jpg>

<image003.jpg>

<image004.jpg>

 Outlook

---

**Re: New India Office**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 10/20/2021 1:58 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Thank you very much sir for your best wishes.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, October 20, 2021 2:51 AM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: New India Office

Husain,

Appreciate your hard work and achievement.

Wishing you new heights of success .

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is

 Outlook

---

**India office closed on Diwali occasion.**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 10/23/2021 8:49 AM

**To** Tony Siva <tsiva@vyrian.com>

Hello Sir,

Please note, OT solutions will be closed on Nov 5, 6 and 7 due to Diwali festival.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## India office closed on Diwali occassion.

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 10/23/2021 4:02 PM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Hello Sir,

Sorry, there was a typo, Office will be closed on Nov 4, 5 and 6.

**Regards,**

**Husain Datarwala**

........................................................................................................................................................................

**Telephone:** +91-91743-77777

Logo, company name Description automatically generated

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Transfer invoice Modern technology**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/28/2021 9:17 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (227 KB)

Modern Invoice - M-004-1.pdf;

Hello Tony,

Find the attached

Please remit in modern technology.

Diwali 3rd installment - 19184
OT Bonus   - 6250
Yusuf Salary & Bonus - 2200

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

🔗 linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Overhead. November 2021**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/1/2021 6:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (16 KB)

November 2021 Overhead.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern Tech Transfer Invoice

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 11/16/2021 5:43 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (267 KB)

Modern Invoice - M-005.pdf;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

----------------------------------------------------------------------------------------------

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## December overhead 2021

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 12/1/2021 6:39 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (15 KB)

December 2021 Overhead.xlsx;

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Modern Invoice

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 9:09 AM

**To** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, December 14, 2021 8:28 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Modern Invoice

Hi Husain,
Please update your invoice and send to Tony. Include $5000 for Christmas Bonus.

Thanks,
Sath

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, December 14, 2021 at 8:23 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Invoice

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

---

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Updated modern invoice.**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 9:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (346 KB)

Modern Invoice - M-006 (1).pdf;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern Invoice

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/14/2021 8:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (283 KB)

Modern Invoice - M-006.pdf;

Hello Tony,

Find attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services Jan 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/3/2022 12:14 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

January exp - 1.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

--------------------------------------------------------------------------------

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services Jan 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/3/2022 12:14 PM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

January exp - 1.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern technology invoice

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 1/13/2022 7:13 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (385 KB)

Modern Invoice - M-007.pdf;

Husain Datar

 Outlook

---

## Services Feb 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/31/2022 2:00 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

Feb 2022.xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

| | |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 2/14/2022 8:48 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (400 KB)
Modern Invoice - M-008.pdf;

Hello Mr.Tony,

Find the attached

Husain Datar

 Outlook

---

## Services March 2022

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 3/1/2022 4:18 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (16 KB)

March 2022.xlsx;

Hello Mr. Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern transfer

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 3/16/2022 5:23 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (414 KB)

Modern Invoice - M-009.pdf;

Hello Mr. Tony,

Find the attached

Regards
Husain Datar

 Outlook

---

**Re: Modern transfer**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 3/17/2022 6:33 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 2 attachments (229 KB)

March 17 Modern Technology Invoice M009 Wire Confirmation.pdf; image001.png;

Thanks

Husain Datar

On 17-Mar-2022, at 4:06 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached Wire Confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, March 16, 2022 at 5:23 PM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern transfer
Hello Mr. Tony,

Find the attached

Regards
Husain Datar

 Outlook

---

## Re: OT Solutions wire

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 11:17 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 4, 2022 8:06 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Solutions wire

Husain,

Funds remitted through VCM Group account ending 9293.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

---

## Re: Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 6:37 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted sir,

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 4, 2022 3:25 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Services

Husain,

Reviewed.

One suggestion.

Column "M" shows the reconciliation.
Cell "M20" reconciled with Cell " N148". Very well done.

Going forward, please mention in Cell "M8" the word "Reconciliation"

Thanks



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 4, 2022 at 4:01 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/4/2022 4:01 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (19 KB)

April 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

----------------------------------------------------------------------

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

Logo, company name Description automatically generated

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Modern services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 4/13/2022 8:17 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (455 KB)

Modern Invoice - M-010.pdf;

Hello Tony,

Find the attached

Husain Datar

 Outlook

## Re: Web Works Solutions Invoice

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/25/2022 3:38 PM

**To** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Thank you sir.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, April 26, 2022 2:06 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

This payment had a security block and I just cleared it with Chase 30 mins ago.

> On Apr 25, 2022, at 2:20 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

> Please send the confirmation once done

>> On Apr 25, 2022, at 1:37 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Please see attached

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 25, 2022 12:51 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Subject:** Re: Web Works Solutions Invoice

Abdul,

Invoice has our old address.

Please amend and send it back

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Date:** Monday, April 25, 2022 at 12:40 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Husain D <hdatar@otsolutionstech.com>
**Subject:** Web Works Solutions Invoice

Mr. Tony,

Please transfer $9950 to Web Works Solutions from Vyrian.
Bank details in the invoice,

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

<Outlook-nsdkvuzu.png>
<image001.png>
<Outlook-pr05mb3u.png>
<Invoice 022-001.pdf>

 Outlook

---

## May 2022 Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/2/2022 4:58 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (19 KB)

May 2022.xlsx;

Hello Mr. Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Modern Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 5/12/2022 8:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (470 KB)

Modern Invoice - M-011.pdf;

Hello Mr.Tony,

Please transfer

Regards,
Husain Datar

 Outlook

## Re: Modern Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 5/12/2022 1:03 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 2 attachments (229 KB)

May 12 Modern Technology Invoice M011 Wire Confirmation.pdf; image001.png;

Thank you

Husain Datar

On 12-May-2022, at 8:22 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached wire confirmation

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.


**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, May 12, 2022 at 8:12 AM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Services

Hello Mr.Tony,

Please transfer


Regards,
Husain Datar

 Outlook

---

## June services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 6/1/2022 10:44 AM

**To**　　Tony Siva <tsiva@vyrian.com>

**Cc**　　Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (19 KB)

June 2022.xlsx;

Hello Mr.Tony,

Find the attached

If you have any question please feel free to contact me.

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern Services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 6/15/2022 12:53 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

1 attachment (484 KB)
Modern Invoice - M-012.pdf;

Hello Mr.Tony,

Find the attached
Please transfer

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: Modern Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 6/15/2022 2:37 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 2 attachments (229 KB)

June 15 Modern Tecnology Invoice M-012 Wire confirmation.pdf; image001.png;

Thank you 😊

Husain Datar

On 16-Jun-2022, at 12:12 AM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached Wire Confirmation.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, June 15, 2022 at 12:53 PM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Services
Hello Mr.Tony,

Find the attached
Please transfer


**Regards,**


**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

 **Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India


linkedin icon


The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services July

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 7/3/2022 1:20 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (20 KB)

July 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Services July

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 7/3/2022 1:20 PM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

---

📎 1 attachment (20 KB)

July 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/12/2022 2:45 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thank you.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, July 13, 2022 1:07 AM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, July 12, 2022 at 1:45 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hey Tony,
 Find the attached

Regards,

Husain Datar

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/12/2022 1:45 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (498 KB)

Modern Invoice - M-013.pdf;

Hey Tony,
 Find the attached

Regards,

Husain Datar

 Outlook

---

**Re: Sales Commission**

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Tue 7/19/2022 1:54 PM
**To**    Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc**    Sath Sivasothy <sath@vyrian.com>

Yes sir i have a proper sheet.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, July 20, 2022 12:13 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Sales Commission

Abdul,

At year end , for corporate tax purposes,  we are required to provide supporting documentation of commissions paid.

We are classifying commissions as selling expenses and items under selling expenses require following disclosure :

   1. A brief paragraph of the commission structure.
   2. A schedule of total monthly sales and the total commission paid.

Please discuss with Husain and provide a brief write up for item (1) and  for item (2) a  breakdown for $62,660 wired today.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

## Re: August Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/1/2022 1:59 PM

**To** Tony Siva <tsiva@vyrian.com>

128515

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, August 1, 2022 11:46 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: August Services

Reviewed. Thanks Husain.

What is the full estimated amount for  Diwali Bonus.?

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, August 1, 2022 at 11:08 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** August Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

......................................................................................................................................................

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

 Outlook

---

**August Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/1/2022 11:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (21 KB)

August 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

......................................................................................................................................................................

| | |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 8/17/2022 2:16 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

Thanks Tony,

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, August 17, 2022 10:41 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, August 17, 2022 at 9:17 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached

Regards,
Husain Datar

 **Outlook**

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 8/17/2022 9:17 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>

🔗 1 attachment (583 KB)

Modern Invoice - M-015.pdf;

Hello Tony,

Find the attached

Regards,
Husain Datar

 Outlook

## Re: 9am Zoom Meeting

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 8/23/2022 8:09 AM

**To**    Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Yes sir i already have.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, August 23, 2022 5:46 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** 9am Zoom Meeting

Hi Husain,
Today can you have available fixed overhead expenses for all India. We need to know average fixed cost per month + commission average monthly expense.

Also need you to run me through Diwali bonuses and commissions.

Talk to you during our meeting today.

Thanks,
Sath

 Outlook

---

## Re: September 2022 Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 9:55 AM

**To** Tony Siva <tsiva@vyrian.com>

Yes sir may be same amount remit before 10th of oct, Thanks

**Regards,**

**Husain Datarwala**

---

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>

**Sent:** Thursday, September 1, 2022 7:59 PM

**To:** Husain Datar <hdatar@otsolutionstech.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Subject:** Re: September 2022 Services

Husain,

Thanks, Reviewed.

Diwali Bonus second instalment of $42,838 shown under MORDERN TECHNOLOGIES scheduled for remittance on Sept 17.

Diwali is on Oct 24th.

What is the balance still due for Diwali bonus ? Presume the third instalment is scheduled for early October.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 1, 2022 at 7:17 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** September 2022 Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: September 2022 Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 8:09 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

No sir

Husain Datar

> On 01-Sep-2022, at 6:15 PM, Sath Sivasothy <sath@vyrian.com> wrote:

> Husain is the commission expense on here?

>> On Sep 1, 2022, at 7:17 AM, Husain Datar <hdatar@otsolutionstech.com> wrote:

>> Hello Tony,

>> Find the attached

>> **Regards,**

>> **Husain Datarwala**

>> ---

>> **Telephone:** +91-91743-77777
>> **Email:** hdatar@otsolutionstech.com
>> **Web** : www.otsolutionstech.com
>> **Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

>> linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

>> <September 2022.xlsx>

 Outlook

## September 2022 Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/1/2022 7:16 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (24 KB)

September 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India |

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/13/2022 3:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (597 KB)
Modern Invoice - M-016.pdf;

Hello Mr. Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

## Re: Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 9/14/2022 10:53 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>

Thanks

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, September 14, 2022 8:45 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, September 13, 2022 at 3:06 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services


Hello Mr. Tony,

Find the attached

Regards

Husain Datar

 Outlook

## OT Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/29/2022 7:29 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

October 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: OT Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 9/30/2022 2:44 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Hello Tony,

This one is last installment, And its already included in total.

Husain Datar

> On 30-Sep-2022, at 7:00 AM, Tony Siva <tsiva@vyrian.com> wrote:

Thanks, Husain.

Reviewed.

If $40,000  for Diwali Bonus included in the total of $339,965 is the Third Instalment, please advise if this is the last instalment OR is there still a  balance still remaining  ?

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then

delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, September 29, 2022 at 7:30 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com



**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

 Outlook

---

## Re: Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 10/12/2022 10:36 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>

Thanks,
Husain

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Wednesday, October 12, 2022 9:05 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern services

Husain,

Attached wire confirmation.

Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr

Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, October 12, 2022 at 4:24 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached.

Please transfer

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 10/12/2022 10:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>

📎 1 attachment (681 KB)

Modern Invoice - M-018.pdf;

Hello Tony,

Find the attached.

Please transfer

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Vyrian Compensation Update (VBP Program Invitation)

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/27/2022 3:46 PM

**To** Audrey Sivasothy <audrey@vyrian.com>; Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (1 MB)
2022-10-28_021404.pdf;

Hello,

Please find the attached.

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Audrey Sivasothy <audrey@vyrian.com>
**Sent:** Wednesday, October 26, 2022 6:45 PM
**To:** Sath Sivasothy <sath@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Vyrian Compensation Update (VBP Program Invitation)

Hello Husain,

I am writing to follow up.
Just a reminder, I haven't heard back from you about whether or not you'd like to participate in the VBP this year.

Please let me know your decision about your 2022 VBP enrollment no later than this Friday.

Thank you!

—

Audrey Sivasothy
Business Compliance

VYRIAN INC.
AS9120/AS6081
3931 Ann Arbor Dr.
Houston, TX 77063

Office | 866-874-0598 ext. 1012
Direct | 281-404-3428
Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*

> On Oct 12, 2022, at 1:56 PM, Audrey Sivasothy <audrey@vyrian.com> wrote:
>
> Hi Husain,
>
> As outlined below, you recently received a salary adjustment with an offer to join Vyrian's Vesting Bonus Plan (VBP) Program.
> Please see the details for the Vesting Bonus Plan attached. If you agree to the terms, please sign the offer letter and return the attached documents.
>
> If you have any questions, please let me know.
> Thank you, and congratulations!
>
>
> Audrey Sivasothy
> Business Compliance
>
>
> VYRIAN INC.
> AS9120/AS6081
> 3931 Ann Arbor Dr.
> Houston, TX 77063
>
> Office | 866-874-0598 ext. 1012
> Direct | 281-404-3428

Mobile | 832-528-9838
Fax | 281-783-4250

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact [compliance@vyrian.com](mailto:compliance@vyrian.com) for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Wednesday, September 14, 2022 at 11:22 AM
**To:** Husain D <hdatar@otsolutionstech.com>
**Cc:** Audrey Sivasothy <audrey@vyrian.com>, Tony Siva <tsiva@vyrian.com>
**Subject:** Vyrian Compensation Update

Hi Husain,

Thanks for the call today.  Your total compensation will be updated to reflect a total award of **$260,000USD**. Please see below for details:

1. Annual compensation salary updated to **$160,000USD/year**
2. Based on outstanding performance, Vyrian will also award you a **$100,000 bonus** as part of Vyrian's Vesting Bonus Plan (VBP).

You will receive an updated docu-sign reflecting your updated compensation and VBP plan.
Thank you for your hard work and we look forward to you continuing to be a critical contributor to the Vyrian team.

Best Regards,
Sath

--

Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | [sath@vyrian.com](mailto:sath@vyrian.com)

**VYRIAN**

3301 Ann Arbor Ext. Houston, TX 77063
| www.vyrian.com | Local 281-404-9426

September 30, 2022

Dear Mr. Datarwa...

Congratulations!

Based on your sustained performance and continued dedication to Vyrian. we are pleased to increase your annual compensation. Effective September 1, 2022 your compensation shall be revised as follows:

1. Annual base salary increase to **$160,000.00.**
2. Additional compensation privileges as may be given from time to time.

You will see this new salary rate reflected in your **September 30, 2022** payroll.

**Additionally, you are eligible to receive:**
A one-time bonus of $100,000.00 paid over 4 years in accordance with the terms and conditions of Vyrian's Vesting Bonus Plan. To enroll in the Vesting Bonus Plan, you will need to complete an enrollment agreement.

Again, we would like to thank you for your dedication to the company. We are confident that you will continue in your role with the greatest success.

*Audrey Sivasothy*

Audrey Sivasothy
HR/ Compliance
Vyrian Inc.

I understand that this agreement concerning my compensation and benefits does not modify the at-will employment relationship between myself and Vyrian Inc.; does not constitute a commitment by Vyrian to employ me for any particular length or time does not commit me to remain with Vyrian for any particular length of time; and does not restrict either Vyrian or myself from ending the employment relationship at any time for any reason, with or without notice.

Employee Signature



3931 Ann Arbor Dr. Houston, TX 77063
| www.vyrian.com | Local: 281-404-3420

**IN WITNESS WHEREOF**, Vyrian Incorporated has caused this Agreement to be executed by its duly authorized officer, and the Employee has executed this Agreement, in each case on the date first above written.

**VYRIAN INCORPORATED**

By:  Sathyan Sivasothy
Title:  President and Chief Executive Officer

Date: _____

**EMPLOYEE**

HUSAIN DATARNALA

By: NAME

Date: _____

 Outlook

---

## OT Services November

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 11/1/2022 6:56 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

November 2022.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

--------------------------------------------------------------------------------

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/14/2022 9:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (721 KB)

Modern Invoice - M-019.pdf;

Hello Mr. Tony,

Find the attached

Regards,

Husain Datar

 Outlook

## Re: Schedule Next Week

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 11/18/2022 4:36 PM

**To** Sath Sivasothy <sath@vyrian.com>; Mustafa Bahrani <mbahrani@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Andy Campos <acampos@vyrian.com>; Giang Pham <gpham@vyrian.com>; Kylan Trinh <ktrinh@vyrian.com>; Caleb Robeson <crobeson@vyrian.com>; Mohit Garg <mohit@vyrian.com>; Janessa Templeton <janessa@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Have a safe trip.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Friday, November 18, 2022 10:05 PM
**To:** Sath Sivasothy <sath@vyrian.com>; Mustafa Bahrani <mbahrani@vyrian.com>; Tony Siva <tsiva@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>; Andy Campos <acampos@vyrian.com>; Giang Pham <gpham@vyrian.com>; Kylan Trinh <ktrinh@vyrian.com>; Caleb Robeson <crobeson@vyrian.com>; Husain Datar <hdatar@otsolutionstech.com>; Mohit Garg <mohit@vyrian.com>; Janessa Templeton <janessa@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Schedule Next Week

All,

I will be out of office/country next week along with Audrey and Tony.  Our internet/phone might not be that good.  I might still have some connection but we won't know until next week.
For any urgent matters or escalations that are related to Me, Audrey or Tony - please contact **Abdul** directly.

*Payments next week might be slow and possibly not happen until Tony returns.  He will still try to connect and send if possible.*

Thanks,
Sath


--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com



 Outlook

## OT Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 12/1/2022 7:23 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (21 KB)

December 2022 -.xlsx;

Hello Mr. Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.