# Exhibit B

# (Part 4 of 4)

 Outlook

---

## Re: OT Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 12/1/2022 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Hello Sir,

- Salary increased based on the performance and varies
- After December 2022 we are going to paid PF on a monthly basis. Till we are pay only past dues.

**Regards,**

**Husain Datarwala**

---

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Thursday, December 1, 2022 7:19 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Services

Husain,

Reviewed.

Two questions only as a matter of interest.

1. Is the increase in pay- annual or on performance ?.
2. Provident Fund– Why not make it monthly ?

Many Thanks,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, December 1, 2022 at 7:24 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services

Hello Mr. Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Modern Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/13/2022 10:21 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (736 KB)

Modern Invoice - M-020.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

**Re: Modern Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 12/13/2022 11:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thanks

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, December 13, 2022 10:48 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Modern Services

Husain,

Attached wire confirmation.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, December 13, 2022 at 10:21 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern Services


Hello Tony,

Find the attached




Regards

Husain Datar

 Outlook

## Re: Commissions 2022

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/19/2022 2:21 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted

**Regards,**

**Husain Datarwala**

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777 <br> **Email:** hdatar@otsolutionstech.com <br> **Web** : www.otsolutionstech.com <br> **Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India <br> linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, December 19, 2022 9:27 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Commissions 2022

Husain,

For purposes of preparing the 2022 Financials , please send me an excel schedule that shows the monthly commissions for year 2022.

This request is NOT URGENT.
You can send it before the end of this year.

Best Regards,


Tony Sivasothy, CPA

CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

Outlook

---

**OT Services Jan 2023**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/2/2023 12:06 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (21 KB)

January 2023.xlsx;

Hello Tony,

Find the attached

*Happy New Year to team Vyrian*

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: OT Services Jan 2023**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/2/2023 2:11 PM

**To**     Sath Sivasothy <sath@vyrian.com>

**Cc**     Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>


Still not calculate, It will be figureout after 10th of January.

Husain Datar


On 03-Jan-2023, at 1:08 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
How much will the commission expense be for January?

Thanks,


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, January 2, 2023 at 12:06 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services Jan 2023

Hello Tony,

Find the attached

*Happy New Year to team Vyrian*


**Regards,**


**Husain Datarwala**

Logo,
company name
Description
automatically
generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 **Outlook**

---

## Re: Mohit

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 1/10/2023 8:12 AM

**To** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

Sure sir.

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Tuesday, January 10, 2023 5:19 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Mohit

Hi Husain,

Please monitor Mohits compensation accordingly. He is handling all of our finances smoothly and I want to make sure we have him as a long term employee.

Thanks,
Sath

 **Outlook**

---

**Webwork services**

---

**From** Husain Datar <husain.datar@gmail.com>

**Date** Thu 1/12/2023 12:08 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (549 KB)

Invoice 023-02.pdf;

Hello Mr. Tony,

Please find the attached,

Moderntech account transaction limit is full for current financial year, So now we can use different account for my remittance.

Regards

Husain Datar

 Outlook

---

**Webwork services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 1/12/2023 12:55 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (549 KB)

Invoice 023-02.pdf;

Hello Mr. Tony,

Please find the attached,

Moderntech account transaction limit is full for current financial year, So now we can use different account for my remittance.

Regards

Husain Datar

 Outlook

---

**Re: Webwork services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 1/12/2023 2:14 PM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  Sath Sivasothy <sath@vyrian.com>

Thanks

**Regards,**

**Husain Datarwala**

---

|  |  |
|---|---|
| Logo, company name Description automatically generated | **Telephone:** +91-91743-77777<br>**Email:** hdatar@otsolutionstech.com<br>**Web** : www.otsolutionstech.com<br>**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India<br><br>linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, January 13, 2023 1:43 AM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Webwork services

Husain,

Attached wire confirmation

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Thursday, January 12, 2023 at 12:55 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Webwork services

Hello Mr. Tony,

Please find the attached,

Moderntech account transaction limit is full for current financial year, So now we can use different account for my remittance.

 Outlook

---

## Feb Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 2/1/2023 9:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

Febuary 2023.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Re: Feb Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 2/1/2023 10:21 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>


Ok sir i will update you.

Husain Datar


     On 01-Feb-2023, at 9:47 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Column C  Rows 11, 12,13, 14.
Cells C11, C12, C 13,C 14-   Please complete dates remittance required.

Cell C10 is completed .  Please complete the others.

Dates are helpful to allocate funds in cash flow

Reviewed. All others look  fine.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby

notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, February 1, 2023 at 9:12 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Feb Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

Logo, company name Description automatically generated

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: Feb Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 2/1/2023 1:26 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

Febuary 2023.xlsx;

Hello Tony,

Please check the updated sheet.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Husain Datar

**Sent:** Wednesday, February 1, 2023 9:51 PM

**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Subject:** Re: Feb Services

Ok sir i will update you.

Husain Datar

On 01-Feb-2023, at 9:47 PM, Tony Siva <tsiva@vyrian.com> wrote:


Husain,

Column C  Rows 11, 12,13, 14.
Cells C11, C12, C 13,C 14-   Please complete dates remittance required.

Cell C10 is completed .  Please complete the others.

Dates are helpful to allocate funds in cash flow

Reviewed. All others look  fine.



Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, February 1, 2023 at 9:12 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Feb Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Wintech services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 2/14/2023 9:49 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (745 KB)

23-02 Wintech Invoice.pdf;

Hello Mr Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

## March Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 3/1/2023 7:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

March 2023.xlsx;

Hello Mr. Tony,

Please find attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

■ Outlook

---

**Re: Webmatic services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 3/14/2023 12:22 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thanks

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Tuesday, March 14, 2023 10:07 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Re: Webmatic services

Husain,

Attached wire confirmation.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston

TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, March 14, 2023 at 10:06 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Webmatic services

Hello Mr. Tony,

Find the attached

Webmatic Invoice 23-04.pdf

Regards,

Husain Datar

 Outlook

**Webmatic services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 3/14/2023 10:06 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (843 KB)

Webmatic Invoice 23-04.pdf;

Hello Mr. Tony,

Find the attached

Webmatic Invoice 23-04.pdf

Regards,

Husain Datar

 Outlook

**Leave**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 3/24/2023 6:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Hello Tony,

I would like to inform you that Mohit is taking a day off today.

Husain Datar

 Outlook

**Leave**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 4/2/2023 10:41 PM

**To** Tony Siva <tsiva@vyrian.com>

Hello Mr.Tony ,

To make you aware, Mr. Mohit Garg will be taking a day off on April 3rd, 2023.

Husain Datar

 Outlook

---

## OT Services April

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/3/2023 6:35 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (22 KB)

April 2023 -.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

----------------------------------------------------------------------------------

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Greetings

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/3/2023 9:54 AM

**To** Tony Siva <tsiva@vyrian.com>

*Happy Birthday! May this year be filled with love, laughter, and everything you wish for. Enjoy your special day!*

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: OT Services April

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/3/2023 9:19 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted

Husain Datar

> On 03-Apr-2023, at 7:37 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

To comply with Sath's suggestion I would recommend to have different tabs for each month on the same Excel schedule.

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image002.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Sath Sivasothy <sath@vyrian.com>
**Date:** Monday, April 3, 2023 at 8:19 AM
**To:** Husain D <hdatar@otsolutionstech.com>, Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Services April

Hi Husain,
Can you please include Jan, Feb, March onto this same excel and resend it to me.  Moving forward please just include the new month onto same excel so we can analyze easier.

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>


**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 3, 2023 at 6:36 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services April

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Greetings

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 4/3/2023 10:00 AM

**To** Tony Siva <tsiva@vyrian.com>

Thank you sir

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Monday, April 3, 2023 8:29 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Re: Greetings

Many Thanks, Hussain.

May this Holy Month of Ramadan bring you an abundance of Blessings from Almighty to you and family.

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, April 3, 2023 at 9:55 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Subject:** Greetings

*Happy Birthday! May this year be filled with love, laughter, and everything you wish for. Enjoy your special day!*

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 4/11/2023 1:57 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (765 KB)

Modern Invoice - M-1-23.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

## Re: Modern services

| | |
|---|---|
| **From** | Husain Datar <hdatar@otsolutionstech.com> |
| **Date** | Tue 4/11/2023 2:13 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

Thanks,

Husain Datar


On 12-Apr-2023, at 12:42 AM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached wire confirmation

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.


**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Tuesday, April 11, 2023 at 1:57 PM

**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached

Regards

Husain Datar

**Outlook**

## OT Services May

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/1/2023 7:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (33 KB)

Services.xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: OT Services May**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/1/2023 9:43 AM

**To**     Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc**     Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Tax - 3 installment

Husain Datar

> On 01-May-2023, at 8:07 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

> 1. Full and Final means the employees are NO longer with the compnay (Let go).

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, May 1, 2023 9:31 AM
**To:** Husain D <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: OT Services May

Hi Husain,

1. What does "full and final" mean?
2. How many total tax installments do we have?

The Pune office cost is about $25,000/month.  Does it still make sense to have this fixed cost long term?

<image001.png>

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image002.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, May 1, 2023 at 7:25 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** OT Services May

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777

Image removed by sender. Logo, company name Description automatically generated

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/8/2023 9:55 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (775 KB)

Modern Invoice - M-021.pdf;

Hello Tony,

Find the attached, Pay through VCM Group

Regards,

Husain Datar

 Outlook

## Re: Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/8/2023 10:55 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thank you

Husain Datar

On 08-May-2023, at 9:18 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached wire confirmation.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, May 8, 2023 at 9:55 AM

**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services
Hello Tony,

Find the attached, Pay through VCM Group


Regards,

Husain Datar

Outlook

## June Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 6/1/2023 6:49 AM

**To**  Tony Siva <tsiva@vyrian.com>

**Cc**  sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (44 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

|  | **Telephone:** +91-91743-77777 |
|---|---|
| Logo, company name Description automatically generated | **Email:** hdatar@otsolutionstech.com |
|  | **Web** : www.otsolutionstech.com |
|  | **Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India |
|  | linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Webwork services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/12/2023 1:15 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (671 KB)

Invoice 023-06.pdf;

Hello Tony,

Find the attached.

Regards

Husain Datar

 Outlook

---

## July Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 7/2/2023 5:59 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (55 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: July Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 7/3/2023 9:26 AM

**To**  Sath Sivasothy <sath@vyrian.com>

**Cc**  Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>


CSE - Chinese sales engineer
HN - Hardware networking
AF - Accounts
LA - legal
WD - Web devlopment
CS - Customer support
TS - Training sales
DA - Data Analyst
DM - Digital marketing

Husain Datar


On 03-Jul-2023, at 7:18 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,

Thanks for the update.  I can see steady decrease on the overhead.  Can you answer these questions for me please:

1. What is CSE?
2.  What is HN?
3. What is AF?
4. What is LA?
5. What is WD?  Web design I think?
6. What is CS?
7. What is TS?
8. What is DA?
9. What is DM?

Thanks,


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Sunday, July 2, 2023 at 5:59 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** July Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 7/10/2023 11:50 AM
**To**   Tony Siva <tsiva@vyrian.com>
**Cc**   Sath Sivasothy <sath@vyrian.com>

1 attachment (790 KB)
Modern Invoice - M-022.pdf;

Hello Tony,

Find the attached

Regards,

Husain Datar

 Outlook

---

## August services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 8/1/2023 3:24 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (65 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

Logo, company name Description automatically generated

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Webwork services**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 8/11/2023 12:47 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

1 attachment (718 KB)
Invoice 023-08.pdf;

Hello Tony,

Find the attached

Regards
Husain Datar

 Outlook

---

## Regarding Purpose Code

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 8/17/2023 3:40 AM

**To** Tony Siva <tsiva@vyrian.com>

Hello Tony,

Can you please check P0802 purpose code for remittance with your bank,

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: Payment Codes

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 8/18/2023 5:15 AM

**To** Tony Siva <tsiva@vyrian.com>

P0802 for software consultancy

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Tony Siva <tsiva@vyrian.com>
**Sent:** Friday, August 18, 2023 3:42 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Subject:** Payment Codes

Husain,

Chase bank does not have Digital Codes.

Below are the payment codes and I use

OTHER BUSINESS SERVICES



Wires & global transfers

The foreign exchange rates shown are determined by us in our sole discre
costs that we, our affiliates, or our vendors may charge in providing foreig
your relationship, products with us or the type of transaction being conduc
should expect that these rates will be less favorable than rates quoted onli

Banking Capital

Capital Account

Charges for the use of intellectual property

Construction Services

Cover Page Balance

Cover Page Total

Exports of Goods

External Commercial Borrowings

Financial Derivatives and Others

Financial Services

Foreign Direct Investment

Foreign Portfolio Investment

javascript:void(0);

ed addition

Payment
(required
Select pa

Message to

Maximum 100



The foreign exchange rates shown are determined by us in our
costs that we, our affiliates, or our vendors may charge in prov
your relationship, products with us or the type of transaction b
should expect that these rates will be less favorable than rates

Foreign Portfolio Investment

Government not included elsewhere

Insurance and Pension Services

Maintenance and repair services

Manufacturing services

Other Available Codes

Other Business Services

Personal, Cultural & Recreational services

Primary Income

Secondary Income

Short term credits

Telecommunication, Computer & Information

javascript:void(0);

Hope this answers your question

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Outlook

## September Services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 8/31/2023 3:27 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (76 KB)
Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: Bonus Payment**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 9/8/2023 4:13 AM

**To**  Sath Sivasothy <sath@vyrian.com>

**Cc**  Tony Siva <tsiva@vyrian.com>

Thank you sir.

Husain Datar


On 08-Sep-2023, at 3:42 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
You have $25,000 bonus that is vesting this month.  Can you include $12,500 to
your invoice this month and also do the same for next month.

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

---

## Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 9/11/2023 10:12 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (804 KB)

Modern Invoice - M-023.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

**Re: Bonus Payment**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 9/18/2023 12:07 PM

**To**     Sath Sivasothy <sath@vyrian.com>

**Cc**     Tony Siva <tsiva@vyrian.com>

Only 12500 left

Husain Datar

> On 18-Sep-2023, at 3:26 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
Can you confirm if this has been completed?


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Friday, September 8, 2023 at 4:13 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Re: Bonus Payment

Thank you sir.

Husain Datar


> On 08-Sep-2023, at 3:42 AM, Sath Sivasothy <sath@vyrian.com> wrote:
>
> Hi Husain,
> You have $25,000 bonus that is vesting this month.  Can you include $12,500 to your invoice this month and also do the same for next month.
>
> Thanks,
> Sath
>
>
> --
> Sath Sivasothy
> 3931 Ann Arbor Drive
> Houston, TX 77063
> Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

---

## Re: October Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/2/2023 11:58 AM

**To**     Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc**     Abdul tayyeb Datarwala <adatarwala@vyrian.com>


Hello Sath,

Total Diwali Expenses :  49480
 September Received :   25553
            Remaining :   23927


<u>PENDING</u>
  October   : 11964
November : 11964

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, October 2, 2023 7:35 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: October Services

Hi Husain,
Can you give us a summary for the Diwali bonuses.  How much is the total amount and what's the draw schedule?

Thanks,
Sath

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com







---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, October 2, 2023 at 8:04 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: October Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/2/2023 10:20 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Ok sir

Husain Datar

> On 02-Oct-2023, at 8:49 PM, Sath Sivasothy <sath@vyrian.com> wrote:

> Can you include in that same doc pls. Thx

>> On Oct 2, 2023, at 10:13 AM, Husain Datar <hdatar@otsolutionstech.com> wrote:

>> Sure sir

>> Husain Datar

>>> On 02-Oct-2023, at 7:35 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
Can you give us a summary for the Diwali bonuses.  How much
is the total amount and what's the draw schedule?

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, October 2, 2023 at 8:04 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb
Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Tony,

Find the attached

**Regards,**


**Husain Datarwala**

**Telephone:** +91-91743-77777

Image removed by sender. Logo, company name Description automatically generated

**Email:** hdatar@otsolutionstech.com

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: October Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/2/2023 10:12 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Sure sir

Husain Datar

> On 02-Oct-2023, at 7:35 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
Can you give us a summary for the Diwali bonuses.  How much is the total amount and what's the draw schedule?

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

<image001.png>

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, October 2, 2023 at 8:04 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Tony,

Find the attached

**Regards,**


**Husain Datarwala**

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

Image removed by sender. Logo, company name Description automatically generated

**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Outlook**

---

## October Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/2/2023 8:04 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (85 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

**Web services**

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Wed 10/11/2023 9:49 AM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** Sath Sivasothy <sath@vyrian.com>

1 attachment (861 KB)
Invoice 023-10.pdf;

Hello,

Find the attached

Regards

Husain Datar

 Outlook

## Re: India Overhead Review Meeting

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 10/30/2023 5:24 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Hello,

Can we do today.

Husain Datar


On 29-Oct-2023, at 8:24 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,

Let me know what day you want to have a meeting to review November overhead.

Thanks,

--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com

 Outlook

---

## November Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 11/1/2023 7:43 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (94 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

|  | **Telephone:** +91-91743-77777 |
|---|---|
| Logo, company name Description automatically generated | **Email:** hdatar@otsolutionstech.com |
| | **Web** : www.otsolutionstech.com |
| | **Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India |
| | linkedin icon |

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: November Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 11/1/2023 2:04 PM

**To**    Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

**Cc**    Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Wednesday, November 1, 2023 10:16 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: November Services

Thanks Husain.  Let's have our meeting tomorrow at 8:30AM CST.


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com





**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, November 1, 2023 at 7:44 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** November Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: November Services**

---

From  Husain Datar <hdatar@otsolutionstech.com>

Date  Thu 11/2/2023 10:06 AM

To    Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Cc    Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Noted

**Regards,**

**Husain Datarwala**

---



**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Thursday, November 2, 2023 8:05 PM
**To:** Husain Datar <hdatar@otsolutionstech.com>; Tony Siva <tsiva@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: November Services

Hi Husain,
Per our meeting please include these at some point

| | | | | | | |
|---|---|---|---|---|---|---|
| Diwali | | | | | 3500 | |
| Taxes | | | | | 4000 | |
| Commission | | | | | 7500 | |

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

**VYRIAN**
Your World, Integrated

ISO 9001:2015   ITAR   GIDEP   CISCO Partner
nqa AS9120   nqa AS6081   ANAB ACCREDITED   ANSI/ESD S20.20
AEROSPACE & DEFENSE   COUNTERFEIT PARTS PROGRAM   MANAGEMENT SYSTEMS CERTIFICATION BODY

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Wednesday, November 1, 2023 at 7:44 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** November Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

-------------------------------------------------------------------------------------------------------

Image removed by sender. Logo, company name Description automatically generated

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**Re: Accounts**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 11/11/2023 8:25 AM

**To** Abdul tayyeb Datarwala <adatarwala@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>; Tony Siva <tsiva@vyrian.com>

If you need then no problem.

Husain Datar

> On 11-Nov-2023, at 7:29 PM, Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>
> @Husain D Please advise on this.
>
> **Abdul Datarwala**
> Vyrian, Inc.
> 3931 Ann Arbor Dr
> Houston
> TX 77063
> Office | (281) 377-4540
> Email: adatarwala@vyrian.com
> Web | www.vyrian.com
>
> <Outlook-4mmu403l.png>
>
> *Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Saturday, November 11, 2023 7:55 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Husain D <hdatar@otsolutionstech.com>
**Cc:** Tony Siva <tsiva@vyrian.com>
**Subject:** Accounts

Hi Abdul,
Is it necessary for you to make changes with Heena? Tony and I feel like things are quite smooth at the moment. We are ramping Digiode now and I suggest we have Rohan become leader on this account. We keep Heena to handle auxiliary support. What are your thoughts here?

--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com

 Outlook

## Modern services

| | |
|---|---|
| **From** | Husain Datar <hdatar@otsolutionstech.com> |
| **Date** | Mon 11/13/2023 3:39 PM |
| **To** | Tony Siva <tsiva@vyrian.com> |
| **Cc** | Sath Sivasothy <sath@vyrian.com> |

📎 1 attachment (925 KB)
Modern Invoice - M-026.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

**Re: Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/13/2023 5:57 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>


Ok sir

Husain Datar


>   On 14-Nov-2023, at 3:30 AM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Shall wire tomorrow.

Remittances close at 4.00 pm.

Best Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, November 13, 2023 at 3:39 PM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services

Hello Tony,

Find the attached


Regards

Husain Datar

## Outlook

---

## December Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 12/1/2023 6:19 AM

**To**     Tony Siva <tsiva@vyrian.com>

**Cc**     sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (102 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

Logo, company name Description automatically generated

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: December Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 12/1/2023 9:36 AM

**To**    Tony Siva <tsiva@vyrian.com>

**Cc**    Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Yes sir we meet tomorrow.
Husain Datar

> On 01-Dec-2023, at 8:01 PM, Tony Siva <tsiva@vyrian.com> wrote:

Thanks, Husain.

Reviewed , Perfect.

Best Regards,



Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Friday, December 1, 2023 at 6:19 AM

**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** December Services
Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

Image removed by sender. Logo, company name Description automatically generated

**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

Image removed by sender. linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/11/2023 12:41 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (939 KB)

Modern Invoice - M-027.pdf;

Hello,

Find the attached

Regards

Husain Datar

 Outlook

---

**January Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/1/2024 1:43 PM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (109 KB)

Services.xlsx;

Hello Tony,

Find the attached.

**Regards,**

**Husain Datarwala**

------------------------------------------------------------

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

linkedin icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 **Outlook**

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 1/15/2024 9:33 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (954 KB)

Modern Invoice - M-028.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

## February Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 2/1/2024 6:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (118 KB)

Services.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

**modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 2/12/2024 9:46 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (968 KB)

Modern Invoice - M-029.pdf;

Hello,

Find the attached

Husain Datar

 **Outlook**

---

**March Services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 3/3/2024 9:47 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (152 KB)

Services (1).xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

--------------------------------------------------------------------------------

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: March Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 3/6/2024 7:24 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Definitely sir
Husain Datar


On 06-Mar-2024, at 6:27 PM, Sath Sivasothy <sath@vyrian.com> wrote:


Abdul also discussed with me and he said same thing.

We are making many changes so you guys please check the best time and method to implement.

No rush to make the change, just putting it on your radar for optimization.

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com


**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Wednesday, March 6, 2024 6:33 AM
**To:** Sath Sivasothy <sath@vyrian.com>
**Cc:** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: March Services

Thank you sir , Sure it will helpful for morning sales stuff.
Husain Datar


On 06-Mar-2024, at 3:32 AM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,

I have reviewed and data all looks good.

I am going to discuss with Abdul if it's possible to have morning time coverage for Vyrian and Partstack leads.  There will be a few that come during this time so just one person can cover and send few of those out I'm thinking.

It might help optimize to those leads in that time zone possibly.

I can also see rent costs have gone DOWN this month.  That's good to see!

All other items look consistent to February.

Thanks,
Sath

--

Sath Sivasothy

3931 Ann Arbor Drive

Houston, TX 77063

Direct | 281-404-3421

Toll-Free  | 866-874-0598 Ext. 1001

Fax | 408-854-8571

Email | sath@vyrian.com

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Sunday, March 3, 2024 9:47 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** March Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

**Telephone: +91-91743-77777**
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this

 Outlook

## Re: March Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 3/6/2024 6:33 AM

**To** Sath Sivasothy <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

Thank you sir , Sure it will helpful for morning sales stuff.
Husain Datar


On 06-Mar-2024, at 3:32 AM, Sath Sivasothy <sath@vyrian.com> wrote:


Hi Husain,
I have reviewed and data all looks good.
I am going to discuss with Abdul if it's possible to have morning time coverage for Vyrian and Partstack leads.  There will be a few that come during this time so just one person can cover and send few of those out I'm thinking.

It might help optimize to those leads in that time zone possibly.
I can also see rent costs have gone DOWN this month.  That's good to see!

All other items look consistent to February.


Thanks,
Sath
--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com


**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Sunday, March 3, 2024 9:47 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** March Services

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Web services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 3/11/2024 9:53 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (931 KB)

Invoice 024-13.pdf;

Hello Tony,

Find the attached

Regards

Husain Datar

 Outlook

---

## April Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 3/31/2024 5:22 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; abdul tayyeb datar <tayyeb.datar@gmail.com>

📎 1 attachment (31 KB)

Services 24-25.xlsx;

Hello,

Find the attached

**Regards,**

**Husain Datarwala**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com

**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

---

## Re: April Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Mon 4/1/2024 2:28 AM
**To** Sath Sivasothy <sath@vyrian.com>
**Cc** Tony Siva <tsiva@vyrian.com>; abdul tayyeb datar <tayyeb.datar@gmail.com>

I have sent you sir.

Husain Datar


On 01-Apr-2024, at 7:50 AM, Sath Sivasothy <sath@vyrian.com> wrote:


Hi Husain,
We only see April in this attachment.  Please resend with prior months on attachments.  Can you do the same for the April_rev document you sent me.  That also had prior months stripped so I can't see historical data.



--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Sunday, March 31, 2024 5:22 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; abdul tayyeb datar <tayyeb.datar@gmail.com>
**Subject:** April Services

Hello,

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Web work services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Tue 4/9/2024 1:54 PM
**To** Tony Siva <tsiva@vyrian.com>
**Cc** sath@vyrian.com <sath@vyrian.com>

📎 1 attachment (971 KB)
Invoice 024-14.pdf;

Hello Tony,

Find the attached,
Pay from VCM Group

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## May Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 5/1/2024 8:29 AM

 Outlook

## Re: May Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 5/2/2024 3:30 AM

 Outlook

## Web work services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 5/13/2024 10:55 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

📎 1 attachment (996 KB)

Invoice 024-15.pdf;

Hello Tony,

Find the attached
Regards


Husain Datar

 Outlook

## June Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sun 6/2/2024 4:54 PM

 Outlook

---

## Re: Modern services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/10/2024 11:06 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** Sath Sivasothy <sath@vyrian.com>

Thanks

Husain Datar

On 10 Jun 2024, at 9:09 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Attached wire confirmation

Regards,


Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, June 10, 2024 at 8:33 AM
**To:** Tony Siva <tsiva@vyrian.com>

**Cc:** Sath Sivasothy <sath@vyrian.com>
**Subject:** Modern services
Hello Tony,

Please find the attached with new bank details

Account Name
Modern Technology
Account Number
10179871617
Add - Plot No. 388, Scheme No.97 Ground floor Vip paraspar
nagar,indore 452012 (M.P.)
Mob - 9302329315
IFSC - IDFB0041264
Swift - IDFBINBBMUM
Name - IDFC First Bank
BRANCH - Commerce House Race course road


Regards

Husain Datar

 Outlook

## Modern services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 6/10/2024 8:32 AM

 Outlook

## July Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 7/1/2024 6:25 AM

 Outlook

---

**Modern services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 7/9/2024 1:21 PM

 Outlook

---

## August Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 7/31/2024 9:08 AM

**To** Tony Siva <tsiva@vyrian.com>

**Cc** sath@vyrian.com <sath@vyrian.com>; adatarwala@vyrian.com <adatarwala@vyrian.com>

📎 1 attachment (91 KB)

Services 24-25.xlsx;

Hello Tony,

Find the attached

**Regards,**

**Husain Datarwala**

··············································································

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Re: Vyrian Vesting Bonus Plan 2024 Payment

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/5/2024 9:10 AM

 Outlook

---

**Webwork services**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 8/12/2024 9:00 AM

 Outlook

## Re: India Overhead Monthly Meeting

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 8/28/2024 4:25 PM

**To**    Sath Sivasothy <sath@vyrian.com>

**Cc**    Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>

Can we do meeting on saturday sir ?

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Thursday, August 29, 2024 2:20 AM
**To:** Husain Datar <hdatar@otsolutionstech.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Tony Siva <tsiva@vyrian.com>
**Subject:** India Overhead Monthly Meeting

Hi Husain,
When would you like to meet sir?

--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com

 Outlook

## September Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 9/2/2024 8:07 AM

 Outlook

## Re: September Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/3/2024 6:53 PM

 Outlook

## Re: September Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/3/2024 6:23 AM

 Outlook

## Re: September Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 9/3/2024 6:16 AM

 Outlook

## Re: Diwali Bonus Sheet and Oct Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 9/26/2024 7:14 PM

 Outlook

---

## Re: October Services

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 9/30/2024 10:39 AM

**To**   Tony Siva <tsiva@vyrian.com>

**Cc**   Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>


Hello Tony,

Asper my meeting with sath last week

1. Admin has diwali expenses added
2.Taxes are done in september for year 2023.
3. One territory sales manager added.

Regards

Husain Datar


On 30 Sep 2024, at 8:06 PM, Tony Siva <tsiva@vyrian.com> wrote:

Husain,

Reviewed.

Please see ROW 74 where I have inserted the numbers for the previous month.
Going forward , please show the numbers for the previous month in the same manner.

Questions:

1. Admin shows  increase from $16,150 in Sept to $37,446 in Oct. What causes this increase

2. Why no Tax charge in Oct ?  Sept is $10K

3. Sales promotion in Sept $37,350 compared to $43,950.

Please let me know.

Best Regards,

Tony Sivasothy, CPA
CFO
Vyrian Inc
3931 Ann Arbor Dr
Houston
TX 77063

Office: 281 404 3420
Office Direct : 281 404 3434

<image001.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from

disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Date:** Monday, September 30, 2024 at 4:49 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** October Services

Hello Mr, Tony

Find the attached

**Regards,**

**Husain Datarwala**

---

**Telephone:** +91-91743-77777

**Email:** hdatar@otsolutionstech.com

**Web** : www.otsolutionstech.com
**Address:** 16/2 Rehman Pride Manik Bagh Main Road, Indore, India

 Outlook

## October Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 9/30/2024 4:49 AM

 Outlook

**Nextech_Invoice24-19**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/1/2024 6:37 AM

 Outlook

## OTS-24-25

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/1/2024 6:34 AM

 Outlook

## Re: Nextech_Invoice24-19

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/1/2024 7:03 AM

 Outlook

---

## Re: Nextech_Invoice24-19

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/1/2024 7:01 AM

 Outlook

## Re: OTS-24-25

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 10/1/2024 11:37 AM

 Outlook

## Re: Webwise_invoice#020-24

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/3/2024 10:30 AM

 Outlook

---

**Webwise_invoice#020-24**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/3/2024 9:32 AM

 Outlook

## Infotech-II-21-24

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 10/4/2024 9:30 AM

 Outlook

## Re: Web work services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 10/10/2024 7:58 PM
**To**     Sath Sivasothy <sath@vyrian.com>
**Cc**     Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>

No need for the thanks sir 🙏

Husain Datar

> On 11 Oct 2024, at 3:38 AM, Sath Sivasothy <sath@vyrian.com> wrote:
>
> Hi Husain,
>
> Thank you so much for your help, I really appreciate it!
>
> Sincerely,
> Sath
>
> --
> Sath Sivasothy
> 3931 Ann Arbor Drive
> Houston, TX 77063
> Direct | 281-404-3421
> Toll-Free  | 866-874-0598 Ext. 1001
> Fax | 408-854-8571
> Email | sath@vyrian.com
>
> <Outlook-kxbzcapv.png>

**From:** Husain Datar <hdatar@otsolutionstech.com>
**Sent:** Thursday, October 10, 2024 9:25 AM
**To:** Tony Siva <tsiva@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Web work services

Hello Mr. Tony,

Please pay the attached invoice.
I also include my salary $7000 in this invoice.

**Regards,**

**Husain Datarwala**

**Telephone:** +91-91743-77777
**Email:** hdatar@otsolutionstech.com
**Web** : **www.otsolutionstech.com**
**Address:** 16/2 Rehman Pride Manik Bagh Main
Road, Indore, India

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

 Outlook

## Web work services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 10/10/2024 9:25 AM

 Outlook

## Re: Web work services

**From** Husain Datar <hdatar@otsolutionstech.com>
**Date** Thu 10/10/2024 7:58 PM

 Outlook

## November Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 11/1/2024 4:39 AM

 Outlook

## Re: November Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Fri 11/1/2024 9:44 AM

 Outlook

## Modern M-035

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 11/11/2024 7:55 AM

 Outlook

**Webwork 024-20**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 11/13/2024 1:17 AM

 Outlook

## Re: December Marketing Budget Overview

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 11/30/2024 6:54 AM

 Outlook

## December Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 11/30/2024 5:41 AM

 Outlook

---

**Modern Invoice - M-036**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 12/4/2024 7:25 AM

 Outlook

**Nextech_Invoice 24-21**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/9/2024 5:59 AM

 Outlook

---

**Webwise_invoice #022-24**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/9/2024 5:58 AM

 Outlook

## Infotech-II-23-24

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Wed 12/11/2024 7:57 AM

 Outlook

## Re: Heena and Rohan Report Structure Change

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 12/26/2024 8:56 AM

 Outlook

## January Servies

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/30/2024 2:49 AM

 Outlook

## Re: January Servies

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 12/30/2024 6:10 AM

 **Outlook**

---

## Re: Heena and Rohan Report

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 1/11/2025 7:50 PM

**To** Sivasothy Sath <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Jit Sivalogan <jsivalogan@vyrian.com>; Audrey Sivasothy <audrey@vyrian.com>

Noted sath
Husain Datar

> On 11 Jan 2025, at 6:33 PM, Sath Sivasothy <sath@vyrian.com> wrote:

Hi Husain,
I would like you to join all of the weekly Finance meetings.  Heena and Rohan are your direct report.
We have to organize a few items in 2025 with the expenses in USA and will need your involvement.

Thanks,
Sath

**Sath Sivasothy**
Vyrian, Inc.
3931 Ann Arbor Drive
Houston, TX 77063
Office | +1 281-377-4540
Email: sath@vyrian.com
Web | www.vyrian.com
<Outlook-Logo Desc.png>


<Outlook-signature_.png>


*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable*

 Outlook

## OT Services

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Sat 2/1/2025 7:02 AM

 Outlook

---

**OTS-25-02**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 2/3/2025 9:09 AM

 Outlook

## Re: OTS-25-02

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 2/3/2025 10:54 AM

 Outlook

**Modern Invoice-M-038**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 2/4/2025 8:06 AM

 Outlook

---

**Webwise_Invoice#024-25**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Tue 2/4/2025 8:07 AM

 Outlook

## Infotech-II-25-25

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 2/6/2025 8:44 AM

 Outlook

**Nextech_Invoice-25-23**

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Thu 2/6/2025 8:45 AM

 Outlook

---

**Infotech services F&F**

---

**From** Husain Datar <hdatar@otsolutionstech.com>

**Date** Mon 2/17/2025 11:03 AM

**To** Sivasothy Sath <sath@vyrian.com>

**Cc** Tony Siva <tsiva@vyrian.com>

📎 1 attachment (1 MB)
Infotech-II-26-25.pdf;

Hello Sath,

Please pay the attached invoice.

Regards
Husain Datar