# Exhibit D



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Abhijit Singh Virdi | Total Working Days | 30 |
|---|---|---|---|
| Department | Purchase | Salary Days | 30 |
| Designation | Purchase Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 07 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 31,500 | PF - Employee | 00 |
| HRA | 18,900 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 6,300 | Taxes & Deductions | |
| Variable Pay | 5,300 | Professional Tax | 208 |
| Salary | 63,000 | TDS | 2,900 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 63,000 | Total Deduction | 3,108 |
| | | Net Salary | 59,892 |

| |
|---|
| Net Payment in Rupees: 59,892.00 |
| (In words): Fifty-Nine Thousand Eight Hundred Ninety-Two Only |

**Employee Signature**                                     **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Abhijit Singh Virdi | Total Working Days | 31 |
|---|---|---|---|
| Department | Purchase | Salary Days | 31 |
| Designation | Purchase Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 01 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 31,500 | PF - Employee | 00 |
| HRA | 18,900 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 6,300 | Taxes & Deductions | |
| Variable Pay | 5,300 | Professional Tax | 208 |
| Salary | 63,000 | TDS | 2,900 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 63,000 | Total Deduction | 3,108 |
| | | Net Salary | 59,892 |

| Net Payment in Rupees: 59,892.00 |
|---|
| (In words): Fifty-Nine Thousand Eight Hundred Ninety-Two Only |

**Employee Signature**                                    **HR Department**





November 18,2021

## Confirmation Letter

**Dear Mr. Abhijit,**

With reference to the review of your performance during the probation period. We are grateful to inform you that your employment is being confirmed as a Sales Engineer effective from November 3,21.

**Position –** Operations Engineer

**Job Location** - Indore

**1.CTC** will be <u>**Rs. 3 Lacs. (Three Lacs only)**</u> subject to tax and other statutory deductions applicable as per laws. (Annexure-1)

### 2. PERQUISITES/BENEFITS/ALLOWANCES

Perquisites, benefits, and allowances as per your eligibility and Company Policy will be provided to you. Details of these monthly/annual emoluments are described in the Annexure to this letter. Detailed policies/procedures/rules and regulations governing the monthly/annual allowances, benefits, and perquisites, whether existing or adopted in the future, will be provided to you and you shall be governed by the same.

### 3. TAXATION

Your emoluments will be subject to income tax as per the provisions of the Income Tax Act 1961.

### 4. TRANSFER

Your initial place of posting will be at Indore M.P. However, your services are liable to be transferred/lent to any place/branch of our organization or subsidiary and/or associated company in India or abroad, whether existing or established in the future. Upon being transferred/lent, you shall be governed by the conditions of service/rules and regulations as prevalent at that place.

### 5. APPLICABILITY OF LEAVE POLICY

You would be entitled to leave and other benefits as per the Rules of the company (Annexure-1)

### 6. SEPARATION

Upon confirmation of service, the employment can be terminated by either side by giving one month's written notice or payment of one month's basic salary and all admissible allowances in lieu of such notice.

Such notice or payment of basic salary and admissible allowances shall not be necessary if your services are dispensed with by the Company for committing act/s of misconduct.

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012

OT Solutions

## 7. RETIREMENT

Your age of retirement from the services of the company will be 58 years.

## 8. CONFIDENTIALITY OF INFORMATION

You shall not divulge to any person any information you get during your employment regarding the operations, trade, and business of the company. Upon termination of your employment, you will immediately surrender to the company all documents and any other property entrusted to you during the course of your employment.

## 9. PAST RECORD

This appointment is made based on the information given by you and contained in your application. If it is found to be false, misleading, or deliberately concealed, the management will have the right to terminate your services forthwith without any notice or compensation.

## 10. MEDICAL EXAMINATION

The company reserves the right to get you medically examined by a medical practitioner nominated by the company and your further employment will depend on your being found fit.

## 11. OTHER TERMS AND CONDITIONS

a) You shall be governed by the rules and regulations of the organization, which are in force and/or are framed from time to time. The terms and conditions of service can be changed without any reference to you and the same shall be binding upon you as applies to other employees of your grade/level/function/department of the company.

b) During the employment you shall not take up any other job/assignment in any capacity, whether remunerative or honorary and/or you shall not engage in any business of whatsoever nature without the permission of the management in writing.

c) You shall communicate the change, if any, in your permanent/present residential address/telephone/mobile/pager number hereafter immediately, failing which communication sent to you at your notified address, shall be deemed to have been received by you.

d) You shall throughout your service with the company, conduct yourself in a manner benefiting a responsible employee of the company and maintain absolute integrity. In case your behaviour or conduct is found wanting or undesirable, the company reserves the right to terminate your services without any compensation, notice, or salary in lieu thereof.

e) In the event of your resignation from the Company or leaving the company due to any other reason, you will not take up a job/assignment of whatsoever nature with any organization having competitive business operations for a minimum of six months from the date of your leaving and also you will not have any contact or deal for next two years with the clients along with the persons who are involved in our business. You will also not use/utilize or provide any work/material/information that may be either produced or acquired by you during your tenure with the Company. The Company reserves the right to initiate appropriate legal action and claim appropriate damages in the event of your failure to comply with this provision, resulting in any financial /non-financial loss to the Company.

f) The copyright and intellectual property rights of all material produced by you during your tenure shall vest with the company.

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012



OT Solutions

We welcome you to our organization and wish you a long and satisfying career with us.

Please return the duplicate copy of this letter, duly signed by you in token of your acceptance of the above terms and conditions.

Yours faithfully,

Human Resources

OT Solutions Tech Pvt Ltd



I have carefully read the above terms & conditions & that they are acceptable to me in full.

**Name: Mr. Abhijit Singh Virdi**    **Signature:** _____    **Date:** _____

August 2,2021

## Appointment Letter

**Dear Mr. Abhijit,**

We are pleased to appoint you as **Quality Engineer Trainee** in our organization OT Solutions Tech Pvt Ltd with effect from **August 2,2021** on the following terms and conditions: -

**1.CTC** will be <u>Rs. 3 Lacs. (Three Lacs only)</u> subject to tax and other statutory deductions applicable as per laws. (Annexure-1)

## 2. PERQUISITES/BENEFITS/ALLOWANCES

Perquisites, benefits, and allowances as per your eligibility and Company Policy will be provided to you. Details of these monthly/annual emoluments are described in the Annexure to this letter. Detailed policies/procedures/rules and regulations governing the monthly/annual allowances, benefits, and perquisites, whether existing or adopted in the future, will be provided to you and you shall be governed by the same.

## 3. TAXATION

Your emoluments will be subject to income tax as per the provisions of the Income Tax Act 1961.

## 4. TRANSFER

Your initial place of posting will be at Indore M.P. However, your services are liable to be transferred/lent to any place/branch of our organization or subsidiary and/or associated company in India or abroad, whether existing or established in the future. Upon being transferred/lent, you shall be governed by the conditions of service/rules and regulations as prevalent at that place.

## 5. PROBATION AND CONFIRMATION

You shall be on probation for 3 months, at the discretion of the management, with effect from the date of joining. During the period of probation, your services can be terminated by the Company without any notice and without assigning any reason whatsoever. You shall be deemed to be continuing on probation unless you are confirmed in writing, after satisfactory completion of the probation period.

## 6. APPLICABILITY OF LEAVE POLICY

You would be entitled to leave and other benefits as per the Rules of the company (Annexure-1)

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA


OT Solutions

## 7. SEPARATION

Upon confirmation of service, the employment can be terminated by either side by giving one month's written notice or payment of one month's basic salary and all admissible allowances in lieu of such notice.

Such notice or payment of basic salary and admissible allowances shall not be necessary if your services are dispensed with by the Company for committing act/s of misconduct.

## 8. RETIREMENT

Your age of retirement from the services of the company will be 58 years.

## 9. CONFIDENTIALITY OF INFORMATION

You shall not divulge to any person any information you get during your employment regarding the operations, trade, and business of the company. Upon termination of your employment, you will immediately surrender to the company all documents and any other property entrusted to you during the course of your employment.

## 10. PAST RECORD

This appointment is made based on the information given by you and contained in your application. If it is found to be false, misleading, or deliberately concealed, the management will have the right to terminate your services forthwith without any notice or compensation.

## 11. MEDICAL EXAMINATION

The company reserves the right to get you medically examined by a medical practitioner nominated by the company and your further employment will depend on your being found fit.

## 12. OTHER TERMS AND CONDITIONS

a) You shall be governed by the rules and regulations of the organization, which are in force and/or are framed from time to time. The terms and conditions of service can be changed without any reference to you and the same shall be binding upon you as applies to other employees of your grade/level/function/department of the company.

b) During the employment you shall not take up any other job/assignment in any capacity, whether remunerative or honorary and/or you shall not engage in any business of whatsoever nature without the permission of the management in writing.

c) You shall communicate the change, if any, in your permanent/present residential address/telephone/mobile/pager number hereafter immediately, failing which communication sent to you at your notified address, shall be deemed to have been received by you.

d) You shall throughout your service with the company, conduct yourself in a manner benefiting a responsible employee of the company and maintain absolute integrity. In case your behaviour or conduct is found wanting or undesirable, the company reserves the right to terminate your services without any compensation, notice, or salary in lieu thereof.

e) In the event of your resignation from the Company or leaving the company due to any other reason, you will not take up a job/assignment of whatsoever nature with any organization

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA



having competitive business operations for a minimum of six months from the date of your leaving and also you will not have any contact or deal for next two years with the clients along with the persons who are involved in our business. You will also not use/utilize or provide any work/material/information that may be either produced or acquired by you during your tenure with the Company. The Company reserves the right to initiate appropriate legal action and claim appropriate damages in the event of your failure to comply with this provision, resulting in any financial /non-financial loss to the Company.

f)　The copyright and intellectual property rights of all material produced by you during your tenure shall vest with the company.

We welcome you to our organization and wish you a long and satisfying career with us.

Please return the duplicate copy of this letter, duly signed by you in token of your acceptance of the above terms and conditions.

Yours faithfully,

Human Resources

OT Solutions Tech Pvt Ltd

I have carefully read the above terms & conditions & that they are acceptable to me in full.

**Name: Mr. Abhijit Singh Virdi**　**Signature:** _____　Date: ___02/08/2021___

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF OCTOBER 2024

| Employee Name | Mr. Aditya Vardhan | Total Working Days | 31 |
|---|---|---|---|
| Department | Support | Salary Days | 31 |
| Designation | Customer Acquisition Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 27,500 | PF - Employee | 00 |
| HRA | 16,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 5,500 | Taxes & Deductions | |
| Variable Pay | 4,500 | Professional Tax | 208 |
| Salary | 55,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 55,000 | Total Deduction | 208 |
| | | Net Salary | 54,792 |

| Net Payment in Rupees: 54,792.00 |
|---|
| (In words): Fifty-Four Thousand Seven Hundred Nighty-Two Only |

**Employee Signature**

**HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Aditya Vardhan | Total Working Days | 30 |
|---|---|---|---|
| Department | Support | Salary Days | 30 |
| Designation | Customer Acquisition Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 01 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 27,500 | PF - Employee | 00 |
| HRA | 16,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 5,500 | Taxes & Deductions | |
| Variable Pay | 4,500 | Professional Tax | 208 |
| Salary | 55,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 55,000 | Total Deduction | 208 |
| | | Net Salary | 54,792 |

| Net Payment in Rupees: 54,792.00 |
|---|
| (In words): Fifty-Four Thousand Seven Hundred Nighty-Two Only |

**Employee Signature**

**HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Aditya Vardhan | Total Working Days | 31 |
|---|---|---|---|
| Department | Support | Salary Days | 31 |
| Designation | Customer Acquisition Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 27,500 | PF - Employee | 00 |
| HRA | 16,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 5,500 | Taxes & Deductions | |
| Variable Pay | 4,500 | Professional Tax | 208 |
| Salary | 55,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 55,000 | Total Deduction | 208 |
| | | Net Salary | 54,792 |

| Net Payment in Rupees: 54,792.00 |
|---|
| (In words): Fifty-Four Thousand Seven Hundred Nighty-Two Only |

**Employee Signature**

**HR Department**



**OT Solutions**

**December 13, 2023**

**Dear Aditya,**

I am pleased to confirm our offer of employment to you for a regular full-time position with OT Solutions Tech Pvt Ltd as a Customer Acquisition Engineer. The details of your offer are as follows:

**Employer:** OT Solutions Tech Pvt Ltd
**Employee:** Aditya Vardhan
**Employment Start Date:** December 27, 2023
**CTC:** ₹ 6.60 LPA (All-inclusive*)
**Title:** Customer Acquisition Engineer
**Job Location:** Indore, M.P.
**Probation Period:** 6 Months

Please take the time to review our offer carefully. This letter along with the enclosed schedule outlines the obligations of both OT Solutions Tech Pvt Ltd and yourself with respect to your employment conditions and is governed by the laws of the State of Madhya Pradesh. It details the terms & conditions of your employment with OT Solutions Tech Pvt Ltd and will form our agreed-upon employment with you once signed.

We are excited about your joining and look forward to a beneficial and productive relationship. Nevertheless, you should be aware that your employment with OT Solutions Tech Pvt Ltd is for no specified period and constitutes "at will" employment. As a result, you are free to resign at any time, with or without cause, and the Company is free to conclude its employment relationship with you at any time, with or without cause, and with or without notice. We request that, in the event of resignation, you are liable to submit at least three months' notice.

OT Solutions Tech Pvt Ltd also reserves the right to conduct a background investigation and/or reference check on all of its potential employees. Your job offers, therefore, are contingent upon a clearance of such background investigation and/or reference check, if any. For the purpose of Indian law, you will be required to provide us with documentary evidence of your identity and eligibility for employment in India. Such documentation must be provided to us within three (3) business days of your date of hire. You will not be entitled to any type of leave during the probation period. You will be entitled to LWP in case of emergency.

Since we are a client-oriented organization with partners and colleagues worldwide, you must occasionally make yourself available to meet the needs of these international partners and colleagues. This position requires a high level of devotion and teamwork, and we are certain that you are ready for the challenge. We look forward to a wonderful working relationship. Keeping in view of your new employment(association) with us, you are requested to disclose all details of your past employer year-wise. Moreover, you will have to agree in terms of loyalty to the company that you will never pass on any business information to anyone in which our company is involved at present.

It is our expectation from you that you will not do any illegal business activities which will affect our business as well as your career.

Human Resources
OT Solutions Tech Pvt Ltd





# OT SOLUTIONS TECH PVT LTD

Unit 16, 4th Floor, Marisoft - I, Marigold complex,
Kalyani Nagar, Pune, Maharashtra 411014

## PAYSLIP FOR THE MONTH OF OCTOBER 2024

| Employee Name | Mr. Akshay Majalikar | Total Working Days | 31 |
|---|---|---|---|
| Department | Purchase | Salary Days | 31 |
| Designation | Purchase Engineer | LWP Days | 00 |
| Location | Pune | Paid Leaves | 01 |
| PF-UAN NO. | 100739285895 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 40,500 | PF - Employee | 1,800 |
| HRA | 24,300 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 8,100 | Taxes & Deductions | |
| Variable Pay | 7,100 | Professional Tax | 208 |
| Salary | 81,000 | TDS | 4,500 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 81,000 | Total Deduction | 8,458 |
| | | Net Salary | 72,542 |

| Net Payment in Rupees: 72,542.00 |
|---|
| (In words): Seventy-Two Thousand Five Hundred Forty-Two Only |

**Employee Signature**                                    **HR Department**





## OT SOLUTIONS TECH PVT LTD

Unit 16, 4th Floor, Marisoft - I, Marigold complex,
Kalyani Nagar, Pune, Maharashtra 411014

## **PAYSLIP FOR THE MONTH OF NOVEMBER 2024**

| Employee Name | Mr. Akshay Majalikar | Total Working Days | 30 |
|---|---|---|---|
| Department | Purchase | Salary Days | 30 |
| Designation | Purchase Engineer | LWP Days | 00 |
| Location | Pune | Paid Leaves | 01 |
| PF-UAN NO. | 100739285895 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 40,500 | PF - Employee | 1,800 |
| HRA | 24,300 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 8,100 | Taxes & Deductions | |
| Variable Pay | 7,100 | Professional Tax | 208 |
| Salary | 81,000 | TDS | 4,500 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 81,000 | Total Deduction | 8,458 |
| | | Net Salary | 72,542 |

| Net Payment in Rupees: 72,542.00 |
|---|
| (In words): Seventy-Two Thousand Five Hundred Forty-Two Only |

**Employee Signature**                                                    **HR Department**





# OT SOLUTIONS TECH PVT LTD

Unit 16, 4th Floor, Marisoft - I, Marigold complex,
Kalyani Nagar, Pune, Maharashtra 411014

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Akshay Majalikar | Total Working Days | 31 |
|---|---|---|---|
| Department | Purchase | Salary Days | 31 |
| Designation | Purchase Engineer | LWP Days | 00 |
| Location | Pune | Paid Leaves | 01 |
| PF-UAN NO. | 100739285895 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 40,500 | PF - Employee | 1,800 |
| HRA | 24,300 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 8,100 | Taxes & Deductions | |
| Variable Pay | 7,100 | Professional Tax | 208 |
| Salary | 81,000 | TDS | 2,500 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 81,000 | Total Deduction | 6,458 |
| | | Net Salary | 74,542 |

| |
|---|
| **Net Payment in Rupees: 74,542.00** |
| **(In words): Seventy-Four Thousand Five Hundred Forty-Two Only** |

**Employee Signature**                                    **HR Department**



July 5,2021

## Appointment Letter

**Dear Mr. Akshay,**

We are pleased to appoint you as **Purchase/ Escalation Engineer** in our organization OT Solutions Tech Pvt Ltd with effect from **July 5,2021** on the following terms and conditions: -

**1.CTC** will be **Rs. 5.5 Lacs. (Five Lacs and Fifty Thousand only)** subject to tax and other statutory deductions applicable as per laws. (Annexure-1)

## 2. PERQUISITES/BENEFITS/ALLOWANCES

Perquisites, benefits, and allowances as per your eligibility and Company Policy will be provided to you. Details of these monthly/annual emoluments are described in the Annexure to this letter. Detailed policies/procedures/rules and regulations governing the monthly/annual allowances, benefits, and perquisites, whether existing or adopted in the future, will be provided to you and you shall be governed by the same.

## 3. TAXATION

Your emoluments will be subject to income tax as per the provisions of the Income Tax Act 1961.

## 4. TRANSFER

Your initial place of posting will be at Indore M.P. However, your services are liable to be transferred/lent to any place/branch of our organization or subsidiary and/or associated company in India or abroad, whether existing or established in the future. Upon being transferred/lent, you shall be governed by the conditions of service/rules and regulations as prevalent at that place.

## 5. PROBATION AND CONFIRMATION

You shall be on probation for 3 months, at the discretion of the management, with effect from the date of joining. During the period of probation, your services can be terminated by the Company without any notice and without assigning any reason whatsoever. You shall be deemed to be continuing on probation unless you are confirmed in writing, after satisfactory completion of the probation period.

## 6. APPLICABILITY OF LEAVE POLICY

You would be entitled to leave and other benefits as per the Rules of the company (Annexure-1)

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA

1



## 7. SEPARATION

Upon confirmation of service, the employment can be terminated by either side by giving one month's written notice or payment of one month's basic salary and all admissible allowances in lieu of such notice.
Such notice or payment of basic salary and admissible allowances shall not be necessary if your services are dispensed with by the Company for committing act/s of misconduct.

## 8. RETIREMENT

Your age of retirement from the services of the company will be 58 years.

## 9. CONFIDENTIALITY OF INFORMATION

You shall not divulge to any person any information you get during your employment regarding the operations, trade, and business of the company. Upon termination of your employment, you will immediately surrender to the company all documents and any other property entrusted to you during the course of your employment.

## 10. PAST RECORD

This appointment is made based on the information given by you and contained in your application. If it is found to be false, misleading, or deliberately concealed, the management will have the right to terminate your services forthwith without any notice or compensation.

## 11. MEDICAL EXAMINATION

The company reserves the right to get you medically examined by a medical practitioner nominated by the company and your further employment will depend on your being found fit.

## 12. OTHER TERMS AND CONDITIONS

a) You shall be governed by the rules and regulations of the organization, which are in force and/or are framed from time to time. The terms and conditions of service can be changed without any reference to you and the same shall be binding upon you as applies to other employees of your grade/level/function/department of the company.

b) During the employment you shall not take up any other job/assignment in any capacity, whether remunerative or honorary and/or you shall not engage in any business of whatsoever nature without the permission of the management in writing.

c) You shall communicate the change, if any, in your permanent/present residential address/telephone/mobile/pager number hereafter immediately, failing which communication sent to you at your notified address, shall be deemed to have been received by you.

d) You shall throughout your service with the company, conduct yourself in a manner benefiting a responsible employee of the company and maintain absolute integrity. In case your behaviour or conduct is found wanting or undesirable, the company reserves the right to terminate your services without any compensation, notice, or salary in lieu thereof.

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA

2



e)  In the event of your resignation from the Company or leaving the company due to any other reason, you will not take up a job/assignment of whatsoever nature with any organization having competitive business operations for a minimum of six months from the date of your leaving and also you will not have any contact or deal for next two years with the clients along with the persons who are involved in our business. You will also not use/utilize or provide any work/material/information that may be either produced or acquired by you during your tenure with the Company. The Company reserves the right to initiate appropriate legal action and claim appropriate damages in the event of your failure to comply with this provision, resulting in any financial /non-financial loss to the Company.

f)  The copyright and intellectual property rights of all material produced by you during your tenure shall vest with the company.

We welcome you to our organization and wish you a long and satisfying career with us.

Please return the duplicate copy of this letter, duly signed by you in token of your acceptance of the above terms and conditions.

Yours faithfully,

Human Resources

OT Solutions Tech Pvt Ltd

I have carefully read the above terms & conditions & that they are acceptable to me in full.

Name: Mr. Akshay Majalikar        Signature: _____        Date: 05.07.21

B-2 Rehman Pride, 2nd floor,
16/2 Manik Bagh Main Road,
Indore, Madhya Pradesh, INDIA

3



# OT SOLUTIONS TECH PVT LTD

Unit 16, 4th floor, Marisoft - I, Marigold complex,
Kalyani Nagar, Pune, Maharashtra 411014

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Dhananjay Godse | Total Working Days | 30 |
|---|---|---|---|
| Department | Sales | Salary Days | 30 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Pune | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 28,500 | PF - Employee | 00 |
| HRA | 17,100 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 5,700 | Taxes & Deductions | |
| Variable Pay | 4,700 | Professional Tax | 208 |
| Salary | 57,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 57,000 | Total Deduction | 208 |
| | | Net Salary | 56,792 |

| Net Payment in Rupees: 56,792.00 |
|---|
| (In words): Fifty-Six Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**                                    **HR Department**



# OT SOLUTIONS TECH PVT LTD

Unit 16, 4th floor, Marisoft - I, Marigold complex,
Kalyani Nagar, Pune, Maharashtra 411014

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Dhananjay Godse | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Pune | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 28,500 | PF - Employee | 00 |
| HRA | 17,100 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 5,700 | Taxes & Deductions | |
| Variable Pay | 4,700 | Professional Tax | 208 |
| Salary | 57,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 57,000 | Total Deduction | 208 |
| | | Net Salary | 56,792 |

| Net Payment in Rupees: 56,792.00 |
|---|
| (In words): Fifty-Six Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**                                          **HR Department**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/25 | NEFT CR-IDFB0010204-OT SOLUTIONS TECH PR IVATE LIMITED-HEENA RANI-IDFBH2501048596 3 | IDFBH25010485963 | 10/01/25 | | 64,042.00 |

| Date | Narration | Chq./Ref.No. | Value Dt | Withdrawal Amt. | Deposit Amt. |
|---|---|---|---|---|---|
| | | | | | |
| 09/12/24 | NEFT CR-IDFB0010204-OT SOLUTIONS TECH PRIVATE LIMITED-HEENA RANI-IDFBH24344512024 | IDFBH24344512024 | 09/12/24 | | 62,042.00 |

| 10/01/25 | NEFT CR-IDFB0010204-OT SOLUTIONS TECH PR IVATE LIMITED-HEENA RANI-IDFBH2501048596 3 | IDFBH25010485963 | 10/01/25 | | 64,042.00 |

 OT Solutions

June 20, 2022

## Appointment Letter

Dear Ms. Heena,

We are pleased to appoint you as a **Finance Manager** in our organization OT Solutions Tech Pvt Ltd with effect from **June 20, 2022**, on the following terms and conditions: -

1. CTC will be <u>Rs. 5 Lacs. (Five Lacs only)</u> subject to tax and other statutory deductions applicable as per laws. (Annexure-1)

## 2. PERQUISITES/BENEFITS/ALLOWANCES

Perquisites, benefits, and allowances as per your eligibility and Company Policy will be provided to you. Details of these monthly/annual emoluments are described in the Annexure to this letter. Detailed policies/procedures/rules and regulations governing the monthly/annual allowances, benefits, and perquisites, whether existing or adopted in the future, will be provided to you and you shall be governed by the same.

## 3. TAXATION

Your emoluments will be subject to income tax as per the provisions of the Income Tax Act 1961.

## 4. TRANSFER

Your initial place of posting will be at Indore M.P. However, your services are liable to be transferred/lent to any place/branch of our organization or subsidiary and/or associated company in India or abroad, whether existing or established in the future. Upon being transferred/lent, you shall be governed by the conditions of service/rules and regulations as prevalent at that place.

## 5. PROBATION AND CONFIRMATION

You shall be on probation for 3 months, at the discretion of the management, with effect from the date of joining. During the period of probation, your services can be terminated by the Company without any notice and without assigning any reason whatsoever. You shall be deemed to be continuing on probation unless you are confirmed in writing, after satisfactory completion of the probation period.

## 6. APPLICABILITY OF LEAVE POLICY

You would be entitled to leave and other benefits as per the Rules of the company (Annexure-1)

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012



## 7. SEPARATION

Upon confirmation of service, the employment can be terminated by either side by giving two months written notice or payment of one month's salary and all admissible allowances in lieu of such notice. Such notice or payment of basic salary and admissible allowances shall not be necessary if your services are dispensed with by the Company for committing act/s of misconduct.

## 8. RETIREMENT

Your age of retirement from the services of the company will be 58 years.

## 9. CONFIDENTIALITY OF INFORMATION

You shall not divulge to any person any information you get during your employment regarding the operations, trade, and business of the company. Upon termination of your employment, you will immediately surrender to the company all documents and any other property entrusted to you during the course of your employment.

## 10. PAST RECORD

This appointment is made based on the information given by you and contained in your application. If it is found to be false, misleading, or deliberately concealed, the management will have the right to terminate your services forthwith without any notice or compensation.

## 11. MEDICAL EXAMINATION

The company reserves the right to get you medically examined by a medical practitioner nominated by the company and your further employment will depend on your being found fit.

## 12. OTHER TERMS AND CONDITIONS

a) You shall be governed by the rules and regulations of the organization, which are in force and/or are framed from time to time. The terms and conditions of service can be changed without any reference to you and the same shall be binding upon you as applies to other employees of your grade/level/function/department of the company.

b) During the employment you shall not take up any other job/assignment in any capacity, whether remunerative or honorary, and/or you shall not engage in any business of whatsoever nature without the permission of the management in writing.

c) You shall communicate the change, if any, in your permanent/present residential address/telephone/mobile/pager number hereafter immediately, failing which communication sent to you at your notified address, shall be deemed to have been received by you.

d) You shall throughout your service with the company, conduct yourself in a manner benefiting a responsible employee of the company and maintain absolute integrity. In case your behavior or conduct is found wanting or undesirable, the company reserves the right to terminate your services without any compensation, notice, or salary in lieu thereof.

e) In the event of your resignation from the Company or leaving the company due to any other reason, you will not take up a job/assignment of whatsoever nature with any organization having competitive business operations for a minimum of six months from the date of your leaving and also you will not have any contact or deal for next two years with the clients along with the

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012



persons who are involved in our business. You will also not use/utilize or provide any work/material/information that may be either produced or acquired by you during your tenure with the Company. The Company reserves the right to initiate appropriate legal action and claim appropriate damages in the event of your failure to comply with this provision, resulting in any financial /non-financial loss to the Company.

f)    The copyright and intellectual property rights of all material produced by you during your tenure shall vest with the company.

We welcome you to our organization and wish you a long and satisfying career with us.

Please return the duplicate copy of this letter, duly signed by you in token of your acceptance of the above terms and conditions.

Yours faithfully,

Human Resources

OT Solutions Tech Pvt Ltd



I have carefully read the above terms & conditions & that they are acceptable to me in full.

Name: Ms. Heena Bansal    Signature: _____    Date: 20 - June - 2022

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012


OT Solutions

**Annexure-I**

**Leave Policy/Synopsis of Terms & Conditions**

1. **CTC:** Your total cost to the company will be Rs. 5 Lacs only that will be paid as under:

| Earning | | Deductions | |
|---|---|---|---|
| Basic | 20,833 | Professional Tax | 208 |
| HRA | 12,500 | PF | 3,750 |
| Conveyance Allowance | 1,000 | TDS | |
| Performance Allowance | 4,167 | | |
| Variable Pay | 3,167 | | |
| | | | |
| Gross Salary | 41,667 | Total Deduction | 3,958 |
| | | Net Salary | 37,709 |

Note TDS deductions as per the govt. norms.

2. **Working days:** Sunday off.

3. **Holidays:** Office will remain closed on various holidays declared at the commencement of the year as per the policy of the company.

4. **Casual Leave:** Employees will be entitled to 6 CL in a year, but it will be granted after completion of 45 working days for 1CL, which means an employee will be entitled to CL when he/she will complete 45 days of actual working. Half-day casual leave may also be sanctioned as per the requirement of the employee, but it will be essential to work at least 5 hours of office duty on that day.

5. **Earned Leave:** As per Govt rules implemented for Pvt Ltd company, it is mandatory that all employees will be entitled to earned leave after the completion of 1 year of his/her service w.e.f. date of joining. The company will provide 15 days of EL for a complete year, but it will be calculated as 1 EL = 20 days of working. No earned leave will be granted within a year. Only in a special case, it will be up to management to decide sanction of EL to the employee keeping view on his/her requirement & gravity of emergency, thus management may sanction EL to the employee as a special case within the year also.

6. **Salary Review:** Salary reviews are based on your performance during the period.

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012


OT Solutions

Note: All the leaves (EL, CL) will be availed after the completion of the probation period. Leaves will be calculated proportionately from the day you join to the end of the calendar year. Any employee can accumulate no. of leaves with the limit of not more than 30 days in his/her leave account, which means earned leave not more than 30 days will be carry forward for next year in the leave account of the employee. All employees are requested to avail their EL within the year. If the above terms are acceptable to you, please signify your acceptance in writing and report for duty at this office. Please note that the company reserves the right to make amendments without any prior notice.

Date:
Place: Indore, M.P.

Name: Ms. Heena Bansal
Signature:

180, VIP Paraspar Nagar, Indore
Madhya Pradesh, 452012



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Naveen Sharma | Total Working Days | 30 |
|---|---|---|---|
| Department | Digital Market | Salary Days | 30 |
| Designation | Digital Marketing Manager | LWP Days | 00 |
| Location | Remote | Paid Leaves | 01 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 72,500 | PF - Employee | 00 |
| HRA | 43,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 14,500 | Taxes & Deductions | |
| Variable Pay | 13,500 | Professional Tax | 208 |
| Salary | 145,000 | TDS | 23,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 145,000 | Total Deduction | 23,208 |
| | | Net Salary | 121,792 |

| |
|---|
| Net Payment in Rupees: 121,792.00 |
| (In words): One Lakh Twenty-One Thousand Seven Hundred Nighty-Two Only |

**Employee Signature**                                                   **HR Department**





## OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Naveen Sharma | Total Working Days | 31 |
|---|---|---|---|
| Department | Digital Market | Salary Days | 31 |
| Designation | Digital Marketing Manager | LWP Days | 00 |
| Location | Remote | Paid Leaves | 01 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 72,500 | PF - Employee | 00 |
| HRA | 43,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 14,500 | Taxes & Deductions | |
| Variable Pay | 13,500 | Professional Tax | 208 |
| Salary | 145,000 | TDS | 19,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 145,000 | Total Deduction | 19,208 |
| | | Net Salary | 125,792 |

| Net Payment in Rupees: 125,792.00 |
|---|
| (In words): One Lakh Twenty-Five Thousand Seven Hundred Nighty-Two Only |

**Employee Signature**                                                                 **HR Department**





**Regarding Salary Breakdown - Naveen**

**Naveen Sharma** <nashamarsh@gmail.com>                    Mon, Nov 20, 2023, 4:07 PM
to OTS

Hi Khushali,

I would like to divide the monthly 2,00,000 salary into 2 bank accounts.

- My personal account would have 1,45,000.
- The other family member account will have 55,000.

I will provide the bank details in the coming days.

Thanks,

Naveen

**OTS Tech Human Resources** <HR@otsolutionstech.com>        Mon, Nov 20, 2023, 5:22 PM
to me

Noted. Thank you.

**Thanks & Regards,**

**Khushali Atre**
**Human Resource**

+91-9179943453
HR@otsolutionstech.com
www.otsolutionstech.com

in

OT Solutions Tech Pvt Ltd
180, VIP Paraspar Nagar, Indore  452014 Madhya
Pradesh



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Rohan Goyal | Total Working Days | 30 |
|---|---|---|---|
| Department | Accounts& Finance | Salary Days | 30 |
| Designation | Finance Manager | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | 100774962795 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| **(A)** | | | |
| **Basic** | 42,500 | PF - Employee | 1,800 |
| **HRA** | 25,500 | PF - Employer | 1,950 |
| **Conveyance Allowance** | 1,000 | Total Contributions | 3,750 |
| **Performance Allowance** | 8,500 | Taxes & Deductions | |
| **Variable Pay** | 7,500 | Professional Tax | 208 |
| **Salary** | 85,000 | TDS | 5,500 |
| | | LWP | 00 |
| **(B)** | | Late oming | 00 |
| **Others** | 000 | Asset Damage | 6750 |
| **Gross Salary (A+B)** | 85,000 | Total Deduction | 16,208 |
| | | Net Salary | 68,792 |

| |
|---|
| Net Payment in Rupees: 68,792.00 |
| (In words): Sixty-Eight Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**                                                              **HR Department**



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Rohan Goyal | Total Working Days | 31 |
|---|---|---|---|
| Department | Accounts& Finance | Salary Days | 31 |
| Designation | Finance Manager | LWP Days | 00 |
| Location | Indore | Paid Leaves | 04 |
| PF-UAN NO. | 100774962795 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 44,000 | PF - Employee | 1,800 |
| HRA | 26,400 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 8,800 | Taxes & Deductions | |
| Variable Pay | 7,800 | Professional Tax | 208 |
| Salary | 88,000 | TDS | 3,500 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Asset Damage | 6,750 |
| Gross Salary (A+B) | 88,000 | Total Deduction | 14,208 |
| | | Net Salary | 73,792 |

| |
|---|
| **Net Payment in Rupees: 73,792.00** |
| **(In words): Seventy-Three Thousand Seven Hundred Ninety-Two Only** |

**Employee Signature**                                                        **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF OCTOBER 2024

| Employee Name | Mr. Shashank Tripathi | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 04 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 30,000 | PF - Employee | 00 |
| HRA | 18,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 6,000 | Taxes & Deductions | |
| Variable Pay | 5,000 | Professional Tax | 208 |
| Salary | 60,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 60,000 | Total Deduction | 208 |
| | | Net Salary | 59,792 |

| |
|---|
| **Net Payment in Rupees: 59,792.00** |
| **(In words): Fifty-Nine Thousand Seven Hundred Ninety-Two Only** |

**Employee Signature**                                                                 **HR Department**



## OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## <ins>PAYSLIP FOR THE MONTH NOVEMBER 2024</ins>

| Employee Name | Mr. Shashank Tripathi | Total Working Days | 30 |
|---|---|---|---|
| Department | Sales | Salary Days | 30 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 03 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 30,000 | PF - Employee | 00 |
| HRA | 18,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 6,000 | Taxes & Deductions | |
| Variable Pay | 5,000 | Professional Tax | 208 |
| Salary | 60,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 60,000 | Total Deduction | 208 |
| | | Net Salary | 59,792 |

| |
|---|
| **Net Payment in Rupees: 59,792.00** |
| **(In words): Fifty-Nine Thousand Seven Hundred Ninety-Two Only** |

**Employee Signature**                                    **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## <u>PAYSLIP FOR THE MONTH OF DECEMBER 2024</u>

| Employee Name | Mr. Shashank Tripathi | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 2.5 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| **(A)** | | | |
| Basic | 30,000 | PF - Employee | 00 |
| HRA | 18,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 6,000 | Taxes & Deductions | |
| Variable Pay | 5,000 | Professional Tax | 208 |
| Salary | 60,000 | TDS | 00 |
| | | LWP | 00 |
| **(B)** | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 60,000 | Total Deduction | 208 |
| | | Net Salary | 59,792 |

| Net Payment in Rupees: 59,792.00 |
|---|
| (In words): Fifty-Nine Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**

**HR Department**





## OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Shubham Prajapati | Total Working Days | 30 |
|---|---|---|---|
| Department | Sales | Salary Days | 30 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 2.5 |
| PF-UAN NO. | 101838608828 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 22,500 | PF - Employee | 1,800 |
| HRA | 13,500 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 4,500 | Taxes & Deductions | |
| Variable Pay | 3,500 | Professional Tax | 208 |
| Salary | 45,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 45,000 | Total Deduction | 3,958 |
| | | Net Salary | 41,042 |

| | |
|---|---|
| Net Payment in Rupees: 41,042.00 | |
| (In words): Forty-One Thousand and Forty-Two Only | |

**Employee Signature**

**HR Department**





## OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## <u>PAYSLIP FOR THE MONTH OF DECEMBER 2024</u>

| Employee Name | Mr. Shubham Prajapati | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 1.5 |
| PF-UAN NO. | 101838608828 | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 22,500 | PF - Employee | 1,800 |
| HRA | 13,500 | PF - Employer | 1,950 |
| Conveyance Allowance | 1,000 | Total Contributions | 3,750 |
| Performance Allowance | 4,500 | Taxes & Deductions | |
| Variable Pay | 3,500 | Professional Tax | 208 |
| Salary | 45,000 | TDS | 00 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 45,000 | Total Deduction | 3,958 |
| | | Net Salary | 41,042 |

| |
|---|
| **Net Payment in Rupees: 41,042.00** |
| **(In words): Forty-One Thousand and Forty-Two Only** |

**Employee Signature**

**HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF OCTOBER 2024

| Employee Name | Mr. Ujjwal Singh | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer Manager | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 50,000 | PF - Employee | 00 |
| HRA | 30,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 10,000 | Taxes & Deductions | |
| Variable Pay | 9,000 | Professional Tax | 208 |
| Salary | 100,000 | TDS | 4,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 100,000 | Total Deduction | 4,208 |
| | | Net Salary | 95,792 |

| |
|---|
| Net Payment in Rupees: 95,792.00 |
| (In words): Ninety-Five Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**                                      **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Ujjwal Singh | Total Working Days | 30 |
|---|---|---|---|
| Department | Sales | Salary Days | 30 |
| Designation | Sales Engineer Manager | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 50,000 | PF - Employee | 00 |
| HRA | 30,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 10,000 | Taxes & Deductions | |
| Variable Pay | 9,000 | Professional Tax | 208 |
| Salary | 100,000 | TDS | 4,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 100,000 | Total Deduction | 4,208 |
| | | Net Salary | 95,792 |

| |
|---|
| Net Payment in Rupees: 95,792.00 |
| (In words): Ninety-Five Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**

**HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Ujjwal Singh | Total Working Days | 31 |
|---|---|---|---|
| Department | Sales | Salary Days | 31 |
| Designation | Sales Engineer Manager | LWP Days | 00 |
| Location | Indore | Paid Leaves | 05 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 50,000 | PF - Employee | 00 |
| HRA | 30,000 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 10,000 | Taxes & Deductions | |
| Variable Pay | 9,000 | Professional Tax | 208 |
| Salary | 100,000 | TDS | 4,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 100,000 | Total Deduction | 4,208 |
| | | Net Salary | 95,792 |

| | |
|---|---|
| Net Payment in Rupees: 95,792.00 | |
| (In words): Ninety-Five Thousand Seven Hundred Ninety-Two Only | |

**Employee Signature**                                    **HR Department**



# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF OCTOBER 2024

| Employee Name | Mr. Vikas Mani | Total Working Days | 31 |
|---|---|---|---|
| Department | Support | Salary Days | 31 |
| Designation | Data Analyst/Support Engineer | LWP Days | 00 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 47,500 | PF - Employee | 00 |
| HRA | 28,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 9,500 | Taxes & Deductions | |
| Variable Pay | 8,500 | Professional Tax | 208 |
| Salary | 95,000 | TDS | 6,000 |
| | | LWP | 00 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 95,000 | Total Deduction | 6,208 |
| | | Net Salary | 88,792 |

| Net Payment in Rupees: 88,792.00 |
|---|
| (In words): Eighty-Eight Thousand Seven Hundred Ninety-Two Only |

**Employee Signature**                                          **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF NOVEMBER 2024

| Employee Name | Mr. Vikas Mani | Total Working Days | 30 |
|---|---|---|---|
| Department | Support | Salary Days | 29 |
| Designation | Data Analyst/Support Engineer | LWP Days | 10 |
| Location | Indore | Paid Leaves | 01 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 47,500 | PF - Employee | 00 |
| HRA | 28,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 9,500 | Taxes & Deductions | |
| Variable Pay | 8,500 | Professional Tax | 208 |
| Salary | 95,000 | TDS | 6,000 |
| | | LWP | 3,167 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 95,000 | Total Deduction | 9,375 |
| | | Net Salary | 85,625 |

| Net Payment in Rupees: 85,625.00 |
|---|
| (In words): Eighty-Five Thousand Six Hundred Twenty-Five Only |

**Employee Signature**                                        **HR Department**





# OT SOLUTIONS TECH PVT LTD

180, VIP Paraspar Nagar, Indore, M.P.452012

## PAYSLIP FOR THE MONTH OF DECEMBER 2024

| Employee Name | Mr. Vikas Mani | Total Working Days | 31 |
|---|---|---|---|
| Department | Support | Salary Days | 30 |
| Designation | Data Analyst/Support Engineer | LWP Days | 01 |
| Location | Indore | Paid Leaves | 00 |
| PF-UAN NO. | | ESIC | |

| Earning | Amount | Contributions | Amount |
|---|---|---|---|
| (A) | | | |
| Basic | 47,500 | PF - Employee | 00 |
| HRA | 28,500 | PF - Employer | 00 |
| Conveyance Allowance | 1,000 | Total Contributions | 00 |
| Performance Allowance | 9,500 | Taxes & Deductions | |
| Variable Pay | 8,500 | Professional Tax | 208 |
| Salary | 95,000 | TDS | 6,000 |
| | | LWP | 3,065 |
| (B) | | Late coming | 00 |
| Others | 00 | Loan | 00 |
| Gross Salary (A+B) | 95,000 | Total Deduction | 9,273 |
| | | Net Salary | 85,727 |

| Net Payment in Rupees: 85,727.00 |
|---|
| (In words): Eighty-Five Thousand Seven Hundred Twenty-Seven Only |

**Employee Signature**                                    **HR Department**

