# Exhibit E

## EXHIBIT E

## 18 U.S.C § 1343 Wire Fraud Predicate Acts Chart

Created to exclusively serve Vyrian as a captive EOR under the October 3, 2022 MOU. OT Solutions was converted from its intended role and employed as an instrumentality of a fraudulent invoicing and payment-routing scheme. From at least October 2020 through February 2025, Defendants systematically executed hundreds of interstate and international wire fraud violations while simultaneously engaging in coordinated efforts to undermine competitive vendors and consolidate Vyrian's staffing operations through India to maximize their fraudulent billing opportunities.

The Wire Fraud Predicate Acts chart detailed below demonstrates the dates, persons, scope, coordination, and persistence of Defendants' criminal conduct, including monthly transmission of fraudulent invoices, approval of fabricated financial data, execution of corresponding wire transfers, and strategic interference with vendor relationships to protect and expand their fraudulent revenue stream. The information provided from this chart is extracted from Exhibit B (Emails from 2020-25 from Abdul and Husain requesting payment), Exhibit C (Excel files from 2020-25 showing employee wages and expenses that the Datarwala Brothers fraudulently invoiced to Vyrian) and Exhibit D (sample of 11 employee paystubs and offer letters reflecting what the Datarwala Brothers actually paid the employees).

Finally, the accompanying "Supplemental Wage Theft" chart identifies representative employees who were underpaid and whose actual compensation was systematically misrepresented in the fraudulent invoices.

1

| 18 U.S.C § 1343 Wire Fraud Predicate Acts Chart[1] | | | | |
|---|---|---|---|---|
| **June 2021** | | | | |
| **Date** | **Sender** | **Sent to** | **Medium** | **Content/Misrepresentations** |
| 6/7/21 | Husain Datarwala | Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "June 21 Overhead expenses" email request for $62,620 with numerous misrepresentations. For example:<br>• Employee SE-12 was fraudulently billed at $1,500. However, OT Solutions' HDFC Bank only pays employee SE-12 $393 for his June Salary, per June 2021statement.<br>• OT billed Vyrian $2,625 in statutory tax payments with no evidence of payment to any taxing authority. |

| **Date** | **Sender** | **Sent to** | **Medium** | **Fraudulent Payment Request** | **Vyrian Bank Wire Issued (USA)** | **Wire Receiving Bank (India)** |
|---|---|---|---|---|---|---|
| 6/14/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Pvt Ltd- Invoice 03" payment request for $24,670 | $24,670 wired on 6/14/21 | HDFC Bank |
| 6/21/21 | Abdul Datarwala | Vyrian CEO (Sath) | Email + PDF Invoice | "Webcross Systems Tech- Invoice" requesting $17,780 | $17,780 wired on 6/21/21 | HDFC Bank |

---

[1] See attached Supplemental "Wage Theft Chart" documenting systematic salary misrepresentations for 11 representative employees. Note that the employee IDs and their corresponding real names are provided in the Wage Theft Chart.

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| | | Vyrian CFO (Tony) Husain D. | | | | |
| 6/28/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Pvt Ltd- Invoice 04" request for $20,587 | $20,587 wired on 6/28/21 | HDFC Bank |

**July 2021**

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| 7/6/21 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "OT Overhead July 2021" email requesting $72,300 with numerous misrepresentations. For example:<br>• Employee SE-12 was fraudulently billed at $1,500. However, OT Solutions' HDFC Bank pays employee Employee SE-12 only $393 for July salary, per July statement. | | |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 7/6/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "SM Technologies – Invoice 0002" request for $22,480 | $22,480 wired on 7/28/21 | HDFC Bank |
| 7/12/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | "Webcross Technologies- Invoice 012" request for $23,680 | $23,680 wired on 7/12/21 | HDFC Bank |

3

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| | | Husain D. | | | | |
| 7/19/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Pvt Ltd- Invoice 05" request for $26,140 | $26,140 wired on 7/28/21 | HDFC Bank |
| 7/28/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Pvt Ltd- Invoice 06" request for $14,578 | $14,578 wired on 7/28/21 | HDFC Bank |

## November 2021

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| 11/1/21 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "Overhead. November 2021" request for $87,897 with numerous misrepresentations. For example:<br>• Employee PE-03 was fraudulently billed at $1,600/month. However, PE-03's November bank statement shows $535 paid per month.<br>• "Hiring commission" payment of $2,304.00 was billed with no evidence of any recipient receiving such commission. | | |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 11/1/21 | Abdul Datarwala | Vyrian CEO (Sath) | Email + PDF Invoice | "SM Technologies Invoice" for $29,017 | $29,017 wired on 11/1/21 | HDFC Bank |

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| | | Vyrian CFO (Tony) Husain D. | | | | |
| 11/8/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "Webcross Invoice 018" request for $22,123 | $22,123 wired on 11/8/21 | HDFC Bank |
| 11/15/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Invoice 11" request for $37,857 | $37,857 wired on 11/15/21 | HDFC Bank |
| 11/18/21 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "Webcross Invoice 19" for $26,852 | $26,852 wired on 11/18/21 | HDFC Bank |

**February 2022**

| Date | Sender | Sent to | Medium | Content/Misrepresentation |
|---|---|---|---|---|
| 1/31/22 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "Services Feb 2022" request for $118,770 897 with numerous misrepresentations. For example:<br>• Employee PE-03 was fraudulently billed at $1,650/month. However, PE-03's February bank statement shows $643 was paid for February salary.<br>• "Hiring commission" payment of $960 was billed with no evidence of any recipient receiving such commission. |

5

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 2/1/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email | "Webcross Invoice 22" request for $42,310 | $42,310 wired on 2/1/22 | HDFC Bank |
| 2/7/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "SM Technologies- Invoice 0011" request for $41,931 | $41,931 wired on 2/7/22 | HDFC Bank |
| 2/14/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Tech Pvt Invoice" request for $36,729 | $36,729 wired on 2/14/22 | HDFC Bank |
| 2/14/22 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | "Modern Services" request for $6,250 | $6,250 wired on 2/14/22 | HDFC Bank |
| 2/21/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "Webcross Invoice 023" request for $42,480 | $42,480 wired on 2/22/22 | HDFC Bank |
| **March 2022** | | | | | | |

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| 3/1/22 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "Services March 2022" request for $121,197 with numerous misrepresentations. For example:<br>• Employee PE-03 was fraudulently billed at $1,650/month. However, PE-03's March bank statement shows $643 was paid for March salary. | | |
| **Date** | **Sender** | **Sent to** | **Medium** | **Fraudulent Payment Request** | **Vyrian Bank Wire Issued (USA)** | **Wire Receiving Bank (India)** |
| 3/1/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "SM Technologies- Invoice 0012" request for $45,786 | $45,786 wired on 3/1/22 | HDFC Bank |
| 3/7/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "Webcross Invoice 024" request for $35,387 | $35,387 wired on 3/7/22 | HDFC Bank |
| 3/9/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "OT Solutions Tech Pvt Invoice- Invoice 017" request for $41,124 | $41,124 wired on 3/9/22 | HDFC Bank |
| 3/14/22 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | "SM Technologies- Invoice 0013" request for $49,730 | $49,730 wired on 3/14/22 | HDFC Bank |

7

| 3/16/22 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | "Modern Transfer" request for $6,250 | $6,250 wired on 3/16/22 | HDFC Bank |

**January 2023**

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| 1/2/23 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "OT Services Jan 2023" request for $264,456 with numerous misrepresentations. For example:<br>• "Provident Fund" payment of $17,300 was billed with no evidence of any taxing authority receiving such payment<br>• "Hiring commission" payment of $2,610 was billed with no evidence of any recipient receiving such commission. | | |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 1/3/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Invoice OTS-23-1" request for $77,410 | $77,410 wired on 1/3/23 | HDFC Bank |
| 1/5/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Web Works Solutions Invoice 023-01" request for $44,212 | $44,212 wired on 1/3/23 | HDFC Bank |

| 1/9/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Webmatic Invoice 23-01" request for $41,934 | $41,934 wired on 1/3/23 | HDFC Bank |
|---|---|---|---|---|---|---|
| 1/12/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Websys 2023-01" request for $58,990 | $58,990 wired on 1/3/23 | HDFC Bank |
| 1/12/23 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | "Webwork Services" request for $13,333 | $13,333 wired on 1/12/23 | HDFC Bank |
| 1/17/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "23-01Wintech Invoice" request for $43,010 | $43,010 wired on 1/17/23 | HDFC Bank |
| 1/17/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Websys 2023-02" request for $35,769 | $35,769 wired on 1/17/23 | HDFC Bank |
| **February 2023** | | | | | | |
| **Date** | **Sender** | **Sent to** | **Medium** | **Content/Misrepresentation** | | |
| 2/1/23 | Vyrian CEO (Sath) | Vyrian CEO (Sath) | Email + Excel Invoice | "Feb Services" request for $257,111 with numerous misrepresentations. For example: | | |

9

| | Vyrian CFO (Tony) | Vyrian CFO (Tony) Abdul D. | | • "Provident Fund" payment of $8,650 was billed with no evidence of any taxing authority receiving such payment<br>• "Hiring commission" payment of $1,820 was billed with no evidence of any recipient receiving such commission. | | |
|---|---|---|---|---|---|---|
| **Date** | **Sender** | **Sent to** | **Medium** | **Fraudulent Payment Request** | **Vyrian Bank Wire Issued (USA)** | **Wire Receiving Bank (India)** |
| 2/1/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "OTS-23-2 Invoice" request for $95,812 | $95,812 wired on 2/1/23 | HDFC Bank |
| 2/13/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Webmatic Invoice 23-02" request for $38,547 | $38,547 wired on 2/13/23 | HDFC Bank |
| 2/13/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Webmatic Invoice 23-03" request for $35,769 | $35,769 wired on 2/13/23 | HDFC Bank |
| 2/15/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Websys 2023-02" request for $24,900 | $24,900 wired on 2/15/23 | HDFC Bank |
| 2/21/23 | Abdul Datarwala | Vyrian CEO (Sath) | Email + PDF Invoice | "23-03 Wintech Invoice" request for $30,040 | $30,040 wired on 2/21/23 | HDFC Bank |

| Date | Sender | Sent to | Medium | Content/Misrepresentation |
|---|---|---|---|---|
| | | Vyrian CFO (Tony) Husain D | | |

**March 2023**

| Date | Sender | Sent to | Medium | Content/Misrepresentation |
|---|---|---|---|---|
| 3/1/23 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel Invoice | "March Services" request for $263,776 with numerous misrepresentations. For example: <ul><li>"Provident Fund" payment of $8,650 was billed with no evidence of any taxing authority receiving such payment</li><li>"Hiring commission" payment of $2,550 was billed with no evidence of any recipient receiving such commission.</li><li>$35,769 for "commissions" that were never remitted.</li></ul> |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 3/1/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Invoice 023-04 Web Work Solutions" request for $99,302 | $99,302 wired on 3/1/23 | IDFC First Bank |
| 3/6/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "23-04 Wintech Invoice/New Bank Account Details" request for $100,154 | $100,154 wired on 3/6/23 | IDFC First Bank |
| 3/9/23 | Abdul Datarwala | Vyrian CEO (Sath) | Email + PDF Invoice | "OTS-23-3" request for $65,420 | $65,420 wired on 3/9/23 | IDFC First Bank |

11

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |
|---|---|---|---|---|---|---|
| | | Vyrian CFO (Tony) Husain D | | | | |
| 3/13/23 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D | Email + PDF Invoice | "Websys 2023-04" request for $35,769 for "commissions" that were never remitted. | $35,769 wired on 3/14/23 | IDFC First Bank |
| 3/14/23 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | "Webmatic Services" request for $13,333 | $13,333 wired on 3/14/23 | HDFC Bank |

| **October 2024** | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Sender** | **Sent to** | **Medium** | **Content/Misrepresentation** | | |
| 9/30/24 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel for "October Services" | "October Services" request for $172,082 with numerous misrepresentations. For example:<br>• Employee SE-09 fraudulently billed at $1,900/ month. However, OT Solutions' HDFC Bank paid employee SE-09 only $667 for October salary, per October 2024 bank statement.<br>• $31,605 Sales commission was billed with no evidence of any recipient receiving such commission.<br>• $20,858 Diwali Bonus was billed with no evidence of any recipient receiving such bonuses. | | |
| **Date** | **Sender** | **Sent to** | **Medium** | **Fraudulent Payment Request** | **Vyrian Bank Wire Issued (USA)** | **Wire Receiving Bank (India)** |

12

| 10/1/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF | OT Solutions request for $57,312 | $57,312 wired on 10/1/24 | IDFC First Bank |
|---|---|---|---|---|---|---|
| 10/2/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email +PDF | Nextech request for $21,580 | $21,580 wired on 10/2/24 | AU Small Finance Bank |
| 10/3/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email +PDF | Webwise request for $27,856 | $27,856 wired on 10/3/24 | IDFC First Bank |
| 10/4/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF invoice | Infotech request for $24,034 | $24,034 wired on 10/4/24 | AU Small Finance Bank |
| 10/7/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Modern Technology request for $29,311 | $29,311 wired on 10/7/24 | IDFC First Bank |
| 10/9/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Webwork request for $11,989 | $11,989 wired on 10/9/24 | IDFC First Bank |

| November 2024 | | | | |
|---|---|---|---|---|
| **Date** | **Sender** | **Sent to** | **Medium** | **Content/Misrepresentation** |
| 11/1/24 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel for "November Services" | "November Services" request for $150,466 with numerous misrepresentations. For example:<br>• Employee SE-09 fraudulently billed at $1,900/ month. However, OT Solutions' HDFC Bank paid employee SE-09 only $667 for November salary, per November 2024 bank statement.<br>• $18,150 Sales commission was billed with no evidence of any recipient receiving such commission.<br>• $14,858 Diwali Bonus was billed with no evidence of any recipient receiving such bonuses. |

| **Date** | **Sender** | **Sent to** | **Medium** | **Fraudulent Payment Request** | **Vyrian Bank Wire Issued (USA)** | **Wire Receiving Bank (India)** |
|---|---|---|---|---|---|---|
| 11/1/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF | OT Solutions request for $62,455 | $62,455 wired on 11/1/24 | IDFC First Bank |
| 11/4/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email +PDF | Webwise request for $17,224 | $17,224 wired on 11/4/24 | IDFC First Bank |
| 11/6/24 | Abdul Datarwala | Vyrian CEO (Sath) | Email +PDF | Nextech request for $28,556 | $28,556 wired on 11/6/24 | AU Small Finance Bank |

14

| Date | Sender | Sent to | Medium | Content/Misrepresentation | | Bank |
|---|---|---|---|---|---|---|
| | | Vyrian CFO (Tony) Husain D. | | | | |
| 11/6/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF invoice | Infotech request for $10,773 | $10,773 wired on 11/6/24 | AU Small Finance Bank |
| 11/12/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Modern Technology request for $18,990 | $18,990 wired on 11/12/24 | IDFC First Bank |
| 11/13/24 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Webwork request for $12,448 | $12,448 wired on 11/13/24 | IDFC First Bank |

| January 2025 | | | | |
|---|---|---|---|---|
| **Date** | **Sender** | **Sent to** | **Medium** | **Content/Misrepresentation** |
| 12/30/24 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel for "November Servies [sic]" | "January Servies [sic]" request for $119,608 with numerous misrepresentations. For example:<br>• Employee SE-09 fraudulently billed at $1,900/ month. However, OT Solutions' HDFC Bank paid employee SE-09 only $667 for January salary, per January 2025 bank statement. |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 1/2/25 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | OT Solutions request for $52,908 | $52,908 wired on 1/2/2025 | IDFC First Bank – India |
| 1/6/25 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Webwise request for $15,600 | $15,600 wired on 1/6/2025 | IDFC First Bank – India |
| 1/6/25 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Modern request for $20,610 | $20,610 wired on 1/6/2025 | IDFC First Bank – India |
| 1/8/25 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF invoice | Infotech request for $17,070 | $17,070 wired on 1/8/25 | Citibank N.A / AU Small Finance Bank Ltd |
| 1/8/25 | Abdul Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Husain D. | Email + PDF Invoice | Nextech request for $13,420 | $13,420 wired on 1/8/25 | Citibank N.A / AU Small Finance Bank Ltd |
| **February 2025** | | | | | | |
| Date | Sender | Sent to | Medium | Content/Misrepresentation | | |

| Date | Sender | Sent to | Medium | Fraudulent Payment Request | Vyrian Bank Wire Issued (USA) | Wire Receiving Bank (India) |
|---|---|---|---|---|---|---|
| 2/1/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + Excel for "February [sic]" | "OT Services" payment request for $121,539 with numerous misrepresentations. For example:<br>• Employee SE-09 fraudulently billed at $1,900/ month. However, OT Solutions' HDFC Bank paid employee SE-09 only $667 for February salary, per February 2025 bank statement.<br>• $9,661 Sales commission was billed with no evidence of any recipient receiving such commission. | | |
| 2/3/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + PDF Invoice | OT Solutions request for $48,960 | $48,960 wired on 2/3/25 | IDFC First Bank – India |
| 2/4/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + PDF Invoice | Webwise request for $16,321 | $16,321 wired on 2/4/25 | IDFC First Bank – India |
| 2/4/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + PDF Invoice | Modern request for $21,115 | $21,115 wired on 2/4/25 | IDFC First Bank – India |
| 2/6/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) | Email + PDF Invoice | Nextech request for $20,455 | $14,688 wired on 2/6/25 | Citibank N.A / AU Small Finance Bank Ltd |

17

| | | Abdul D. | | | | |
|---|---|---|---|---|---|---|
| 2/6/25 | Husain Datarwala | Vyrian CEO (Sath) Vyrian CFO (Tony) Abdul D. | Email + PDF Invoice | Infotech request for $14,688 | $14,688 wired on 2/6/25 | Citibank N.A / AU Small Finance Bank Ltd |

### Supplemental "Wage Theft" Chart

**Wage Theft Based on 11 Representative Business Unit Employees**

| | Employee ID | Invoiced Salary (USD) | Datarwala Brothers Paid | Wage Theft USD | Delta |
|---|---|---|---|---|---|
| Ujjwal Mourya | SE-12 | 2,650.00 | 1,148.24 | 1,501.76 | 43% |
| Dhananjay Godse | SE-09 | 1,900.00 | 654.50 | 1,245.50 | 34% |
| Shubham Prajapathi | SE-64 | 1,850.00 | 516.71 | 1,333.29 | 28% |
| Shashank Tripathi | SE-08 | 2,050.00 | 688.94 | 1,361.06 | 34% |
| Vikas Mani | CS-02 | 2,400.00 | 1,090.83 | 1,309.17 | 45% |
| Aditya Vardhan | CS-07 | 1,900.00 | 631.53 | 1,268.47 | 33% |
| Abhijeet Singh | PE-01 | 2,350.00 | 723.39 | 1,626.61 | 31% |
| Akshay Majalikar | PE-03 | 2,250.00 | 930.07 | 1,319.93 | 41% |
| Heena Rani | AF-02 | 2,750.00 | 735.35 | 2,014.65 | 27% |
| Rohan Goyal | AF-03 | 2,700.00 | 1,010.45 | 1,689.55 | 37% |
| Naveen Sharma | DM-03 | 4,850.00 | 1,664.94 | 3,185.06 | 34% |

18

The information in the above chart is extracted from Exhibit C (Excel files from 2020-25 showing employee wages and expenses that the Datarwala Brothers invoiced to Vyrian) and Exhibit D (sample of 11 employee paystubs and offer letters reflecting what the Datarwala Brothers actually paid the employees).