# Exhibit F

**From:** **Saul Berumen Salazar** sberumen@bconnect.com 📎
**Subject:** Re: BPO Project Manager
**Date:** February 7, 2022 at 4:15 PM
**To:** Sath Sivasothy sath@vyrian.com
**Cc:** Sherry Calderon sherry@vyrian.com, Amatullah amatullah@vyrian.com, Terry Munroe terry@arenacx.com, Jorge Ernesto Collazo Guerra jcollazo@bconnect.com

Hi Sath,

Thank you for the update, for sure we have been working with Amatullah and Sherry. Have a great week.

King regards,

Obtener Outlook para iOS

---

**De:** Sath Sivasothy <sath@vyrian.com>
**Enviado:** Monday, February 7, 2022 10:19:48 AM
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>
**CC:** Sherry Calderon <sherry@vyrian.com>; Amatullah <amatullah@vyrian.com>; Terry Munroe <terry@arenacx.com>
**Asunto:** BPO Project Manager

Hi Saul,

I'm transitioning our BPO management to Amatullah Ali.  She is our project manager located in Houston and will work closely with you along with Cirius/Konecta.  I've also copied Sherry Calderon who will be able to help you with financial/accounts related questions.  Please channel all communication to Amatullah/Sherry accordingly.

Have a great week.

Thanks,
Sath



--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct l 281-404-3421
Toll-Free  l 866-874-0598 Ext. 1001
Fax l 408-854-8571
Email l sath@vyrian.com



   

  

**From:** **Saul Berumen Salazar** sberumen@bconnect.com  📎
**Subject:** RE: BPO Project Manager
**Date:** February 11, 2022 at 1:44 PM
**To:** Amatullah  amatullah@vyrian.com
**Cc:** Sath Sivasothy  sath@vyrian.com, Jorge Ernesto Collazo Guerra  jcollazo@bconnect.com, Terry Munroe  terry@arenacx.com

SS

Hello Amatullah and Sath,

I hope you are both doing well. I would like to ask to @Amatullah if we can have a quick meeting the next week (15 min), I would take the opportunity to introduce the Konecta team and myself, in addition talk about general topics.

Please Amatullah let me know when you consider opportune the zoom meeting.

Thank you a lot, kind regards,


**Saul Berumen Salazar**
México. Gerente Operaciones

# Konecta

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**


**De:** Saul Berumen Salazar <sberumen@bconnect.com>
**Enviado el:** lunes, 7 de febrero de 2022 04:15 p. m.
**Para:** Sath Sivasothy <sath@vyrian.com>
**CC:** Sherry Calderon <sherry@vyrian.com>; Amatullah <amatullah@vyrian.com>; Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Asunto:** Re: BPO Project Manager

Hi Sath,

Thank you for the update, for sure we have been working with Amatullah and Sherry. Have a great week.

King regards,

Obtener Outlook para iOS

**From:** **Saul Berumen Salazar** sberumen@bconnect.com 📎
**Subject:** RE: BPO Project Manager
**Date:** February 14, 2022 at 5:09 PM
**To:** Amatullah  amatullah@vyrian.com, Jorge Ernesto Collazo Guerra  jcollazo@bconnect.com
**Cc:** Terry Munroe  terry@arenacx.com,  Abdul tayyeb Datarwala  adatarwala@vyrian.com

Hi Amatullah, nice to meet you too.

For sure, you can count on it. We're working in the last review on the candidate's CV resume and interviews to be pretty sure as the last time about the technical knowledge and experience. I'll be sending them to you throughout this week.

In the meanwhile, as you mentioned, let me know your availability to talk in a quick meeting this week between you, @Jorge Ernesto Collazo Guerra, and me, it would be a great way to make sure the communication.

Best regards,

**Saul Berumen Salazar**
México. Gerente Operaciones

**Konecta**

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

**De:** Amatullah <amatullah@vyrian.com>
**Enviado el:** viernes, 11 de febrero de 2022 03:15 p. m.
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>
**CC:** Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>; Terry Munroe <terry@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Asunto:** Re: BPO Project Manager

Hi Saul,

Nice to e-meet you. I will let you know my availability for next week.

In the meanwhile, can you please send us the resumes for upcoming batch.

**Best,**

Amatullah

Performance and Process Manager

Vyrian, Inc.

**From:** jorge.collazo@grupokonecta.com
**Subject:** RE: Konecta Performance and Requierement of 9 new hires.
**Date:** February 15, 2022 at 2:38 PM
**To:** Amatullah  amatullah@vyrian.com
**Cc:** Federico Jaramillo Moreno  fjaramillom@grupokonecta.com, Alejandro Pardeiro  apardeiro@grupokonecta.com, Saul Berumen Salazar  sberumen@bconnect.com, Terry Munroe  terry@arenacx.com, Alan Pendleton  alan@arenacx.com, Abdul tayyeb Datarwala  adatarwala@vyrian.com, Sherry Calderon  sherry@vyrian.com, Sath Sivasothy  sath@vyrian.com

Just to clarify, for new hires we don't fail the process, we put out at least 10 candidates with the right profile regarding the SOW, and you asked us to start with a small group because you prefer to start with just a specific title and specific profile, but It doesn´t mean that we have failed.

We need to understand the forecast that you would have for the rest of Q1 and Q2 regarding the ramp up, in order to have all the information to take the best decision.

I appreciate your prompt response on this situation.

Regards,


**Jorge Collazo Guerra**
México. Dirección de Operaciones

# Konecta

Avenida Añil 611
CP 08400
Delegación Iztacalco | CDMX
Tel: +52 51333300
Móvil: +52 55 5451 6992
jcollazo@bconnect.com
jorge.collazo@grupokonecta.com
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

www.bconnect.com ver Aviso de Privacidad
**Aviso de Confidencialidad**: Este mensaje, incluyendo cualquier adjunto, es para uso exclusivo del / los destinatario/s y puede contener información confidencial y/o privilegiada. Está prohibido utilizar la información contenida en el mismo sin autorización expresa de BIConnect Services S.A de C.V. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar. Si ha recibido este comunicado por error, favor de informar inmediatamente al remitente y elimínelo de cualquier medio o computadora donde se encuentre.
**Confidentiality Notice**: This message, including any attachments, is intended only for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized use of the information it contains is prohibited. If you have received this communication in error, please notify immediately and delete the original message.

**De:** Amatullah <amatullah@vyrian.com>
**Enviado el:** martes, 15 de febrero de 2022 02:15 p. m.
**Para:** jorge.collazo@grupokonecta.com
**CC:** 'Federico Jaramillo Moreno' <fjaramillom@grupokonecta.com>; 'Alejandro Pardeiro' <apardeiro@grupokonecta.com>; 'Saul Berumen Salazar' <sberumen@bconnect.com>; 'Terry Munroe' <terry@arenacx.com>; 'Alan Pendleton' <alan@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sherry Calderon <sherry@vyrian.com>
**Asunto:** Re: Konecta Performance and Requierement of 9 new hires.

Hello Jorge,

I understand your current predicament. In regards to the initial team size, we had hired a high number of engineers at the onset of our relationship which ended up falling through from your side. Thus, based on employee fallout from your end and the metrics of the current three employees, it only makes sense for us to include three more hires on March 1st.

We completely understand where your concerns lay as we also want you to be profitable. Just let us know if this is where you want the stopping point to be. If so, we can try to reconnect back in the future.

---

**From:** jorge.collazo@grupokonecta.com <jorge.collazo@grupokonecta.com>
**Sent:** Monday, February 14, 2022 2:10 PM
**To:** Amatullah <amatullah@vyrian.com>
**Cc:** 'Federico Jaramillo Moreno' <fjaramillom@grupokonecta.com>; 'Alejandro Pardeiro' <apardeiro@grupokonecta.com>; 'Saul Berumen Salazar' <sberumen@bconnect.com>; 'Terry Munroe' <terry@arenacx.com>; 'Alan Pendleton' <alan@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sherry Calderon <sherry@vyrian.com>
**Subject:** RE: Konecta Performance and Requierement of 9 new hires.

Dear Amatullah.

As I explained in the previous email, to Konecta it is mandatory to have at least 12 sales representatives, otherwise the project is not profitable.

Based on the SOW signed in September 2021, in Section 3.3 it says:

We must start with at least 5 agents and with an expectation of team growth it will be 5 agents per month.

Attached image of the section.

.3 **Team Size.** Terms regarding the team supporting this campaign are shown below.

Ref: UBTP6-GCOKP-XBYML-6K2QE

| Term | Value |
|---|---|
| Initial Team Size | At least five (5) agents will be recruited and ready for training on or around November 8, 2021. |
| Team Growth Expectations | The agent team size is expected to grow month over month and the recruiting pipeline should be prepared to add as many as five (5) additional agents per month. |

After 90 days we were supposed to have 15 sales reps.

We have been patient with growth due to commitment to the Vyrian project. But we need to have at least one project at breakeven.

Based on the above, I appreciate your attention to this matter and finding a solution that benefits us both as business partners.

Regards,

**Jorge Collazo Guerra**
México. Dirección de Operaciones

# Konecta

Avenida Añil 611
CP 08400
Delegación Iztacalco | CDMX
Tel: +52 51333300
Móvil: +52 55 5451 6992
jcollazo@bconnect.com
jorge.collazo@grupokonecta.com
www.grupokonecta.com



Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

www.bconnect.com ver Aviso de Privacidad

**Aviso de Confidencialidad**: Este mensaje, incluyendo cualquier adjunto, es para uso exclusivo del / los destinatario/s y puede contener información confidencial y/o privilegiada. Está prohibido utilizar la información contenida en el mismo sin autorización expresa de BIConnect Services S.A de C.V. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar. Si ha recibido este comunicado por error, favor de informar inmediatamente al remitente y elimínelo de cualquier medio o computadora donde se encuentre.

**Confidentiality Notice**: This message, including any attachments, is intended only for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized use of the information it contains is prohibited. If you have received this communication in error, please notify immediately and delete the original message.

**De:** Amatullah <amatullah@vyrian.com>
**Enviado el:** lunes, 14 de febrero de 2022 12:23 p. m.
**Para:** jorge.collazo@grupokonecta.com
**CC:** Federico Jaramillo Moreno <fjaramillom@grupokonecta.com>; Alejandro Pardeiro <apardeiro@grupokonecta.com>; Saul Berumen Salazar <sberumen@bconnect.com>; Terry Munroe <terry@arenacx.com>; Alan Pendleton <alan@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Sherry Calderon <sherry@vyrian.com>
**Asunto:** Re: Konecta Performance and Requierement of 9 new hires.

Hi Jorge,

Based off the performance of the 3 current employees we are considering hiring 3 more technical sales engineers with Konecta on March 1st. As far as 12 goes, we do not have enough metrics and productivity data to be able to consider a sum of 9 new hires.

Best,


**Amatullah**

Performance and Process Manager

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (832) 615-3144

Email: amatullah@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Saturday, February 12, 2022 9:18 AM
**To:** jorge.collazo@grupokonecta.com <jorge.collazo@grupokonecta.com>; Amatullah <amatullah@vyrian.com>; Sherry Calderon <sherry@vyrian.com>
**Cc:** Federico Jaramillo Moreno <fjaramillom@grupokonecta.com>; Alejandro Pardeiro <apardeiro@grupokonecta.com>; Saul Berumen Salazar <sberumen@bconnect.com>; Terry Munroe <terry@arenacx.com>; Alan Pendleton <alan@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Konecta Performance and Requierement of 9 new hires.

Hi Amatullah,
FYI.

Hi Jorge,
Please communicate directly with Amatullah.


> On Feb 11, 2022, at 11:53 AM, jorge.collazo@grupokonecta.com wrote:


Hello Sath, good day.

Hoping that everything goes well, I would like through this email to present you the performance in terms of sales & profit that we have had as Konecta from the month of

December, until February 10", where we can see a considerable improvement compared to the month of January.

<image001.png>
Your feedback regarding the performance we have presented this quarter is very important to us, so we would appreciate your opinion on the matter.

Sath, as we have mentioned at different times, it is very important for us to have clear and defined processes in order to be able to provide a high quality service.

Therefore, I ask you to create a process for new hires that includes selection times and start of training

As an example I propose, for new recruits they can be interviewed and selected a week prior to their entry, if we achieve that there are no more than 7 calendar days between when they were selected for them to be hired, we will avoid losing talent already selected.

For the training plan, I propose to be clear about the start dates and the time that they will spend in each stage of their training, and to define the process of certification and formal entry into operations.

On the other hand, I want to tell you that it is necessary for us to clearly know the ramp up that is contemplated for both Q1 and Q2, so I ask you, if possible, to send us the forecast within the following days.

As you know, at Konecta we consider Vyrian a strategic partner and a great business partner and that is why we have been patient with the slow growth we have had (within our planning we contemplate having at least 15 sales representatives) and for now we only have 3.

I take this opportunity to comment officially, for the project to be sustainable we need at least 12 sales representatives, so I ask you to put this issue as a priority because 90 days have already passed since we started the project and we do not have a clear planning of when we can count on the 12 minimum required sales representatives.

We hope you will help us so that during the months of February and March we can add 9 more people to the staff and thus reach at least 12 Sales representatives.

Thank you in advance for your answer.

Best regards,


**Jorge Collazo Guerra**
México. Dirección de Operaciones

<image003.jpg>


Avenida Añil 611
CP 08400
Delegación Iztacalco | CDMX
Tel: +52 51333300
Móvil: +52 55 5451 6992
jcollazo@bconnect.com
jorge.collazo@grupokonecta.com
www.grupokonecta.com
**<image004.png>**  Mientras más hojas imprimimos,

**1:08**

 < 3  **+52 55 6491 5626**
last seen yesterday at 10:55 PM

Hello Saht, how're doing?

This is Saúl Berumen from Konecta México, I would like to take some minutes to align and share some concerns with you, Are you available?

I feel really concerned about the lack of communication with Amatullah and Abdul, as time goes by, it's felt we're increasingly distant from objectivity. I'm looking to follow them, I have been looking to meet with Amatullah in order to introduce myself and be in contact like partners and share the Vyrian goals, without any answerd about space in her agenda from weeks ago.

Nowadays, unfortunately, our party has several good candidates and we must first make a selection, following Abdul's radical decisión, a few days ago, after sharing a profile candidates with him and Amatullah, he showed their desire to be focus only en Electrical Engineer, not allowing very good Mechatronics and Robotic profiles with the knowledge and skill about the Vyrian activities requires.

The sender won't see if you read their messages until you reply or add them as a contact.

| Block | Add |
|-------|-----|

 +

**From:** **Abdul tayyeb Datarwala** adatarwala@vyrian.com  
**Subject:** Re: BPO Project Manager  
**Date:** February 28, 2022 at 9:08 PM  
**To:** Sath Sivasothy sath@vyrian.com  
**Cc:** Amatullah amatullah@vyrian.com, Audrey Sivasothy audrey@vyrian.com

AD

Yeah I think they are not right fit anymore. I think we need to close off with them.

> On Feb 28, 2022, at 8:47 PM, Sath Sivasothy <sath@vyrian.com> wrote:
>
> Abdul see message below:
>
> Hello Saht, how're doing?
>
> This is Saúl Berumen from Konecta México, I would like to take some minutes to align and share some concerns with you, Are you available?
>
> I feel really concerned about the lack of communication with Amatullah and Abdul, as time goes by, it's felt we're increasingly distant from objectivity. I'm looking to follow them, I have been looking to meet with Amatullah in order to introduce myself and be in contact like partners and share the Vyrian goals, without any answerd about space in her agenda from weeks ago.
>
> Nowadays, unfortunately, our party has several good candidates and we must first make a selection, following Abdul's radical decisión, a few days ago, after sharing a profile candidates with him and Amatullah, he showed their desire to be focus only en Electrical Engineer, not allowing very good Mechatronics and Robotic profiles with the knowledge and skill about the Vyrian activities requires.
>
> Let me know if we can talk about it, I personally have become aware that they keep out your mail about any communication, Is there any problems keep to you in the loop?
>
> Really thank you in advance, I really want to move ahead in the right way with the Vyrian team and expectations if we can know it from Amatullah or Abdul.
>
> Begin forwarded message:
>
> **From:** Saul Berumen Salazar <sberumen@bconnect.com>
> **Date:** February 28, 2022 at 4:12:10 PM CST
> **To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>, Amatullah <amatullah@vyrian.com>
> **Cc:** Terry Munroe <terry@arenacx.com>, Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>, jorge.collazo@grupokonecta.com
> **Subject: RE: BPO Project Manager**
>
> Hi Amatullah and Abdul, good afternoon.
>
> I would just like to raise related the and the training to start tomorrow:
>
> - Who candidates shared with you the last week were considered for training?
> - Would you share with us the training details in order to notify the candidates and be prepared for tomorrow?
>
> Thank you in advance, looking forward to your reply.
>
> Regards,
>
>
> **Saul Berumen Salazar**
> Operations Manager
> México
>
> **Konecta**
>
> Address: Añil #611Granjas México, Iztacalco.
> ZIP: 08400, Ciudad de México, México
> Tel: +52 51333300 Ext.
> Mobile: +52 55 6491 56 26
> **sberumen@bconnect.com**
> www.grupokonecta.com
>
>  Mientras más hojas imprimimos,
> **MÁS ÁRBOLES SE PIERDEN.**

**De:** Saul Berumen Salazar
**Enviado el:** lunes, 28 de febrero de 2022 11:38 a. m.
**Para:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Amatullah <amatullah@vyrian.com>
**CC:** Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>; jorge.collazo@grupokonecta.com
**Asunto:** RV: BPO Project Manager

Hello Amatullah and Abdul, I hope you've been a good day.

I'm adding one Engineer Electrical candidate "Heriberto Solorio" to the batch. Please let me know if we can arrange the interviews or when the training will start (the hour and link) in order to notify all and they can be ready for tomorrow.

Thank you in advance, looking forward to your reply.

Best regards,


**Saul Berumen Salazar**
Operations Manager
México

## Konecta

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**


**De:** Saul Berumen Salazar
**Enviado el:** viernes, 25 de febrero de 2022 09:30 a. m.
**Para:** 'Abdul tayyeb Datarwala' <adatarwala@vyrian.com>; Amatullah <amatullah@vyrian.com>
**CC:** Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Asunto:** RE: BPO Project Manager

Hello Abdul and Amatullah, I hope everything is going well with you.

According to your request about the Electrical Engineers candidates, I'm sharing with you the following resume candidates:

| | NAME |
|---|---|
| 1 | PAOLA VAZQUEZ BARBA |
| 2 | RAFAEL ANTONIO ROJAS ORTEGA |
| 3 | JORGE ALEJANDRO MARTINEZ RUIZ |

I'll add 1 or 2 Electrical Engineer candidates and share them with you in the course of today.

In another hand, I would like to ask you to take into consideration the Mechatronic Engineers candidates shared in the last mail, there is a high degree of similarity in the knowledge and skills with the Electrical Engineers and there are good candidates among them.

| | NAME | ENGINEER |
|---|---|---|
| 1 | CARLOS ERNESTO CURIEL JUAREZ | MECHATRONIC |
| 2 | RICARDO SAHID URCID | MECHATRONICS |
| 3 | ERICK JACOB DELGADO | MECHATRONIC |
| 4 | FERNANDO SANCHEZ | INDUSTRIAL ROBOTIC |

Please let me know what do you think about it?. And please if you can share with us when we can arrange the interviews, will be helpful in order to notify the candidates.

Very thank you for your time and support, best regards.

**Saul Berumen Salazar**
Operations Manager
México

## Konecta

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

**De:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Enviado el:** lunes, 21 de febrero de 2022 06:41 p. m.
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>; Amatullah <amatullah@vyrian.com>
**CC:** Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Asunto:** Re: BPO Project Manager

Hi Saul,

I understand that we have hired other engineering domains before but now we are only hiring for Electrical Engineers. Please send us the resumes accordingly.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Saul Berumen Salazar <sberumen@bconnect.com>
**Sent:** Monday, February 21, 2022 2:24 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Amatullah <amatullah@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Subject:** RE: BPO Project Manager

Dear Abdul, thank you for your mail, good afternoon to everyone.

I would like to make a few comments about the profile "Electrical Engineer" as you are mentioned. From Oct/Nov 2021 to date we're have been working with the right profile regarding the Campaign SOW. Attached image of section 1.1 wherein the section "Agent Education" refers to the profile the following:

**1.1 Business Segments.** MPP segments its business along the dimensions shown below.

| Dimension | Values |
|---|---|
| Channel | Voice and Email |
| Languages | English |
| Interaction Types | Sourcing and Trading |
| Agent Education | Technical degree in mechanical, structural or chemical engineering. |

In another hand, the Exhibit E – Agent Profile makes mention the following:

### Minimum Requirements

- BS in Electrical Engineering or related Engineering Degree desired.

I would like to ask you this time a favor, for this time take the opportunity to review and interview the profiles, I'm trying hard to carry out the correct profiles before your interviews, I'm committed to ensuring that technical knowledge is correct for the Vyrian activities. If in the future, you are considering changing and limiting the profile just to Electrical Engineer we are open to doing it, be sure that we will do whatever we can to continue working towards that goal. We're partners and are interested in working together for building a really good relationship to can work together to serve the needs.

I would like to share and refer the profile agents working on this today in the Vyrian campaign: Aeronautical Engineer, Automotives Systems Engineer, and Industrial Robotics Engineering.

Please let me know when we can arrange the interviews, thank you a lot, Abdul.

Kind regards,

**Saul Berumen Salazar**
México. Gerente Operaciones

## Konecta

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

---

**De:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Enviado el:** lunes, 21 de febrero de 2022 10:26 a. m.
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>; Amatullah <amatullah@vyrian.com>
**CC:** Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Asunto:** Re: BPO Project Manager

Saul,

We are only looking for Electrical Engineers, please send us the resume accordingly.

**Abdul Datarwala**

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (281) 377-4540

Email: adatarwala@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Saul Berumen Salazar <sberumen@bconnect.com>
**Sent:** Monday, February 21, 2022 9:27 AM
**To:** Amatullah <amatullah@vyrian.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Subject:** RE: BPO Project Manager

Hello Amatullah and Abdul, I hope everything is going well with you.

In the following, you can find the 11 candidates list for the next interviews and their resume attached, before starting the training on Mar, 01.

| NOMBRE |
|---|
| BRAULIO CARMONA |
| CARLOS ERNESTO CURIEL JUAREZ |
| ERIC RODRIGUEZ |
| FERNANDO SANCHEZ |
| JESUS IVAN ZUÑIGA |
| JOSE ULTRILLA |
| MARIA FERNANDA QUINTANILLA |
| PAOLA VAZQUEZ |
| RICARDO JAVIER ESPINOZA |
| RICARDO SAHID URCID |
| ROCIO DE JESUS GONZALZ OSUNA |

Please let me know the date and hour to perform the interviews to have them all ready. Thank you in advance and keep in touch.

Regards,

**Saul Berumen Salazar**
México. Gerente Operaciones

**Konecta**

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

---

**De:** Saul Berumen Salazar
**Enviado el:** lunes, 14 de febrero de 2022 05:09 p. m.
**Para:** Amatullah <amatullah@vyrian.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**CC:** Terry Munroe <terry@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Asunto:** RE: BPO Project Manager

Hi Amatullah, nice to meet you too.

For sure, you can count on it. We're working in the last review on the candidate's CV resume and interviews to be pretty sure as the last time about the technical knowledge and experience. I'll be sending them to you throughout this week.

In the meanwhile, as you mentioned, let me know your availability to talk in a quick meeting this week between you, @Jorge Ernesto Collazo Guerra, and me, it would be a great way to make sure the communication.

Best regards,

**Saul Berumen Salazar**
México. Gerente Operaciones

**Konecta**

Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

 Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

**De:** Amatullah <amatullah@vyrian.com>
**Enviado el:** viernes, 11 de febrero de 2022 03:15 p. m.
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>
**CC:** Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>; Terry Munroe <terry@arenacx.com>; Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Asunto:** Re: BPO Project Manager

Hi Saul,

Nice to e-meet you. I will let you know my availability for next week.

In the meanwhile, can you please send us the resumes for upcoming batch.

**Best,**


**Amatullah**

Performance and Process Manager

Vyrian, Inc.

3931 Ann Arbor Dr

Houston

TX 77063

Office | (832) 615-3144

Email: amatullah@vyrian.com

Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Saul Berumen Salazar <sberumen@bconnect.com>
**Sent:** Friday, February 11, 2022 1:44 PM
**To:** Amatullah <amatullah@vyrian.com>

**To:** Amatullah <amatullah@vyrian.com>
**Cc:** Sath Sivasothy <sath@vyrian.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>; Terry Munroe <terry@arenacx.com>
**Subject:** RE: BPO Project Manager

Hello Amatullah and Sath,

I hope you are both doing well. I would like to ask to @Amatullah if we can have a quick meeting the next week (15 min), I would take the opportunity to introduce the Konecta team and myself, in addition talk about general topics.

Please Amatullah let me know when you consider opportune the zoom meeting.

Thank you a lot, kind regards,


**Saul Berumen Salazar**
México. Gerente Operaciones



Address: Añil #611Granjas México, Iztacalco.
ZIP: 08400, Ciudad de México, México
Tel: +52 51333300 Ext.
Mobile: +52 55 6491 56 26
**sberumen@bconnect.com**
www.grupokonecta.com

Mientras más hojas imprimimos,
**MÁS ÁRBOLES SE PIERDEN.**

---

**De:** Saul Berumen Salazar <sberumen@bconnect.com>
**Enviado el:** lunes, 7 de febrero de 2022 04:15 p. m.
**Para:** Sath Sivasothy <sath@vyrian.com>
**CC:** Sherry Calderon <sherry@vyrian.com>; Amatullah <amatullah@vyrian.com>; Terry Munroe <terry@arenacx.com>; Jorge Ernesto Collazo Guerra <jcollazo@bconnect.com>
**Asunto:** Re: BPO Project Manager

Hi Sath,

Thank you for the update, for sure we have been working with Amatullah and Sherry. Have a great week.

King regards,

Obtener Outlook para iOS

---

**De:** Sath Sivasothy <sath@vyrian.com>
**Enviado:** Monday, February 7, 2022 10:19:48 AM
**Para:** Saul Berumen Salazar <sberumen@bconnect.com>
**CC:** Sherry Calderon <sherry@vyrian.com>; Amatullah <amatullah@vyrian.com>; Terry Munroe <terry@arenacx.com>
**Asunto:** BPO Project Manager

Hi Saul,

I'm transitioning our BPO management to Amatullah Ali.  She is our project manager located in Houston and will work closely with you along with Cirius/Konecta.  I've also copied Sherry Calderon who will be able to help you with financial/accounts related questions.  Please channel all communication to Amatullah/Sherry accordingly.

Have a great week.

Thanks,
Sath


--
Sath Sivasothy
3931 Ann Arbor Drive
Houston, TX 77063
Direct | 281-404-3421
Toll-Free  | 866-874-0598 Ext. 1001
Fax | 408-854-8571
Email | sath@vyrian.com



**From: Karen Infantado** karen.infantado@sirius-support.com
**Subject:** Re: Performance Feedback - Mr. Mark Christopher Quines
**Date:** March 11, 2022 at 4:08 PM
**To:** Abdul tayyeb Datarwala adatarwala@vyrian.com
**Cc:** Craig Mills craig@sirius-support.com,  Amatullah Alibhai amatullah@vyrian.com,  Sath Sivasothy sath@vyrian.com

KI

Thanks, Abdul. I appreciate you reading my email and for being open to feedback.

Happy weekend!

Thanks,
Karen

On Sat, Mar 12, 2022, 6:05 AM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hi Karen,

I will discuss with DJ and see what can be done in this case.

Thanks,
Abdul

On Mar 11, 2022, at 3:57 PM, Karen Infantado <karen.infantado@sirius-support.com> wrote:

Hi Abdul,

From what I know, Mark received an email about his performance only a couple of days ago and was given the chance to catch up for another week. This is also what we agreed on yesterday during our call with Amatullah that's why I asked DJ for the specifics so I can help out. I was okay with his decision not to share any information if it's unavailable or confidential. I was relieved anyway that Mark was given a chance to prove himself. I wonder why there is a sudden change of plan.

I'm sorry for my candor, but I am just thinking that it would be more cost-effective if we help improve people by properly coaching them and identifying their Areas of Opportunities rather than constantly hiring newbies who will start from scratch.

I know that at some point if people do not improve after coaching, they have to be let go. My only concern is the quality of the coaching they received and if they are given enough time to drive better performance. One or two weeks of coaching would still be more cost-effective than doing another batch of training with a new sales engineer and sales trainers that would last for at least a month.

I spoke with Mark earlier during his lunchtime and he had no idea he was put on PIP and didn't have a clue what the term was as he was only asked to "do his best".

During my call with him, we have identified some behaviors that could easily be addressed if he's given a week or two.

You are an expert in this business, Abdul, and I respect how great you are in your field. I honestly think that you are an excellent engineer. I am sharing my thoughts not to undermine you but because I want our working relationship to be smooth and for our company to truly help Vyrian to be even more successful. I feel that it would be a disservice if I wouldn't share the wealth of people management experience I've earned for handling more than 20k people to date. My hope was to make better use of the skills that would benefit both Vyrian and Sirius Support.

The decision is yours in the end. I just think it's worth putting all our cards on the table so we have better understanding of each other. Transparency as I've learned is a powerful way to achieve our goals.

Thanks,
Karen

On Sat, Mar 12, 2022, 2:34 AM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hi Karen,

I meet with DJ and looked over Marks performance and projection. I don't feel Mark is going to be a good fit for this position.

Unfortunately, at this point after considering all the venues, comments and concerns we won't be able proceed with Mark any further.

Please let me know if you have any questions before I go ahead and deactivate Marks credentials.

Thanks

On Mar 11, 2022, at 1:02 AM, Karen Infantado <karen.infantado@sirius-support.com> wrote:

Hi DJ,

Thanks for the time in sharing the feedback.

I would like to ask for specific behaviors or examples that I can use to coach Mark and the action plans agreed by you and him.

I know how busy you are doing your own sales efforts and managing people. I've heard great things about you from Chris and my intention here is just to help in any way I can.

Currently, I am handling a handful of projects and managing several teams for different clients. I consider them and Vyrian like my own business putting your success and growth as part of my own. I only wish that I can help turn things around but I would also be honest with you if it comes to a point where I know that our efforts will be futile.

I know we have a shared goal to improve individual performance that would help catapult the team's performance as well. I am glad that you are there focused on both. I have no intention of being your clone as I know you are already excellent at your job

glad that you are there focused on both. I have no intention of being your clone as I know you are already excellent at your job. Maybe, you may consider me as the sidekick of your superhero self. Or, an extra boost to your superpower. Whatever you want to call it, I'm here as a teammate. 🙂

Looking forward to working closely with you and hopefully getting the examples of the behaviors cited.

Thanks,
Karen

On Fri, Mar 11, 2022, 1:34 AM DJ Borade <dborade@vyrian.com> wrote:

> Hello Karen,
>
> Hope you are doing well.
>
> This is to inform you formally that Mr. Mark Christopher Quines is struggling to meet our set standard parameters.
>
> Despite feedback & performance coaching his work performance & client interaction is unsatisfactory.
>
> As per my observation, Mr. Mark is
>
> - Not able to interact with clients as per expectations.
> - Unable to prioritize the work.
> - Lack of process understanding .
> - Not a self- starter.
>
> I am putting Mr. Mark in place a Performance Improvement Plan (PIP)  to support him to improve his performance to the standard required.
>
> Please note that we are reviewing team member's performance at intervals.
>
> Kindly consider the above feedback points.
>
> Thank you for your consideration.
>
> Thanks,
>
> **DJ**
>
> Sales Engineer
>
> Vyrian, Inc.
>
> 3931 Ann Arbor Drive
>
> Houston, TX 77063
>
> Office I 281-941-5338
>
> Email: dborade@vyrian.com
>
> Web I www.vyrian.com

**From:** **Abdul tayyeb Datarwala** adatarwala@vyrian.com
**Subject:** Re: Performance Feedback - Mr. Mark Christopher Quines
**Date:** March 11, 2022 at 4:11 PM
**To:** Karen Infantado karen.infantado@sirius-support.com
**Cc:** Craig Mills craig@sirius-support.com, Amatullah Alibhai amatullah@vyrian.com



Karen,

Myself and Amatullah is your point of contact at vyrian. You can reach out to us if need any assistance or you have any questions and concerns.

> On Mar 11, 2022, at 4:08 PM, Karen Infantado <karen.infantado@sirius-support.com> wrote:
>
> Thanks, Abdul. I appreciate you reading my email and for being open to feedback.
>
> Happy weekend!
>
> Thanks,
> Karen
>
> On Sat, Mar 12, 2022, 6:05 AM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>> Hi Karen,
>>
>> I will discuss with DJ and see what can be done in this case.
>>
>> Thanks,
>> Abdul
>>
>>> On Mar 11, 2022, at 3:57 PM, Karen Infantado <karen.infantado@sirius-support.com> wrote:
>>>
>>> Hi Abdul,
>>>
>>> From what I know, Mark received an email about his performance only a couple of days ago and was given the chance to catch up for another week. This is also what we agreed on yesterday during our call with Amatullah that's why I asked DJ for the specifics so I can help out. I was okay with his decision not to share any information if it's unavailable or confidential. I was relieved anyway that Mark was given a chance to prove himself. I wonder why there is a sudden change of plan.
>>>
>>> I'm sorry for my candor, but I am just thinking that it would be more cost-effective if we help improve people by properly coaching them and identifying their Areas of Opportunities rather than constantly hiring newbies who will start from scratch.
>>>
>>> I know that at some point if people do not improve after coaching, they have to be let go. My only concern is the quality of the coaching they received and if they are given enough time to drive better performance. One or two weeks of coaching would still be more cost-effective than doing another batch of training with a new sales engineer and sales trainers that would last for at least a month.
>>>
>>> I spoke with Mark earlier during his lunchtime and he had no idea he was put on PIP and didn't have a clue what the term was as he was only asked to "do his best".
>>>
>>> During my call with him, we have identified some behaviors that could easily be addressed if he's given a week or two.
>>>
>>> You are an expert in this business, Abdul, and I respect how great you are in your field. I honestly think that you are an excellent engineer. I am sharing my thoughts not to undermine you but because I want our working relationship to be smooth and for our company to truly help Vyrian to be even more successful. I feel that it would be a disservice if I wouldn't share the wealth of people management experience I've earned for handling more than 20k people to date. My hope was to make better use of the skills that would benefit both Vyrian and Sirius Support.
>>>
>>> The decision is yours in the end. I just think it's worth putting all our cards on the table so we have better understanding of each other. Transparency as I've learned is a powerful way to achieve our goals.
>>>
>>> Thanks,
>>> Karen
>>>
>>> On Sat, Mar 12, 2022, 2:34 AM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
>>>> Hi Karen,
>>>>
>>>> I meet with DJ and looked over Marks performance and projection. I don't feel Mark is going to be a good fit for this position.
>>>>
>>>> Unfortunately, at this point after considering all the venues, comments and concerns we won't be able proceed with Mark any further.
>>>>
>>>> Please let me know if you have any questions before I go ahead and deactivate Marks credentials.
>>>>
>>>> Thanks
>>>>
>>>>> On Mar 11, 2022, at 1:02 AM, Karen Infantado <karen.infantado@sirius-support.com> wrote:
>>>>>
>>>>> Hi DJ,
>>>>>
>>>>> Thanks for the time in sharing the feedback.
>>>>>
>>>>> I would like to ask for specific behaviors or examples that I can use to coach Mark and the action plans agreed by you and him

I would like to ask for specific behaviors or examples that I can use to coach Mark and the action plans agreed by you and him.

I know how busy you are doing your own sales efforts and managing people. I've heard great things about you from Chris and my intention here is just to help in any way I can.

Currently, I am handling a handful of projects and managing several teams for different clients. I consider them and Vyrian like my own business putting your success and growth as part of my own. I only wish that I can help turn things around but I would also be honest with you if it comes to a point where I know that our efforts will be futile.

I know we have a shared goal to improve individual performance that would help catapult the team's performance as well. I am glad that you are there focused on both. I have no intention of being your clone as I know you are already excellent at your job. Maybe, you may consider me as the sidekick of your superhero self. Or, an extra boost to your superpower. Whatever you want to call it, I'm here as a teammate. 😊

Looking forward to working closely with you and hopefully getting the examples of the behaviors cited.

Thanks,
Karen

On Fri, Mar 11, 2022, 1:34 AM DJ Borade <dborade@vyrian.com> wrote:

> Hello Karen,
>
> Hope you are doing well.
>
> This is to inform you formally that Mr. Mark Christopher Quines is struggling to meet our set standard parameters.
>
> Despite feedback & performance coaching his work performance & client interaction is unsatisfactory.
>
> As per my observation, Mr. Mark is
>
> - Not able to interact with clients as per expectations.
> - Unable to prioritize the work.
> - Lack of process understanding .
> - Not a self- starter.
>
> I am putting Mr. Mark in place a Performance Improvement Plan (PIP)  to support him to improve his performance to the standard required.
>
> Please note that we are reviewing team member's performance at intervals.
>
> Kindly consider the above feedback points.
>
> Thank you for your consideration.
>
> Thanks,
>
> **DJ**
>
> Sales Engineer
>
> Vyrian, Inc.
>
> 3931 Ann Arbor Drive

**From:** **Amatullah Alibhai** amatullah@vyrian.com 📎
**Subject:** Re: Konecta´s Performance.
**Date:** March 28, 2022 at 2:04 PM
**To:** Sath Sivasothy sath@vyrian.com
**Cc:** Abdul tayyeb Datarwala adatarwala@vyrian.com



Sounds good!

**Best,**

**Amatullah**

Performance and Process Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 615-3144
Email: amatullah@vyrian.com
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders.*
*Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if*
*applicable.*

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, March 28, 2022 2:04 PM
**To:** Amatullah Alibhai <amatullah@vyrian.com>
**Cc:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Konecta´s Performance.

Abdul called me and said he let arena know to kill the deal with Konecta. We will stay on course. Dealing with Konecta isn't effective any more.

> On Mar 28, 2022, at 2:01 PM, Amatullah Alibhai <amatullah@vyrian.com> wrote:
>
> Well,
>
> Let's look at it this way.
>
> ## PROFIT:
>
> Based on *completed orders in February*, there was a total of **$1,582,259.61** in *estimated profit* for all sales team including BPO and US. Now looking at the 3 from Konecta, according to Konecta, they made a total profit of **$21,739** for Feb.

Based on Viking *completed orders*, the three engineers in Konecta made about **$17,822.51** in *estimated profit* in which about **$13,000** alone was Emilio.

Removing Konecta's profit, the total comes down to **$1,560,520.61.**

Total Organic Profit: **$1,929,027.34**
Total Organic Profit India: **$1,356,057.43.**
Total Organic Profit US: **$35,716.06**
Total Organic Profit International**: $40,056.12**

**SALES:**

Based on Commissionable Sales in Viking, the 3 Konecta engineers made **$53,538.32.** Based on Konecta they made **$63,690** in sales.

Total completed commissionable sales in orders shows to be **$4,955,756.37** for all sales engineers.

Total Bookings: **$6,007,552.28**
Total Bookings India: **$4,211,267.47**
Total Bookings US: **$97,051.38**
Total Bookings international: **$118,719.27**

These are just some numbers to look at. These may be low for Konecta agents because they had started not too long back.

One thing I do agree with is there is a gradual increase.

**Best,**

**Amatullah**

Performance and Process Manager
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (832) 615-3144
Email: amatullah@vyrian.com
Web | www.vyrian.com

<Outlook-0jnlkvne.png>

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

*applicable*.

---

**From:** Sath Sivasothy <sath@vyrian.com>
**Sent:** Monday, March 28, 2022 12:58 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>; Amatullah Alibhai <amatullah@vyrian.com>
**Subject:** FW: Konecta´s Performance.

Abdul, Amatullah,
What do you guys think about this below?

---

**From:** jorge.collazo@grupokonecta.com <jorge.collazo@grupokonecta.com>
**Date:** Monday, March 28, 2022 at 11:54 AM
**To:** Sath Sivasothy <sath@vyrian.com>, Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Cc:** 'Federico Jaramillo Moreno' <fjaramillom@grupokonecta.com>, Alejandro Pardeiro Simon <apardeiro@bconnect.com>, 'Alan Pendleton' <alan@arenacx.com>, 'Terry Munroe' <terry@arenacx.com>, Saul Berumen Salazar <sberumen@bconnect.com>
**Subject:** Konecta´s Performance.

Hello Sath,

We hope that everything goes pretty well, I would like through this email to present you the performance in terms of sales & profit that we have had as Konecta from December, until March 18th, where we can see a considerable improvement and growth compared to January and February. (Considering that there are now only 2 weeks remaining to close March)

First of all, we would like to share with you that one of Konecta agents was the best on sales of his team the last month and we're working in a team to keep all the agents on the same page, looking forward to them achieving the same goals every month.

<image001.png>

As you can see, the numbers and growth were remarkable with only 3 agents working on the campaign; We really are open to still doing a pretty good performance following the instructions and Vyrian goals, be sure that we will do whatever we can to continue working towards that goal. We're partners and are interested in keep working together for building a really good relationship to can work together to serve the needs, we think the growth will be most notable if we can continue and increase the team in a short term. please let us know if we can reach an agreement about it. Our goal is to deliver consistent profitable growth and strengthen the achieving the results that we had hoped for Vyrian and Konecta.

Thank you in advance Sath considering the the above mentioned.

Best regards,

**Jorge Collazo Guerra**
México. Dirección de Operaciones

<image002.jpg>

Avenida Añil 611

CP 08400
Delegación Iztacalco | CDMX
Tel: +52 51333300
Móvil: +52 55 5451 6992
jcollazo@bconnect.com
jorge.collazo@grupokonecta.com
www.grupokonecta.com

<image003.png>    Mientras más hojas imprimimos,

**MÁS ÁRBOLES SE PIERDEN.**

www.bconnect.com ver Aviso de Privacidad

**Aviso de Confidencialidad**: Este mensaje, incluyendo cualquier adjunto, es para uso exclusivo del / los destinatario/s y puede contener información confidencial y/o privilegiada. Está prohibido utilizar la información contenida en el mismo sin autorización expresa de BIConnect Services S.A de C.V. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar. Si ha recibido este comunicado por error, favor de informar inmediatamente al remitente y elimínelo de cualquier medio o computadora donde se encuentre.

**Confidentiality Notice**: This message, including any attachments, is intended only for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized use of the information it contains is prohibited. If you have received this communication in error, please notify immediately and delete the original message.

La información contenida en el presente correo y cualquiera de sus ficheros adjuntos es información privilegiada y confidencial, y va destinada únicamente a la/s persona/s a quien el mensaje va dirigido. Si Vd. no es el destinatario señalado, agradeceríamos lo destruya y lo notifique inmediatamente al emisor, estando totalmente prohibido divulgar, distribuir o reproducir el contenido del mismo. Las opiniones, conclusiones o cualquier otro tipo de información que se contenga en el presente correo no relacionada con la actividad de las empresas integrantes de Konecta, serán entendidas exclusivas del emisor. Los empleados del Konecta, están expresamente obligados a no hacer declaraciones difamatorias y a no infringir cualquier derecho legal sobre las comunicaciones por correo electrónico. Toda comunicación de este tipo es contraria a la política de la empresa, y se considera fuera del ámbito de empleo de la persona en cuestión. Konecta, no aceptará ninguna responsabilidad en relación con dicha comunicación y el empleado emisor del email, será el responsable de los daños u otras responsabilidades derivados del mismo.

The information contained in this message and in any attachments is legally privileged and confidential, and it is intended solely for the use of the person(s) to whom the message is addressed. If you are not the addressee, please destroy this message and kindly notify the sender by reply email. Unauthorised copying, delivery or distribution to non-addressees is not permitted. Opinions, conclusions or any other information contained in this message that do not relate to the business of the companies that are part of Konecta, shall be understood as not endorsed by them. Employees of Konecta are expressly required not to make defamatory statements and not to infringe any legal right by email communications. Any such communication is contrary to company policy and outside the scope of the employment of the individual concerned. Konecta will not accept any liability in respect of such communication, and the employee responsible will be personally liable for any damages or other liability arising.

**From:** **Abdul tayyeb Datarwala** adatarwala@vyrian.com
**Subject:** Re: Demobilization plan for Konecta agents
**Date:** March 29, 2022 at 2:26 PM
**To:** Terry Munroe terry@arenacx.com
**Cc:** Alan Pendleton alan@arenacx.com

Hi Terry,

Please confirm this to Konnecta that as per the plan there service last day will be April 15th.

Please reply to the last email they sent out about performance analysis.

Regards
Abdul

On Mar 15, 2022, at 2:53 PM, Terry Munroe <terry@arenacx.com> wrote:

Hey Abdul - I am notifying Konecta - Vyrian should expect a 30 day window for those agents to be demobilized - so April 15th would be the last day for those agents on this campaign.

Thanks,
Terry

On Tue, Mar 15, 2022 at 3:49 PM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hi Terry,

Please let me know when and how you would like to proceed with demobilization.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com



    

  

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Terry Munroe <terry@arenacx.com>
**Sent:** Tuesday, March 15, 2022 10:08 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Demobilization plan for Konecta agents

Hey Abdul,

Sorry for the delayed update, I was under the weather yesterday.

I met with Konecta on Friday. While they were hesitant to make a commitment, they are open to discussing some sort of agent transfer agreement on the condition that Sath joins that meeting. Otherwise, the agents can be demobilized within 30 days.

Let me know how you would like to proceed.

Thanks,
Terry

On Fri, Mar 11, 2022 at 9:52 AM Terry Munroe <terry@arenacx.com> wrote:
Okay I'll see what they come back with

On Fri, Mar 11, 2022, 9:51 AM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
Honestly it just depends on what they are asking, if it won't make sense then we just close it off.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

**From:** Terry Munroe <terry@arenacx.com>
**Sent:** Friday, March 11, 2022 8:45 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Demobilization plan for Konecta agents

Okay, is there an amount that you guys would pay? Or would you just prefer to demobilize the team over the next 30 days?

On Thu, Mar 10, 2022, 3:02 PM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:
I don't think that something we can do. If not then we have demobilize the team as well.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063

TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Terry Munroe <terry@arenacx.com>
**Sent:** Thursday, March 10, 2022 1:58 PM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Demobilization plan for Konecta agents

For sure - I know the typical sort of fee that would be charged by a recruiting service would be anywhere from 10-20+% of the agents' expected total annual earnings. Since the request to keep the agents is coming from Vyrian, it might make the most sense to propose a number you guys feel comfortable with paying to ensure continuity.

Thanks,
Terry

On Thu, Mar 10, 2022 at 2:52 PM Abdul tayyeb Datarwala <adatarwala@vyrian.com> wrote:

Hi Terry,

I think it depends on what they are asking.

**Abdul Datarwala**
Vyrian, Inc.
3931 Ann Arbor Dr
Houston
TX 77063
Office | (281) 377-4540
Email: adatarwala@vyrian.com
Web | www.vyrian.com

*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*

---

**From:** Terry Munroe <terry@arenacx.com>
**Sent:** Thursday, March 10, 2022 10:45 AM
**To:** Abdul tayyeb Datarwala <adatarwala@vyrian.com>
**Subject:** Re: Demobilization plan for Konecta agents

Hey Abdul - I am planning on meeting with Konecta tomorrow at 12 EST -  do you think you will be able to get me some guidance from Vyrian related to the transfer fee before then?

Thanks,
Terry

On Wed, Mar 9, 2022 at 5:41 PM Terry Munroe <terry@arenacx.com> wrote:
Hey Abdul,

Following up from our call yesterday - I wanted to let you know that I spoke with Craig from Sirius and he is *open* to the idea of absorbing the current agents from Konecta, however he would need to get a better understanding of their situations and the relevant commercials.

That said, I still need to speak with Konecta. They were pretty resistant to the idea when I brought it up on Monday, so it will take some convincing on my part - there will likely have to be some sort of transfer fee to make it worth their while.

Is that something Vyrian would consider?

Let me know your position here and I will proceed accordingly.

Thanks,
Terry

**From:** **Abdul tayyeb Datarwala** adatarwala@vyrian.com  
**Subject:** Sirius Operation  
**Date:** May 2, 2022 at 3:47 PM  
**To:** Alan Pendleton alan@arenacx.com  
**Cc:** Terry Munroe terry@arenacx.com

AD

Hi Alan,

We would like to discontinue services from Sirius because numbers are not meeting our expectations. I reviewed the numbers from last quarter and it's just not making any sense at this point. I understand Terry is out sick and hope he recovers soon but since he is out I am reaching out to you.

We would like to discontinue the services as soon as possible but will still pay for the full month of May 2022.

Please let me know how you would like to proceed on this.

**Abdul Datarwala**  
Vyrian, Inc.  
3931 Ann Arbor Dr  
Houston  
TX 77063  
Office | (281) 377-4540  
Email: adatarwala@vyrian.com  
Web | www.vyrian.com



*Vyrian's AS6081 certification requires us to disclose our source of supply for AS6081 orders. Please contact compliance@vyrian.com for a copy of our AS6081 supplier release form, if applicable.*