

## NON-DISCLOSURE &
## CONFIDENTIALITY AGREEMENT
HUR-F006 NDA (Rev 3)

This Agreement "Agreement" is entered into as of __06/03/2019__ by and between **VYRIAN INCORPORATED** ("Vyrian Inc." or "Company") and __Abdun Itayy MeDataywala__.

(Employee/Contractor)

Employee/Contractor desires to become or remain employed by Vyrian Inc. under the terms and conditions set forth in this Agreement and Vyrian Inc. desires to employ or retain in employment Employee/Contractor under the terms and conditions set forth herein. Vyrian Inc. also wishes to protect its confidential information, as defined below, against any unauthorized use and any unauthorized or uncontrolled disclosure;

NOW, THEREFORE, in consideration of Employee/Contractor's employment, wages, salary, benefits and other consideration that may be offered to Employee/Contractor during the term of employment, and the covenants and conditions set forth below, the parties agree as follows:

Employee/Contractor acknowledges and agrees that Vyrian Inc. is engaged in a highly competitive business and that the Company possesses confidential information (the "Confidential Information") which has been developed at considerable cost to the Company, which is not generally known outside the company, and which, if disclosed to a competitor, would provide an unfair, unwarranted advantage in the electronic components distribution industry.

This Agreement and Employee/Contractor's obligations hereunder sh all not be altered in any way by a change in Employee/Contractor's position, title or responsibilities, and may not be amended, modified, superseded or cancelled. None of the terms or covenants in this Agreement may be waived, except by a written instrument duly executed by the Employee/Contractor and Vyrian's Chief Executive Officer or a Director of the Company.

### I. CONFIDENTIAL INFORMATION

A. As used throughout this Agreement, the term "Confidential Information" means trade secret info rmation and other information not generally known to third parties and which is proprietary to Vyrian. This information includes certain details about Vyrian's business, financing strategies, organizational strategies, financial information, pricing policies, operational methods, marketing information (including without limitation: strategy, sales, finance and business systems and techniques), and other Vyrian business affairs. All information that is disclosed to Employee/contractor, or to which Employee/contractor obtains access, whether originated by Employee/Contractor or by any other party, shall be presumed to be Confidential Info rmation.

This Confidential Information includes, but is not limited to the following types of information:

   (a)   Any data processed or maintained on the Company's computer systems and tools;
   (b)   The source code and object code constituting the Company's proprietary web site software, including all proprietary materials prepared, developed or created for or on behalf of the Company;
   (c)   Business-related information disclosed within company meetings;
   (d)   The Company's proprietary files and data.
   (e)   [all other specific information that applies to Vyrian Inc.]

B. Employee/Contractor agrees that unauthorized disclosure or use, whether intentional or unintenti onal, of any Confidential Information would be detrimental to Vyrian's business. Accordingly, Employee/Contractor agrees:

   (a)   Not to use any of the Confidential Information for any purpose other than official Vyrian business.
   (b)   To maintain all of the Confidential Information in confidence and not to disclose any portion of the Confidential Information to any person or entity not authorized to receive such information with out the prior written consent of Vyrian.
   (c)   That any dissemination of Confidential Information shall only be for approved, Vyrian business purposes, and shall only be disclosed to the employees, agents or affiliates of Vyrian who have a need to know the Confidential Information in order to carry out Vyrian business and/or work-related responsibilities. Such employees, agents and affiliates who have access to the Confidential Information provided by Employee/Contractor must comply

HUR-F006 NDA (Rev. 3)



4660 Sweetwater Blvd, STE 200 Sugar Land, Texas 77479
|wwwvyrian.com | Local: 281-404-3420

with the terms and provisions of this Agreement in the same manner as each party is bound hereby, with Employee/Contractor remaining responsible for the actions and disclosures of such representatives.

(d)   That, upon Vyrian's request, all records, compositions, articles, files, documents and other items which contain, disclose and/or embody any Confidential Information (including, without limitation, all copies, reproductions, summaries and notes of the contents thereof), regardless of the person causing the same to be in such form, shall be returned to Company or destroyed by Employee/Contractor, and he or she will certify that the provisions of this paragraph have been complied with.

C.   The obligations pursuant to Section B above shall not apply to information which:

(a)   Is or becomes a part of the public domain through no act or omission of the Employee/Contractor;
(b)   Can be shown to be already possessed by the Employee/Contractor as of the date of disclosure;
(c)   Shall be made available to the Employee/Contractor on a non-confidential basis by a third party having a right to do so;
(d)   Is disclosed by order of a court of competent jurisdiction; or
(e)   Vyrian authorizes, in writing, for release.

D.   In the event that Employee/Contractor or its representatives receives a request to disclose all or any part of the Confidential Information under the terms of a valid and effective subpoena or order issued by a court of competent jurisdiction or by a governmental body, the receiving party agrees to:

(a)   Immediately notify Company of the existence, terms and circumstances surrounding such a request, so that Company may seek an appropriate protective order and/or waive Employee/Contractor's compliance with the provisions of this Agreement; and
(b)   If disclosure of the Confidential Information is required in the opinion of Employee/Contractor's counsel, to the extent possible cooperate with Company in obtaining reliable assurances that confidential treatment will be accorded to the disclosed Confidential Information.

E.   The parties acknowledge that the Confidential Information is the property of Vyrian, and the disclosure of the Confidential Information to Employee/Contractor does not convey any right, title or license in the Confidential Information to Employee/Contractor. Employee/Contractor shall not appropriate the Confidential Information to Employee/Contractor's own use or to the use of any third party and shall only use the Confidential Information for the exclusive benefit of Company except to the extent otherwise authorized in writing by Vyrian.

F.   It is further understood and agreed that no failure or delay by Vyrian in exercising any right, power or privilege under this Agreement shall operate as a waiver, nor shall any single or partial exercise preclude any other or further exercise or the exercise of any right, power or privilege under this Agreement.

G.   Employee/Contractor hereby agrees that at all times, both during Employee/Contractor's employment and after the termination thereof (for whatever reason, and whether voluntary or not), Employee/Contractor will not reveal, disclose, divulge or make known to any person or entity, or copy or use for his own account or for the account of anyone other than Vyrian, any of the Company's Confidential Information as defined above.

H.   Upon the termination of the Employee/Contractor's employment with Vyrian for any reason, or earlier at Vyrian's request, Employee/Contractor shall deliver all documents, tapes, files, disks or other media or property in Employee's possession that are the property of the Company or which relate to, contain, or constitute Confidential Information as described herein.

## II.   OWNERSHIP OF WORK PRODUCT

A.   Vyrian shall own all rights to Work Product created by Employee/Contractor. Employee/Contractor hereby assigns to Vyrian all copyright, trademark, trade secrecy, and patent rights in the Work Product. Employee/Contractor will take all action reasonably requested by Vyrian to transfer rights to the Work Product to Vyrian to obtain copyright, trademark, patent, or similar protection for the Work Product in its own name. Employee/Contractor will discuss the status of the Work Product with Employee/Contractor's immediate supervisor on a regular basis so that Vyrian can decide when to protect or establish its rights.

If Employee/Contractor makes any invention during his or her employment that Employee/Contractor believes does not belong to the Company under this Agreement, he or she will promptly notify his or her immediate supervisor and will supply a written explanation of the reasons for such belief. If Employee/Contractor makes any invention relating to Employee's work at the Company within one year after his or her employment with the Company ends, Employee/Contractor will promptly disclose the invention to the Company's Chief Executive Officer in writing.



4660 Sweetwater Blvd, STE 200 Sugar Land, Texas 77479
| www.vyrian.com |Local: 281-404-3420

B.   "Work Product" means written materials created by Employee/Contractor, inventions* made by Employee/Contractor, programs, fixes, routines, inventions, ideas, designs, manuals, improvements, discoveries, processes, and any other results or properties of Employee/Contractor's efforts whether produced alone or with others, (i) relating to Vyrian's actual or anticipated business, or (ii) made or conceived during working hours or developed with the aid of Vyrian personnel or assets.

*"Inventions" includes, without limitation, information, contributions, improvements, ideas, or discoveries, whether patentable or copyrightable or not, and whether or not conceived or made during work hours.

C.   Employee/Contractor understands that this Agreement's provision requiring assignment to Vyrian, without payment, of any rights in any Inventions would not apply to any invention for which no equipment, supplies, facility, or trade secret information of the Company was used and which was developed entirely on Employee/Contractor's own time, unless (a) the invention relates (i) directly to the business of the Company, or (ii) to the Company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by Employee/Contractor for the Company.

## III.   NON-COMPETITION

A.   Employee/Contractor shall not, directly or indirectly, provide any management, supervisory, employment, consulting or other services to himself, any other person, or any entity (including any business to be formed or in planning of formation) which is, or intends to be, competitive with Vyrian's business, including any of its affiliates. For purposes of this Section, the Company's business includes the distribution, marketing and sale of electronic components and peripherals, and any of Vyrian's or its affiliates' past, current or future business, business plans or intentions that were, or could reasonably have been, known to the Employee/Contractor during the term of this Agreement or any other period during which Employee/Contractor may have worked or provided services for the Company or any of its affiliates. Among other roles and without limitation, Employee/Contractor may not assist or serve any competing person or entity as a shareholder, "founder," director, officer, employee, partner, agent, consultant, lessor, creditor or otherwise.

B.   This Section shall be in effect during Employee/Contractor's entire term of employment and for a period equal to one year after Employee's employment with the Company has terminated, regardless of the reason for termination. During all of these periods, Employee/Contractor agrees that he or she will promptly and fully disclose to Vyrian's Chief Executive Officer any business opportunity coming to Employee/Contractor's attention, or conceived or developed in whole or in part by Employee/Contractor, which relates to Vyrian's business or any of its affiliates. Although Vyrian is a global distributor of electronic components, at the conclusion of employment, this section shall be limited in geography to the continental United States and any specific accounts that Employee/Contractor personally engaged in business with while in Vyrian's service.

C.   Notwithstanding Employee/Contractor's obligations under this Section, Employee/Contractor will be entitled to own, as a passive investor, up to two percent (2%) of any publicly traded company without violating this provision.

## IV.   NON-SOLICITATION AND NON-INTERFERENCE

A.   During the term of this Agreement and for a period of one year after Employee's employment with Vyrian has terminated (regardless of the reason for termination), Employee/Contractor shall not, directly or indirectly make statements or take actions which solicit, divert, take away or attempt to solicit, divert or take away any Vyrian customers or any of its affiliates. Furthermore, Employee/Contractor shall not, directly or indirectly, persuade or entice, or attempt to persuade or entice:

    (a)   Any current Vyrian Employee/Contractor, consultant or affiliate to terminate his/her employment or service relationship with the Company or any of its affiliates, participate in any manner in the formation of any competing business, or to do any other act that is inconsistent with Vyrian's interests; or

    (b)   Any prior Vyrian Employee/Contractor, consultant or affiliate to participate in any manner in the formation of any competing business, or to do any other act that is inconsistent with Vyrian's interests;

    (c)   Any person or entity to terminate, cancel, rescind or revoke its business or contractual relationships with Vyrian or any of its affiliates, in whole or in part.

B.   Employee/Contractor will not aid, abet or assist any other person or entity in violating this agreement.

## V.   JUDICIAL ENFORCEABILITY

A.   The Employee/Contractor acknowledges that the Vyrian will have no adequate remedy at law if the Employee/Contractor breaches or threatens to breach any provision contained in this Agreement. In the event of any such breach or threatened breach,



4660 Sweetwater Blvd, STE 200 Sugar Land, Texas 77479
| www.vyrian.com | Local: 281-404-3420

Employee/Contractor agrees that Vyrian shall have the right, in addition to any other remedy that it may have, to obtain in any court of competent jurisdiction, immediate injunctive relief to restrain any breach or threatened breach of any covenant contained herein, without necessity of bond.

B.   Employee/Contractor also agrees that any violation of this Agreement would entitle Vyrian, in addition to all other remedies available at law or equity, to recover from Employee/Contractor any and all funds, including, without limitation, wages and salary, received by Employee/Contractor in connection with such violation. These funds shall be held by Employee/Contractor in a constructive trust for the Company.

C.   In any action brought by Vyrian to enforce any of the provisions of this Agreement, Employee/Contractor irrevocably consents to the jurisdiction of the state and federal courts covering the State of Texas, and any other county in which, at the time of any such action, Vyrian maintains a place of business. Employee/Contractor further consents to the personal jurisdiction of any of such courts over Employee/Contractor in any such action, and agrees that service of process by mail upon Employee/Contractor at the address set forth above (or any other address Employee/Contractor may give written notice of) shall constitute good and valid service, waiving any requirement for the delivery of process by other means.

D.   In any action brought by Vyrian to enforce any of the provisions of this Agreement, Employee/Contractor voluntarily waives the right to trial by jury.

## VI.   CONFLICTING AGREEMENTS DISCLAIMER

A.   Employee/Contractor hereby represents he or she is not in violation of any other confidentiality/non-disclosure agreement previously entered into, and that performance of all terms of this Agreement and performance of services for Vyrian does not and shall not breach such confidentiality agreement. Employee/Contractor agrees never to knowingly, improperly obtain, attempt to obtain , use, disseminate, disclose or transfer to Vyrian, confidential, proprietary or t ade secret information that belongs to third parties. This paragraph shall not limit Employee/Contractor's right to use his/her general knowledge and experience, whether or not gained while employed by any third party.

B.   Employee/Contractor represents that he/she has not entered into, and agrees that he/she will not enter into, any agreement that conflicts with this Agreement. Employee/Contractor agrees and acknowledges that Vyrian may disclose to any future employers or prospective employers with which the Employee/Contractor may be employed the existence, nature and terms of this Agreement without the consent of Employee/Contractor.

C.   Employee/Contractor agrees that before he/she undertakes any other employment consultancy or independent contractor relationsh ip with or for a competing company, Emp loyee/Contractor shall give Vyrian reasonable advance notice of the name of the competing company and the general nature of the proposed employment, consultancy or independent contractor relationsh ip. Employee/Contractor's duty to give notice and disclose under this paragraph shall apply during Employee/Contractor's employment by Vyrian and for a period of one year after that relationship terminates, regardless of the reason or reasons it terminates.

## VII.   GOVERNING LAW AND VENUE

The validity, interpretation, construction, and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of Texas, where Vyrian is headquartered. This governing law provision is essential to provide uniformity in the interpretation of Vyrian's agreements on this subject matter. Venue for any legal action commenced to enforce this Agreement shall be in the Superior Court of Fort Bend County, Texas, and both parties agree to personal jurisdiction before that Court.

In the event of a dispute arising in any way out of this agreement, the employment relationship, or the termination of the employment relationship— the parties agree to resolve their dispute solely through binding arbitration in accordance with the then current rules of the American Arbitration Association. This provision applies to any and all claims against any officers, directors, agents, and employees of Vyrian, which in any way relate to this agreement, the employment relationship or the termination of the employment relationship.

## VIII.   SEVERABILITY

Whenever possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision hereof shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement. All obligations of the receiving party and rights of the disclosing party expressed in this Agreement shall be in addition to, and not in limitation of, those provided by applicable law.

HUR-F006 NDA (Rev. 3)



VYRIAN

4860 Sweetwater Blvd , STE 200 Sugar Land, Texas 77479
|wwwvyrian com | Local: 281-404-3420

This Agreement may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument. Any references to Vyrian and Employee/Contractor shall be deemed to include each of their affiliates, if any. Any disputes arising out of this Agreement shall be venued in federal or state district court in the State of Texas and each party hereby consents to the jurisdiction of such court. This Agreement shall be binding upon the parties and their successors and assigns.

This Agreement constitutes the complete understanding of the parties with respect to the subjects it covers, supersedes all other relevant understandings and agreements, and may not be modified, cancelled or abridged unless agreed to in a further written document signed by the parties.

## IX.   ADEQUATE CONSIDERATION

Employee/Contractor specifically acknowledges the receipt of adequate consideration for the covenants contained in this Agreement and that Vyrian is entitled to require Employee/Contractor to comply with this Agreement. Employee/Contractor represents that if his/her employment is terminated, whether voluntarily or involuntarily, Employee/Contractor has experience and capabilities sufficient to enable Employee/Contractor to obtain employment in areas which do not violate this Agreement and that the Company's enforcement of a remedy for breach of this agreement by way of injunction will not prevent Employee/Contractor from earning a livelihood.

IN WITNESS WHEREOF, the undersigned has understood, agreed to and executed this Agreement as of the date provided below.

Abdul Datarwaler
_____
Employee/Contractor

06/03/20 19
_____
Date

_____
VYRIAN REPRESENTATIVE

6/3/2019
_____
Date