# Vyrian Employment Agreement

HUR-F024 Employment Agreement (REV. 2)

This At-Will Employment Agreement is being entered into by **Amatullah Alibhai** to be employed by **Vyrian Incorporated** as an Project Manager.  This position is a full-time position and is eligible for all employee benefits spelled out in the employee handbook.

**Employer:** Vyrian, Inc.

**Employee:** Amatullah Alibhai

**Employment Start Date:** February 01, 2022

**Monthly Base Salary:** $5,583.33

**Title:** Project Manager

The Employee agrees that he/she will at all times faithfully, industriously, and to the best of his/her skill, ability, experience and talents, perform all of the duties required of his position. In carrying out these duties and responsibilities, the Employee shall comply with all Employer policies, procedures, rules and regulations, both written and oral, as are announced by the Employer from time to time. It is also understood and agreed to by the Employee that his assignment, duties and responsibilities and reporting arrangements may be changed by the Employer in its sole discretion without causing termination of this agreement.

**Commitment to Quality & Ethical Behavior**

Vyrian recognizes the very important role that our employees have in the value we offer our customers. We rely on our employees to provide material, products, and services that meet all of our customers' requirements and are in full compliance with Vyrian's established AS9120 and AS6081 quality management system.

Our employees are expected to adhere to all quality directives and to apply them in all dealings on behalf of Vyrian. Failure to abide by Vyrian's ethics and quality policy in business dealings will result in termination of employment with Vyrian. Corruption, bribes, improper advantage, or any other form of illegal practice or unethical behavior by employees will not be tolerated and will result in disciplinary action, up to and including termination.

This policy applies to all Vyrian employees. Your continued engagement with Vyrian as an employee is your acknowledgement of the awareness of your contribution to ethical practice, quality management, and product/service conformity. It is the employee's responsibility to comply with this code at all times.

**At-Will Agreement**

Your employment with the Company will be on an "at-will" basis, which means that your employment is for not a definite period of time and both you and the Company have the right to terminate your employment at any time, with or without advance notice, and with or without cause. The Company may also modify your title, salary, or other terms of your employment at any time, with or without cause and with or without advance notice, at its sole discretion.

Employees who wish to enter into a visa sponsorship agreement with the company must be in good standing at the time the company intends to make its application on the employee's behalf. Sponsorship is subject to performance review and is contingent upon continued high levels of performance. An agreement to sponsor does not affect your at-will employment status with the company.

**Trade Secrets/Confidential Information**

You agree that you will not at any time or in any manner divulge, disclose or communicate to any person, firm or corporation any trade, technical or technological secrets; any details of the Company's organization or business affairs, its manner of operation, its plans, processes, and/or other data; any names of past or present customers of the Company; or any other information relating to the business of the Company, without regard to whether all of the foregoing matters will be deemed confidential, material, or important. With respect to the foregoing, you agree and stipulate that the same are confidential, material, and important, and any breach of this paragraph will adversely affect the business of the Company, its effective and successful management, and its inherent good will.

**Entire Agreement**

This Agreement contains the sole and entire agreement between the parties with respect to the obligations set forth herein. Any prior written oral agreements, promises, negotiations, or representations concerning the obligations set forth herein have no force or effect.

**Amendments**

Except as otherwise stated herein, this Agreement may only be amended by a written agreement signed by the parties hereto.

**Change in Terms**

Employer reserves the right to change or amend any of the provisions of this Agreement upon 5 days' written notice to the employee.

**Governing Law and Forum**

This Agreement shall be governed by the law of the State of Texas. Any action, suit, arbitration, or other proceedings arising out of or related to this Agreement, shall be conducted in Harris County, Texas.

**Arbitration**

In the event of a dispute arising in any way out of this agreement, the employment relationship, or the termination of the employment relationship— the parties agree to resolve their dispute solely through binding arbitration in accordance with the then current rules of the American Arbitration Association. This provision applies to any and all claims against any officers, directors, agents, and employees of the employer, which in any way relate to this agreement, the employment relationship or the termination of the employment relationship.

**Knowing and Voluntary Agreement**

Employee represents that he/she:

(a.) has been given an adequate opportunity to review this agreement,

(b.) understands this agreement, and

(c.) is voluntarily entering into this agreement.

**EMPLOYEE ACCEPTANCE**

I have read and understand the offer of employment described in this letter and consent and agree to all of the terms and conditions contained herein. I understand and agree that this offer letter sets forth the entire understanding between the Company and me concerning the terms and conditions of my employment with the Company, and supersedes and replaces any prior communications, written or oral, between me and the Company concerning the terms and conditions of my employment with the Company.

Employee

Amatullah Alibhai

Dated: 01/27/2022

Accepted and Agreed to:

Name: Sath Sivasothy

Title: CEO/President