

www.vyriancom

Abdul tayyeb Datarwala
3434 Harper Meadow Lane
Missouri City, TX 77459

February 24, 2025

### RE: Notice of Employment Conclusion Effective Immediately

This is notice that your employment with Vyrian, Inc. is being terminated, effective **February 24, 2025** for cause. This termination concludes your administrative leave that was originally scheduled to end on March 7, 2025, and you are ineligible for rehire. While we are not required to give you a reason for our decision, we think it is important for you to understand why we reached this conclusion.

After careful consideration, we are terminating your employment as Vice President of Global Trading with Vyrian for negligence and negligent misrepresentation in the execution of your duties as provided in Vyrian's Standards of Conduct (§12 Employee Handbook) and defined under Texas law. This termination is based on several serious concerns that have come to light regarding your management of the relationship between Vyrian and OT Solutions. As a Vyrian fiduciary with complete managerial control of our vendor, OT Solutions, it was your responsibility to ensure the accuracy and legitimacy of all invoices you submitted to Vyrian on behalf of the vendor. Our investigation revealed that you regularly created and submitted invoices on behalf of the vendor that grossly inflated several key line items. Despite being given the opportunity to provide substantiation for these invoices or to proactively assist in obtaining verification from the vendor in question, you refused to do so. Therefore, regrettably, we have decided not to continue your employment with the company due to unsatisfactory performance and violations of Vyrian's Standards of Conduct, including:

- Neglect of duty and/or lack of due care or diligence in the performance of duties;
- Negligence or improper conduct leading to financial loss for the company or loss of business;
- Improper documentation, destruction, falsification, alteration, deletion, or omission related to Vyrian forms, records, or reports including, but not limited to providing false information for personal gain; and
- Exhibiting immoral conduct; engaging in acts of dishonesty.

### Required Immediate Actions:
Because you are the only Vyrian employee with access to OT Solutions' accounts and tools:

1. You must immediately log into the OT Solutions Microsoft Exchange Portal and website hosting portals, etc. and remove all Vyrian credit card payment information.
2. Remove Vyrian payment profiles from any other systems, tools, or software used by OT Solutions.
3. Surrender any and all remaining administrator access to any Vyrian-related or Vyrian-financed systems at either organization.
4. Do not "clean", wipe, remove or otherwise tamper with surrendered computers, emails, system files, documents, data, or communications between the parties.
5. **Please immediately notify us once these action items are complete.**

### Payroll & Benefits:
You will be provided with a final paycheck that covers your work time through **February 24, 2025.**



3031 Ann Arbor Dr.
Houston, Texas 77063
www.vyrian.com  | Local 281-404-3420
CAGE/NCAGE 8RL06

If you are currently enrolled in our health insurance plans (group medical, vision and dental plans), you may continue to use the insurance coverage that you are currently enrolled in until **February 28, 2025**. You will receive information about COBRA extensions and the continuation of your health care benefits directly from ADP, if you were enrolled.

**Notice of Vesting Bonus Plan Cancellation**
Per the terms of the Vyrian Vesting Bonus Plan Agreement, you are no longer eligible to participate in the plan because you have separated from the company **prior to October 1 of the plan year.** Per Section C of the agreement, "If the Employee separates from service with Vyrian Incorporated for any reason, any portion of the Vesting Bonus which remains unvested as of the date of such separation from service shall not be paid and shall immediately and automatically, without any action on the part of Vyrian Incorporated, be cancelled." **All annual payments vest on October 1**. Vested bonus payments do not accrue and are not subject to proration or advanced payment. The bonus is not considered earned until the vesting date. If you separate for any reason before the vesting date—the entire bonus will be forfeited. Any previous discussions regarding potential bonus payments were conducted with the clear understanding that you would first: (1) successfully complete your administrative leave period, (2) return to active employment with Vyrian, and (3) remain employed through the October 1 vesting date required by the Vyrian Vesting Bonus Plan.

**401K Information**
If you have opted into Vyrian's 401K retirement plan, you will continue to have access to your online portal via **myubiquity.com**. For any questions about your account please call Ubiquity at (855)-401-4357 and select option 2 between 8:30 am - 5:00 pm PT M-F.

**IRS/W2 Information**
To ensure you receive any required documents and notices from the company (i.e., IRS tax forms at the end of the year), please update your ADP account or contact ADP at (844)-448-0325 or MyLifeAdvisor@adp.com (Mondays through Fridays, from 8:00 AM until 11:30 PM EST) if your address changes. Benefits inquiries may also be directed to ADP's MyLifeAdvisors.

**Confidentiality, Non-Solicitation, & Non-Compete Obligations**
Finally, we would like to remind you about your obligation to maintain confidentiality and refrain from using, directly or indirectly, Vyrian's Confidential Information for the benefit of any person, entity, or organization other than the Company. You agree that you will not at any time or in any manner divulge, disclose or communicate to any person, firm or corporation any details of the Company's organization or business affairs, its manner of operation, its plans, processes, and/or other data; any names of past or present customers of the Company; or any other information relating to the business of the Company or its associated business entities, without regard to whether all of the foregoing matters will be deemed confidential, material, or important.

You are prohibited from soliciting Vyrian employees, contractors, clients, or vendors for a period of 1-year from this notice.

**VYRIAN**

www.vyrian.com

Please be advised that Vyrian takes these confidentiality obligations seriously and will pursue all available legal remedies in the event of a breach. This reminder does not constitute a complete restatement of your obligations and you should refer to your signed Confidentiality Agreement for the full scope of your continuing responsibilities.

## Ongoing Investigation Statement

Please be advised that our investigation into the invoicing matter remains ongoing as the impact of these fraudulently prepared invoices extends cross borders and impacts many families. Depending on the findings of our continued investigation, Vyrian reserves the right to escalate this matter to appropriate legal authorities and/or pursue civil remedies to recover any financial damages incurred.

We take fraud and misrepresentation very seriously, and are committed to fully investigating any potential misconduct that affects our company or our relationships with vendors. Should our ongoing investigation reveal additional evidence of wrongdoing, we will not hesitate to pursue legal action as deemed appropriate. We recommend you retain any relevant documentation that may be pertinent to this matter.

Sath Sivasothy
Vyrian Incorporated
3931 Ann Arbor Dr
Houston, TX 77063
281-404-3421
sath@vyrian.com