3931 Ann Arbor Dr
Houston, TX 77063
| www.vyrian.com | Local: 281-404-3420

July 24, 2023

**Subject: Notice of Employment Conclusion**

Dear Amatullah,

As you know, due to ongoing economic factors that have significantly impacted global markets and our business, we have found it necessary to conduct a temporary reduction in force. Unfortunately, this action means that you must be laid off from your position effective **July 24th, 2023.** This layoff is not related at all to your personal performance.

You will be provided with a final paycheck that covers your work time through **July 24th, 2023.**

Additionally, because of your valuable contributions and hard work, we are providing the following additional payments and benefits to you:

- You will receive *six weeks* of severance pay at your current pay rate (less applicable taxes and withholding). This means you will be paid in full for three pay periods. The covered periods include **July 31, 2023**, **August 15, 2023**, and **August 31, 2023**.

- We will include payment for one additional day (September 1, 2023) in your August 31, 2023 payroll.

- If you are currently enrolled in our health insurance plans (group medical, vision and dental plans), you may continue to use the insurance coverage that you are currently enrolled in. Vyrian will continue to pay your insurance premiums and your current insurance coverage will remain fully active until **September 30th, 2023.** As a courtesy for September, Vyrian agrees to cover any outstanding premium payments that you owe that would normally be deducted from the regular September 15th and 30th, 2023 payrolls. In mid-September, you will receive information about COBRA extensions and the continuation of your health care benefits from ADP, if you were enrolled.

**Paid Time Off (PTO) Vacation Balance**
Because you have separated from the company involuntarily, you are eligible to have your accrued but unused vacation time paid out to you. According to Zenefits, you currently have **0 hours** available for reimbursement.

In summary, you will receive the following post-employment payroll payments:

| Date | Payroll Payment |
|---|---|
| 7/31/2023 | ▇▇▇ |
| 8/15/2023 | ▇▇▇ |
| 8/31/2023<br>+8 hours (9/1/2023) | ▇▇▇ |

**401K Information**
If you have opted into Vyrian's 401K retirement plan, you will continue to have access to your online portal via **myubiquity.com**. For any questions about your account please call Ubiquity at (855)-401-4357 and select option 2 between 8:30 am - 5:00 pm PT M-F.



3931 Ann Arbor Dr
Houston, TX 77063
| www.vyrian.com | Local: 281-404-3420

**IRS/W2 Information**
To ensure you receive any required tax documents and notices from the company (i.e., IRS tax forms at the end of the year), please update your ADP account or contact ADP at (844)-448-0325 or MyLifeAdvisor@adp.com (Mondays through Fridays, from 8:00 AM until 11:30 PM EST) if your address changes. Benefits inquiries may also be directed to ADP's MyLifeAdvisors. Your ADP Dashboard will remain active for 3 years.

**Recall Option**
You are eligible for re-hire. Because you separated in good standing, your position is eligible for recall with a salary premium and/or re-hire bonus should work become available in the next six months. In compliance with Vyrian's employment recall procedures, you will receive first hiring rights and priority placement should work become available again in the next six months.

**References**
If requested, we will provide positive references (letters, phone calls, etc) to support in your employment search. Please reach out to Audrey (audrey@vyrian.com) directly with those requests.

Finally, we would also like to remind you about your obligation to maintain confidentiality and to refrain from using, directly or indirectly, Vyrian's Confidential Information for the benefit of any person, entity, or organization other than the Company. You agree that you will not at any time or in any manner divulge, disclose or communicate to any person, firm or corporation any details of the Company's organization or business affairs, its manner of operation, its plans, processes, and/or other data; any names of past or present customers of the Company; or any other information relating to the business of the Company, without regard to whether all of the foregoing matters will be deemed confidential, material, or important.

We appreciate your service and wish you the very best,

President/CEO
Vyrian, Inc.

7/24/23
Date