IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VYRIAN INC.<br>*Plaintiff*, | §<br>§<br>§<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 4:25-cv-03886<br>§ |
| ABDUL TAYYEB DATARWALA,<br>HUSAIN DATARWALA, AND<br>AMATULLAH ALIBHAI<br>*Defendants.* | §<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO STAY LITIGATION AND COMPEL ARBITRATION**

On this _____ day of _____, 2025, came on to be heard Defendants' MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO STAY LITIGATION AND COMPEL ARBITRATION. The Court, having considered the Motion and being of the opinion that it is in all things proper, enters the following Orders granting Defendants' Motion. It is, therefore,

ORDERED, ADJUDGED AND DECREED that:

(1) Defendants' Motion to Dismiss for Improper Venue is GRANTED.

(2) Defendants' Motion to Stay Litigation and Compel Arbitration is GRANTED; and

(3) Any and all claims and causes of action asserted by Plaintiff in this lawsuit are stayed until the arbitrator, as chosen pursuant to the relevant arbitration provision, makes a final award.

(4) If Plaintiff wishes to commence the claims raised in the lawsuit, Plaintiff is ordered to comply with the rules of employment arbitration under the auspices of the American Arbitration Association.

(5) All other relief not expressly granted herein is hereby denied.

SIGNED this _____ day of _____, 2025.

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**EDWARDS SUTARWALLA SAMANI LLP**

By: /s/ M. Sutarwalla
Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
**Attorney in Charge**

**Of Counsel**
George Edwards III
State Bar No. 24055438
Fed. Id. No. 1031248
Zeshaan Samani
State Bar No. 24083783
Fed. Id. No. 3908130
Nadine Alkiswany
State Bar No. 24128589
Fed. Id. No. 3894475
602 Sawyer St., Suite 490
Houston, Texas 77007
Office: 713-565-1353
Fax :713-583-8715
Email: murtaza@esslawpartners.com
Email: george@esslawpartners.com
Email: zeshaan@esslawpartners.com
Email: nadine@esslawpartners.com

**ATTORNEYS FOR DEFENDANTS
ABDUL TAYYEB DATARWALA AND
AMATULLAH ALIBHAI**